



دستور العمل ثبت نام در پالم و شروع روند پرونده مهاجرت

۱- لطفا این صفحات را امضا کنید: ۱۲و ۱۸ و ۲۴ و ۲۵و ۲۶و ۳۰و ۳۵.
۲- کلیه سوالات این فرم ها را پر کنید. اگر سوالی در این باره دارید حتما با ما مکاتبه کنید. احتیاجی به پر کردن فرم صفحه ۲۷ - ۳۰ نمیباشد.
۳- برای فرستادن پول سرمایه گذاری ( پانصد هزار دلار) از اطلاعات صفحه ۱۰ استفاده کنید
۴- برای فرستادن هزینه ثبت نام در موسسه پالم از اطلاعات  صفحه ۸ استفاده کنید (۴۲۵۰۰ دلار)
۵- برای فرستادن هزینه های حقوقی از اطلاعات صفحه ۳۶ استفاده کنید. (۱۷۵۰۰ هزار دلار)
۶- مدارک نشان دادن صحت و تمیزی مبلغ سرمایه گذاری را به دفتر حقوقی هریسچی بفرستید.



پروژهٔ پالم یکی از مطمئن ترین پروژه‌های ای بی ۵ میباشد که در جزیره پالم در فلوریدای آمریکا واقع شده است. این پروژه در حال اجرا است ودر فاز نهایی می باشد. این یکی از دلایلی است که به سرمایه گذار اطمینان خاطر میدهد که سرمایه او در حال استقاده است و پروژه در حال اجراست و به زودی درامد خواهد داشت.

کل مساحت این پروژه ۱۱،۹۰۰متر مربع میباشد که شامل ۷۹ سوئیت لوکس می‌باشد. طرحی این پروژه بسیار مجلل و منحصر به فرد است. فضاهای داخلی با ظرافت و دقت خاصی طراحی شده اند تا اقامتی مجلل و راحت را برای میهمانان در جزیره پالم فراهم آورد.

این هتل آخرین هتل در جزیره میباشد و این از اهمیت خاصی برخوردار است، هتل در مرکز جزیره پالم واقع شده. و دسترسی به تمام نقاط شهر، فرودگاه و دیگر مراکز تفریحی را آسان می‌کند. جزیری پالم همیشه یکی از نقاطی بوده است که افراد ثروتمند و سرشناس به آن سفر میکنند. با توجه به این که این هتل آخرین هتل جزیره می‌باشد، توجه بیستری به خود جلب خواهد کرد.

**تیم مشاوره:**
پالم توسط گروه مشاورانی اداره میشود، که متشکل از سیاست‌مداران و مدیران برجستهٔ دنیا می‌باشند. گروه مشاوران، کمک میکنند تا پالم را به عنوان نامی برجسته و شناخته شده معرفی کنند.آنان سعی میکنند تا پالم را به عنوان یک جاذبه توریستی برای ثروتمندان معرفی کنند.

**سرمایه گذاری:**

بودجه این پروژه از منابع مختلف تهیه میشود، فقط بخشی از آن توسط سرمایه گذاری ای بی ۵ تامین میشود که این مورد ریسک سرمایه گذاری را پائین می اورد. بودجه این پروژه به ۳ طریق زیر تامین مشود:

| | |
|---|---|
| ای بی ۵ | ۳۹،۵۰۰،۰۰۰ |
| سرمایه صاحبان پروژه | ۲۲،۰۰۰،۰۰۰ |
| وام بانکی | ۲۹،۰۰۰،۰۰۰ |

همانطور که در بالا ذکر شد سرمایه گذاران ای بی ۵، ۴۵% از کلّ سرمایه گذاری را تامین میکند. بقیهٔ سرمایه توسط صاحبان پروژه و وام بانکی تامین میشود. به همین دلیل صاحبان پروژه تمامی سعی خود را میکنند تا این پروژه به بهترین وجه ممکن اجرا و به بهره برداری برسد.

**ارزش پروژه:**

قیمت برآورد شدهٔ هتل ۱۳۷،۵۰۰،۰۰۰ دلار میباشد که که ۴۷،۰۰۰،۰۰۰ دلار سود پروژه خواهد بود. به این ترتیب قیمت هر کدام از ۷۹ واحد، ۱،۷۳۴،۱۷ دلارمی‌باشد. این به این معنا است که هر سرمایه گذار (که در مجموع ۷۹ نفر میباشند) پشتوانه ارزشمندی و بیش از مقدار سرمایه گذاری شده دارد.

**تعداد کار و قوانین ادارهٔ مهاجرت:**

با توجه به حجم پروژه این پروژه ۹۵۳ کار ایجاد خواهد کرد. با توجه به موارد مورد نیاز ای بی۵ که برای هر سرمایه گذاری، پروژه باید ۱۰ کار تولید کند، تعداد کار مورد نیاز ۷۹۰ (۱۰x۷۹) میباشد. این تعداد، ۲۰% بیشتر از تعداد مورد نیاز از طرف ادارهٔ مهاجرت می‌باشد. این یکی دیگر از خوبیهای این پروژه میباشد که گرفتن گرین کارت دائم را را تضمین میکند.

