

## Your Immigration Paperwork
## We Offer a 100% Guarantee



### GUARANTEE

When you file your I-526 application through us you can be assured that we will process the application expeditiously. You can have confidence that our experienced staff will address any areas that may cause a deficiency or regulatory issue. Each petition is carefully examined and fully vetted before we submit the individual case. Our worldwide staff works with all the stakeholders to provide a consistent and predictable outcome.

For these reasons we are delighted to offer a FULL REFUND in the unlikely event the Immigration Service denies a submission.

Simply stated, "You get approved, or your money back!"

Speak to one of our representatives to discuss the details of our exclusive guarantee.



EXHIBIT C
Blumberg No. 5118



South Atlantic Regional Center, LLC
197 South Federal Highway
Boca Raton, FL 33432 USA

USA • HONG KONG • BEIJING • LONDON • SRI LANKA • MACAU



# THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



# THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

- 128,000 Square Foot
- 79 Key Condominium Boutique Hotel
- Directly on Palm Beach Island
- The last hotel to be approved on the island
- Home to the World's Rich and Famous
- Presently being built






# THE PALM HOUSE
### A Luxury Condominium Hotel and Spa on Palm Beach

## Job Count

### USCIS Requirements

The JOB COUNT for the Palm House is:

### 953 Jobs

The project needs:

### 790 Jobs

This means that **over 20%** more jobs will be created than is required by law



Dr. Michael Evans is the most respected Economist in America doing EB5 Econometric Models.

Michael has written 10 books dealing with international economies. He has over 300 approved job studies.

| | |
|---|---|
| EB5 INVESTMENT | $39,500,000 |
| DEVELOPER EQUITY | $22,000,000 |
| FINANCING | $29,500,000 |
| **TOTAL INVESTMENT** | **$91,000,000** |

## The Investment

The EB5 Investment represents **43%** of the total investment

The investment is very secure because 67% of the investment comes from developer equity and financing.

## The Security of The Investment



## UCC-3 Filing

Each investor is provided with a UCC-3 filing with the State of Florida, so their security interest in the capital is registered with the state. This is filed when the investor receives their Green Card



## Valuation

### Appraisal

The Appraisal for the hotel is:

### $137,500,000



Once the property is completed the appraisal values the property at over 40% more than the initial investment






## Your Immigration Paperwork
## We Offer a 100% Guarantee

**GUARANTEE**

When you file your I-526 application through us you can be assured that we will process the application expeditiously. You can have con[fidence] that our experienced staff will address any areas that may cause a defici[ency] or regulatory issue. Each petition is carefully examined and fully vetted before we submit the individual case. Our worldwide staff works with all the stakeholders to provide a consistent and predictable outcome.

For these reasons we are delighted to offer a FULL REFUND in the unlikely event the Immigration Service denies a submission.

Simply stated, "You get approved, or your money back!"

Speak to one of our representatives to discuss the details of our exclusive guarantee.

EB5 Petition and South Atlantic Regional Center offers a 100% Full Refund of all fees and investment if your I-526 is not approved!

## EB5 Advantages

- ◆ **NO REQUIREMENT** for Age, Business Experience, Education, or Language Skills

- ◆ **FREE EDUCATION:** In the American Public School System

- ◆ **EASY TO DOCUMENT:** Preparation 4 times faster than a Canadian Application

- ◆ **NO RESIDENCE REQUIREMENT:** Must enter the USA only once every 6 months

- ◆ **FAST:** Visa approved in less than six months. It is the quickest program to immigrate to the USA!

SARC has received Approvals in as little as 22 Days on projects

The USCIS officially suggests that it will take approximately 6-9 months to approve your I-526 petition

### THE PALM HOUSE
*A Luxury Condominium Hotel and Spa on Palm Beach*

EB5 Petition is a division of USREDA. Our expert staff has completed hundreds of files and can help you through the process of the application.

**USREDA**

## WORLD RENOWN ADVISORY BOARD



Our Advisory Board will assist in branding the Palm House as a desired destination hotel and frequented by the wealthy around the world. The Palm House will be governed by an advisory board consisting of Political and Business leaders with worldwide experience

### Fully Disclosed Portfolio & Signatory Package

## The Palm House Club

A significantly discounted membership of 50% in the Very Exclusive Palm House Club is available to all investors!

- Hawker Jet 850 X P
- Rolls Royce
- 100' Yacht



Some of the member facilities and amenities:

## Bonus Program For the Investor



Each Investor will receive:

**1 FREE** Week Yearly stay @ The Palm House

## Sales Reward For the Investor

$130,000,000.00
$110,000,000.00

If the Project sells for more than $130,000,000 USD then the investor will receive a total of 10% of their original investment ($50,000).

An investor will receive and additional 5% of their original investment ($25,000) if the project sells for more than $110,000,000 USD.

Each Investor may receive an additional reward based on the sales price of the project.