



## Luxurious & Exclusive
مجلل و منحصر فرد

Each of the interior finishes has been carefully selected to provide the most luxurious and comfortable stay on the Island of Palm Beach

هر کدام از ظرافت کاریهای داخلی جهت فراهم کردن مجللترین و راحت ترین مکان برای اقامت درجزیره ساحل پالم (پالم بیچ) به دقت انتخاب شده است.

## Safe EB5 Investment
(طبقه بندی اقامت از طریق سرمایه گذاری خارجی) امن EB5 سرمایه گذاری

The Palm House project is very safe beacuse the construction is already in progress with a substantial equity investment from the developer. The investor need not worry if the project will perform and meet the rigid standards required by the USCIS.

پروژه پالم هاوس (خانه نخل) بسیار امن می باشد زیرا ساخت و ساز در حال حاضر در حال انجام می باشد وسازنده خود مبلغ قابل توجهی از سرمایه مورد نیاز را تامین نموده است. سرمایه گذار لازم نیست نگران باشد که آیا این پروژه انجام خواهد شد و با استانداردهای سختی که برای اداره مهاجرت مورد نیاز است همخوانی خواهد داشت.

### THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

پالم هاوس (خانه نخل)
هتل آپارتمان و اسپای مجلل جزیره پالم

### Beautiful Finishes
ظرافت کاری های زیبا





♦ The Palm House project presently is being built!

♦ پروژه پالم هاوس در حال حاضر در حال ساخت و ساز می باشد!

♦ The Palm House will be completed before the 2013 Season

♦ پالم هاوس قبل از اتمام 2013 کامل خواهد شد.

### Aerial View of the Palm House
چشم انداز هوایی از پالم هاوس

### City Approvals
موافقت شهرداری

# THE PALM HOUSE
### A Luxury Condominium Hotel and Spa on Palm Beach

پالم هاوس (خانه نخل)

هتل آپارتمان و اسپای مجلل جزیره پالم



## Job Count
## USCIS Requirements

شرایط مشاغل مقرره اداره مهاجرت ایالات متحده

The JOB COUNT for the Palm House is:

**953 Jobs**

تعداد مشاغل مقرره برای پالم هاوس:

953 شغل

The project needs:

**790 Jobs**

میزان نیاز پروژه:

790 شغل

This means that **over 20%** more jobs will be created than is required by law

این بدان معنی است که بیش از 20% شغل نسبت به میزان شغلی که طبق قانون مورد نیاز است، ایجاد خواهد شد.

| | |
|---|---|
| EB5 INVESTMENT<br>سرمایه‌گذاری خارجی EB-5 | $39,500,000 |
| DEVELOPER EQUITY<br>سرمایه گذاری توسط سازنده پروژه | $22,000,000 |
| FINANCING<br>وام | $29,500,000 |
| TOTAL INVESTMENT<br>سرمایه گذاری کلی | $91,000,000 |

## The Investment
سرمایه گذاری

The EB5 Investment represents **43%** of the total investment

سرمایه‌گذاری خارجی، 43 % از کل را در بر میگیرد

The investment is very secure because 57% of the investment comes from developer equity and financing.

این سرمایه گذاری بسیار معتبر است، چون 57 % از سرمایه توسط سازنده و وام تامین می‌شود

## Valuation Appraisal
ارزیابی ارزش





Dr. Michael Evans is the most respected Economist in America doing EB5 Econometric Models.

دکتر مایکل ایوانزکه یکی از قابل احترام ترین اقتصاددان ها در آمریکا است، در حال انجام مدل های EB5 اقتصاد سنجی (طبقه بندی اقامت از طریق سرمایه گذاری خارجی) می باشد.

Michael has written 10 books dealing with international economies. He has over 300 approved job studies.

مایکل 10 کتاب در رابطه با اقتصادهای بین المللی نوشته است. او بالغ بر 300 مطالعه در رابطه با مشاغل پذیرفته شده داشته است.

## The Security of The Investment
امنیت سرمایه گذاری



## UCC-3 Filing
ثبت کردن با ماده 3 قانون تجارت

Each investor is provided with a UCC-3 filing with the State of Florida, so their security interest in the capital is registered with the state. This is filed when the investor receives their Green Card

به هر سرمایه‌گذار، تاییدیه‌ای از ایالت فلوریدا داده میشود، مبنی بر ضمانت سرمایه گذاری آنها در سود پروژه این فرم پس از دریافت گرین کارت ثبت خواهد شد





The Appraisal for the hotel is:

**$137,500,000**

قیمت ارزیابی شده برای هتل عبارت است از:

137,500,000 دلار آمریکا

Once the property is completed the appraisal values the property at over 40% more than the initial investment

زمانی که ملک به اتمام رسید، ارزش ارزیابی شده ملک بالغ بر 40% بیش از سرمایه گذاری اولیه خواهد بود





## WORLD RENOWN ADVISORY BOARD

شورای مشورتی مشهور جهانی

Our Advisory Board will assist in branding the Palm House as a desired destination hotel and frequented by the wealthy around the world. The Palm House will be governed by an advisory board consisting of Political and Business leaders with worldwide experience

شورای مشورتی ما برای به شهرت رساندن هتل به عنوان مقصدی مطلوب برای متمولین در سرتاسر جهان و استفاده مکرر از آن، در تلاش خواهد بود. پالم هاوس توسط یک شورای مشورتی شامل مدیران سیاسی و تجاری با سابقه جهانی، اداره خواهد شد.

## Bonus Program For the Investor

برنامه تشویقی برای سرمایه گذار



Each Investor will receive:

### 1 FREE Week Yearly

stay @ The Palm House

هر سرمایه گذار سالی یک هفته اقامت رایگان در پالم هاوس دریافت خواهد کرد.

## The Palm House Club

باشگاه پالم هاوس

A significantly discounted membership of 50% in the Very Exclusive Palm House Club is available to all investors!

تخفیف قابل توجه ۵۰٪ جهت عضویت درباشگاه منحصر بفرد پالم هاوس برای تمامی سرمایه گذاران قابل دسترس است.

- Hawker Jet 850 X P
- جت شخصی XP 850
- Rolls Royce
- ماشین رولز رویس
- 100' Yacht
- ۱۰۰' قایق تفریحی







Some of the member facilities and amenities

برخی از تسهیلات و امکانات رفاهی اعضا

### Fully Disclosed Portfolio & Signatory Package

سبد سهام کاملا متعارف و بسته امضایی

$130,000,000.00

$110,000,000.00

An investor will receive and additional 5% of their original investment ($25,000) if the project sells for more than $110,000,000 USD.

اگر فروش پروژه بیش از ۱۱۰،۰۰۰،۰۰۰ دلار امریکایی باشد، سرمایه گذار مبلغی برابر ۵٪ میزان اصلی سرمایه گذاری دریافت خواهد کرد.(۲۵،۰۰۰ دلار امریکایی)

## Sales Reward For the Investor

جایزه فروش برای سرمایه گذار

If the Project sells for more than $130,000,000 USD then the investor will receive a total of 10% of their original investment ($50,000 ).

چنانچه پروژه بیش از ۱۳۰،۰۰۰،۰۰۰ دلار امریکایی فروش داشته باشد، سرمایه گذار مبلغی برابر ۱۰٪ مقدار اصلی سرمایه گذاری دریافت خواهد کرد.(۵۰،۰۰۰دلار امریکایی)

Each Investor may receive an additional reward based on the sales price of the project.

هر سرمایه گذار ممکن است جایزه ای اضافه بر اساس مبلغ فروش پروژه دریافت نماید.