Blumberg No. 5118

EXHIBIT

E



# THE PALM HOUSE

A Luxury Condominium Hotel and Spa on Palm Beach

## FULL SIGNATORY PACKAGE



Petitioner Name:

_____

Petitioner ID Number:

_____



# Wire Instructions
# Administrative Fees





# INCOMING INTERNATIONAL WIRING

**Receiving Bank: PNC Bank**
**SWIFT CODE: PNCCUS33**

BENEFICIARY: **South Atlantic Regional Center, LLC.**
**197 S. Federal Highway Suite 200**
**Boca Raton, Florida**
**USA, 33432**

## Beneficiary Account Numbers:

ACCOUNT NAME:           Palm House Hotel, LLLP

ACCOUNT NUMBER:         ████**8469** (Checking Account)

PNC Bank ABA Number:    **043000096**

*For tracking purposes, please fax or email a copy of the bank wire receipt to our office.*

Note: Should you wish to include additional information with the payment (e.g. the remitter's name), you may include it in the *Originator to Beneficiary Field* (also referred to as Field Tag 6000), which contains 140 characters for additional remittance information.

For assistance from PNC bank please call:
(877) 287-2654



## Palm House Hotel, LLLP
428 Main Street
South Pilgrims Mall
Woodbury, CT06798



**WIRE INSTRUCTIONS**

**ESCROW ACCOUNT**



**ESCROW BANK WIRE TRANSFER INSTRUCTIONS**

**WIRING INSTRUCTIONS
FOR DEPOSITING FUNDS
INTO ESCROW ACCOUNT**

[INBOUND WIRING INSTRUCTIONS]

**$500,000.00 USD | ESCROW FUNDS**

Escrow Bank: **PNC Bank**

LLLP: **Palm House Hotel, LLP**

Subscriber Representative:
South Atlantic Regional Center, LLC
Funds should be wired directly pursuant to the following instructions:

To: **PNC Bank**
9875 Jog Road
Boynton Beach, FL 33437 USA

ABA # **043000096**

SWIFT Code: **PNCCUS33**

Credit To:

**Palm House Hotel, LLLP Escrow Account**
Account # ▇▇▇▇**7626**

Subscriber info: _____
                    (Name of Subscriber for Account)

CONFIDENTIALITY NOTE: The information contained in this document is legally privileged and confidential information intended only for the addressee(s) named above. If the reader of this document is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of the document is strictly prohibited. If you have received this document in error, please immediately notify us by telephone and return the document to us at the address below via US Mail. We will reimburse any reasonable cost you incur in notifying us and returning the document to us. Thank you.

PALM HOUSE HOTEL, LLLP   © 2012 • SOUTH ATLANTIC REGIONAL CENTER

Palm House Hotel, LLLP                                          *Strictly Confidential*



# Palm House Hotel, LLLP

## Private Placement Memorandum



*NOTE TO PROSPECTIVE SUBSCRIBERS*

By accepting this document you agree to maintain in confidence the information set forth in this document, together with any other non-public information regarding the Partnership, obtained from the Partnership or its agents, during the course of the proposed offering and to return this document to the Partnership in the event that you do not elect to participate in the offering.

**Palm House Hotel, LLLP**                                        *Strictly Confidential*

# Private Placement Memorandum

This document serves as a record of my receipt of the Private Placement Memorandum dated 12/02/2012, for Palm House Hotel, LLLP, a Florida Limited Liability Limited Partnership (the "Partnership"). I received a copy of the Private Placement Memorandum, containing an investment summary, business summary, accredited investor questionnaire and subscription agreement.

I understand that this offering has not been registered with the Florida division of securities, the U.S. Securities and Exchange Commission ("SEC") or any other foreign securities agency and is not required to be so registered.

I agree to maintain in confidence the information set forth in this document, together with any other non-public information regarding the Partnership, obtained from the Partnership or its agents, during the course of the proposed offering and to return this document to the Partnership in the event that I do not elect to participate in the offering.


_____

Investor Name


_____

Investor Signature


_____

Date



# LIMITED PARTNERSHIP AGREEMENT



## LIMITED PARTNERSHIP AGREEMENT
### OF
### PALM HOUSE HOTEL, LLLP

*a Florida Limited Liability Limited Partnership*
County of Palm Beach

Dated 11/30/2012

Palm House Hotel, LLLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: (561) 282-6102

IN WITNESS WHEREOF, each party has executed this Limited Partnership Agreement on the day and year written below.

GENERAL PARTNER

_____        Date:  _____
Joseph J. Walsh
For South Atlantic Regional Center, LLC

LIMITED PARTNER

_____        Date:  _____
(Signature)

_____
(Written Name)



# SUBSCRIPTION AGREEMENT

SUBSCRIBER: _____

Palm House Hotel, LLLP
a Florida Partnership
197 S. Federal Highway, Suite 200, Boca Raton, FL 33432

RE:     Offering by Palm House Hotel, LLLP of Partnership interests

      The undersigned Subscriber hereby subscribes to and agrees to purchase an equity interest in Palm House Hotel, LLLP, a Florida limited liability Partnership ("Partnership") consisting of a $500,000 equity investment in Partnership ("Investment") as set forth below on the signature page hereof. The investment in Partnership, and indirectly in the Hotel Project ("Project") is described in the Private Placement Memorandum ("Memorandum"). The Partnership will be managed by South Atlantic Regional Center, LLC ("General Partner"). All capitalized terms not otherwise defined herein shall have the meaning specified in the Memorandum.

      In addition to the $500,000 investment, each Subscriber will pay concurrently to General Partner an organizational and administration fee of $40,000, as described in the Memorandum and LP Agreement. Upon General Partner's acceptance of the Subscription, the entire $540,000 shall be wired into an Escrow.

      Subscriber, by executing this Subscription Agreement, does hereby certify and agree as follows:

      **1.**     I have had a personal interview (the "Interview") with the representative of General Partner. During the course of the Interview, we discussed the information concerning the Partnership, General Partner, and their business in great detail and I had the opportunity to obtain any additional information I believed I needed in order to evaluate the risks and merits of the investment. I have also been provided with the Memorandum that provides certain

dealing ... in property or interests in property blocked ... is prohibited, any transaction ... that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in this order is prohibited, and any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited. The phrase following persons (hereinafter referred to as Terrorists) is generally defined in the Order as meaning terrorists, including a specified list or persons and organizations. I hereby represent and warrant that I am not a Terrorist as described above.

**23.** I am a resident of: _____
(list U.S. state or province/country).

**24.** I AM AN ACCREDITED INVESTOR! I am aware that the Investment is being offered to accredited investors only. I acknowledge and warrant that I am an accredited investor because (check appropriate category):

a. ☐ My individual net worth (without any exclusions), or joint net worth together with my spouse (if any), is in excess of $1,000,000 (exclusive of my or my spouse's primary residence).

b. ☐ My individual income was in excess of $200,000 in each of the past two years (excluding my spouse's income), or my joint income with my spouse was in excess of $300,000 in each of the past two years, and I expect to have an income in excess of that amount in the current year.

**25.** I hereby provide you with the following information and representations:

1. Employer and Position: _____

2. Business Address and Telephone Number: _____

   _____

3. Business or professional education and degrees: _____

   _____

4. Prior Employment (5 Years):

| EMPLOYER | NATURE OF DUTIES | DATES OF EMPLOYMENT |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

5. Prior Investments of Purchaser (cumulative amount):

Real Estate:   None: ☐   Up to $100,000: ☐   Over $100,000: ☐

Oil and Gas:   None: ☐   Up to $100,000: ☐   Over $100,000: ☐

Other:   None: ☐   Up to $100,000: ☐   Over $100,000: ☐

THE INFORMATION CONTAINED IN THIS SUBSCRIPTION AGREEMENT WILL BE TREATED CONFIDENTIALLY. However, I agree that you may present this Subscription Agreement to such parties as you deem appropriate if the Partnership is called upon to establish that the proposed offer and sale of the Investment is exempt from registration under the Act, or meets the requirements of applicable state securities laws.

