# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT AMENDMENT FORM

**FLORIDA SECURED TRANSACTION REGISTRY**
**FILED**
2012 Oct 01 08:00 AM
****** 201207621836 ******

EXHIBIT L

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Joseph Walsh 561.282.6102

B. SEND ACKNOWLEDGEMENT TO:
Name PALM HOUSE HOTEL, LLLP.
Address 197 South Federal Highway, Suite 200
City/State/Zip   Boca Raton, FL 33432

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. CURRENT RECORD INFORMATION – DEBTOR NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b)

2a. ORGANIZATION'S NAME: PALM HOUSE HOTEL, LLLP

2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**3. CURRENT RECORD INFORMATION – SECURED PARTY NAME** – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

3a. ORGANIZATION'S NAME: Palm House Hotel, LLLP

3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

4. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

5. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

6. ✓ **ASSIGNMENT** (full or partial): Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

7. ☐ **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.
☐ CHANGE name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.
☐ DELETE name: Give record name to be deleted in item 8a or 8b.
☐ ADD name: Complete item 9a or 9b, and 9c; also complete items 9d-9g (if applicable).

**8. CURRENT RECORD INFORMATION** – INSERT ONLY ONE NAME (8a OR 8b) – Do Not Abbreviate or Combine Names

8a. ORGANIZATION'S NAME
8b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**9. CHANGED (NEW) OR ADDED INFORMATION:** – INSERT ONLY ONE NAME (9a OR 9b) – Do Not Abbreviate or Combine Names

9a ORGANIZATION'S NAME
9b INDIVIDUAL'S LAST NAME ●●●● | FIRST NAME ●●●●●●● | MIDDLE NAME | SUFFIX
9c MAILING ADDRESS Line One: t
MAILING ADDRESS Line Two | CITY ●●●●●●●●●●●●● | STATE ●●● | POSTAL CODE ●●●● | COUNTRY ●●●●
This space not available.

9d TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 9e TYPE OF ORGANIZATION | 9f JURISDICTION OF ORGANIZATION | 9g ORGANIZATIONAL ID# ☐ NONE

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ✓ assigned.

ElitAL:
"All assets of the debtor, now owned or hereinafter acquired, and all products thereof, wherever located.

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

11a. ORGANIZATION'S NAME: Palm House Hotel, LLLP
11b. INDIVIDUALS' LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**12. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-3 (REV.01/2009)   Filing Office Copy   Approved by the Secretary of State, State of Florida