AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  16-cv-81871-KAM/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph Walsh
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
OR
1460 S. Ocean Blvd., Apt. 1602
Pompano Beach, FL 33062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:      11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  16-cv-81871-KAM/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Palm House Hotel, LLLP
Corporation Service Company, Registered Agent
1301 Hays Street
Tallahassee,FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  16-cv-81871-KAM/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KK-PB Financial, LLC
c/o Craig T. Galle, Registered Agent
13501 South Shore Blvd., Suite 103
Wellington, FL 33414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  ___11/14/2016___

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leslie Robert Evans & Associates, P.A.
c/o Leslie R. Evans, Esq., Registered Agent
214 Brazilian Avenue, Suite 200
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/14/2016_____

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leslie Robert Evans
214 Brazilian Avenue, Suite 200
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____11/14/2016_____

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  16-cv-81871-KAM/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Washington Marketing, LLC
Incorp Services, Inc., Registered Agent
1519 York Road
Lutherville, MD 21093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curyley, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/14/2016_____

*s/ Ledys M. Rodriguez*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  16-cv-81871-KAM/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ali Soltani
c/o Herischi & Associates LLC
7201 Wisconsin Ave, Suite 450
Bethesda, MD, 20814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curley, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:      11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Herischi & Associates, LLC
c/o Ali Herischi, Registered Agent
7201 Wisconsin Avenue, Suite 450
Bethesda, MD 20814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:        11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ali Herischi
7201 Wisconsin Avenue, Suite 450
Bethesda, MD 20814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____11/14/2016_____

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  NJL Development Group LLC
The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curley, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/14/2016_____

_s/ Ledys M. Rodriguez_
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Botticelli Advisors, LLC
c/o Leslie Robert Evans, Esq., Registered Agent
214 Brazilian Avenue, Suite 200
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curyley, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  New Haven Contracting South, Inc.
c/o Alan I. Armour, II, Esq., Registered Agent
1645 Palm Beach Lakes Blvd., Suite 1200
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _Nov 14, 2016_

Steven M. Larimore
Clerk of Court

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )<br>) |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No.  16-cv-81871-KAM/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  New Haven Contracting South, Inc.
c/o Alan I. Armour, II, Esq., Registered Agent
1645 Palm Beach Lakes Blvd., Suite 1200
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Nov 14, 2016

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Nicholas Laudano
638 Shore Drive
Boynton Beach FL 33435

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____11/16/2016_____

_s/ Ledys M. Rodriguez_ ___
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  16-cv-81871-KAM/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alibi Ltd.
2nd Floor, Harbor Place, 103 South Church Street
P.O. Box 1163
George Town, Grand Cayman
Cayman Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curyley, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/16/2016_____

*s/ November 16, 2016*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alibi LLC
    The Company Corporation, Registered Agent
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    G. Joseph Curleey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
    Gunster, Yoaley & Stewart, P.A.
    777 S. Flagler Drive, Suite 500 East
    West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  16-cv-81871-KAM/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bonaventure 22, LLC
c/o Alan Burger, Esq., Registered Agent
c/o McDonald Hopkins LLC
505 South Flagler Drive, Suite 300
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:          11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. <br> *Plaintiff(s)* <br><br> v. <br><br> JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  16-cv-81871-KAM/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mirabia, LLC
The Company Corporation, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Palm House PB, LLC
c/o Leslie R. Evans, Esq., Registered Agent
214 Brazilian Avenue, Suite 200
Palm Beach, FL 33480
.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  16-cv-81871-KAM/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  160 Royal Palm LLC
c/o Leslie R. Evans, Esq., Registered Agent
214 Brazilian Avenue, Suite 200
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curley, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/14/2016_____

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Palm House, LLC
The Company Corporation, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808
.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curley, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/14/2016_____

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  16-cv-81871-KAM/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ryan Black
3930 N. Flagler Drive, Apt. 202
West Palm Beach, FL 33407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curley, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  16-cv-81871-KAM/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gerry Matthews
161 Camp Road
Middlebury, CT 06762

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curley, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/14/2016_____



*s/ Ledys M. Rodriguez* _____
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Maria a/k/a/ Mia Matthews
101 Casa Bendita
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:        11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   16-cv-81871-KAM/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Robert Matthews
101 Casa Bendita
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:        11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  16-cv-81871-KAM/Matthewman |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Levinson
1505 Canna Court
Mountain View, CA 94043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____11/14/2016_____

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  16-cv-81871-KAM/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kevin Wright
101 Clematis Street, Suite 503
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____11/14/2016_____

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  16-cv-81871-KAM/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   USREDA LLC
　　　　　　　　　　　　　　　　(United States Regional Economic Development Authority LLC)
　　　　　　　　　　　　　　　　Registered Agents, Inc., Registered Agent
　　　　　　　　　　　　　　　　3030 N. Rocky Point Drive, Suite 150A
　　　　　　　　　　　　　　　　Tampa, FL 33607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　　　　　　　　　　G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
　　　　　　　　　　　　　　　　Gunster, Yoaley & Stewart, P.A.
　　　　　　　　　　　　　　　　777 S. Flagler Drive, Suite 500 East
　　　　　　　　　　　　　　　　West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ＿＿＿＿＿11/14/2016＿＿＿＿＿

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  16-cv-81871-KAM |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  South Atlantic Regional Center, LLC
Registered Agents, Inc., Registered Agent
3030 N. Rocky Point Drive, Suite 150A
Tampa, FL 33607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curley, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/14/2016_____

_s/ Ledys M. Rodriguez_
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  16-cv-81871-KAM |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Derrico
5163 Deerhurst Crescent Circle
Boca Raton. FL 33486

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/14/2016_____

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   16-cv-81871-KAM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph Walsh, Jr.
5183 NW 25th Way
Boca Raton, FL
OR
1460 S. Ocean Blvd., Apt. 1602
Pompano Beach, FL 33062
OR 1228 Creekside Drive, Wellington, FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curley, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   11/14/2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court