AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al.<br>*Plaintiff(s)*<br>v.<br>JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 16-81871<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* J. Marcus Payne
9250 Belvedere Road, Unit 101
Royal Palm Beach, FL 33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 are the United States or a United States agency, or an officer or employee of the United States described in F P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under l the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's att whose name and address are:
G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: NOV 17 2016

*Signature of Clerk or Deputy Cle*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. <br> *Plaintiff(s)* <br> v. <br> JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. *16-81871* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JJW Consultancy, Ltd.
9200 Belvedere Road
Suite 202
Royal Palm Beach, FL 33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 are the United States or a United States agency, or an officer or employee of the United States described in F P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under ] the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's att whose name and address are:
G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: **NOV 17 2016**

*Signature of Clerk or Deputy Cle*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al.<br>*Plaintiff(s)*<br>v.<br>JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-81871<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ryan Black
1469 S. Pine Island Road
Fort Lauderdale, FL 33328


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 are the United States or a United States agency, or an officer or employee of the United States described in F P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under 1 the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's att whose name and address are:
  G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
  Gunster, Yoaley & Stewart, P.A.
  777 S. Flagler Drive, Suite 500 East
  West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the You also must file your answer or motion with the court.

**Steven M. Larimore**
CLERK OF COURT

Date: NOV 17 2016

*Signature of Clerk or Deputy Cle*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. <br> *Plaintiff(s)* <br> v. <br> JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-81871 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joseph Walsh, Jr.
197 South Federal Highway, Suite 200
Boca Raton, FL 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 are the United States or a United States agency, or an officer or employee of the United States described in F P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under l the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's att whose name and address are:
G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: NOV 17 2016

*Signature of Clerk or Deputy Cle.*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al. <br> *Plaintiff(s)* <br> v. <br> JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 16-81871 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Walsh
197 South Federal Highway, Suite 200
Boca Raton, FL 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 are the United States or a United States agency, or an officer or employee of the United States described in F P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under I the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's att whose name and address are:
G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the You also must file your answer or motion with the court.

**Steven M. Larimore**
CLERK OF COURT

Date: __NOV 1 7 2016__

_____
*Signature of Clerk or Deputy Cle*