## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 16-CV-81871-KAM/MATTHEWMAN

Plaintiff:
**LAN LI, an individual; YINK TAN, an individual; TAO XIONG, an individual; et al.,**

vs.

Defendant:
**JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual, et al.,**

For:
Keith Sonderling
GUNSTER, YOAKLEY & STEWART, P.A.
Phillips Point Ste 500 East
777 South Flagler Drive
West Palm Beach, FL 33401-6194

Received by SIGNED, SEALED & DELIVERED INC. on the 17th day of November, 2016 at 1:50 pm to be served on **160 ROYAL PALM LLC, C/O LESLIE ROBERT EVANS, ESQ., R/A, 214 BRAZILIAN AVE SUITE 200, PALM BEACH, FL 33480**.

I, Adrian Becerra, do hereby affirm that on the **18th day of November, 2016** at **11:05 am, I:**

EFFECTED **CORPORATE SERVICE** by delivering a true copy of the **21 day Summons in a Civil Action, Complaint seeking damages and Preliminary and Permanent Injunctive Relief with exhibits A through N; Notice of unavailability of Keith E. Sonderling; Notice of Appearance of Devin S. Radkay** with the date and hour of service endorsed thereon by me, to: **LESLIE ROBERT EVANS** as **REGISTERED AGENT** for **160 ROYAL PALM**, at the address of: **214 BRAZILIAN AVE, 200, PALM BEACH, FL 33480**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 175, Hair: Grey, Glasses: Y

**Adrian Becerra**
CPS #1056

**SIGNED, SEALED & DELIVERED INC.**
P.O. Box 15255
West Palm Beach, FL 33416
**(561) 712-1722**

Our Job Serial Number: SSD-2016002287

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1h