IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 16-CV-81871-KAM

LAN LI, an individual, et al.,

    Plaintiffs,

v.

JOSEPH WALSH, an individual, et al.,

    Defendants.

_____/

**DEFENDANT LESLIE ROBERT EVANS & ASSOCIATES, P.A.'S CORPORATE DISCLOSURE STATEMENT**

Defendant LESLIE ROBERT EVANS & ASSOCIATES, P.A. ("Defendant"), by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules Of Civil Procedure, hereby discloses that there are no parent corporations or publically held corporations that hold ten percent or more of Defendant's stock/membership interest.

    Respectfully Submitted,

    BY: /s/Gregory R. Elder
    Gregory R. Elder, Esq.
    Florida Bar. No. 54005
    gelderlaw@gmail.com
    Law Offices of Gregory R. Elder, LLC
    108 SE 8th Avenue, Suite 114
    Fort Lauderdale, Florida 33301
    Phone: 305-546-1061
    Attorneys for Plaintiff

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of December, 2016, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which I understand will serve a copy on all counsel of record, whose addresses are listed below.

BY: /s/Gregory R. Elder

**SERVICE LIST**
Lan Li, et al., v. Joseph Walsh,
et al. Case No. 1:16-cv-81871


Adam T. Rabin, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
Email:  arabin@mccaberabin.com
Attorney for Gerry Matthews

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A. Florida Office:
1198 Hillsboro Mile – Suite 244
Hillsboro Beach, FL 33062 Ohio Office:
3711 Whipple Avenue,
N.W. Canton, OH 44718-2933
Email:  zinklaw3711@yahoo.com
Attorney for KK-PB Financial, LLC

G. JOSEPH CURLEY
Florida Bar No. 571873
Email: jcurley@gunster.com
KEITH E. SONDERLING
Florida Bar No. 57386
Email: ksonderling@gunster.com
DEVIN RADKAY
Florida Bar No. 41976
Email: dradkay@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500
East West Palm Beach, FL 33401-6194
(561) 655-1980/Facsimile (561) 655-5677
Attorneys for Plaintiffs