AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al.<br><br>*Defendant(s)* | Civil Action No. 16-cv-81871 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joseph Walsh
Penthouse Suite 7902, 79/F
The Center
99 Queen's Road
Central, Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: DEC 21 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-cv-81871<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Walsh, Jr.
Penthouse Suite 7902, 79/F
The Center
99 Queen's Road
Central, Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
Gunster, Yoaley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: DEC 2 1 2016

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| LAN LI, an individual; YING TAN, an individual; TAO XIONG, an individual; JUNQIANG FENG, an individual, RAN CHEN, an individual; XIANG SHU, an individual; HAO LOU, an individual; et al.<br><br>*Plaintiff(s)*<br>v.<br><br>JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual; DAVID DERRICO, an individual; SOUTH ATLANTIC REGIONAL CENTER, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 16-cv-81871<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JJW Consultancy, Ltd.
   Penthouse Suite 7902, 79/F
   The Center
   99 Queen's Road
   Central, Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   G. Joseph Curlyey, Esq. Keith E. Sonderling, Esq., and Devin Radkay, Esq.
   Gunster, Yoaley & Stewart, P.A.
   777 S. Flagler Drive, Suite 500 East
   West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
*CLERK OF COURT*

Date: DEC 2 1 2016

*Signature of Clerk or Deputy Clerk*