# DECLARATION

I, CHRISTOPHER JEREMY WILSON   Holder of H.K. I/D No. K002952(1)
of 406, YUEN FAT INDUSTRIAL BUILDING, 25 WANG CHIU ROAD, KOWLOON BAY, KOWLOON, HONG KONG
solemnly and sincerely declare that:

The content of the attached document, marked pages 1—13 is correct and true.

**EXHIBIT 1**

And I make this solemn declaration conscientiously believing the same to be true and by virtue of the Oaths and Declarations Ordinance.

Declared at Kwun Tong District Office
in the Hong Kong Special Administrative Region
this          day of   - 9 JAN 2017
~~through the interpretation of~~
of
the said interpreter having been also ~~first declared~~ that he/she* had truly, distinctly and audibly interpreted the contents of this document to the declarant, ~~and that he/she*~~ would truly and faithfully interpret the ~~declaration about to be administered to him/her*.~~
Before me,

Ms CHAN Sau-wai
Commissioner for Oaths

..................................
(signature of declarant)

~~I,                    , of~~
, solemnly and sincerely declare that I well understand the English and Chinese languages and that I have truly, distinctly and audibly interpreted the contents of this document to the declarant    , and that I will truly and faithfully interpret the declaration about to be administered to him/her*.

Declared at
in the Hong Kong Special Administrative Region
this          day of
Before me,

~~Commissioner for Oaths~~

..................................
~~(signature of interpreter)~~

*Please delete where appropriate
HAD 5(S) Rev. 1/2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81871-CIV-MARRA

LAN LI, an individual, et al,

   Plaintiffs,

vs.

JOSEPH WALSH, an individual, et al,

   Defendants.
_____/

## AFFIDAVIT OF SERVICE ON JJW CONSULTANCY LIMITED, JOSPEH WALSH, AND JOSEPH WALSH, JR.

I, Christopher Jeremy Wilson, declare:

1. I am a process server based in Hong Kong. I have personal knowledge of the facts set forth herein. I am the holder of HK ID K002952(1), and I am a certified process server for Veriton Asia Ltd., located at Unit 406, 4/F, Yuen Fat Industrial Building, 25 Wang Chiu Road, Kowloon Bay, Kowloon, Hong Kong SAR of China. I am over eighteen years of age and have no interest in this action.

2. On December 22, 2016, I was asked to conduct a process serve on (1) JJW Consultancy Limited, located at Penthouse Suite 7902, 79/F, The Centre, 99 Queen's Road Central, Hong Kong ("JJW Consultancy"); (2) Joseph Walsh, at Penthouse Suite 7902, 79/F, The Centre, 99 Queen's Road Central, Hong Kong ("Mr. Walsh"); and (3) Joseph Walsh Jr, at Penthouse Suite 7902, 79/F, The Centre, 99 Queen's Road Central, Hong Kong ("Mr. Walsh Jr.").

This is the exhibit marked " 1 ",referred to in the declaration of CHRISTOPHER JEREMY WILSON
declared before me on
- 9 JAN 2017
Ms CHAN Sau-wai
Commissioner for Oaths
Kwun Tong District Office, Hong Kong

3. I was provided with three copies of the (1) Summons and (2) Complaint Seeking Damages and Preliminary and Permanent Injunctive Relief. I prepared a separate package for each of the three parties to be served and the appropriate name was placed on the outside of the front cover.

4. I was also provided with a photograph of Mr. Walsh Jr.

5. On December 30, 2016, I arrived at Penthouse Suite 7902, 79/F, The Centre, 99 Queen's Road Central, Hong Kong. I was able to confirm JJW Consultancy was situated at that address, and also that Mr. Walsh Jr. was present.

6. I spoke with the receptionist who, after speaking with Mr. Walsh Jr., represented to me that she was authorized to accept service on behalf of (1) JJW Consultancy, (2) Mr. Walsh, and (3) Mr. Walsh Jr.

7. Immediately thereafter, I executed service of process on JJW Consultancy, Mr. Walsh, and Mr. Walsh Jr. by personally delivering each of their packages to the receptionist.

8. I generated a report of this matter, detailing my service of process on JJW Consultancy, Mr. Walsh, and Mr. Walsh Jr.

9. Attached hereto as Exhibit A is a true and correct copy of my process serve report.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true.

