

| | |
|---|---|
| **From:** | WSP Server on behalf of No Reply |
| **To:** | Sonderling, Keith; St. George, Cheryl |
| **Cc:** | SIGNED, SEALED & DELIVERED INC. |
| **Subject:** | SSD Status on (WALSH, JOSEPH) |
| **Date:** | Friday, November 18, 2016 11:43:17 AM |

\*\*\* NOTICE: This email was sent from an unmonitored account. Please send any replies to OESSD@AOL.COM \*\*\*

To: Keith Sonderling
   GUNSTER, YOAKLEY & STEWART, P.A.

This is an automated message relating to:
   Our Job Number: 2016002282
   Your Reference Number:
   Party to be Served: WALSH, JOSEPH
   Case Info: Florida  Southern  16-CV-81871-KAM/MATTHEWMAN
    LAN LI, an individual; YINK TAN, an individual; TAO XIONG,an individual; et al., vs.
    JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual, et al.,

Documents: 21 day Summons in a Civil Action, Complaint seeking damages and Preliminary and Permanent Injunctive Relief with exhibits A through N; Notice of unavailability of Keith E. Sonderling; Notice of Appearance of Devin S. Radkay

Original Service Address: JOSEPH WALSH, 197 SOUTH FEDERAL HIGHWAY, SUITE 200, BOCA RATON, FL 33432

Latest Status: 11/18/2016 11:39 am  Service was attempted this morning.  Per Wendy the receptionist, subject moved out in the middle of the night about 1 year ago no one knows where they went.  Please advise how you would like us to proceed.  Service will be on hold till we hear from you.  Thank you Olga.


Thank you,
SIGNED, SEALED & DELIVERED INC.
OESSD@AOL.COM
Phone: (561) 712-1722

More detailed status is available at www.pstprostatus.net

| | |
|---|---|
| **From:** | WSP Server on behalf of No Reply |
| **To:** | Sonderling, Keith; St. George, Cheryl |
| **Cc:** | SIGNED, SEALED & DELIVERED INC. |
| **Subject:** | SSD Status on (WALSH,, JOSEPH) |
| **Date:** | Friday, November 18, 2016 11:43:17 AM |

*** NOTICE: This email was sent from an unmonitored account. Please send any replies to OESSD@AOL.COM ***

To: Keith Sonderling
   GUNSTER, YOAKLEY & STEWART, P.A.

This is an automated message relating to:
   Our Job Number: 2016002281
   Your Reference Number:
   Party to be Served: WALSH,, JOSEPH
   Case Info: Florida  Southern  16-CV-81871-KAM/MATTHEWMAN
    LAN LI, an individual; YINK TAN, an individual; TAO XIONG,an individual; et al., vs.
    JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual, et al.,

Documents: 21 day Summons in a Civil Action, Complaint seeking damages and Preliminary and Permanent Injunctive Relief with exhibits A through N; Notice of unavailability of Keith E. Sonderling; Notice of Appearance of Devin S. Radkay

Original Service Address: JOSEPH WALSH, JR., 197 SOUTH FEDERAL HIGHWAY, SUITE 200, BOCA RATON, FL 33432

Latest Status: 11/18/2016 11:41 am  Service was attempted this morning.  Per Wendy the receptionist, subject moved out in the middle of the night about 1 year ago no one knows where they went.  Please advise how you would like us to proceed.  Service will be on hold till we hear from you.  Thank you Olga.


Thank you,
SIGNED, SEALED & DELIVERED INC.
OESSD@AOL.COM
Phone: (561) 712-1722

More detailed status is available at www.pstprostatus.net

| | |
|---|---|
| **From:** | WSP Server on behalf of No Reply |
| **To:** | Sonderling, Keith; St. George, Cheryl |
| **Cc:** | SIGNED, SEALED & DELIVERED INC. |
| **Subject:** | SSD Status on (JJW CONSULTANCY) |
| **Date:** | Thursday, December 01, 2016 11:55:13 AM |

*** NOTICE: This email was sent from an unmonitored account. Please send any replies to OESSD@AOL.COM ***

To: Keith Sonderling
   GUNSTER, YOAKLEY & STEWART, P.A.

This is an automated message relating to:
   Our Job Number: 2016002292
   Your Reference Number:
   Party to be Served: JJW CONSULTANCY
   Case Info: Florida  Southern  16-CV-81871-KAM/MATTHEWMAN
    LAN LI, an individual; YINK TAN, an individual; TAO XIONG,an individual; et al., vs.
    JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS PAYNE, an individual, et al.,

Documents: 21 day Summons in a Civil Action, Complaint seeking damages and Preliminary and Permanent Injunctive Relief with exhibits A through N; Notice of unavailability of Keith E. Sonderling; Notice of Appearance of Devin S. Radkay

Original Service Address: JJW CONSULTANCY LTD, 9200 BELVEDERE ROAD, UNIT 202, ROYAL PALM BEACH, FL 33411

Latest Status: 12/1/2016 11:49 am  Good afternoon - This company is no longer located at this address. Per receptionist, they moved to 99 Queens Road, Penthouse Suite 7902 79F, Central, Hong Kong. This address is also listed on their website. Would you like a quote for service of this summons via the Hague Convention? Please advise on how to proceed. Thank you, Esther.

Thank you,
SIGNED, SEALED & DELIVERED INC.
OESSD@AOL.COM
Phone: (561) 712-1722

More detailed status is available at www.pstprostatus.net