

# USREDA
### United States Regional Economic Development Authority
*"Wealth Without Borders"*

English  中文

Home | About Us | Services | Affiliates | Projects | Contact

## Expert Management

USREDA is led by a seasoned management team with the expertise to help you meet the critical goals that impact your bottom line. Trust the knowledge and insight of USREDA's management, gained from over 60 years of collective business and project management proficiency, and waiting to be put to work for you. Whatever your goals, allow USREDA's wealth of knowledge and experience to help bring them to a successful outcome.



### Meet USREDA's Leader:



**Joseph J. Walsh, Sr.**
President & CEO

Joseph J. Walsh was born and raised in Chicago, Illinois, USA. Throughout his career of more than thirty years he has managed and owned public and private corporations in the US, Canada and the UK. Mr. Walsh was formally trained as an Electrical Engineer, but started his career with successful ventures in the fields of Marketing and Advertising. In the late 1990s and early 2000s, Mr. Walsh founded several startup computer and graphics firms, and served as President and CEO for each company as he brought them to the public markets. He subsequently managed numerous successful mergers of public companies, and has accumulated extensive experience in merger and acquisition strategy as a result. Mr. Walsh's experience also extends to the intricacies of U.S. Securities and Exchange laws. With a diverse and successful business past, Mr. Walsh provides for USREDA a wealth of knowledge and leadership acumen, along with decades of expertise in marketing, development and process engineering.



**SERVICES**
WEALTH MANAGEMENT
EB-5 CONSULTING
WEALTH ACCUMULATION
PROJECT MANAGEMENT
STRATEGIC PLANNING
RISK MANAGEMENT

**CONTACT**
U.S. TELEPHONE: +1 561.900.7077
H.K. TELEPHONE: +852.2186.9876
EMAIL: INFO@USREDA.COM



USREDA © 2016 • Disclaimer

# USREDA
### UNITED STATES REGIONAL ECONOMIC DEVELOPMENT AUTHORITY
*"Wealth Without Borders"*

English | 中文

Home | About Us | Services | **Affiliates** | Projects | Contact

## Affiliates

USREDA has a number of strategic partnerships and affiliations with organizations around the world. These give us unprecedented reach and ability to serve, no matter what your specific direction. Contact USREDA today to learn how to harness our network of worldwide partners toward the goal of achieving your personal objectives.





### JJW Consultancy

**Hong Kong**

JJW Consultancy is a premier proviers of citizenship by investment consulting solutions worldwide, and specializes in the United States' EB-5 program. Whether you are an investor, a Regional Center or a Consultant, JJW Consultancy has the knowledge, experience and track record of success to help propel your case to a successful outcome.

www.jjwltd.com



### SARC

**South Florida, United States**

South Atlantic Regional Center (SARC) is a federally approved Regional Center headquartered in Palm Beach County, Florida. We are licensed by USCIS to undertake EB5 projects in South Florida, and are committed to connecting approved immigrant investors with secure investment opportunities in need of capital.

www.sarceb5.com



### Wealth Without Borders™

**Worldwide**

Wealth Without Borders™ is more than a title or a slogan; it is resource that aligns investors with secure and established revenue sources.  Together with their partner companies, the Company specializes in connecting qualified investors with highly acclaimed investment projects in key growth sectors such as innovation, real estate, hospitality and more.  Whatever your investment or immigration goals, trust Wealth Without Borders™ as your connection to opportunity and success.



### Kirtlington Beaufort, Ltd.

**Middle East, Africa, South America, United Kingdom**

Kirtlington Beaufort, Ltd. (KBL) strives to serve its clients by helping them to realize their financial and immigration goals. Investors can be assured that the company is built upon maintaining the highest ethical standards, and is committed to serving its client base with custom tailored investment solutions. Trust Kirtlington Beaufort's experience and professionalism as we work to achieve your specific objectives.

www.wwbworld.com

www.kblmtd.com



### Pacific Resources Group (PRG)

**Mainland China, Hong Kong, Macau, Taiwan**

Pacific Resources Group provides a wealth of experience in brokering EB-5 and other Citizenship by Investment programs within the People's Republic of China. Their reputation and connections within the country make them an invaluable resource to clients. USREDA has appointed PRG the Master General Agent for Mainland China, Hong Kong S.A.R., Macau S.A.R., and Taiwan.



### USREDA Capital

**United States, Hong Kong and Worldwide**

USREDA Capital is the investment banking entity of USREDA, and is certified to raise capital for large investment projects, premier private equity funds, and hedge funds. USREDA Capital's goal is to build wealth without borders for its clients by connecting them with unique investment opportunities in key industry sectors.



