EXHIBIT 4

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

SHAHRIAR EBRAHIMIAN,　　　　　　　　CASE NO. 50-2016-CA-008230-MB (AJ)
MOHAMMAD ZARGAR, and
REZA SIAMAK NIA,

　　　　Plaintiffs,

vs

PALM HOUSE HOTEL, LLLP, JOSEPH
WALSH, MARC PAYNE & SOUTH
ATLANTIC REGIONAL CENTER, LLC

　　　　Defendants.
_____/

## DEFENDANTS' PALM HOUSE HOTEL, LLLP, JOSEPH WALSH, AND SOUTH ATLANTIC REGIONAL CENTER, LLC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants, PALM HOUSE HOTEL, LLLP, JOSEPH WALSH, and SOUTH ATLANTIC REGIONAL CENTER, LLC ("Defendants"), through counsel and pursuant to Fla. R. Civ. P. 1.090(b), file this Unopposed Motion for Enlargement of Time to Respond to the Complaint, and as grounds in support hereof, state:

1. On July 22, 2016, Plaintiffs filed their 10-count Complaint.

2. Service was effected on SOUTH ATLANTIC REGIONAL CENTER, LLC on August 4, 2016.

3. Undersigned counsel was recently engaged to represent Defendants and requires additional time to review the Complaint and attachments.

4. Therefore, Defendants request an enlargement of time to respond to the Complaint up to and including September 2, 2016.

1

5. Pursuant to Fla. R. Civ. P. 1.090(b), the Court has the discretion to enlarge the time for a party to respond to a complaint for good cause.

6. This motion is made in good faith and not for purposes of delay.

7. No party will be prejudiced by the relief sought herein.

8. Plaintiffs' Counsel consents to the requested enlargement of time.

**WHEREFORE**, Defendants, PALM HOUSE HOTEL, LLLP, JOSEPH WALSH, SOUTH ATLANTIC REGIONAL CENTER, LLC, respectfully requests that this Court grant this Motion for Enlargement of Time, enlarge the time for Defendants to Respond to the Complaint up to and including September 2, 2016, and award any other relief the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, in compliance with Rule 2.516, Florida Rules of Judicial Administration, via eService Portal, to: Michael C. Foster, Esq., Annette Urena Tucker, Esq., Tripp Scott, P.A., Counsel for Plaintiffs, 110 S.E. Sixth Street, 15th Floor, Fort Lauderdale, FL 33301; this 23rd day of August, 2016.

WEISS, HANDLER & CORNWELL, PA
Counsel for Defendants,
Palm House Hotel, LLLP, Joseph Walsh,
South Atlantic Regional Center, LLC
One Boca Place, Suite 218-A
2255 Glades Road
Boca Raton, FL 33431
561-997-9995; Fax: 561-997-5280

By: _____
WILLIAM J. CORNWELL, ESQ.
Florida Bar No. 782017
wjc@whcfla.com
filings@whcfla.com
SETH A. KOLTON, ESQ.
Florida Bar No. 0021045
sak@whcfla.com
gg@whcfla.com

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

SHAHRIAR EBRAHIMIAN, MOHAMMAD
ZARGAR, and REZA SIAMAK NIA,

    Plaintiffs,

v.

PALM HOUSE HOTEL, LLLP, JOSEPH
WALSH, MARC PAYNE and SOUTH
ATLANTIC REGIONAL CENTER, LLC,

    Defendants.
_____/

CASE NO. 502016CA008230XXXXMB

DIVISION: AJ

### MOTION TO QUASH SERVICE OF PROCESS AND TO DISMISS AND/OR ABATE FOR LACK OF PERSONAL JURISDICTION

Defendants, PALM HOUSE HOTEL, LLLP ("PHH") and JOSEPH WALSH ("Walsh"), through their counsel, move this Court, pursuant to Florida Rule of Civil Procedure 1.140(b), for an order dismissing or abating the claims against them for lack of service, lack of personal jurisdiction and/or improper service and/or quashing service and states:[1]

    1. Plaintiffs filed the instant action on July 22, 2016.

    2. Plaintiffs subsequently filed the First Amended Complaint on July 26, 2016.

    3. Rule 1.070, Florida Rules of Civil Procedure, requires that upon commencement of an action, summons or other process be issued by the Clerk of the Court and served on each defendant.

    4. Rule 1.070, Fla. R. Civ. P., further requires that, at the time of personal service of process, a copy of the initial pleading be delivered to the party upon whom service is made.

---

[1] In the event valid service is subsequently made on Defendants PHH and Walsh, they expressly reserve the right to assert any appropriate defenses either by motion or answer.

Page 1

5. To date, the undersigned is unaware that service has been affected on PHH or Walsh, nor were any summonses conveyed to the undersigned reflecting service.

6. No docket entries for this case purport to indicate that there has been any service of process on PHH or Walsh, nor has the undersigned agreed to accept service on behalf of these Defendants.

7. As no valid service has been effected on these Defendants, the Court lacks personal jurisdiction over the PHH and Walsh.

WHEREFORE, Defendants PALM HOUSE HOTEL, LLLP and JOSEPH WALSH move the Court for entry of an order abating this action as against these Defendants, dismissing the Complaint and Amended Complaint for lack of personal jurisdiction based on lack of service and/or quashing any purported service.

NOT A CERTIFIED COPY

WEISS, HANDLER & CORNWELL, PA
*Counsel for Defendant SARC*
One Boca Place, Suite 218-A
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995
Facsimile: (561) 997-5280

By: _____
WILLIAM J. CORNWELL, ESQ.
Florida Bar No. 782017
wjc@whcfla.com
filings@whcfla.com
DAVID K. FRIEDMAN, ESQ.
Florida Bar No. 307378
dkf@whcfla.com
SETH A. KOLTON, ESQ.
Florida Bar No. 0021045
sak@whcfla.com
gg@whcfla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished in compliance with Rule 2.516, Florida Rules of Judicial Administration, via eService Portal to: Michael C. Foster, Esq. and Annette Urena Tucker, Esq. (mcf@trippscott.com; aut@trippscott.com), *Attorneys for Plaintiffs*, Tripp Scott, P.A., 110 SE Sixth Street, 15th Floor, Ft. Lauderdale, FL 33301 on this 2nd day of September, 2016.

> WEISS, HANDLER & CORNWELL, PA
> *Counsel for Defendant SARC*
> One Boca Place, Suite 218-A
> 2255 Glades Road
> Boca Raton, FL 33431
> Telephone: (561) 997-9995
> Facsimile: (561) 997-5280
>
> By: _____
> WILLIAM J. CORNWELL, ESQ.
> Florida Bar No. 782017
> wjc@whcfla.com
> filings@whcfla.com
> DAVID K. FRIEDMAN, ESQ.
> Florida Bar No. 307378
> dkf@whcfla.com
> SETH A. KOLTON, ESQ.
> Florida Bar No. 0021045
> sak@whcfla.com
> gg@whcfla.com