EXHIBIT 5

From: JJW (Candy) [candy.wong@jjwltd.com]
Sent: Friday, November 18, 2016 4:15 AM
To: Harry Tang
Cc: Joseph Walsh JR.
Subject: Re: SARC PH004_132 TANG Cheok Fai - Letter to Mr. Joe Walsh (Client No: SARC PH004_132)

Dear Harry,

Please see Mr Walsh reply to your letter as follows…

After we had our teams look into the request from Mr Tang we determined that we cannot settle any agreement until after the pending legal actions are resolved.  With the current actions in place we are hopeful that we may see resolutions to these matter very soon.  The next court date is Dec 30, 2016.  That court date could be the key to our success for all effected by the actions of Matthews and the other Bad Actors.  Once through this matter we can come back to this discussion.  Simply stated, we have been advised that the proposal from Mr. Tang is best discussed after the resolution to the Legal Actions taken on behalf of the LLLP are achieved.

Regards,
Candy Wong
Administrative Manager

Hong Kong No:  + 852. 2186. 9876
Email: candy.wong@jjwltd.com<mailto:candy.wong@jjwltd.com>


[cid:1D18EC78-1C32-4388-A386-6600E2779751]

On Nov 18, 2016, at 10:02 AM, JJW (Candy) <candy.wong@jjwltd.com<mailto:candy.wong@jjwltd.com>> wrote:

Dear Harry,

Allow me to double check with Mr Walsh and get back to you later. Thank you very much!

Regards,
Candy Wong

Administrative Manager

Hong Kong No: + 852. 2186. 9876
Email: candy.wong@jjwltd.com<mailto:candy.wong@jjwltd.com>

<PastedGraphic-3.png>

On Nov 17, 2016, at 5:18 PM, Harry Tang <takuki907@msn.com<mailto:takuki907@msn.com>> wrote:

Dear Candy,

Mr Joe Walsh received my letter last month, so how is it going on? Thank you.

Best regards,

Harry Tang

_____

From: JJW document [document@jjwltd.com<mailto:document@jjwltd.com>]
Sent: Tuesday, October 25, 2016 9:49 AM
To: takuki907@msn.com<mailto:takuki907@msn.com>
Cc: jwalshjr@gmail.com<mailto:jwalshjr@gmail.com>; Sam Lam; LPDGROUPLLC@gmail.com<mailto:LPDGROUPLLC@gmail.com>
Subject: Re: SARC PH004_132 TANG Cheok Fai - Letter to Mr. Joe Walsh (Client No.: SARC PH004_132)

Dear Mr Tang,

Mr Joe Walsh received your letter. When Joe Sr. is back from his trip, Mr Joe Walsh will speak to him on this matter further.

If you have any questions, please feel free to contact us. Thank you.

Regards,
Winki Ng
Document Specialist

+ 852.2186.9876 Hong Kong
winki.ng@jjwltd.com<mailto:winki.ng@jjwltd.com><mailto:wink.ng@jjwltd.com>


[cid:1D18EC78-1C32-4388-A386-6600E2779751]

On 24 Oct 2016, at 10:49 AM, JJW Candy <candy.wong@jjwltd.com<mailto:candy.wong@jjwltd.com><mailto:candy.wong@jjwltd.com>> wrote:

Dear Mr Tang,

Will do and for your information, I am out of the office and will be back on next Monday. My colleagues will assist to your inquiry.

Thanks & regards,
Candy Wong

Harry Tang <takuki907@msn.com<mailto:takuki907@msn.com><mailto:takuki907@msn.com>> 於 2016年10月23日 下午5:00 寫道：


Dear Candy,


As per our phone conversation previously,

Please help to pass the attached letter to Mr. Joe Walsh.

Thank you and look forward to hear from you.


Harry Tang

&lt;PastedGraphic-3.png&gt;

&lt;PastedGraphic-3.png&gt;

---

From: JJW (Candy) [candy.wong@jjwltd.com]
Sent: Friday, November 18, 2016 4:15 AM
To: Harry Tang
Cc: Joseph Walsh JR.
Subject: Re: SARC PH004_132 TANG Cheok Fai - Letter to Mr. Joe Walsh (Client No: SARC PH004_132)

Dear Harry,

Please see Mr Walsh reply to your letter as follows…

After we had our teams look into the request from Mr Tang we determined that we cannot settle any agreement until after the pending legal actions are resolved.  With the current actions in place we are hopeful that we may see resolutions to these matter very soon.  The next court date is Dec 30, 2016.  That court date could be the key to our success for all effected by the actions of Matthews and the other Bad Actors.  Once through this matter we can come back to this discussion.  Simply stated, we have been advised that the proposal from Mr. Tang is best discussed after the resolution to the Legal Actions taken on behalf of the LLLP are achieved.

