

---------- Forwarded message ----------
From: **Bob Matthews** <rvmatt22@gmail.com>
Date: Mon, Dec 23, 2013 at 3:39 PM
Subject: Casa Bendita
To: Joedirect Walsh <joedirect@gmail.com>

Dear Joe,

Enclosed is an Exhibit that I found through 09/27/2013 and what the bank has listed as their out of pocket cost since 09/18/2013 (not including their late fees) which comes out to: $5,237,095. We included the October, November, and December 2013 payments in that amount. We are still waiting for their final numbers.

Per your request, here are the bank's listed out of pockets as of 9/18/13:

| | |
|---|---|
| 2009-2011 taxes | $1,025,436.25 |
| 2011-2013 insurance | $ 215,953.20 |
| Appraisals | $     7,500.00 |







██████████████████████

IRS CIRCULAR 230 DISCLOSURE:

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments), was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction matter addressed herein.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY ME BY TELEPHONE AND PERMANENTLY DELETE THE ORIGINAL AND ANY COPY OF THIS E-MAIL AND DESTROY ANY PRINTOUT THEREOF.

Deutsche Bank Private Wealth Mortgage Ltd.
REPORT OF MORTGAGE AMOUNTS DUE
ROBERT MATTHEWS
Loan 5774

| Principal | Rate | Payment Due | Date Due | Payment # |
|---|---|---|---|---|
| $24,000,000.00 | 5.00000% | $69,740.00 | 6/1/2010 | 22 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 7/1/2010 | 22 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 8/1/2010 | 23 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 9/1/2010 | 24 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 10/1/2010 | 25 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 11/1/2010 | 26 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 12/1/2010 | 27 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 1/1/2011 | 28 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 2/1/2011 | 29 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 3/1/2011 | 30 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 4/1/2011 | 31 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 5/1/2011 | 32 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 6/1/2011 | 33 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 7/1/2011 | 34 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 8/1/2011 | 35 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 9/1/2011 | 36 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 10/1/2011 | 37 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 11/1/2011 | 38 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 12/1/2011 | 39 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 1/1/2012 | 40 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 2/1/2012 | 41 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 3/1/2012 | 42 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 4/1/2012 | 43 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 5/1/2012 | 44 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 6/1/2012 | 45 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 7/1/2012 | 46 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 8/1/2012 | 47 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 9/1/2012 | 48 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 10/1/2012 | 49 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 12/1/2012 | 50 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 1/1/2013 | 50 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 2/1/2013 | 51 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 3/1/2013 | 52 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 4/1/2013 | 53 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 5/1/2013 | 54 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 6/1/2013 | 55 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 7/1/2013 | 56 |
| $24,000,000.00 | 5.00000% | $100,000.00 | 8/1/2013 | 57 |
| $24,000,000.00 | 2.25000% | $45,000.00 | 9/1/2013 | 58 |
| $24,000,000.00 | 2.25000% | $38,465.75 | 9/27/2013 | 59 |

| LATE FEES | |
|---|---|
| Date Assessed | Late Fees |
| 05/18/09 | 6,000.00 |
| 06/16/09 | 6,000.00 |
| 07/16/09 | 6,000.00 |
| 08/17/09 | 6,000.00 |
| 09/16/09 | 6,000.00 |
| 10/16/09 | 6,000.00 |
| 11/16/09 | 6,000.00 |
| 12/16/09 | 6,000.00 |
| 01/19/10 | 6,000.00 |
| 02/16/10 | 6,000.00 |
| 03/16/10 | 6,000.00 |
| 04/16/10 | 6,000.00 |
| 05/17/10 | 6,000.00 |
| 06/16/10 | 6,000.00 |
| 07/16/10 | 6,000.00 |
| 08/16/10 | 6,000.00 |
| 09/16/10 | 6,000.00 |
| 10/18/10 | 6,000.00 |
| 11/16/10 | 6,000.00 |
| 12/16/10 | 6,000.00 |
| 01/17/11 | 6,000.00 |
| 02/16/11 | 6,000.00 |
| 03/16/11 | 6,000.00 |
| 04/16/11 | 6,000.00 |
| 05/16/11 | 6,000.00 |
| 06/16/11 | 6,000.00 |
| 07/18/11 | 6,000.00 |
| 09/16/11 | 6,000.00 |
| 10/17/11 | 6,000.00 |
| 11/16/11 | 6,000.00 |
| 12/16/11 | 6,000.00 |
| 01/16/12 | 6,000.00 |
| 02/16/12 | 6,000.00 |
| 03/16/12 | 6,000.00 |
| 04/16/12 | 6,000.00 |
| 05/16/12 | 6,000.00 |
| 06/18/12 | 6,000.00 |
| 07/16/12 | 6,000.00 |
| 08/16/12 | 6,000.00 |
| 09/16/12 | 6,000.00 |
| 10/16/12 | 6,000.00 |
| 11/16/12 | 6,000.00 |
| 12/16/12 | 6,000.00 |
| 01/16/13 | 6,000.00 |
| 02/16/13 | 6,000.00 |
| 03/16/13 | 6,000.00 |
| 04/16/13 | 6,000.00 |
| 05/16/13 | 6,000.00 |
| 06/16/13 | 6,000.00 |
| 07/16/13 | 6,000.00 |
| 08/16/13 | 2,700.00 |
| 09/16/13 | 2,700.00 |
| Total | 311,400.00 |

| | |
|---|---|
| Total Principal Due | $24,000,000.00 |
| Total Interest Due | $3,853,205.84 |
| Total Fees Due | $311,400.00 |
| Total Due | $28,164,605.84 |