**امنیت سرمایه گذاری:**

در کنار تمامی محسنات این پروژه که ذکر شد ،به هر سرمایه گذار، فرم یو سی سی ۳ (UCC3) توسط ایالت فلوریدا داده می‌شود که امنیت و صحت سرمایه گذاری شرکت پالم توسط ایالت فلوریدا تائید گردیده است.این فرم وقتی فایل میشود که سرمایه گذار گرین کارت دریافت می‌کند. در اصل ایالت فلوریدا سند هر کدام از سوییتها را به عنوان پشتوانه هر سرمایه گذاری گرو میگیرد.

**مزایای ویژه برای سرمایه گذاران:**

به جز گرفتن گرین کارت و در نهایت پاسپورت کشور آمریکا، این پروژه مزایای دیگری هم برای شما در بر خواهد داشت. با این سرمایه گزاری شما می توئید سالیانه ۱ هفته اقامت رایگان در هتل ۵ ستاره پالم داشته باشید. به شما امکان استفاده از  باشگاه منحصر به فرد پالم داده میشود.به شما این امکان داده میشود تا از جت اختصاصی پروژه استفاده کنید، همچنین میتوانید از کشتی تفریحی پروژه پالم استفاده کنید (با پرداخت تنها هزینه استفاده).ماشین رویز رویز این پروژه نیز برای استفادهٔ شما مهیا میباشد.

به شما عضویت در کلاب اختصاصی واقع شده در هتل داده میشود، این کلاب یکی از معروفترین کلابها در آمریکا میباشد که توسط تونی بنت و اریک اشمیت  افتتاح خواهد شد. تونی یکی از معروفترین هنرمندان دنیا میباشد و اریک یکی از مدیرن اصلی گوگل می باشد.

به شما تخفیف استثنایی عضویت باشگاه تشریفاتی پالم نیزتعلق خواهد گرفت. این هتل در زمان بهره برداری دارای لابی من و دربان ۲۴ ساعته است  و دارای پارکینگ زیرزمینی میباشد.همچنین دارای سونای اروپایی، استخر و باشگاه ورزشی وبدنسازی میباشد.

سالن نگهداری شراب با درجه کنترل شده، به همراه معروفترین شراب‌های دنیا.اتاقهای مرطوب، مخصوص نگهداری سیگار با انواع و اقسام سیگارهای برگ.دفاتر اداری با منشی برای استفادهٔ شما در طول شبانه روز به همراه اتاقهای کنفرانس.

**سود پروژه:**

بستگی به قیمت فروش، سرمایه‌گذارن سوده مازاد دریافت خواهند کرد که این یکی دیگر از برتریهای این پروژه نسبت به دیگر پروژه‌های ای بی ۵ می‌باشد.

هر سرمایه گذار ۵% ( ۲۵،۰۰۰) سود دریافت می‌کند اگر پروژه به قیمت  ۱۱۰،۰۰۰،۰۰۰ دلار به فروش برسد،اگربه قیمت  ۱۳۰،۰۰۰،۰۰۰ دلار به فروش برسد، هر سرمایه‌گذار ۱۰% ($۵۰،۰۰۰) سود دریافت می‌کند.

**مزایای ای بی ۵:**

بر خلاف دیگر راههای مهاجرت، ای بی ۵ هیچ محدودیت سنی و تحصیلی ندارد، نیازی به تجربهٔ کاری یا دانستن زبان انگلیسی ندارد.

بسیار سریعتر از گرفتن اقامت از طرق دیگر است. تاییدیه آن کمتر از ۶ ماه است، سریعترین و اسانترین راه برای مهاجرت به آمریکا است.

با داشتن گرین کارت شما میتوانید از تحصیل رایگان در مدارس دولتی استفاده کنید.میتوانید بدون هیچ گونه شرطی کار و تحصیل کنید و بعد از ۵ سال میتوانید پاسپورت آمریکا را دریافت کنید.

پروژه و مرکز منطقه‌ای تضمین ۱۰۰٪ میدهد که در صورت عدم قبولی، کلیه پول به همراه هزینه‌ها به شما برگشت داده شود.

سرمیه‌گزری:

$۵۰۰,۰۰۰            سرمای نقصی برای ۵ سال
$۴۰,۰۰۰              هزینه‌های دفتری پروژه
$۲۰,۰۰۰              هزینه‌های قانونی و وکلتی (شامل هزینه های اداره مهاجرت)
---------------------
$۵۶۰,۰۰۰

از پرونده های فایل شده توسط این موسسه تا کنون ۹۹٪ از فرمهای ۵۲۶ تأیید شده اند و ۹۷٪ از فرمهای ۸۲۹ تأیید شده اند. کیفیت و آرامش در سرمایه گذاری از اهداف ما است و امیدواریم که با سرمایه گذاری در پروژه پالم مهاجرت بدون دردسر و شروع زندگی جدیدی را در آمریکا آغاز بکنید.

لطفا برای اطلاعات بیشتر در مورد ای بی ۵ به صفحهٔ فارسی سوالات مطرح شده مراجعه کنید.

تلفن تماس: ۷۲۵۶-۳۸۵-۳۲۱
WWW.SARCEB5.com