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement.


Signature: _____


Date: _____ _____, 20_____


Amount of Investment: $500,000

Ownership interest to be vested in the name(s) as follows:

Name Typed or Printed: _____

Social Security Number:_____

Phone Number:_____       Email:_____

Street Mailing Address:_____

City: _____       State or Province: _____

Country: _____       Zip / Postal Code: _____

The initial $40,000 check will be deposited into escrow and should be made payable to:

"PNC Bank, as Escrow Agent for Palm House Hotel, LLLP."

**If your subscription is not accepted, please indicate your beneficiary bank to return your investment:**
Wire Instructions for payments to Beneficiary Bank:
Beneficiary Name: _____
Beneficiary Address:_____
Beneficiary Bank Account Number:_____
Beneficiary Phone Number: _____
Beneficiary ID (Passport Number):_____
Beneficiary Bank Name:_____
Beneficiary Bank Address:_____
Branch SWIFT Code: _____

*If required* Intermediary Bank Name: _____
*If required* Intermediary Bank Address:_____
*If required* Intermediary Bank SWIFT Code: _____



Date: _____
Total Pages 4:

## I-526 Immigration Petition
## LEGAL SERVICE AGREEMENT

Between:  Mr. / Mrs. _____ and USREDA, Inc.
("United States Regional Economic Development Authority, Inc.") ("USREDA").


### RE: Preparation & filing of I-526 Immigrant Petition by Alien Entrepreneur to USCIS
*Retainer Agreement:*

*USREDA will provide you services through our legal services department.  Our team of Attorneys and Para-legal assistants will help you and your family with the following:*


(1) The preparation and filing with the U.S. Citizenship & Immigration Service ("USCIS") the I-526 petition to classify you as an alien entrepreneur.

(2) The preparation and filing of immigrant visa processing (Packet 3 & 4) with the National Visa Center and U.S. Consulate. (Please note that no attorney will accompany you or your dependents at the interview for your immigrant visa application – for conditional status at the U.S. Consulate.  This is not allowed by law.).

(3)  Attorney Fees

Your attorney's fee of $15,000 is included in the initial $55,000 USD Fee. This total is payable and due upon execution of this agreement.

An additional filing fee will be assessed when all of the submission forms are completed (presently the USCIS charges $1,435 for this submission fee)  This check will be written directly to the USCIS.

A Fee of $750.00 will be required for each additional household member applying.

NO EXTRA FEE will be required for each response to any RFE (Request for Evidence) that the USCIS (United States Citizen and Immigration Service) may request.

Your I-829 Permanent Visa Application is NOT INCLUDED in this agreement. You will be charged an additional $5,000 USD to complete this submission when applicable.



In addition, an alien who overstays the period of authorized stay can subject herself/himself to Section 222(g) of INA, which became effective on the date of enactment, September 30, 1996 and applies to any alien seeking admission on or after that date. Upon overstay of status, the alien's non-immigrant visa will be void.

You and your dependents must maintain legal status in the U.S. at all times.  You understand that it is your responsibility to maintain legal status in the U.S. at all times.

(13) Change of Address

Please be advised that Section 265(a) of the INA requires that every alien who is within the U.S. must notify USCIS of each change of address, and provide their new address within 10 days of such change.  Please check www.uscis.gov to download Form AR-11 and instructions.

(14) Return of Documents

Upon the completion of this case, it is your responsibility to request for the return of the documents from our office and notify our office in writing of any situation that might affect the alien's legal status.   USREDA and the specific attorney assigned to your case keep a "Digital Reference Copy" of documents relating to your case.  We will make these available to you at anytime via written notice of your desire to receive them.

It is your responsibility to be aware of any expiration date for the legal status of the alien and each dependent, and send us a request in writing for any further representation in any other immigration matter.  In the event that we do not hear from you 40 months from the date of this letter, you have authorized us to dispose the file without further notice to you.

<u>Summation and Agreement:</u>

If this Legal Service Agreement reflects our understanding, kindly sign and return the SIGNED ORIGINAL to us at your earliest convenience.

I HAVE FULLY READ AND UNDERSTAND THIS AGREEMENT AND ACCEPT IT IN ITS ENTIRETY.

Date: _____

Signature: _____

Print Name: _____



# ACCREDITED INVESTOR
# IMMIGRATION QUESTIONNAIRE
### INVESTOR ELIGIBILITY QUESTIONNAIRE

This questionnaire is NOT an offer to sell or a sale of securities.  Each prospective investor must complete this questionnaire and return it by e-mail, standard mail, or fax to Palm House Hotel, LLLP ("Company").  The Company will us the responses to this questionnaire to qualify prospective investors for purposes of federal and state securities law.

The prospective investor will be given access to information upon determination of suitable investor eligibility based upon the facts disclosed in this questionnaire and any other facts about the prospective investor known by the Company.

All questions must be answered.  If the answer to any question below is "none" or "not applicable", then please indicate such a response in the applicable field.

The Signer of this document ("Signer") agrees that the Company may present this questionnaire to such parties as the Company deems appropriate to establish the availability of exemptions from registration under federal and state securities laws or to otherwise comply with governmental or regulatory authorities.  The Signer represents that the information furnished in this questionnaire is true and correct of their own knowledge, and acknowledges that the Company and its counsel are relying on the truth and accuracy of such information to comply with federal and state securities laws.  The Signer agrees to notify the Company promptly of any changes in the foregoing information that may occur prior to the investment.

_____
(Signature)

_____
(Print or Type Name)

_____
(Date)



Palm House, LLLP
197 South Federal Highway
Suite 200
Boca Raton, FL 33432

Palm House, LLP - Investor Questionnaire

1

Name  _____

(Exact, full legal name of the individual buying the securities)

_____

Current Residence Address  _____

Home Telephone  _____

E-mail Address  _____

Date of Birth  _____

Place of Birth (city, state, country)_____

Country of Citizenship_____

## 2. <u>BUSINESS INFORMATION</u>

Occupation  _____

Number of Years  _____

Present Employer  _____

Position/Title  _____

Business Address  _____

Business Telephone  _____

Business Facsimile  _____

## 3. INVESTOR ELIGIBILITY

Please answer ALL the questions on the following page.



Palm House, LLP - Investor Questionnaire

2

**CHECK THE APPROPRIATE BOX**

(ALL QUESTIONS MUST BE ANSWERED)

**X**  YES
☐  NO

**1.**  I certify that I am not a "U.S. Person" as defined in Rule 902 of Regulation S under the Securities Act of 1933, as amended (the "Act"), and agree to resell the securities of the Company received in connection herewith only in accordance with the provisions of Regulation S, pursuant to registration under the Act or pursuant to an available exemption from registration, and agree not to engage in hedging transactions with regard to the securities unless in compliance with the Act.

☐ YES
☐ NO

**2A.**  I am an "accredited investor" as defined in Rule 501(a) of Regulation D under the Act because I have a net worth (or joint net worth with my spouse) in excess of USD $1,000,000.  For purposes of this question, "net worth" means the excess of total assets over total liabilities.

☐ YES
☐ NO

**2B.**  I am an "accredited investor" as defined in Rule 501(a) of Regulation D under the Act because I have had individual income in excess of USD $200,000 (excluding my spouse) in each of the two most recent years (or joint income with my spouse in excess of USD $300,000 in each of those years), and have a reasonable expectation of reaching the same income level in the current year.

☐ YES
☐ NO

(If YES, please complete lines to the right.)

**3A.**  I have the capacity to evaluate the merits and risks of the prospective investment and to otherwise protect my own interests in connection with the prospective investment by reason of my own business and/or financial experience.  If I answered "YES" to this question, I support my reply with the following education and/or business and/or financial experience:*(Please provide as much detail as possible)*_____
_____
_____
_____
*(Add additional pages as necessary)*

Palm House, LLP - Investor Questionnaire

3

YES ☐
NO ☐

(If YES, please complete lines to the right.)