Dated: January ___, 2017

Christopher Jeremy Wilson
HK ID K002952(1)
Managing Director
Veriton Security
www.veritonasia.com

This is the exhibit marked " 2 ", referred to in the declaration of CHRISTOPHER JEREMY WILSON
declared before me on
- 9 JAN 2017   Ms CHAN Sau-wai
Commissioner for Oaths
Kwun Tong District Office, Hong Kong

2

www.hongkongprocessserve.com
+852 92369140 (mobile)
+852 248 999 48 (office)
Unit 6, 4/F, Yuen Fat Industrial Building
25 Wang Chiu Road
Kowloon Bay
Hong Kong

This is the exhibit marked "3_____", referred to in the declaration of CHRISTOPHER JEREMY WILSON declared before me on
- 9 JAN 2017

Ms CHAN Sau-wai
Commissioner for Oaths
Kwun Tong District Office, Hong Kong

3



**VERITON**
Security

# JJW Consultancy Ltd

# Process Serve

| | |
|---|---|
| Prepared for: | Guangdong Kingandland Law Firm |
| By: | Veriton Security, Hong Kong |
| Research Period: | 30 DEC 2016 |
| Chief Researcher: | Chris Wilson |
| Reviewed by: | Jane McAulay |
| Tel: | +852 248 999 48 |
| Customer Enquiries: | info@veritonasia.com |

This is the exhibit marked "4", referred to in the declaration of CHRISTOPHER JEREMY WILSON declared before me on
- 9 JAN 2017

Ms CHAN Sau-wai
Commissioner for Oaths
Kwun Tong District Office, Hong Kong

*JJW Consultancy Limited – Process Serve*

# TABLE OF CONTENTS

| | | |
|---|---|---:|
| 1 | JJW CONSULTANCY LIMITED | 2 |
| 1.1 | INSTRUCTIONS | 2 |
| 1.2 | INTERNET CHECK | 3 |
| 1.3 | PROCESS SERVER | 3 |
| 2 | PROCESS SERVE | 4 |
| 2.1 | VISIT TO CENTRAL | 4 |
| 2.2 | SERVICE OF DOCUMENTS | 7 |

This is the exhibit marked "5", referred to in the declaration of CHRISTOPHER JEREMY WILSON declared before me on

- 9 JAN 2017    Ms CHAN Sau-wai
Commissioner for Oaths
Kwun Tong District Office, Hong Kong

CONFIDENTIAL - Veriton Security © 2016

*JJW Consultancy Limited – Process Serve*

# 1  JJW Consultancy Limited

### 1.1  Instructions

On 22 DEC 2016, Veriton Security was asked by *Client* to conduct a Process Serve on:

*(1) JJW Consultancy Limited, located at Penthouse Suite 7902, 79/F, The Centre, 99 Queen's Road Central, Hong Kong*

*(2) Joseph Walsh, at Penthouse Suite 7902, 79/F, The Centre, 99 Queen's Road Central, Hong Kong*

*(3) Joseph Walsh Jr, at Penthouse Suite 7902, 79/F, The Centre, 99 Queen's Road Central, Hong Kong*

Joseph Walsh is Joseph Walsh Jr.'s father.

The documents were forwarded on 29 DEC 2016 and printed that evening. Due to the large number of pages in each bundle (451 pages), a separate file was prepared for each entity and the appropriate name attached to the outside of the front cover. Each was then tied securely with green string.

On 30 DEC 2016, *Client* provided a photograph of Joseph Walsh Jr:



This is the exhibit marked "E", referred to in the declaration of CHRISTOPHER JEREMY WILSON declared before me on -9 JAN 2017  Ms CHAN Sau-wai  Commissioner for Oaths  Kwun Tong District Office, Hong Kong

CONFIDENTIAL - Veriton Security © 2016

*JJW Consultancy Limited – Process Serve*

### 1.2  Internet Check

A check on the building and address confirmed that there was a company called JJW Consultancy Ltd[1] situated at the given address.



Interestingly, a second website for the company was also found - http://jjwltd.com/

### 1.3  Process Server

The Process Server for this matter was Christopher Jeremy Wilson, holder of HK ID K002952(1), a Process Server of *Veriton Asia Ltd.*, of Unit 406, 4/F, Yuen Fat Industrial Building, 25 Wang Chiu Road, Kowloon Bay, Kowloon, Hong Kong SAR of China.

This is the exhibit marked "7", referred to in the declaration of CHRISTOPHER JEREMY WILSON declared before me on

- 9 JAN 2017    Ms CHAN Sau-wai
Commissioner for Oaths
Kwun Tong District Office, Hong Kong

---

[1] http://www.wwbworld.com/jjwconsultancy/

4

*JJW Consultancy Limited – Process Serve*

## 2 Process Serve

### 2.1 Visit to Central

Prior to going to the address, the files containing the printed documents were placed in a small travel bag and a brief case. I then went to Central and walked to the target building, arriving at 1610hrs.




I entered the building and went up to the electronic display directory and checked that the target company was listed; it was.






This is the exhibit marked " 8 ",referred to in the declaration of CHRISTOPHER JEREMY WILSON
declared before me on
- 9 JAN 2017
Ms CHAN Sau-wai
Commissioner for Oaths
District Office, Hong Kong

CONFIDENTIAL - Veriton Security © 2016

*JJW Consultancy Limited – Process Serve*

I then went up two escalators and then entered a lift serving only the uppermost floors. The 79/F is the top floor. I arrived on 79/F at 1620hrs. Mounted on the wall beside the lift doors on 79/F I saw a sign indicating that JJW Consultancy Ltd was in room 7902.