### Spearhead Capital

**South Africa, United States, United Kingdom and Japan**

Spearhead Capital is a leader in global investment strategies and investor education. From next-generation revolutionary investment strategies for individual clients to sophisticated solutions for multi-national businesses and institutions, Spearhead Capital's mission is to connect people with possibility and profitability.

www.spearheadinvest.com



### EB5 Petition

**United States**

EB-5 Petition is a worldwide team of experts available to assist in processing your immigration petition. Each unique case is given careful analysis to ensure a successful outcome. With multilingual staff in the US and abroad, EB-5 Petition understands language and cultural barriers. Their staff has handled thousands of cases in multiple countries. EB-5 Petition is so sure of their immigration petition process that, if your petition is denied, you will receive a full refund.

www.eb5petition.com



### IMG

**Vietnam**

Intellectual Management Group (IMG) has been the leader in Immigration & Citizenship, Corporate Finance, and Family Office Services for Vietnam since 2003. IMG is also a market leader in professional services for High Net Worth individuals and institutional clients. The Company is committed to providing the highest quality of service to clients, and features a consolidated library system to ensure they receive the utmost in security and discretion. IMG is headquartered in Hanoi, Vietnam, and maintains offices throughout the country and internationally to serve Vietnamese wherever they reside.

http://www.img-global.com

---

**SERVICES**
WEALTH MANAGEMENT
EB-5 CONSULTING
WEALTH ACCUMULATION
PROJECT MANAGEMENT
STRATEGIC PLANNING
RISK MANAGEMENT

**CONTACT**
U.S. TELEPHONE: +1 561.900.7077
H.K. TELEPHONE: +852.2186.9876
EMAIL: INFO@USREDA.COM









Language / 语  English

# JJW Consultancy, Ltd.

HOME    ABOUT    SERVICES    PROJECTS    FAQ    CONTACT

## LETTER FROM THE PRESIDENT

Thank you for your interest in JJW Consultancy –

We are a consulting firm designed with you in mind. We are equipped to provide you or your organization with unmatched consulting on EB-5 and other citizenship-by-investment programs around the world. No matter what your direction, the JJW Consultancy staff has the worldwide footprint and experience to meet your objectives with success.

We understand the complexities of investment-based immigration and how difficult it can be to find a trusted partner. Connecting qualified investors with safe and secure projects is how JJW Consultancy has built a solid name for itself in the international marketplace.

We also understand that presenting a case to the immigration service in any country can be a daunting experience. Simply put, it is much more than an exercise in filling out a form. Each case is unique and requires certain levels of competence and analysis to ensure a successful outcome.



Joseph J. Walsh, Sr.
CEO/President
JJW Consultancy, Ltd.

Our commitment to you is that every client and every case handled by JJW Consultancy is given genuine consideration and concern. Our experienced team understands the challenges and nuances of EB-5 and investment-based immigration programs around the world. By balancing the requirements of the law with the present "temperature" in the marketplace, we compile a complete and manageable response to the unique technical and personal matters that you face.

Regardless of where you are in the world, our staff is uniquely situated to serve your specific needs. Our multilingual staff can assist you in English, Chinese, Vietnamese, Portuguese, Russian, Arabic, and Farsi. JJW Consultancy has successfully handled hundreds of cases in multiple countries, and we can assure you that when we take a petition case into our fold we will see it through to completion.

The United States' EB-5 program is now the most readily available and desirable immigrant investment program in the world. Trust JJW Consultancy's knowledge and experience to help guide you through it. Our dedicated staff would be pleased to assist you. We are available at any time, and look forward to helping you achieve your goals.

Sincerely,

Joseph J. Walsh, Sr.
CEO/President
JJW Consultancy, Ltd.

---

| JJW CONSULTANCY | EB-5 INFORMATION | FAQ | OFFICES | |
|---|---|---|---|---|
| › ABOUT | › ABOUT EB-5 | › INVESTOR FAQ | Hong Kong: Penthouse Suite 7902, 79/F, The Center 99 Queen's Road Central, Hong Kong | Telephone: +852.2186.9876 Email: info@jwltd.com |
| › SERVICES | › EB-5 BLOG | › REGIONAL CENTERS FAQ | | |
| › GUARANTEE | | › CONSULTANT FAQ | | |
| › FAQ | | | United States: 9200 Belvedere Road Suite 202 Royal Palm Beach, FL 33411 | Telephone: +1 561.900.7077 Email: info@jwltd.com |
| › CONTACT | | | | |

JJWLTD.com
© 2015 | DISCLAIMER



Language / 语  English

HOME   ABOUT   SERVICES   PROJECTS   FAQ   CONTACT

## REGIONAL CENTERS

### GLOBAL REACH

JJW Consultancy's maintains connections and lead sources within China and other common origins of EB-5 investment, and is poised to help your projects raise the capital necessary to succeed. The company's experienced and multi-lingual team is based in Hong Kong, Shanghai, Beijing, Dubai, London and the United States and are able to serve you no matter where you reside.