Regards,
Candy Wong
Administrative Manager

Hong Kong No:  + 852. 2186. 9876
Email: candy.wong@jjwltd.com&lt;mailto:candy.wong@jjwltd.com&gt;


[cid:1D18EC78-1C32-4388-A386-6600E2779751]

On Nov 18, 2016, at 10:02 AM, JJW (Candy) &lt;candy.wong@jjwltd.com&lt;mailto:candy.wong@jjwltd.com&gt;&gt; wrote:

Dear Harry,

Allow me to double check with Mr Walsh and get back to you later. Thank you very much!

Regards,
Candy Wong
Administrative Manager

Hong Kong No:  + 852. 2186. 9876
Email: candy.wong@jjwltd.com<mailto:candy.wong@jjwltd.com>


<PastedGraphic-3.png>

On Nov 17, 2016, at 5:18 PM, Harry Tang <takuki907@msn.com<mailto:takuki907@msn.com>> wrote:

Dear Candy,

Mr Joe Walsh received my letter last month, so how is it going on? Thank you.

Best regards,

Harry Tang

_____

From: JJW document [document@jjwltd.com<mailto:document@jjwltd.com>]
Sent: Tuesday, October 25, 2016 9:49 AM
To: takuki907@msn.com<mailto:takuki907@msn.com>
Cc: jwalshjr@gmail.com<mailto:jwalshjr@gmail.com>; Sam Lam; LPDGROUPLLC@gmail.com<mailto:LPDGROUPLLC@gmail.com>
Subject: Re: SARC PH004_132 TANG Cheok Fai -  Letter to Mr. Joe Walsh (Client No.: SARC PH004_132)

Dear Mr Tang,

Mr Joe Walsh received your letter. When Joe Sr. is back from his trip, Mr Joe Walsh will speak to him on this matter further.

If you have any questions, please feel free to contact us. Thank you.

Regards,
Winki Ng
Document Specialist

+ 852.2186.9876 Hong Kong
winki.ng@jjwltd.com<mailto:winki.ng@jjwltd.com><mailto:wink.ng@jjwltd.com>

[cid:1D18EC78-1C32-4388-A386-6600E2779751]

On 24 Oct 2016, at 10:49 AM, JJW Candy <candy.wong@jjwltd.com<mailto:candy.wong@jjwltd.com><mailto:candy.wong@jjwltd.com>> wrote:

Dear Mr Tang,

Will do and for your information, I am out of the office and will be back on next Monday. My colleagues will assist to your inquiry.

Thanks & regards,
Candy Wong

Harry Tang <takuki907@msn.com<mailto:takuki907@msn.com><mailto:takuki907@msn.com>> 於 2016年10月23日 下午5:00 寫道：

Dear Candy,

As per our phone conversation previously,

Please help to pass the attached letter to Mr. Joe Walsh.

Thank you and look forward to hear from you.

Harry Tang

<letter to JJW 10232016.pdf>

<PastedGraphic-3.png>

<PastedGraphic-3.png>

**From:** "JJW Document";<document@jjwltd.com>;
**Date:** Wed, Jul 20, 2016 11:34 AM
**To:** "314596000"<314596000@qq.com>;
**Cc:** "Joseph Walsh"<jwalshjr@gmail.com>;
**Subject:** SARC PH004_094 Shu Xiang - I526 denial notice

Dear Shirley,

Please noted that we received the denied of SARC PH004_094 Shu Xiang's Form I526, IMMIGRANT PETITION BY ALIEN ENTREPRENEUR, Receipt Number WAC1490400773. Kindly see the denial notice as attached.

As you know, the South Atlantic Regional Center ("SARC") is the regional center sponsor of the Palm House project, and serves as Palm House Hotel Limited Liability Limited Partnership's General Partner. We would like to inform you of certain steps South Atlantic Regional Center ("SARC") is and will be taking to protect the interests of the limited partner members in Palm House LLLP ("Palm House").