Per diem $ 1,479.45 per day

EXHIBIT A

For internal use only

```
              IN THE CIRCUIT COURT OF THE 15TH
                 JUDICIAL CIRCUIT IN AND FOR
                   PALM BEACH COUNTY, FLORIDA

              CASE NO.: 502014CA014846XXXXMB AG
```

RYAN BLACK,

        Plaintiff,

-vs-

GERRY MATTHEWS AND PALM
HOUSE, LLC, Delaware limited
liability company,

        Defendant.
_____/

PALM HOUSE, LLC, a Delaware
Limited liability company, and
160 ROYAL PALM, a Florida
Corporation,

    Defendant/Counter-Plaintiffs,

-vs-

RYAN BLACK,

    Plaintiff/Counter-Defendant.
_____/

```
              DEPOSITION OF JOSEPH WALSH

           TAKEN ON BEHALF OF THE DEFENDANT
                     May 1, 2015
                 9:51 a.m. - 3:25 p.m.

                 MCDONALD HOPKINS, LLC
                      Suite 200
              West Palm Beach, Florida 33401
```

Reported By:
Dianelis Hernandez, Court Reporter
Notary Public, State of Florida



877.291.3376
www.UCRinc.com

**Page 138**

1  Q. Who, he bought the house for his mother.
2  Clarify the "he?"
3  A. Nick Laudano.
4  Q. So Nick Laudano bought a house for Nick
5  Laudano's mother?
6  A. Mm-hmm.
7  Q. Okay. And how much was that?
8  A. Around $500,000 from my recollection.
9  Q. Okay. And how much money was diverted to pay
10 for repairs on the Connecticut house?
11 A. 800-some-odd thousand is my recollection.
12 Q. How about to acquire the Connecticut house,
13 how much was diverted for that?
14 A. 2.7 million is my recollection.
15 Q. And the basis for that is, where have you seen
16 the flow of funds go for those projects? Where did the
17 money go? How did the money get from the Palm House
18 accounts over pay these things?
19 A. The money went from out LLLP to -- in those
20 cases, it appears to be 160 Royal Palm out there, and
21 then it went from that account to take care of those
22 things.
23 Q. Did it go directly to pay for these or did it
24 go through some intermediaries?
25 A. I believe in the house -- well, the house

**Page 139**

1  repairs went through a Botticelli Enterprises or
2  something. I'm not sure if the house did too. These
3  were directed through Botticelli.
4  Q. Okay. And you believe $2.7 million was
5  diverted to buy that house?
6  A. Somewhere in that range, yes.
7  Q. And 800,000 for repairs, and 500,000 for the
8  other house?
9  A. Mm-hmm.
10 Q. Okay. As to the house that formerly belonged
11 to Mr. Matthews in Connecticut, have you checked the
12 public records in Connecticut to determine if there is a
13 mortgage on the house?
14 A. Which house?
15 Q. The $2.7 million purchase?
16 A. Not recently, no.
17 Q. You just assumed it was bought with cash that
18 came from EB-5?
19 A. No. There is a record that suggests that,
20 yes.
21 Q. Suggests what?
22 A. Suggests that the money was brought over to
23 buy the house.
24 Q. No, I'm asking how much money was brought
25 over? I understand the purchase price may have been

**Page 140**

1  $2.7 million. How much of that 2.7 million came from
2  EB-5 money and how many of it may have come from another
3  source?
4  A. The account records show there is $2.7 million
5  that went there. Nick Laudano, in front of Glenn,
6  basically said that Bob came in, he won the bid, and
7  bought the house.
8  Q. He bought it when?
9  A. He bought the house taking the money out of
10 160 Royal Palm.
11 Q. Okay. You said -- any other money used to buy
12 or pay for houses that is your concerned?
13 A. Bob, as far as I can tell, took money to pay
14 for his house, Casa Bendita, took money to pay for
15 attorneys, took money to do several other things.
16 Q. Let's talk about the Casa Bendita. How much
17 money did he take to for Casa Bendita?
18 A. I don't have that totally in my head, but it's
19 probably around 6 million, over $6 million, total, with
20 attorneys and all kinds of other stuff.
21 Q. Okay. You were aware at the time that Mr.
22 Matthews was having a foreclosure on his house, right?
23 A. Mr. Matthews was having foreclosure on several
24 house, yes.
25 Q. I'm talking about Casa Bendita?