**3B.** I have hired a professional advisor, and by reason of the business and/or financial experience of such professional advisor, I have the capacity to evaluate the merits and risks of the prospective investment and to otherwise protect my own interests in connection with the prospective investment. I understand that the professional advisor will be required to fill out and certify a questionnaire. My professional advisor is:

Name: _____
Occupation: _____
Firm: _____
Contact Info: _____

4. I am purchasing the securities offered for my own account and for investment purposes only. If answered "NO" to this question, the following is the person for whose account I am purchasing the offered securities and/or the reason for investing: (Please provide as much detail as possible)

_____
_____
_____
_____
_____
_____
_____

YES ☐
NO ☐

(If no, please complete lines to the right)

**5.** I have a pre-existing personal or business relationship with the Company or any of its officers, directors, or controlling persons. If I answered "YES" to this question, I explain my reply with the following description of my affiliation with that person or those persons: *(Please provide as much detail as possible)*

_____
_____
_____
_____
_____
_____
_____

YES ☐
NO ☐

(If YES, please complete lines to the right.)

Palm House, LLP - Investor Questionnaire

4

**IMPORTANT NOTICE CONCERNING U.S. IMMIGRATION**

Your U.S. immigration application could be denied for reasons such as health conditions, criminal offenses and national security. This is not a comprehensive listing of the possible grounds of ineligibility. You should consult your attorney to determine your eligibility.

Please answer the following questions for purposes of our initial assessment of eligibility:

**Part A**

A.1. Have you been arrested, charged, convicted, fined or imprisoned for violating any law (excluding traffic violations)?

Yes ☐ No ☐

A.2. Have you been a member of, or in any way affiliated with, the Communist Party?

Yes ☐ No ☐

A.3. Have you been a member of, or in any way affiliated with, a terrorist organization?

Yes ☐ No ☐

A.4. Have you, by willful misrepresentation of a material fact, ever applied for or obtained a visa, an immigration benefit, or entry in to the United States?

Yes ☐ No ☐

A.5. Have you been deported or removed from the United States?

Yes ☐ No ☐

A.6. Have you been in the past, or are you presently, in the United States without lawful immigration status or worked without employment authorization?

Yes ☐ No ☐

A.7. Health grounds: Do you have a communicable disease of public health significance; or a physical or mental disorder that is a threat to the safety of others; or are you a drug abuser?

Yes ☐ No ☐

A.8. Have you received public assistance in the United States, or are you likely to receive public assistance in the future?

Yes ☐ No ☐

Palm House, LLP - Investor Questionnaire

5

If you answered "yes" to any of the questions above, you may be ineligible to immigrate to the United States. You should consult with an attorney expert in U.S. immigration law.

A.9 Will your spouse or any of your children be included in your EB-5 visa application?

Yes [    ]   No [    ]

    If yes, how many total family members will be applying (including yourself)?_____

**Name of spouse**:_____
                           (LAST)    (FIRST)    (MIDDLE)

Place of Birth: _____
                             (CITY)    (STATE)  (COUNTRY)

Date of Birth:_____/_____/_____ Country of Citizenship: _____
               (MONTH/DAY/YEAR)

**Child #1**:_____
                           (LAST)    (FIRST)    (MIDDLE)

Place of Birth: _____
                             (CITY)    (STATE)  (COUNTRY)

Date of Birth:_____/_____/_____ Country of Citizenship: _____
                 (MONTH/DAY/YEAR)

**Child #2**:_____
                           (LAST)    (FIRST)    (MIDDLE)

Place of Birth: _____
                             (CITY)    (STATE)  (COUNTRY)

Date of Birth:_____/_____/_____ Country of Citizenship: _____
                 (MONTH/DAY/YEAR)

**Child #3**:_____
                           (LAST)    (FIRST)    (MIDDLE)

Place of Birth: _____
                             (CITY)    (STATE)  (COUNTRY)

Date of Birth:_____/_____/_____ Country of Citizenship: _____
                 (MONTH/DAY/YEAR)



Upon submission of your immigration application we may will require some additional follow-up contact information and green card information in order to comply with USCIS requirements.  This information will also be used to maintain contact with the limited partners regarding their investment.

**Part B**

B.1. Are you able to provide documentation that traces your investment from your account to the account of the U.S. investment enterprise?

Yes ☐ No ☐

B.2. Are you able to provide documentation that explains how you accumulated the funds used to make the investment?

Yes ☐ No ☐

B.3. Are your investment funds from a lawful source?

Yes ☐ No ☐

B.4. Do you have the capacity to participate in the U.S. investment enterprise as a limited partner?

Yes ☐ No ☐

If you answered "no" to any of the questions in Part B above, you will not be eligible for U.S. immigration based on investment.

# EXHIBIT C

**NOTE:  Please include a photocopy of your Passport along with this questionnaire.**

INDIVIDUAL(S) SIGN HERE:

Subscriber:  _____

_____

(Signature )

Date: _____



Palm House, LLP - Investor Questionnaire

7



# IMMIGRATION
# APPLICATION
# CHECKLIST





### EB-5 FOREIGN INVESTMENT IMMIGRATION APPLICATION CHECKLIST
### EB-5 外国企业家投资移民（I-526 投资移民申请）申请材料准备清单

| For Internal Use Only：仅限内部使用 | |
|---|---|
| Name of Primary Applicant (PA):申请人姓名： | |
| Date of Review  审核日期： | Client ID No. 客户 ID 号码： |
| Name of Reviewer  审核人姓名： | |

***IMPORTANT: All non-English documents must have a complete copy of notarized English translation***
所有非英语文件必须有公证的完整英文翻译

**ESSENTIAL DOCUMENTS:**
**基本必需文件：**

*Received Missing Problem*
已收到　待补　有疑问

| | | | |
|---|---|---|---|
| ☐ | ☐ | ☐ | Application fee for Homeland Security - $1,500 USD bank draft<br>美国国家安全局的申请费：$1500 美金银行汇票 |
| ☐ | ☐ | ☐ | Remittance of $500,000 USD to escrow account<br>证明$500,000 美金汇入托管账户的汇款单 |
| ☐ | ☐ | ☐ | I-526 form signed<br>已签名的 I-526 表格 |
| ☐ | ☐ | ☐ | G-28 form signed<br>已签名的 G-28 表格 |
| ☐ | ☐ | ☐ | I-829 form signed<br>已签名的 I-829 表格 |
| ☐ | ☐ | ☐ | W-8BEN form signed<br>已签名的 W-8BEN 表格 |
| ☐ | ☐ | ☐ | Operating Agreement of program signed<br>已签名的项目运营协议 |
| ☐ | ☐ | ☐ | Subscription Agreement signed<br>已签名的认购协议 |
| ☐ | ☐ | ☐ | Subscription to Escrow Agreement signed<br>已签名的托管账户认购协议 |
| ☐ | ☐ | ☐ | Investor Eligibility Questionnaire signed (must be "accredited investor")  已签名的投资者资格调查问卷（必须是合格的投资者） |
| ☐ | ☐ | ☐ | Original of Non-Disclosure and Non-Circumvention agreement signed<br>已签名的保密和反欺诈协议 |
| ☐ | ☐ | ☐ | Lawyer Agency Agreement signed<br>已签名的律师代理协议 |
| ☐ | ☐ | ☐ | Notarized English translations of all documents submitted<br>已公证的所有提交文件的英文翻译件 |



**EB-5 FOREIGN INVESTMENT IMMIGRATION APPLICATION CHECKLIST**
**EB-5 外国企业家投资移民（I-526 投资移民申请）申请材料准备清单**

## IDENTIFICATION DOCUMENTS:
身份证明资料：

*Received Missing Problem*
已收到   待补   有疑问

☐ ☐ ☐   Copy of passports of PA and family member(s) (all pages)
         申请人及其家庭成员的护照复印件（所有页）