I then approached the room in question. The number 7902 was above the doors and a bell positioned to the right. I looked through the glass doors and saw that the offices were in a state of upheaval. There was a reception desk immediately to the right of the doors and a courier from *SF Express* was standing at the desk talking to a receptionist.

I then rang the doorbell. The lock was electronically released from inside and I entered. The front portion of the office had large numbers of boxes and black sacks lying around. There was also a large roll of plastic bubble wrap. I immediately formed a very strong opinion that they were leaving the offices in a hurry.

This is the exhibit marked "9", referred to in the declaration of CHRISTOPHER JEREMY WILSON declared before me on

- 9 JAN 2017   Ms CHAN Sau-wai
Commissioner for Oaths
Kwun Tong District Office, Hong Kong

CONFIDENTIAL - Veriton Security © 2016

JJW Consultancy Limited – Process Serve





This is the exhibit marked " 10 ",referred to
in the declaration of CHRISTOPHER JEREMY
                                    WILSON
declared before me on
- 9 JAN 2017    Ms CHAN Sau-wai
                Commissioner for Oaths
                Kwun Tong District Office, Hong Kong

7

*JJW Consultancy Limited – Process Serve*

There was no sign of any company brochures, advertising or anything to suggest the name of the company occupying the offices.

Inside I saw three women and at the back of the office a white male; I recognised him as being the male in the photograph provided by the *Client*.

One of the three women remained behind the reception desk the entire duration of my visit. I refer to her as the receptionist. She asked me what I wanted. I explained that I had some documents to give to the company. She asked me what company. I told her the company in the offices. She wanted me to give her the name of the company. Instead, I opened my briefcase and removed the file addressed to *JJW Consultancy Ltd* and showed it to her and said this company. The receptionist said yes, the company was located in these offices.

## 2.2   Service of Documents

She then called one of the other women to the reception desk; they spoke to each other in Cantonese – which I also speak. The receptionist then took the first file from me and placed it on her desk. At this time, the *SF Express* courier left the offices.

At this point I told the receptionist that I also had a package of papers for Mr Joseph Walsh Jr and asked if I could go to him and give him the papers as I could see him at the back of the offices. I was told by the other women that I could not; they would not let me past the reception desk. The receptionist said she could give the documents to him and asked for the documents.

One of the women then went back into a glass walled office at the left of the offices. Shortly after that I saw Mr Walsh Jr walk to the right side of the offices and behind a wall structure. I did not see him again.

The women that had gone to a glass walled office then returned to the reception area.

The receptionist then asked again for the second folder. She told me she would give it to him as soon as he was back in the office; she added that he had just left for the toilet.

I then took the folder addressed to Mr Walsh Jr from my small travel bag and gave it to the receptionist. She placed it on her desk beside the first folder.

I asked if Mr Walsh Sr was in the office. I was told he was not. I told the receptionist that I also had a folder for him. She offered to take it and give it to him. I then put the third folder on the receptionist's desk.

In an effort to lengthen my stay in the office I started talking to the receptionist. I asked if they were moving out and she said yes. I asked where they were going to but she said she

This is the exhibit marked "11", referred to in the declaration of CHRISTOPHER JEREMY WILSON declared before me on

- 9 JAN 2017   Ms CHAN Sau-wai
Commissioner for Oaths
Kwun Tong District Office, Hong Kong

CONFIDENTIAL - Veriton Security

*JJW Consultancy Limited – Process Serve*

did not know. I had noted that several of the boxes had CYBERPORT[2] written on them in large black handwriting. All the boxes were commercially manufactured removal boxes – all provided by a company called *Hoi Tong Logistics*.



I waited in the office for another two or three minutes but Mr Walsh did not return. I eventually left the offices at about 1640hrs.

This is the exhibit marked "12", referred to in the declaration of CHRISTOPHER JEREMY WILSON declared before me on

- 9 JAN 2017   Ms CHAN Sau-wai
Commissioner for Oaths
Kwun Tong District Office, Hong Kong

---

[2] Cyberport is an expensive residential area and also the location of part of one of HK's universities and also the home to several large well known businesses.

CONFIDENTIAL - Veriton Security © 2016

JJW Consultancy Limited – Process Serve

### 2.3  Refusal to Provide Names

Prior to leaving I asked the receptionist for her name but she refused to tell me.  The other two women were also asked – and they too refused to give me their names.  I asked for a company name card – but they said they had none.  They asked for my name, phone number and my company.  I provided this information to the receptionist.

On leaving, I walked round the office to the toilet, hoping to catch Mr Walsh Jr coming out, but he did not come out and the outer toilet door was locked.  I was able to confirm that there was a rear exit to the offices that led to a corridor which provided access to the toilets and also to a service lift.  More sacks of rubbish were seen in this small lift lobby.

*** END ***

This is the exhibit marked " _13_ ",referred to
in the declaration of CHRISTOPHER JEREMY WILSON
declared before me on
- 9 JAN 2017    Ms CHAN Sau-wai
Commissioner for Oaths
Kwun Tong District Office, Hong Kong

CONFIDENTIAL - Veriton Security © 2016