JJW Consultancy also offers a portfolio of services to support the ongoing operation of your Regional Center or its projects. We specialize in the Asian Markets, both Near and Far-East, and can help you with processing your investor petitions.

A listing of our comprehensive services covering all your Regional Center needs are as follows:

- Thorough completion of I-526, I-829, I-485, and I-924 applications
- Collection of necessary application documents directly from Investors
- Translation services when dealing with investors directly
- Review of PPM, Business Plan, Limited Partnership Agreement, Economic Analysis and all other documents necessary for USCIS Project and I-526 approval
- Banking Services, sourcing of funds, escrow services in the US and Hong Kong. Specific assistance in dealing with Monetary Control Requirements levied by many countries

Our I-526 submissions come with a full Money Back Guarantee. To our knowledge, this is the only such guarantee in the industry. In the last 15 years, over 10,000 investor petition cases have been filed in multiple entry countries. We have the experience and capabilities to guide you through the process. Quite simply, if your I-526 application is denied, we will return your I-526 application fee in full.

Contact us today for more information. Our professional staff will help you and your regional center navigate the EB-5 process. This will leave you free to focus on the success of your project, unfettered by the many regulations and minutia required when processing investor documents.

### A WORLD OF SERVICES

**BANKING**
- Escrow Services
- International Banking Recommendation
- Source of Funds

**DOCUMENT PREPARATION**
- Business Plan
- Economic Analysis
- Limited Partnership Agreement
- Private Placement Memorandum

**IMMIGRATION SERVICES**
- Consular Interview and I-485
- I-526
- I-829





USREDA
UNITED STATES REGIONAL ECONOMIC DEVELOPMENT AUTHORITY

---

### JJW CONSULTANCY
- ABOUT
- SERVICES
- GUARANTEE
- FAQ
- CONTACT

### EB-5 INFORMATION
- ABOUT EB-5
- EB-5 BLOG

### FAQ
- INVESTOR FAQ
- REGIONAL CENTERS FAQ
- CONSULTANT FAQ

### OFFICES
Hong Kong:
Penthouse Suite 7902, 79/F,
The Center
99 Queen's Road
Central, Hong Kong

United States:
9200 Belvedere Road
Suite 202
Royal Palm Beach, FL 33411

Telephone: +852.2186.9676
Email: info@jjwltd.com

Telephone: +1.561.900.7077
Email: info@jjwltd.com

**JJWLTD.com**
© 2015 | DISCLAIMER

# JJW Consultancy, Ltd.

Language / 语: English

HOME | ABOUT | SERVICES | PROJECTS | FAQ | **CONTACT**

## CONTACT US

### OFFICES

**Hong Kong:**
Penthouse Suite 7902, 79/F, The Center
99 Queen's Road
Central, Hong Kong

H.K. Telephone: +852-2186-9876
E-mail: info@jjwltd.com

**United States:**
9200 Belvedere Road
Suite 202
Royal Palm Beach, FL 33411

U.S. Telephone: +1 561.900.7077
E-mail: info@jjwltd.com

### CONTACT FORM

Name:
E-mail:
Phone:
Message:

[CLEAR] [SEND]

---

**JJW CONSULTANCY**
- ABOUT
- SERVICES
- GUARANTEE
- FAQ
- CONTACT

**EB-5 INFORMATION**
- ABOUT EB-5
- EB-5 BLOG

**FAQ**
- INVESTOR FAQ
- REGIONAL CENTERS FAQ
- CONSULTANT FAQ

**OFFICES**
Hong Kong:
Penthouse Suite 7902, 79/F,
The Center
99 Queen's Road
Central, Hong Kong

United States:
9200 Belvedere Road
Suite 202
Royal Palm Beach, FL 33411

Telephone: +852.2186.9876
Email: info@jjwltd.com

Telephone: +1 561.900.7077
Email: info@jjwltd.com

**JJWLTD.com**
© 2015 | DISCLAIMER