As you may be aware, United States Citizenship and Immigration Serviced ("USCIS") has denied the I-526 petitions of a number of Palm House's limited partner members. While SARC disagrees with USCIS's decisions, we fully recognize the serious impact these decisions have had on the investors who have received one, as well as the importance of supporting Palm House limited partners moving forward.

SARC wishes to assure all Palm House limited partners that it is taking extraordinary steps to obtain a favorable outcome for all investors. SARC has retained the law firm Kurzban Kurzban Weinger Tetzeli & Pratt, P.A. ("KKWTP Law"), one of the most widely-respected immigration law firms in the United States, to advise SARC on an action plan to protect the immigration objectives of Palm House's limited partner members. Presently, we are working out the details with several legal and financial institutions in order to create the strongest case to be taken against the USCIS's wrongful decision. At this time, client don't need to file the I290B/MTR. Instead SARC is working on to retain law firm to represent Palm House investors in federal court to challenge USCIS's decisions. Such a lawsuit would place the limited partners' cases in front of a neutral judge, who would then decide the validity of USCIS's decisions. SARC is prepared to take this extraordinary action as it firmly believes that the project complies with EB-5 requirements and that the I-526 petitions of Palm House investors should be approved.

What we are doing also extend beyond KKWT.  We are currently working to see if the construction on the property can resume prior to case being brought against the USCIS, as this would only add further strength to the claims that the USCIS improperly adjudicated the Palm House I-526s. This is being accomplished through court proceedings with the Receiver and both Federal courts and State courts to ensure this success.

In the meantime, we are preparing a website for the clients to be able to access all the court records in which we have represented them to flight for in the pass and what we are continence doing. We understand its seems a long way but our company are keep

doing whatever we can to help the client and we know that we are nearly there. Please be with us and once we have the webiste ready and any update, we will share to you asap!

Regards,
Candy Wong
Administrative Manager


Hong Kong No:     + 852. 2186. 9876
Email:                      candy.wong@jjwltd.com



发件人: "candy.wong";<candy.wong@jjwltd.com>;
发送时间: 2016年8月26日(星期五) 晚上6:05
收件人: "314596000"<314596000@qq.com>;
抄送: "Joseph Walsh"<jwalshjr@gmail.com>;
主题: Re: Palm House Question

Dear Shirley,

I got the reply regards to your inquiry, please find the reply as follows…
我收到团队回覆您的查询，请看回覆如下：

客人的移民申请， IRA 律师已经正式代理了吗？进展如何？ 什么时候起诉移民局，要求撤回他们错误的决定？
Regards to client's application, is that confirmed Ira will represent us? How's the progress? When will sue the USCIS and ask them to get back their wrong decision?

Ira has issued us an engagement contract which shows that he is willing to take on the case for the clients.  We all agree at this time we are best served waiting for resolution on the control of the property and deployment of new capital to resume construction. This would be the best possible legal position to be in when taking on the USCIS's decision.  These legal strategies have been underway for some time and are near to a resolution.  There is not definitive timeline other than "soon" and we thank Shirley and the clients for their patience and understanding of this fact.  The main reason for this is delay tactics on the part of Matthews and his crew to drag out a court decision since it is clear they have no case against us.
Ira已经给了我们一份聘用合同，这表明他愿意代表客户。现时，我们全部人都同意最好的策略是要等得到项目控制权后和新的资本投入项目使恢复建设后才行动。这将会使我们得到最好的法律位置去否决移民局的决定。这些法律策略已经进行了一段时间及**接近得到决议**。但我们没有明确的时间表，只能说**"很快"了，我**们感谢Shirley和客户的耐心等特和明白这个事实。造成这种情况的一部分主要原因是因为Matthews和他的团队知道他们没有任何案件对抗我们，因此他们使用拖延战术使法院延迟判决。

关于PALM HOUSE 房产价值， 在2015年2月我与MR. JOE 先生见面时，他亲口告诉我会价值1亿美金以上， 在2016年香港的几次见面， 两位JOE 先生也是十分肯定，PH价值一亿1千万-- -
一亿4千万美金。但是现在项目停工了，PH房产价值多少？那块地价值多少？
 如果这个时间段被拍卖了， 价格可能会是多少？如果我们EB-
5申请人是第二顺位借款人， 我们能拿回多少钱？
偷钱的BOB兄弟有多少财产可以退赔？
Regards to the Palm House property value, in Feb 2015 when I met with Mr Joe, he personally told me that the property value will worth more than USD100 million. When I met with Joe Sr and Sr in HK couple of time in 2016, they surely said that the property value will worth USD140 million. However the construction stop right now, how much will the Palm House property value worth currently？How much is the land worth? If the

PH property and the land are sold by auction during this time, how much is the expected price? If EB5 applicant is in the second position to get the money back, how much money can EB5 applicant get? Both Bob (Bob Matthew and Garry Matthew) have how much money/property right now that they have can return back/restitution to the project?