**Page 141**

1  A. I think yes, yes.
2  Q. Okay. In fact, you have correspondence with
3  Mr. Matthews about it, correct?
4  A. Bob would tell me different things about
5  different houses. Bob told me he had, you know,
6  problems and so forth, okay?
7  Q. And he told you that his house was in
8  foreclosure, right?
9  A. He did tell me that house was in foreclosure,
10 yes.
11 Q. And, in fact, you offered to loan him to money
12 to get the house, didn't you?
13 A. No, I didn't offer anything, to loan him any
14 money.
15 Q. Okay. ==Let me show you what I'll mark as==
16 ==Exhibit 10. This is an e-mail for Mr. Matthews to you==
17 ==December 23, 2014, right?==
18     ==(Exhibit No. 10, E-mail, was marked for==
19     ==identification, and a copy is attached==
20     ==hereto.)==
21 ==A. Yes.==
22 BY MR. REINHART:
23 Q. Okay. Attached is a schedule showing how much
24 is owed on the house, right?
25 A. Yes. Looks that way, yes.



Walsh, Joseph   05-01-2015

**Page 142**

1  Q. So roughly, he owed 5,237,095.
2  A. This is sent from Bob Matthews on Thursday,
3  October 30th, 2014.
4  Q. No. That was just forwarding. Go down.
5  December 23, 2013, 3:39 p.m. to you.
6  A. Possibly, yes. I say possibly because I don't
7  know. This is something you are showing me. I don't
8  have those necessarily in my records.
9  Q. That's okay. 3:39 p.m. on the 23rd, right?
10  A. Mm-hmm.
11  Q. Show you what I'll mark as 11. It's an e-mail
12  from you to Mr. Matthews earlier the same day asking him
13  to send you the info on the payoff on the house, right?
14      (Exhibit No. 11, E-mail, was marked for
15      identification, and a copy is attached
16      hereto.)
17  A. Again, you are showing me something you are
18  telling me comes to me --
19  BY MR. REINHART:
20  Q. No. From you.
21  A. Okay. Or comes from me. So what I have to do
22  is go back through my records and see if that actually
23  exists.
24  Q. Okay. Assume that it did.
25  A. You're assume that it did. I'm assuming that

**Page 143**

1  it doesn't.
2  Q. Okay. So under oath you are saying you never
3  agreed to loan Mr. Matthews the money bring this house
4  current?
5  A. Never agreed to loan the money, never agreed
6  to a loan.
7  Q. Okay. All right. So that's -- how much money
8  total do you claim Mr. Matthews diverted?
9  A. We have determined right now about $16
10  million.
11  Q. So $6 million for the house, Casa Bendita,
12  right? Another 4 million for the other house; is that
13  right?
14  A. Mm-hmm.
15  Q. Okay. What else?
16  A. There is a yacht that he brought.
17  Q. Okay. How much did he spend on the yacht?
18  A. It's hard to determine on that one totally.
19  Two-point-something million plus another 950,000. Again,
20  this is my recollection.
21  Q. Okay.
22  A. Then there is a million dollars he put down on
23  a piece of property that he put into his daughter's
24  trust, Mary Alba or something. There is another million
25  or so that went to Bona Venture, which is his wife's.

**Page 144**

1  And he took, as he called it, the Matthews' family
2  vacation, renting a plane and taking their family
3  members and his daughter, their friends to Paris and
4  also to Europe.
5  Q. I'm trying to add up to 16 million. So 6
6  million for the mortgage, 4 million for the Connecticut
7  property and Laudano's property, roughly 3 million for
8  the yacht?
9  A. 3 million, plus a million or so.
10  Q. Hold on.
11  A. Two-point-something, almost 3 million.
12  Whatever he put down on it.
13  Q. Why do you have two different numbers? There
14  is two-point-something and then 950?
15  A. 950 is to repair the yacht.
16  Q. Okay. So one is acquire and one is to repair?
17  A. One is to acquire and one is to repair.
18  Q. Okay. That's 3 million there. So that's
19  another 13. So the million for the property that's in?
20  A. That's in the daughter's name.
21  Q. That's the property behind the hotel?
22  A. Yes.
23  Q. Okay. A million dollars to Bona Venture?
24  A. Mm-hmm. You got about 15 million there.
25  Q. 15. Okay. What's the other million?

**Page 145**

1  A. Well, it's, you know, it's about $750 or
2  800,000 for his trip.
3  Q. Okay.
4  A. Where he took his brother and quite a few
5  people on a trip. Took his daughter to a fashion show
6  in Paris, and I'm unsure who else he took with him. But
7  he took family members and things like that, I was told.
8  Q. And you have, through your investigation, been
9  able to trace all this money back to EB-5 money, $15
10  million?
11  A. Coming out of the 160 Royal Palm. Yes, I
12  have.
13  Q. So if I wanted to --
14      THE WITNESS: That's Sunfest? I'm sorry,
15      forgive me.
16  BY MR. REINHART:
17  Q. So if I wanted to find the same records that
18  you reviewed, I would just go to the 160 Royal Palm's
19  bank account, and I would find all these figures?
20  A. You should see quite a few from 160 Royal
21  Palm, and you see some from Evans' account.
22  Q. Okay. Anywhere else?
23  A. I think those are the two only account that
24  we've seen.
25  Q. Okay. The let me go back to August of 2013,