☐ ☐ ☐   Notarized birth certificates of PA and family member(s)
         已公证的申请人及其家庭成员的出生证明

☐ ☐ ☐   If applying with spouse, Notarized Marriage Certificate
         如需申请配偶，已公证的结婚证明

☐ ☐ ☐   Resident ID cards of PA and family member(s)
         申请人及其家庭成员的身份证复印件

☐ ☐ ☐   Copy of PA and family's Household Register
         申请人及其家庭成员的户口薄复印件

☐ ☐ ☐   Notarized criminal background check of PA and any family member(s) over the age of 16 years old.
         已公证的申请人及其 16 岁以上家庭成员无犯罪纪律的证明



**EB-5 FOREIGN INVESTMENT IMMIGRATION APPLICATION CHECKLIST**
**EB-5 外国企业家投资移民（I-526 投资移民申请）申请材料准备清单**

**SOURCE OF FUNDS:**
**资金来源的证明资料：**

| *Received*<br>*已收到* | *Missing*<br>*待补* | *Problem*<br>*有疑问* | |
|:---:|:---:|:---:|---|
| ☐ | ☐ | ☐ | Provide narrative on source of funds and path of $500,000 USD investment, as detailed below<br>关于用来投资的$500,000 美金的来源及路径概要 |
| ☐ | ☐ | ☐ | Resume of applicant<br>申请人的简历 |

***If Through Employment Income:***
**如果资金的来源是工资收入：**

| *Received*<br>*已收到* | *Missing*<br>*待补* | *Problem*<br>*有疑问* | |
|:---:|:---:|:---:|---|
| ☐ | ☐ | ☐ | Proof of income used to make investment (resume is not enough)<br>用来投资的工资收入证明（仅仅有简历是不够的） |
| ☐ | ☐ | ☐ | - Pay stubs -工资表 |
| ☐ | ☐ | ☐ | - Income tax returns -个税缴税证明 |
| ☐ | ☐ | ☐ | - Work income certificate from employer -公司出具的收入证明 |
| ☐ | ☐ | ☐ | - Board minutes or company statement re: salary / bonuses paid to PA<br>工资/奖金发给申请人的董事会会议记录或者公司证明 |
| ☐ | ☐ | ☐ | - Company Info: business license, registration, permits, taxes paid, audits, PA ownership percentage<br>-公司资料：营业执照、税务登记证、经营许可证、缴税证、审计报告、申请人所占的股份证明 |
| ☐ | ☐ | ☐ | Bank statements showing PATH of funds earned above<br>所有上述相关收入的银行交易记录 |



**EB-5 FOREIGN INVESTMENT IMMIGRATION APPLICATION CHECKLIST**
**EB-5 外国企业家投资移民（I-526 投资移民申请）申请材料准备清单**

*If Through Real Estate Sale, Mortgage, or Lease:*
如果资金的来源是房地产的出售，抵押或者租赁：

*Received Missing Problem*
已收到　待补　有疑问

| 已收到 | 待补 | 有疑问 | |
|---|---|---|---|
| ☐ | ☐ | ☐ | Proof of income used to purchase the Real Estate<br>购买房产的资金证明 |
| ☐ | ☐ | ☐ | Proof of Real Estate purchase (amount and date of purchase)<br>房产的购买证明 (购买的时间和金额) |
| ☐ | ☐ | ☐ | Deeds, mortgage, appraisals, tax payments, etc. showing purchase/ownership<br>房产证、贷款证、房产评估报告、缴税证明等等，证明房屋的购买/产权的文件 |
| ☐ | ☐ | ☐ | If sale, proof of Real Estate sale (amount of date of sale)<br>如果资金的来源是房产出售，需要房产出售的证明 （出售的金额以及时间） |
| ☐ | ☐ | ☐ | If mortgage/loan based on Real Estate owned, provide mortgage documents<br>如果资金的来源是房产抵押，需要相关的贷款文件 |
| ☐ | ☐ | ☐ | If rental property, lease agreement showing amount of rent received<br>如果资金的来源是房产租赁，需要租约证明租金的金额 |
| ☐ | ☐ | ☐ | Bank statements showing PATH of funds used to purchase house & receipt from sale/mortgage<br>所有上述资金的银行交易记录（如银行对账单，显示购买/出售/贷款的金额） |



**EB-5 FOREIGN INVESTMENT IMMIGRATION APPLICATION CHECKLIST**
**EB-5 外国企业家投资移民（I-526 投资移民申请）申请材料准备清单**

*If Through Other Investment Income:*
*如果资金的来源是投资回报：*

Received Missing Problem
已收到　待补　有疑问

| 已收到 | 待补 | 有疑问 | |
|---|---|---|---|
| ☐ | ☐ | ☐ | Proof of income used to purchase investment assets<br>用来购买投资产品的资金证明 |
| ☐ | ☐ | ☐ | Proof of asset(s) purchased (amount and date of purchase)<br>购买投资产品的证明 (购买的金额以及时间) |
| ☐ | ☐ | ☐ | Deeds, stock certificates, statements, etc. showing purchase/ownership<br>认购书，股票证明书等等，证明投资产品的购买和所有权 |
| ☐ | ☐ | ☐ | If sale, proof of asset(s) sale (amount and date of sale)<br>如果资金的来源是投资产品的出售，需要出售的相关文件 （出售的金额和时间） |
| ☐ | ☐ | ☐ | If loan based on asset(s) owned, provide loan documents<br>如果资金的来源是投资产品的抵押，需要抵押贷款的相关文件 |
| ☐ | ☐ | ☐ | Bank statements showing PATH of funds used to purchase asset(s) & receipt from sale/loan<br>所有上述资金的银行交易记录（如银行对账单，显示购买/出售/抵押贷款的金额） |



**EB-5 FOREIGN INVESTMENT IMMIGRATION APPLICATION CHECKLIST**
EB-5 外国企业家投资移民（I-526 投资移民申请）申请材料准备清单

*If Through Loan:*
如果资金的来源是贷款：

*Received Missing Problem*
已收到　待补　有疑问

☐ ☐ ☐　　Loan agreement contract, or statement of person or company providing loan
　　　　　贷款合同、借款人陈述、或者公司提供的贷款声明

☐ ☐ ☐　　If from person, legal source of funds of the person providing the loan (see sections above)
　　　　　如果贷款是由个人提供的，需要借款人提供资金合法来源证明（可以参考上述资料）

☐ ☐ ☐　　If from company, legal source of capital invested into the company by PA (see sections above)
　　　　　如果贷款是由公司提供的，需要申请人提供公司注册资本的来源证明（可以参考上述资料）

☐ ☐ ☐　　- Board minutes or company statement re: Loan provided to PA
　　　　　-董事会会议记录或者公司声明：证明提供贷款给申请人

☐ ☐ ☐　　- Company Info: business license, registration, permits, taxes paid, audits, PA Ownership
　　　　　-公司资料：营业执照、税务登记证、经营许可证、缴税证明、审计报告、申请人所占的股份证明

☐ ☐ ☐　　Bank statements showing PATH of funds received
　　　　　所有上述资金的银行交易记录



**EB-5 FOREIGN INVESTMENT IMMIGRATION APPLICATION CHECKLIST**
**EB-5 外国企业家投资移民（I-526 投资移民申请）申请材料准备清单**

***If Through Gift:***
**如果资金的来源是赠与：**

*Received  Missing  Problem*
*已收到  待补  有疑问*

☐ ☐ ☐  Statement of person(s) providing gift
赠与人的陈述证明

☐ ☐ ☐  Legal source of funds of person(s) providing the gift (see sections above)赠与人资金的合法来源证明 (可参考上述资料）

☐ ☐ ☐  If gift is Real Estate, provide documentation of transfer of ownership to PA
如果赠与的是房产，需要相关产权转让的证明文件