Both of the figures discusses are still accurate.  The $100m USD figure is an estimate of what the total value of the project is now with construction stopped.  The $140m USD is the value from the appraisal report representing an "As Stabilized" value.
这两个数字就像之前讨论一样依然准确。1亿美金是项目在现在停工时的总估计价值。1亿4千万美金美金是评估报告的价表示"作为稳定"的估值。

While Shirley's questions regarding the sale of the property have merits in their own right, the current legal position we have attained by placing the receiver in the proper position have neutralized this scenario from playing out.  Regardless of USCIS success we will be able to obtain control of the property and finish construction using the new capital.  Its a matter of when not if at this point.  Therefore, the most value with the best interest of all involved should be secured.
当Shirley提出有关出售房产问题时有其权利和优点时，在目前的法律情况下我们已经获得调停人通过适当的位置
抵消了您提出的情况，不管美国移民局的成功与否，我们将能够得到项目控制权和使用新的资本完成施工。在这一点上，这不是一个如果的问题而只是时间上的问题。因此，所有涉及参与方最有价值和利益应该是受保障的。

For the last point, in all cases both Bob and Gerry claim to have no money and no ability to carry forward.  Only we have brought a real financial solution to the current status of the project.  Though their words may say different things at different times, it is mainly a tactic to create greater confusion and slow our impending progress towards control of the project.
对于最后一点，在所有情况下，Bob和Gerry都声称他们没有钱和没有能力去使情件再进行下去。只有我们为项目带来了一个真正解决财政的解决方法到项目的现况。虽然他们可能在不同的时间口中说不同的事情，但它主要是一种战术来创造更大的混乱和减缓我们对项目的控制权使项目前进。

我也听说6月， 在对抗第一顺位借款人法拍项目的请求时， MR.JOE 先生的有力表现！他在抗诉中强烈质疑第一顺位借款的真实性，并得到了法庭的采纳，该财务公司也没有反驳。 相信MR.JOE 先生继续这个思路已经挖掘到更多的资料，可以与我分享吗？
I also heard on June, Mr Joe has a powerful and great performance to flight the 1st position when 1st position request foreclosure the project. Mr Joe strongly question is that true that 1st position load really load money to the project and that point is accepted by the court. That financial company didn't refute. I am sure Mr Joe is digging into this idea and try to gain more information right? Can you share to me?

There is no new information to be shared here at this point.  When this information was shared it was meant to represent a "Plan B" scenario that **IF** (and its a big if) we had to defend the second position from the first then we could use this to ensure we have a clear path to control. As it is we most likely will not have to have this kind of fight with the first and will be able to gain the control needed without it.
在这一点，目前没有新信息可分享给您。当时分享这些信息，是因为那是代表一个"B计划"的情况，**如果（是很大的如果）我**们必须从第二顺位捍卫第一顺位，我们可以使用它来确保有一个清晰的路径去行事。但我们不太有可能会有这种与第一顺位人之争，再加上没有这争我们都应该能得到控制权。

如果正如MR.JOE 先生指证， 第一顺位的财务公司无法证明对该项目有实际的借款，EB-5申请人就会成为第一顺位的借款方！
Like Mr Joe testify said, if the 1st position company cannot provide that they did load the money to the project, is that mean EB5 investor will become the 1st position?

The position will remain as the second position with the new funding that is coming in to complete the project.
当新的资金到位去完成整个项目时，EB5顺位将保持不变即是第二位。

法庭知道 MR . JOE 是代表数十位eb-5S申请人的GP 吗？ 知道该项目的成功与否，
关系到海外投资者的绿卡申请，
关系到美国、佛罗里达投资环境的声誉吗？媒体总是宣传说， EB-5 项目诈骗多陷阱多，佛罗里达更是重灾区。 我总是不相信我的运气会这么坏！
相信我们只是遇到了一些挫折， 而不是遭遇了骗局！
Does the count know that Mr Joe is the GP represent many EB5 clients? Also does they know if the project successful or not will affect overseas investors to get their greencard? Also, it will affect USA and florida reputation? Media always said that EB5 projects have many bilks and traps especially Florida is the serious area. I don't believes that we are that bad luck. In fact, we only face some frustration instead of suffered a scam.