☐ ☐ ☐  Bank statements showing PATH of funds received
所有上述资金的银行交易记录

***If Through Inheritance, Lawsuit, Other Sources:***
**如果资金的来源是遗产，诉讼，或者其他途径：**

*Received  Missing  Problem*
*已收到  待补  有疑问*

☐ ☐ ☐  If through inheritance, documentation of will or court order
如果资金来源是遗产，需要提供遗嘱或者法庭颁令

☐ ☐ ☐  If through lawsuit or divorce proceedings, copy of court order
如果资金来源是诉讼或者离婚后财产，需要提供法庭颁令

☐ ☐ ☐  If through other, proof of lawful source
如果资金来源是其他途径，需要提供相关的合法来源证明

☐ ☐ ☐  Bank statements showing PATH of funds received
所有上述资金的银行交易记录



**EB-5 FOREIGN INVESTMENT IMMIGRATION APPLICATION CHECKLIST**
**EB-5 外国企业家投资移民（I-526 投资移民申请）申请材料准备清单**

**PATH OF FUNDS:**
资金路径的证明文件：

*Received Missing Problem*
*已收到   待补   有疑问*

☐   ☐   ☐     Wire Transfer / bank statements showing remittance of $500,000 USD to escrow account
电汇单/银行对账单证明$500,000 美金汇入托管账户

*Path of Funds for all sources above:*
*上述所有资金的资金路径：*

*Received Missing Problem*
*已收到   待补   有疑问*

☐   ☐   ☐     Path of funds from money earned to bank account used to make $500,000 USD investment
申请人获得的用来投资的$500,000 美元的银行交易记录

*Path of Funds for Currency Exchange / Capital Exchange:*
*货币/外币资金转换声明：*

*Received Missing Problem*
*已收到   待补   有疑问*

☐   ☐   ☐     Declaration of third party members with list of names, personal ID numbers, and signatures
声明中需列出所有第三方人员的姓名，身份证号码，以及所有人员的签名

☐   ☐   ☐     Bank statements documenting transfer of funds from PA's account to third party accounts
申请人将资金转给第三方人员的银行文件

☐   ☐   ☐     Personal remittance vouchers from each friend or relative back to PA's account
每位朋友或亲戚将换得的外币转回给申请人的银行存折交易明细

☐   ☐   ☐     Copy of deposit slips totaling $500,000 USD into PA's individual account
申请人的个人账户显示收到$500,000 美金存款单的复印件

 **EB-5 FOREIGN INVESTMENT IMMIGRATION APPLICATION CHECKLIST**
**EB-5 外国企业家投资移民（I-526 投资移民申请）申请材料准备清单**

**OTHER DOCUMENTS:**
其他：

*Received Missing Problem*
已收到　待补　有疑问

☐　☐　☐　If business name changes, documentation of name changes and prior names
如果公司的名字有变更过，需要提供曾用名和名字变更的证明文件

☐　☐　☐　If adopted children, notice of adoption
如果孩子是收养的，需要提供收养的证明文件

---

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

### Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

► Section references are to the Internal Revenue Code.   ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| ● A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . . . . . . . | W-9 |
| ● A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| ● A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . . | W-8ECI or W-8IMY |
| ● A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . | W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| ● A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |

**Note:** *See instructions for additional exceptions.*

### Part I — Identification of Beneficial Owner (See instructions.)

**1** Name of individual or organization that is the beneficial owner

**2** Country of incorporation or organization

**3** Type of beneficial owner:  ☐ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

**4** Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

**5** Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

**6** U.S. taxpayer identification number, if required (see instructions)      ☐ SSN or ITIN  ☐ EIN

**7** Foreign tax identifying number, if any (optional)

**8** Reference number(s) (see instructions)

### Part II — Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):

**a** ☐ The beneficial owner is a resident of ................................................ within the meaning of the income tax treaty between the United States and that country.

**b** ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

**c** ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, **$**500,000.

**10** **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article .............. of the treaty identified on line 9a above to claim a ................ % rate of withholding on (specify type of income): ..............................
Explain the reasons the beneficial owner meets the terms of the treaty article: ..................................................................
..................................................................................................................................

### Part III — Notional Principal Contracts

**11** ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV — Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
**1** I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
**2** The beneficial owner is not a U.S. person,
**3** The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
**4** For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ►

Signature of beneficial owner (or individual authorized to sign for beneficial owner)      Date (MM-DD-YYYY)      Capacity in which acting

**For Paperwork Reduction Act Notice, see separate instructions.**      Cat. No. 25047Z      Form **W-8BEN** (Rev. 2-2006)

✸ *Printed on Recycled Paper*



**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 02/29/2016

# Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

## Part 1.  Information About Attorney or Accredited Representative

Name and Address of Attorney or Accredited Representative

**1.a.** Family Name
*(Last Name)*

**1.b.** Given Name
*(First Name)*

**1.c.** Middle Name

**2.** Name of Law Firm or Recognized Organization

**3.** Name of Law Student or Law Graduate

**4.** State Bar Number

**5.a.** Street Number

**5.b.** Street Name

**5.c.** Apt. ☐  Ste. ☐  Flr. ☐

**5.d.** City or Town

**5.e.** State        **5.f.** Zip Code

**5.g.** Postal Code

**5.h.** Province

**5.i.** Country

**6.** Daytime Phone Number ( ☐☐☐ ) ☐☐☐ - ☐☐☐☐

**7.** E-Mail Address of Attorney or Accredited Representative

## Part 2.  Eligibility Information For Attorney or Accredited Representative

(Check applicable items(s) below)

**1.** ☐ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following State(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia.

**1.a.**

**1.b.** I *(choose one)* ☐ *am not* ☐ *am* subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. (If you are subject to any order(s), explain fully in the space below.)

**1.b.1.**

**2.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals pursuant to 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

**2.a.** Name of Recognized Organization

**2.b.** Date Accreditation expires
*(mm/dd/yyyy)* ▶

**3.** ☐ I am associated with

**3.a.**

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request. If you check this item, also complete **number 1 (1.a. - 1.b.1.) or number 2 (2.a. - 2.b.)** in **Part 2** *(whichever is appropriate)*.

**4.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

## Part 3.  Notice of Appearance as Attorney or Accredited Representative

**This appearance relates to immigration matters before (select one):**

**1.**  ☐ USCIS - List the form number(s)

**1.a.** [                                                    ]

**2.**  ☐ ICE - List the specific matter in which appearance is entered

**2.a.** [                                                    ]

**3.**  ☐ CBP - List the specific matter in which appearance is entered

**3.a.** [                                                    ]

**I hereby enter my appearance as attorney or accredited representative at the request of:**

**4.**  **Select only one:**   ☐ Applicant   ☐ Petitioner
☐ Respondent (ICE, CBP)

**Name of Applicant, Petitioner, or Respondent**

**5.a.**  Family Name *(Last Name)* [                          ]

**5.b.**  Given Name *(First Name)* [                          ]

**5.c.**  Middle Name [                                        ]

**5.d.**  Name of Company or Organization, if applicable
[                                                    ]

**NOTE:** Provide the mailing address of Petitioner, Applicant, or Respondent and not the address of the attorney or accredited representative, **except when a safe mailing address is permitted** on an application or petition filed with Form G-28.

**6.a.**  Street Number and Name [                             ]

**6.b.**  Apt. ☐  Ste. ☐  Flr. ☐ [                            ]

**6.c.**  City or Town [                                       ]

**6.d.**  State [        ]   **6.e.**  Zip Code [             ]

**7.**  Provide A-Number and/or Receipt Number
[                                                    ]

Pursuant to the Privacy Act of 1974 and DHS policy, I hereby consent to the disclosure to the named Attorney or Accredited Representative of any record pertaining to me that appears in any system of records of USCIS, ICE, or CBP.