Yes, emphatically yes, all of this is well documented and represented in all legal matters.  However, it is important to understand that in the USA the matter of "reputation" has no bearing on court outcome. Rather it is rule of law which must be followed.  Don't misunderstand to think that the court is not on our side as that is more and more the case.  What is important to understand is that the time taken thus far is due to the fact the USA laws protect Matthews' right to defend himself and ensure that the truth of what occurred is what is judged.  In this instance he is in the wrong and we have lots of evidence to ensure that the proper outcome is attained.  Simply we as well as the USA courts have to provide evidence to show what occurred.
是的， 强调是知道的，所有这一切都是有据可查并提交到涉及所有我们已呈上有关的法律事务。但是要明白，在美国的**"信誉"的事情**，对法院结果是没有影响。相反，法律必须遵守其规则。不要误解认为法院不站在我们这一边，因为法院是越来越站在我们这一面。重要的是您们需要明白，我们需要时间那么长的时间是因为美国法律容许Matthew有权利保

护自己为其辩护和要确保事实的真相而接受判**断。在此情况下，他是在**错误的，我们有大量的证据以确保获得正确的结果。只是我们和还有美国法院需要收到证据证明所错误事情有发生。

Regards,
Candy Wong
Administrative Manager


Hong Kong No:     + 852. 2186. 9876
Email:             candy.wong@jjwltd.com



**From:** "Eb5 Petition (Candy)" <candy.wong@jjwltd.com>
**Date:** Friday, August 19, 2016 at 5:14 PM
**To:** 314596000 <314596000@qq.com>
**Cc:** Joseph Walsh <jwalshjr@gmail.com>
**Subject:** Re: Palm House Question

Dear Shirley,

Let me pass your email to Mr Walsh. Once I heard from him, I will let you know.

Regards,
Candy Wong
Administrative Manager


Hong Kong No:    + 852. 2186. 9876
Email:                  candy.wong@jjwltd.com



**From:** 314596000 <314596000@qq.com>
**Date:** Friday, August 19, 2016 at 4:51 PM
**To:** "Eb5 Petition (Candy)" <candy.wong@jjwltd.com>

Dear MR. JOE and Candy:

时间又在焦虑中流走了。 我相信你们的心情也和我一样。 感谢MR. JOE 先生每次都亲自回信我。

客人的移民申请， IRA 律师已经正式代理了吗？进展如何？ 什么时候起诉移民局， 要求撤回他们错误的决定？

关于PALM HOUSE 房产价值， 在2015年2月我与MR. JOE 先生见面时，他亲口告诉我会价值1亿美金以上，在2016年香港的几次见面， 两位JOE 先生也是十分肯定，PH价值一亿1千万-- - 一亿4千万美金。
但是现在项目停工了，PH房产价值多少？那块地价值多少？ 如果这个时间段被拍卖了， 价格可能会是多少？

如果我们EB-5申请人是第二顺位借款人， 我们能拿回多少钱？ 偷钱的BOB 兄弟有多少财产可以退赔？

我也听说6月， 在对抗第一顺位借款人法拍项目的请求时， MR.JOE 先生的有力表现👍
！他在抗诉中强烈质疑第一顺位借款的真实性，并得到了法庭的采纳， 该财务公司也没有反驳。 相

信MR.JOE 先生继续这个思路已经挖掘到更多的资料， 可以与我分享吗？

如果正如MR.JOE 先生指证， 第一顺位的财务公司无法证明对该项目有实际的借款， EB-5申请人就会成为第一顺位的借款方！

法庭知道 MR . JOE 是代表数十位eb-5S申请人的GP 吗？ 知道该项目的成功与否， 关系到海外投资者的绿卡申请，关系到美国、佛罗里达投资环境的声誉吗？媒体总是宣传说，EB-5 项
目诈骗多陷阱多， 佛罗里达更是重灾区。 我总是不相信我的运气会这么坏！ 相信我们只是遇到了一些挫折，而不是遭遇了骗局！

Best regards

shirley