**8.a.**  Signature of Applicant, Petitioner, or Respondent
[                                                    ]

**8.b.**  Date   *(mm/dd/yyyy)*  ▶ [                          ]

## Part 4.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.**  Signature of Attorney or Accredited Representative
[                                                    ]

**2.**  Signature of Law Student or Law Graduate
[                                                    ]

**3.**  Date   *(mm/dd/yyyy)*  ▶ [                            ]

## Part 5.  Additional Information

**1.**  [                                                     ]

[                                                    ]

[                                                    ]

[                                                    ]

[                                                    ]

[                                                    ]

[                                                    ]

[                                                    ]

[                                                    ]

[                                                    ]

[                                                    ]

[                                                    ]

OMB No. 1615-0026; Exp. 05/31/2013

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-526, Immigrant Petition by Alien Entrepreneur

| Do Not Write in This Block - For USCIS Use Only (Except G-28 Block Below) | | |
|---|---|---|
| Classification _____ | **Action Block** | Fee Receipt |
| Priority Date _____ | | **To be completed by Attorney or Representative, if any** ☐ G-28 is attached<br>Attorney's State License No. _____ |
| Remarks: | | |

**START HERE - Type or print in black ink.**

## Part 1.   Information About You

| Family Name | | Given Name | | Middle Name | |
|---|---|---|---|---|---|

In care of Street Number and Name:

Address: _____   Apt. Number _____

City _____   State or Province _____   Country _____   Zip/Postal Code _____

Date of Birth (mm/dd/yyyy) _____   Country of Birth _____   Social Security # (if any) _____   A # (if any) _____

**If you are in the United States, provide the following information:**   Date of Arrival (mm/dd/yyyy) _____   I-94 # _____

Current Nonimmigrant Status _____   Date Current Status Expires (mm/dd/yyyy) _____   Daytime Phone # with Area Code _____

## Part 2.   Application Type *(Check one)*

**a.**  **X**   This petition is based on an investment in a commercial enterprise in a targeted employment area for which the required amount of capital invested has been adjusted downward.

**b.**   This petition is based on an investment in a commercial enterprise in an area for which the required amount of capital invested has been adjusted upward.

**c.**   This petition is based on an investment in a commercial enterprise that is not in either a targeted area or in an upward adjustment area.

## Part 3.   Information About Your Investment

Name of commercial enterprise in which funds are invested *(Required Field - Do Not Leave Blank)*

Street Address

Phone # with Area Code _____   Business organized as (corporation, partnership, etc.) _____

Kind of business (e.g. furniture manufacturer) _____   Date established (mm/dd/yyyy) _____   IRS Tax # _____

RECEIVED: _____   RESUBMITTED: _____   RELOCATED: SENT _____   REC'D _____



Form I-526 (05/10/12) Y

**Part 3.   Information About Your Investment**  *(Continued)*

| | | | |
|---|---|---|---|
| Date of your initial investment (mm/dd/yyyy) | | Amount of your initial investment | $ |
| Your total capital investment in the enterprise to date | $ | Percentage of the enterprise you own | |

If you are not the sole investor in the new commercial enterprise, list on separate paper the names of all other parties (natural and non-natural) who hold a percentage share of ownership of the new enterprise and indicate whether any of these parties is seeking classification as an alien entrepreneur. Include the name, percentage of ownership, and whether or not the person is seeking classification under section 203(b)(5).  **NOTE:** A "natural" party would be an individual person, and a "non-natural" party would be an entity such as a corporation, consortium, investment group, partnership, etc.

| | | | |
|---|---|---|---|
| If you indicated in **Part 2** that the enterprise is in a targeted employment area or in an upward adjustment area, name the county and State: | County | | State |

**Part 4.   Additional Information About the Enterprise**

**Type of Enterprise (check one):**

X   New commercial enterprise resulting from the creation of a new business.

New commercial enterprise resulting from the purchase of an existing business.

New commercial enterprise resulting from a capital investment in an existing business.

**Composition of the Petitioner's Investment:**

Total amount in U.S. bank account ...................................................................................... $

Total value of all assets purchased for use in the enterprise.................................................. $

Total value of all property transferred from abroad to the new enterprise........................... $

Total of all debt financing...................................................................................................... $

Total stock purchases............................................................................................................. $

Other (explain on separate paper).......................................................................................... $

**Total** $

**Income:**

When you made the investment.........   Gross  $                    Net  $

Now....................................................   Gross  $                    Net  $

**Net worth:**

When you made investment...............   Gross  $                    Now  $



## Part 5.   Employment Creation Information

**Number of full-time employees in the enterprise in U.S.** (excluding you, your spouse, sons, and daughters)

When you made your initial investment? [          ]  Now [          ]  Difference [          ]

How many of these new jobs were created by your investment? [          ]   How many additional new jobs will be created by your additional investment? [          ]

What is your position, office, or title with the new commercial enterprise?

[                                                                                          ]

Briefly describe your duties, activities, and responsibilities.

[                                                                                          ]

What is your salary?   $ [                    ]   What is the cost of your benefits?   $ [                    ]

## Part 6.   Processing Information

**Check One:**

[ ]  The person named in **Part 1** is now in the United States, and an application to adjust status to permanent resident will be filed if this petition is approved.

[ ]  If the petition is approved and the person named in **Part 1** wishes to apply for an immigrant visa abroad, complete the following for that person:

Country of nationality: [                                    ]

Country of current residence or, if now in the United States, last permanent residence abroad: [                                ]

If you provided a United States address in **Part 1**, print the person's foreign address:

[                                                                                          ]

If the person's native alphabet is other than Roman letters, write the foreign address in the native alphabet:

[                                                                                          ]

Are you in deportation or removal proceedings?          [ ] Yes (Explain on separate paper)   **X** No

Have you ever worked in the United States without permission?   [ ] Yes (Explain on separate paper)   **X** No

## Part 7.   Signature   *Read the information on penalties in the instructions before completing this section.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

**Signature** [                                                    ]   Date [                                ]

**NOTE:** *If you do not completely fill out this form or fail to the submit the required documents listed in the instructions, you may not be found eligible for the immigration benefit you are seeking and this petition may be denied.*

## Part 8.   Signature of Person Preparing Form, If Other Than Above   (Sign below)

I declare that I prepared this application at the request of the above person, and it is based on all information of which I have knowledge.

**Signature** [                          ]   Print Your Name [                    ]   Date [                ]

Firm Name [                                        ]   Daytime phone # with area code [                ]

Address [                                                                              ]

OMB No. 1615-0045; Expires 07/31/2012

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-829, Petition by Entrepreneur
to Remove Conditions**

| Do not write in this block - For USCIS use only (Except G-28 Block Below) | | |
|---|---|---|
| ☐ Applicant Interviewed | **Action Block** | Fee Receipt |
| | | **To be completed by Attorney or Representative, if any**<br>☐ G-28 is attached<br>Attorney's State License No. _____ |
| Remarks: | | |

## START HERE - Type or print in black ink.

### Part 1.    Information About You

A # (if any) _____  Form I-526 Receipt Number _____

Family Name _____  Given Name _____  Middle Name _____

Address:

In care of _____

Number and Street _____  Apt. # _____

City _____  State or Province _____

Country _____  Zip/Postal Code _____  Daytime Phone # _____

Date of Birth (mm/dd/yyyy) _____  Country of Birth _____  U.S. Social Security # (if any) _____

Since becoming a conditional permanent resident, have you ever been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance (excluding traffic regulations), or committed any crime for which you were not arrested?

☐ Yes     ☐ No          (If yes, explain on separate sheet(s) of paper, including disposition, if any.)

### Part 2. Basis for Petition   *(Check one)*

a. ☐ My conditional permanent residence is based on an investment in a commercial enterprise.
b. ☐ Reserved.
c. ☐ Reserved
d. ☐ I am a conditional permanent resident spouse or child of an entrepreneur, and I am unable to be included in a Petition by Entrepreneur to Remove Conditions (Form I-829) filed by my conditional resident spouse or parent.
e. ☐ I am a conditional permanent resident spouse or child of an entrepreneur who is deceased.

### Part 3. Information About Your Husband or Wife

Family Name _____  Given Name _____  Middle Name _____

Gender ☐ Male ☐ Female   Date of Birth (mm/dd/yyyy) _____   Date of Marriage (mm/dd/yyyy) _____

Other names used (including maiden name or aliases) _____

A# (If any) _____  Current Immigration Status _____  Is your current immigration status based on the petitioner's current status?  ☐ Yes  ☐ No

RECEIVED:                    RESUBMITTED:                    RELOCATED:  SENT                    REC'D

Form I-829  07/30/11 Y

**Part 4. Children**   *(List all your children. Attach another sheet(s) of paper, if necessary.)*

| Family Name | | Given Name | | Middle Name | |
|---|---|---|---|---|---|
| A# (if any) | | Current Immigration Status | | Date of Birth (mm/dd/yyyy) | | Living with you? | ☐ Yes ☐ No |

| Family Name | | Given Name | | Middle Name | |
|---|---|---|---|---|---|
| A# (if any) | | Current Immigration Status | | Date of Birth (mm/dd/yyyy) | | Living with you? | ☐ Yes ☐ No |

| Family Name | | Given Name | | Middle Name | |
|---|---|---|---|---|---|
| A# (if any) | | Current Immigration Status | | Date of Birth (mm/dd/yyyy) | | Living with you? | ☐ Yes ☐ No |

| Family Name | | Given Name | | Middle Name | |
|---|---|---|---|---|---|
| A# (if any) | | Current Immigration Status | | Date of Birth (mm/dd/yyyy) | | Living with you? | ☐ Yes ☐ No |

| Family Name | | Given Name | | Middle Name | |
|---|---|---|---|---|---|
| A# (if any) | | Current Immigration Status | | Date of Birth (mm/dd/yyyy) | | Living with you? | ☐ Yes ☐ No |

| Family Name | | Given Name | | Middle Name | |
|---|---|---|---|---|---|
| A# (if any) | | Current Immigration Status | | Date of Birth (mm/dd/yyyy) | | Living with you? | ☐ Yes ☐ No |

## Part 5. Information About Your Commercial Enterprise

**Type of Enterprise**   *(Check one):*

☐ New commercial enterprise resulting from the creation of a new business.

☐ New commercial enterprise resulting from the reorganization of an existing business.

☐ New commercial enterprise resulting from a capital investment in an existing business.

**Kind of Business** *(Be as specific as possible):*

**Date Business Established** *(mm/dd/yyyy)*         Amount of Initial Investment

**Date of Initial Investment** *(mm/dd/yyyy)*         % of Enterprise You Own

**Number of full-time employees in enterprise in United States (excluding you, your spouse, sons, and daughters):**

At the time of your initial investment:     Presently:     Difference:

**How many of these new jobs were created by your investment?**



**Part 5.  Information About Your Commercial Enterprise    (continued)**

**Subsequent Investment in the Enterprise:**

| Date of Investment | Amount of Investment | Type of Investment |
|---|---|---|
| | | |
| | | |
| | | |

Provide the gross and net incomes generated annually by the commercial enterprise since your initial investment.  Include all income generated up to date during the present year.

| Year | Gross Income | Net Income |
|---|---|---|
| | | |
| | | |
| | | |

Has your commercial enterprise filed for bankruptcy, ceased business operations, or have any changes in its business organization or ownership occurred since the date of your initial investment?  ☐ Yes (Explain on separate sheet)  ☐ No

Has your commercial enterprise sold any corporate assets, shares, property, or had any capital withdrawn since the date of your initial investment?  ☐ Yes (Explain on separate sheet)  ☐ No

**Part 6. Signature (Read the information on penalties in the instructions before completing this section.)**

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it is all true and correct.  I further certify that the investment was made in accordance with the laws of the United States and was not for the purpose of evading United States immigration laws.  I also authorize the release of any information from my records that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit being sought.

| Signature of Applicant | Print Name | Date |
|---|---|---|
| | | |

**NOTE:  If you do not completely fill out this form or fail to submit any required documents listed in the instructions, you may not be found eligible for the requested benefit and this petition may be denied.**

**Part 7. Signature of Person Preparing Form, If Other Than Above**

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Name | Date |
|---|---|---|
| | | |

Firm Name and Address  (Include Telephone Number with Area Code and E-Mail Address.)





### USREDA / SARC Service Agreement

**THIS SERVICE AGREEMENT** (the "Agreement") is made and entered into as of this _____ day of _____, 20_____ by and between USREDA, LLC, d/b/a EB5 Petition ("EB5 Petition"), a Delaware company with principal place of business in Palm Beach County, Florida, and _____ ("Client"), a _____, with the purpose of providing legal immigration services as it applies to the United States EB-5 Visa program.

This Service Agreement pertains to the _____ Project (the "Project"), under the South Atlantic Regional Center ("Regional Center"), a USCIS-approved regional center.

**WHEREAS,** EB5 Petition was formed to enable individuals to become eligible for admission to the United States of America under the EB-5, fifth employment-based visa preference program (8 U.S.C. 1153(b)(5)), and seeks to offer services with regards to all aspects of the EB-5 program.

**NOW THEREFORE,** in consideration of the mutual covenants contained herein, and intending to be legally bound, the parties hereto agree as follows:

**1. Definitions:**

**EB5 Petition:** EB5 Petition or its affiliated entity USREDA, LLC, and all agents and employees thereof.

**I-526:** The USCIS application for conditional permanent residency in the United States.

**I-485:** The USCIS application form to "Adjust Status" from non-immigrant visa to permanent residence for aliens lawfully present in the United States and otherwise eligible for adjustment.

**DS-230**: The U.S. Department of State application package for determining an applicant's "admissibility" to the United States for aliens unable to adjust status.

**I-829:** The USCIS application form for removal of conditional residency status and transition into permanent residency status.



## USREDA / SARC Service Agreement

**I-131:** The USCIS application for travel document used to apply for a reentry permit into the U.S., refugee travel document, or advance parole travel document.

**INVESTOR:** An individual that qualifies (along with their immediate family) for the EB-5 Immigration Program offered by the USCIS.

**USCIS:** United States Citizenship and Immigration Services.

**CLIENT:** A person that contracts EB5 Petition for services rendered in the legal consulting or processing of EB-5 documents, which will include individual EB-5 Investors, Brokers, and Consultants.

**2. SPIRIT OF THE AGREEMENT:** It is the intent of EB5 Petition to provide legal consulting and processing service specialized in the EB-5 Visa Program. Services offered will include the collection of required immigration documentation from the Client and Investor for USCIS applications, and the comprehensive completion of an I-526 application and a corresponding I-485 or DS-230 application for the Investor under the Regional Center. EB5 Petition will collect the information and documentation required by the USCIS (these documents include the Business Plan, Economic Analysis, PPM, Limited Partnership Agreement, Loan Documents, Escrow Agreement, and Subscription Agreement, along with personal information, financial information, and source and path of funds documentation for the Investor). EB5 Petition will help prepare the Investor for Consular Interview.

The I-829 and other documents that may be necessary for completion of the Investor's application and permanent status will be billed separately. Client may choose these services at the time of application. Please see APPENDIX B for details.

EB5 Petition reserves the right to accept or reject the client at the time of the submission to our offices. We will review the documentation provided and determine the viability of the Investor Petition. EB5 Petition will have 30 days to review the documents.

**3. COMMITMENT OF EB5 PETITION:** During the term of this Contract, EB5 Petition agrees to perform following services:

a. Gather information required for USCIS applications
b. Prepare the complete I-526 application of the Investor for submission to the USCIS
c. Prepare the complete I-485 or DS-230 application of the Investor for submission to the appropriate agency (after I-526 approval).



## USREDA / SARC Service Agreement

EB5 Petition guarantees completion of all the required materials and documents within 45 days of the receipt of the documents from the Client. EB5 Petition will provide detailed information regarding any RFEs ("Request For Evidence") that may be forthcoming from the USCIS regarding the submission. In the event of such a request, it will be the Client's responsibility to provide EB5 Petition the required information requested. EB5 Petition's staff will send the request to the Client in an expeditious manner. Since the RFE requests have specific time limits for a response, it is essential that all parties handle these requests in a timely manner. EB5 Petition will make every effort to inform and indicate the manner of information that may be requested. Often these requests are related to project specific attributes and source of funds requirements. EB5 Petition will provide guidance throughout the process. Failure to provide timely response or the information requested by the USCIS will void the EB5 Petition Guarantee.

**4. FEE STRUCTURE:** The fee for an I-526 and I-485/DS-230 application is indicated in APPENDIX B. This fee will be a "Money Back Guaranteed" performance-based charge, returnable only if a denial of the I-526 is issued by USCIS with no "cure."

Fees are to be paid via Check or Wire Transfer (see APPENDIX A). EB5 Petition fees do not include USCIS or NVC filing fees.

**I-526 GUARANTEE:** EB5 Petition guarantees the approval of any I-526 application it completes. If any such I-526 application is denied without possible cure, then EB5 Petition will return any service fees charged.

This guarantee does not apply in the case of fraud on the part of the Client or Investor, or if the Client or Investor furnishes EB5 Petition with false, misleading, or incomplete information.

This guarantee covers the approval of the I-526, and any I-485 or DS-230 applications. It does NOT cover the approval of any I-829 application.

**5. TERM:** The term of this partnership shall remain in effect until work is completed and the applicant is accepted or denied by the USCIS.

**6. EXPENSES:** EB5 Petition agrees to be responsible for reasonable out-of-pocket expenses related to performing services on behalf of the Client. Such expenses typically might include, but are not limited to: phone calls, postage, shipping, messengers, travel, meals and lodging. All items that EB5 Petition expects to be reimbursed for will be preapproved by the Client before the expense is paid. EB5 Petition fully expects to incur **NO** expenses. However, if any unexpected expenses arise, the Client will be under no obligation to repay those expenses unless agreed to by both parties before the expense occurs.



**USREDA / SARC Service Agreement**

**7. INFORMATION:** The Client acknowledges that EB5 Petition will rely on information furnished by the Client concerning the Client's personal information, background information, and source of funds without independent certification and the Client represents that such information will be materially complete and correct.

**8. CONFIDENTIALITY:** Except in the course of the performance of its duties hereunder, EB5 Petition agrees that it shall not disclose any trade secrets, know-how, or other proprietary information not in the public domain, learned as a result of this Agreement unless and until such information becomes generally known, unless EB5 Petition comes under direct subpoena to disclose this information to a court.

All documents will be considered confidential in nature. Only EB5 Petition's trained staff will handle the documents. Client may provide EB5 Petition a list of other personnel and interested parties that will have the right to access to the documents. This will be provided in the form of a facsimile release or email release.

All filings remain the property of Client and are provided in digital PDF format for Client's review.

Our systems provide the Client with complete digital files of all submissions, USCIS responses and RFEs (if any). During the course of the contract, Client may request files via either email (registered by case number and access code) or by mail or facsimile.

**9. SCOPE OF ENGAGEMENT:** EB5 Petition and its agents and employees will advise only as to U.S. immigration matters necessary to the filing of your I-526, I-485, DS-230, and I-829 petitions. EB5 Petition has not and will not advise on:

- Which regional center or project to invest in. Such a determination should be made by the Investor, with the assistance of other qualified counsel, before engaging EB5 Petition.
- The security of your investment, timing of return of your investment, or any tax or financial aspects of your investment.
- The accuracy of the business plan, economic analysis, private placement memorandum, or other project documents, or any attachments thereto.
- Foreign country currency laws and restrictions.
- Immigration matters arising prior to the I-526 petition, such as non-immigrant visas, unlawful presence, inadmissibility, and immigration strategy generally.
- Immigration matters arising outside the limited scope of engagement, such as naturalization, removal defense, or criminal matters.



**USREDA / SARC Service Agreement**

By signing this Agreement, you agree that you have been advised to seek independent advice on these matters from a financial advisor, business advisor, business or securities lawyer, accountant, or immigration lawyer for matters outside the limited scope of representation.

Once the USCIS or NVC petitions contracted for (I-526, I-485 if applicable, DS-230 if applicable, and optional I-829 if specified in APPENDIX B) are adjudicated (approved or denied without cure), services under this Agreement will terminate.

**10. JOINT REPRESENTATION AND CONFLICTS OF INTEREST:** EB5 Petition will represent you to the best of our ability with respect to processing your immigration matter. However, EB5 Petition is also called upon to represent the interests of the Regional Center in connection with your EB-5 petition, as well as other investors involved in the same project. By asking us to process your EB-5 petition, you agree that you intend a joint representation of you, other investors, and the Regional Center, where appropriate.

We believe that the interests of all parties involved are sufficiently aligned to undertake joint representation. However, because of this joint representation, there is potential for conflicts of interest to arise. We can only undertake this representation upon your certifying, by signing this Agreement, that you are aware of these potential conflicts of interest and, if applicable, you knowingly waive them. You should not ask us to represent you if you are aware at the outset of the matter that any of your interests are inconsistent with those of the Regional Center or any other investor in a project under that Regional Center, and you must let us know if you come to believe that any potential conflicts develop after our representation begins. If significant conflicts develop, we may have to stop representing you or some of our clients in a particular matter, with the result that you or some of our clients may need to hire new counsel at that time.

In connection with your decision to utilize EB5 Petition to process your immigrant petition, you should be aware of the following:

- Attorney-Client privilege only extends to members of the legal staff and the protection thus afforded does not extend to communications you may receive from the Regional Center.
- In the event of a dispute between joint clients, the attorney-client privilege will not protect against the disclosure to all joint clients of information shared during the joint representation.
- The legal staff receives compensation for services paid directly by EB5 Petition.
- Issues of timing for purposes of petition filing between joint investors will be resolved on a first-come, first served basis.



**USREDA / SARC Service Agreement**

**11. ASSIGNMENT:** This Agreement shall not be assignable by either party.

**12. GOVERNANCE:** This contract will be governed by the laws of the State of Florida (Palm Beach County), USA.

**Dated:** _10/09/2013_____          **Dated:** _____

_____          _____
**EB5 Petition**                                                        **CLIENT**

_Joseph Walsh_____          _____
**Printed Name / Position**                                  **Printed Name / Position**



**USREDA / SARC Service Agreement**

## APPENDIX A

WIRE INSTRUCTIONS

This is the wire instruction for South Atlantic Regional Center.

The amount due is:

       **USD $15,000** (I-526 only)
        or
       **USD $20,000** (I-526 and I-829)

Beneficiary:

South Atlantic Regional Center, LLC
197 S. Federal Highway, Suite 200
Boca Raton, FL  33432  USA

The wire instructions are as follows:

Bank Name:  **PNC Bank**
Bank Address:  9875 Jog Road, Boynton Beach, FL  33437  USA
Bank Phone Number:  (877) 287-2654

Bank ABA Number:  **043000096**

SWIFT Code:  **PNCCUS33**

Bank Account Number:  **1205088469**
(checking account)



**USREDA / SARC Service Agreement**

### APPENDIX B

**Compensation:** EB5 Petition shall be required to perform the specified services at the agreed price of <u>fifteen thousand</u> USD (<u>$15,000</u>) for completion of all documents required for a USCIS I-526 application and an I-485 or DS-230 application, excluding USCIS or NVC filing fees, for the Investor named herein.

Fees are due and payable before EB5 Petition will begin the work product.

**Optional I-829 Application:** The services described above only include the I-526 and I-485 or DS-230 applications. At your election, EB5 Petition can also gather information for, process, and file an I-829 application for the Investor covered hereunder. The additional fee for this service is currently <u>five thousand</u> USD (<u>$5,000</u>), plus USCIS filing fees. Should you wish to elect to add I-829 processing at this time, please sign below:

_____          _____

SIGNATURE                                                                    DATE