

**HERISCHI & ASSOCIATES**

Protect Rights
Advance Interests
Maximize Opportunities

Ali Herischi, Esq. (MD Bar)   7201 Wisconsin Ave, suite 450   www.ibhlaw.com   info@ibhlaw.com
Bethesda, MD 20814   Tel: 301-363-4540   Fax: 301-363-4538

# ENGAGEMENT LETTER

Date: **March 19, 2014**

To: **Shahriar Ebrahimian**

Re: EB-5 Immigrant visa by investment

Dear: **Mr. Ebrahimian**

Pursuant to our conferences on or before **March 19**, our firm's agreed to represent you and your relative(s) in connection with your immigration application. This letter will confirm the terms of our representation. Our work will begin upon receipt of a signed copy of this letter.

Herischi & Associates LLC will provide legal services to **Mr. Ebrahimian** and the scope of services we will render, the manner of calculating, billing and collecting legal fees, and other aspects of the proposed representation are mutually agreed to be set in this agreement.

*Scope of Engagement*

Herischi & Associates LLC will provide the following legal services to **Mr. Ebrahimian,**

1- If required, apply to acquire a license from Office of Foreign Asset Control (OFAC) for an Iranian to invest in a Regional Center.

2- Open necessary bank accounts to accommodate the money transfer, including an escrow account.

3- File applicable USCIS forms for the applicant and his/her family in regards to the EB-5 application.

4- Facilitate the return of the investment to the investor upon the distribution by the Regional Center.

5- The total cost including legal fee and application fees are $30,000 payable to the law firm of Herischi & Associates LLC. In addition there is an investment company's application fee of $30,000.

Note. This Engagement letter does not cover the removal of condition after two years of residency.

We will strive to represent you professionally, effectively, and efficiently.

### *Our Responsibilities*

We will keep you informed of all developments in this case. We will copy you on all correspondence and on all pleadings we generate and receive. We strive to return telephone calls the same day they are received but are sometimes unable to do so. We will always return your phone calls within one business day of receiving them unless circumstances beyond our control prevent us from doing so. Please understand that because I handle matters in addition to yours, I am not always immediately available.

The firm is not retained to provide investment advice. We are working with Client to evaluate the Regional Center business opportunity, but limited to the Immigration laws governing the EB-5 application. Our scope of engagement does not cover any investment advice or evaluation of an investment opportunity. We are not responsible for Client's business decisions. The firm does not and never have guaranteed any investment outcome. In addition, the Eb-5 application's approval is also not guaranteed by our firm.

While we will make recommendations on the outcome of your case, ultimate decisions belong to you. We do reserve the right, however, to make strategic decisions that in our judgment best advance the case to reach the outcome you desire.

### *Client's Responsibilities*

You have certain responsibilities that need to be fulfilled in order for us to achieve a successful outcome. You agree to keep us informed of any changes in your address and living situation. You will make yourself reasonably available for telephone consultations, office conferences, and any formal appearances that are required in pursing your matter.

### *SCHEDULE OF FEES AND PROCESS*

1- START (one week)
   a. Sign this engagement letter.
   b. Transfer $20,000 to Herischi & Associates LLC's account for legal fee.
   c. Transfer $40,000 to Regional Center for subscription.
   d. Fill and sign the application for EB-5 Regional Center.
   e. Gather required documents from the Client;
      i. The checklist will be provided to the client.
   f. File for OFAC license if required
2- APPLICATION submission (2-3 weeks)
   a. Transfer $500,000 for the investment to the Regional Center's escrow account.

   b. Executing the Regional Center's registration contracts
   c. Issuance of partnership documents, shareholders' agreements, and other relevant financial documentation.
   d. File USCIS forms for EB-5 application.

3- Application APPROVAL process (6-8 months)
   a. Approval of the application
   b. Upon approval, Client's case will be sent to a proper US embassy for an interview.
   c. Client will attend the interview after completing the required steps.
   d. Immigrant Visa will be issued by the Embassy.
4- ARRIVAL
   a. Receive the Green Card (actual card)

There is no other cost associated to this case. This Firm is not responsible for the risk associated with this investment and the client selected this investment and the firm is only hired to provide legal services stated in this Agreement.

**Arbitration**

Any dispute or claim relating to our fees, charges, legal services, obligations reflected in this letter, or any other aspect of our representation shall be resolved through a confidential, binding arbitration, in the state of Maryland, before a single arbitrator under Commercial Rules then in effect of American Arbitration Association, and judgment on the award rendered may be entered in any court having jurisdiction. You agree that commitment here to arbitrate any and all disputes relinquishes any right to bring an action in court and that you are waiving right to a jury trial.

**Attorney's Fees**

If any dispute or claim arising out of or relating to our fees, charges, legal services, obligations reflected in this letter, or any aspect of our representation, arises, the firm will be entitled to recover from the client all costs and expenses it incurs in bringing and prosecuting and defending any litigation or arbitration, including reasonable attorneys' fees and costs at trial and appeal. In any event the firm is not responsible for attorney's fees and expenses of the client.

**Client's Right to Terminate of Representation**

You may terminate this representation at any time with or without cause by notifying us in writing of your desire to do so. Upon receipt of the notice to terminate representation, we will stop all legal work on your behalf immediately. You are responsible for the legal fee that has been paid to us. The legal fee considered earned and we are not going to refund any legal fee received in this matter.

x
On behalf of the firm, we appreciate the opportunity to represent you in this matter. If you have questions, please feel free to call me at 301-363-4540.

Very truly yours,

*[signature]*

Ali Herischi, Esq.

Principal

Herischi & Associates LLC

I have read and consent to it.

_____SE_____

Shahriar Ebrahimian

March 19, 2014

On behalf of the firm, we appreciate the opportunity to represent you in this matter. If you have questions, please feel free to call me at 301-363-4540.

Very truly yours,

*[signature]*

Ali Herischi, Esq.

Principal

Herischi & Associates LLC

I have read and consent to it.

_____SE_____

Shahriar Ebrahimian

March 19, 2014



**HERISCHI & ASSOCIATES**

Protect Rights
Advance Interests
Maximize Opportunities

Ali Herischi, Esq. (MD Bar)  7201 Wisconsin Ave, suite 450  www.ibhlaw.com  info@ibhlaw.com
Bethesda, MD 20814  Tel: 301-363-4540  Fax:301-363-4538

## ENGAGEMENT LETTER

Date: 08/12/2013

To: Reza Salehin

Re: EB-5 Immigrant visa by investment

Dear: Reza Salehin

Pursuant to our conferences on or before 08/12/2013, our firm's agreed to represent you and your relative(s) in connection with your immigration application. This letter will confirm the terms of our representation. Our work will begin upon receipt of a signed copy of this letter.

Herischi & Associates LLC will provide legal services to client and the scope of services we will render, the manner of calculating, billing and collecting legal fees, and other aspects of the proposed representation are mutually agreed to be set in this agreement.

### Scope of Engagement

Herischi & Associates LLC will provide the following legal services to client;

1- If required, apply to acquire a license from Office of Foreign Asset Control (OFAC) for an Iranian to invest in a Regional Center.

2- Open necessary bank accounts to accommodate the money transfer, including an escrow account.

3- File applicable USCIS forms for the applicant and his/her family in regards to the EB-5 application. Client has chosen South Atlantic Regional Center for his investment.

4- Facilitate the return of the investment to the investor upon the distribution by the Regional Center.

5- The total cost including legal fee and application fees are $17,500 payable to the law firm of Herischi & Associates LLC. In addition there is the Regional Center's Registration fee of $42,500. This fee does not cover any fee you have to pay at the embassy

Note. This Engagement letter **does not** cover the removal of condition after two years of residency.

We will strive to represent you professionally, effectively, and efficiently.

## *Our Responsibilities*

We will keep you informed of all developments in this case. We will copy you on all correspondence and on all pleadings we generate and receive. We strive to return telephone calls the same day they are received but are sometimes unable to do so. We will always return your phone calls within one business day of receiving them unless circumstances beyond our control prevent us from doing so. Please understand that because I handle matters in addition to yours, I am not always immediately available.

The firm is not retained to provide investment advice. We are working with Client to evaluate the Regional Center business opportunity, but limited to the Immigration laws governing the EB-5 application. Our scope of engagement does not cover any investment advice or evaluation of an investment opportunity. We are not responsible for Client's business decisions. The firm does not and never have guaranteed any investment outcome. In addition, the Eb-5 application's approval is also not guaranteed by our firm.

While we will make recommendations on the outcome of your case, ultimate decisions belong to you. We do reserve the right, however, to make strategic decisions that in our judgment best advance the case to reach the outcome you desire.

## *Client's Responsibilities*

You have certain responsibilities that need to be fulfilled in order for us to achieve a successful outcome. You agree to keep us informed of any changes in your address and living

situation. You will make yourself reasonably available for telephone consultations, office conferences, and any formal appearances that are required in pursing your matter.

### *SCHEDULE OF FEES AND PROCESS*

1. START (one week)
    a. Sign this engagement letter.
    b. Transfer $10,000 to Herischi & Associates LLC's account, for legal fee. Fill and sign the registration forms for EB-5 Regional Center.
    c. Gather required documents from the Client;
        i. The checklist will be provided to the client.
    d. Executing the Regional Center's registration contracts
    e. Pay Regional Center's registration fee of $42,500.
2. APPLICATION submission (2-3 weeks)
    a. Transfer $500,000 for the investment to the Regional Center's escrow account.
    b. Transfer the remaining $7,500 legal fee to Herischi & Associates LLC.
    c. Issuance of partnership documents, shareholders' agreements, and other relevant financial documentation.
    d. File USCIS forms for EB-5 application.
3. Application APPROVAL process (6-8 months)
    a. Waiting for the approval, following up with USCIS, responding to the USCIS's requests or questions.
    b. Approval of the application
    c. Transfer $500,000 from the Escrow account to the Regional Center's bank account
    d. Upon approval, Client's case will be sent to a proper US embassy for an interview.
    e. Gathering required documents for the Embassy interview
    f. Client will attend the interview after completing the required steps.
    g. Immigrant Visa will be issued by the Embassy.

4- ARRIVAL
    a. Receive the Green Card (actual card)

There is no other cost associated to this case. This Firm is not responsible for the risk associated with this investment and the client selected this investment and the firm is only hired to provide legal services stated in this Agreement.

**Arbitration**

Any dispute or claim relating to our fees, charges, legal services, obligations reflected in this letter, or any other aspect of our representation shall be resolved through a confidential, binding arbitration, in the state of Maryland, before a single arbitrator under Commercial Rules then in effect of American Arbitration Association, and judgment on the award rendered may be entered in any court having jurisdiction. You agree that commitment here to arbitrate any and all disputes relinquishes any right to bring an action in court and that you are waiving right to a jury trial.

**Attorney's Fees**

If any dispute or claim arising out of or relating to our fees, charges, legal services, obligations reflected in this letter, or any aspect of our representation, arises, the firm will be entitled to recover from the client all costs and expenses it incurs in bringing and prosecuting and defending any litigation or arbitration, including reasonable attorneys' fees and costs at trial and appeal. In any event the firm is not responsible for attorney's fees and expenses of the client.

**Client's Right to Terminate of Representation**

You may terminate this representation at any time with or without cause by notifying us in writing of your desire to do so. Upon receipt of the notice to terminate representation, we will stop all legal work on your behalf immediately. You are responsible for the legal fee that has been paid to us. The legal fee considered earned and we are not going to refund any legal fee received in this matter. If by any chance the case is denied due to the Regional Center's issue, then, you are only responsible for nonrefundable fee of $15,000. (The total risk) In other hand, if the case is denied due to the client's security background check, or failure to satisfy other elements of the case such as

the legal acquisition of the invested fund, then you have to pay all the legal fees and expenses in this case.

On behalf of the firm, we appreciate the opportunity to represent you in this matter. If you have questions, please feel free to call me at 301-363-4540.

Very truly yours,

Ali Herischi, Esq.
Principal Attorney
Herischi & Associates LLC

I have read and consent to it.

Client name: Reza Salehin                             08/12/2013
                                                      Date



# HERISCHI & ASSOCIATES

Protect Rights
Advance Interests
Maximize Opportunities

Ali Herischi, Esq. (MD Bar)     7201 Wisconsin Ave, suite 450     www.ibhlaw.com   info@ibhlaw.com
                                Bethesda, MD 20814                 Tel: 301-363-4540  Fax:301-363-4538

## Bank information for Herischi & Associates LLC

**Account name:** Herischi & Associates LLC
**ACC #:** 446020517991
**Routing:** 052001633
**SWIFT:** BOFAUS3N
**Wire transfer:** 026009593

_Bank Information_

Bank of America
7316 Wisconsin Avenue,
Bethesda, MD 20814
(301) 951-8280

\*\*\*Please notify the firm of any payments that you have made, so we can accurately follow up with the bank.



Protect Rights
Advance Interests
Maximize Opportunities

Ali Herischi, Esq. (MD Bar)   7201 Wisconsin Ave, suite 450   www.ibhlaw.com   info@ibhlaw.com
Bethesda, MD 20814   Tel: 301-363-4540   Fax:301-363-4538

# ENGAGEMENT LETTER

Date: _____

To: _____

Re: EB-5 Immigrant visa by investment

Dear: _____,

Pursuant to our conferences on or before _____, our firm's agreed to represent you and your relative(s) in connection with your immigration application. This letter will confirm the terms of our representation. Our work will begin upon receipt of a signed copy of this letter.

Herischi & Associates LLC will provide legal services to client and the scope of services we will render, the manner of calculating, billing and collecting legal fees, and other aspects of the proposed representation are mutually agreed to be set in this agreement.

### Scope of Engagement

Herischi & Associates LLC will provide the following legal services to client;

1- If required, apply to acquire a license from Office of Foreign Asset Control (OFAC) for an Iranian to invest in a Regional Center.

2- Open necessary bank accounts to accommodate the money transfer, including an escrow account.

3- File applicable USCIS forms for the applicant and his/her family in regards to the EB-5 application. Client has chosen South Atlantic Regional Center for his investment.

4- Facilitate the return of the investment to the investor upon the distribution by the Regional Center.

5- The total cost including legal fee and application fees are $17,500 payable to the law firm of Herischi & Associates LLC. In addition there is the Regional Center's Registration fee of $42,500. This fee does not cover any fee you have to pay at the embassy

Note. This Engagement letter **does not** cover the removal of condition after two years of residency.

We will strive to represent you professionally, effectively, and efficiently.

### *Our Responsibilities*

We will keep you informed of all developments in this case. We will copy you on all correspondence and on all pleadings we generate and receive. We strive to return telephone calls the same day they are received but are sometimes unable to do so. We will always return your phone calls within one business day of receiving them unless circumstances beyond our control prevent us from doing so. Please understand that because I handle matters in addition to yours, I am not always immediately available.

The firm is not retained to provide investment advice. We are working with Client to evaluate the Regional Center business opportunity, but limited to the Immigration laws governing the EB-5 application. Our scope of engagement does not cover any investment advice or evaluation of an investment opportunity. We are not responsible for Client's business decisions. The firm does not and never have guaranteed any investment outcome. In addition, the Eb-5 application's approval is also not guaranteed by our firm.

While we will make recommendations on the outcome of your case, ultimate decisions belong to you. We do reserve the right, however, to make strategic decisions that in our judgment best advance the case to reach the outcome you desire.

### *Client's Responsibilities*

You have certain responsibilities that need to be fulfilled in order for us to achieve a successful outcome. You agree to keep us informed of any changes in your address and living

situation. You will make yourself reasonably available for telephone consultations, office conferences, and any formal appearances that are required in pursing your matter.

### *SCHEDULE OF FEES AND PROCESS*

1. START (one week)
   a. Sign this engagement letter.
   b. Transfer $10,000 to Herischi & Associates LLC's account, for legal fee. Fill and sign the registration forms for EB-5 Regional Center.
   c. Gather required documents from the Client;
      i. The checklist will be provided to the client.
   d. Executing the Regional Center's registration contracts
   e. Pay Regional Center's registration fee of $42,500.
2. APPLICATION submission (2-3 weeks)
   a. Transfer $500,000 for the investment to the Regional Center's escrow account.
   b. Transfer the remaining $7,500 legal fee to Herischi & Associates LLC.
   c. Issuance of partnership documents, shareholders' agreements, and other relevant financial documentation.
   d. File USCIS forms for EB-5 application.
3. Application APPROVAL process (6-8 months)
   a. Waiting for the approval, following up with USCIS, responding to the USCIS's requests or questions.
   b. Approval of the application
   c. Transfer $500,000 from the Escrow account to the Regional Center's bank account
   d. Upon approval, Client's case will be sent to a proper US embassy for an interview.
   e. Gathering required documents for the Embassy interview
   f. Client will attend the interview after completing the required steps.
   g. Immigrant Visa will be issued by the Embassy.

Herischi & Associates LLC

4- ARRIVAL
   a. Receive the Green Card (actual card)

There is no other cost associated to this case. This Firm is not responsible for the risk associated with this investment and the client selected this investment and the firm is only hired to provide legal services stated in this Agreement.

**Arbitration**

Any dispute or claim relating to our fees, charges, legal services, obligations reflected in this letter, or any other aspect of our representation shall be resolved through a confidential, binding arbitration, in the state of Maryland, before a single arbitrator under Commercial Rules then in effect of American Arbitration Association, and judgment on the award rendered may be entered in any court having jurisdiction. You agree that commitment here to arbitrate any and all disputes relinquishes any right to bring an action in court and that you are waiving right to a jury trial.

**Attorney's Fees**

If any dispute or claim arising out of or relating to our fees, charges, legal services, obligations reflected in this letter, or any aspect of our representation, arises, the firm will be entitled to recover from the client all costs and expenses it incurs in bringing and prosecuting and defending any litigation or arbitration, including reasonable attorneys' fees and costs at trial and appeal. In any event the firm is not responsible for attorney's fees and expenses of the client.

**Client's Right to Terminate of Representation**

You may terminate this representation at any time with or without cause by notifying us in writing of your desire to do so. Upon receipt of the notice to terminate representation, we will stop all legal work on your behalf immediately. You are responsible for the legal fee that has been paid to us. The legal fee considered earned and we are not going to refund any legal fee received in this matter. If by any chance the case is denied due to the Regional Center's issue, then, you are only responsible for nonrefundable fee of $15,000. (The total risk) In other hand, if the case is denied due to the client's security background check, or failure to satisfy other elements of the case such as

the legal acquisition of the invested fund, then you have to pay all the legal fees and expenses in this case.

On behalf of the firm, we appreciate the opportunity to represent you in this matter. If you have questions, please feel free to call me at 301-363-4540.

Very truly yours,

Ali Herischi, Esq.
Principal Attorney
Herischi & Associates LLC

I have read and consent to it.

_____           _____
Client name:                                              Date



# HERISCHI & ASSOCIATES

Protect Rights
Advance Interests
Maximize Opportunities

Ali Herischi, Esq. (MD Bar)  |  7201 Wisconsin Ave, suite 450, Bethesda, MD 20814  |  www.ibhlaw.com  info@ibhlaw.com  Tel: 301-363-4540  Fax: 301-363-4538

## ENGAGEMENT LETTER

Date: 09/23/2013

To: Mehdi Hassani Moghaddam

Re: EB-5 Immigrant visa by investment

Dear: Mr. Mehdi Hassani Moghaddam,

Pursuant to our conferences on or before 09/23/13, our firm's agreed to represent you and your relative(s) in connection with your immigration application. This letter will confirm the terms of our representation. Our work will begin upon receipt of a signed copy of this letter.

Herischi & Associates LLC will provide legal services to client and the scope of services we will render, the manner of calculating, billing and collecting legal fees, and other aspects of the proposed representation are mutually agreed to be set in this agreement.

### Scope of Engagement

Herischi & Associates LLC will provide the following legal services to client;

1- If required, apply to acquire a license from Office of Foreign Asset Control (OFAC) for an Iranian to invest in a Regional Center.

2- Open necessary bank accounts to accommodate the money transfer, including an escrow account.

3- File applicable USCIS forms for the applicant and his/her family in regards to the EB-5 application. Client has chosen South Atlantic Regional Center for his investment.

4- Facilitate the return of the investment to the investor upon the distribution by the Regional Center.

5- The total cost including legal fee and application fees are $17,500 payable to the law firm of Herischi & Associates LLC. In addition there is the Regional Center's Registration fee of $42,500. This fee does not cover any fee you have to pay at the embassy

Note. This Engagement letter **does not** cover the removal of condition after two years of residency.

We will strive to represent you professionally, effectively, and efficiently.

## *Our Responsibilities*

We will keep you informed of all developments in this case. We will copy you on all correspondence and on all pleadings we generate and receive. We strive to return telephone calls the same day they are received but are sometimes unable to do so. We will always return your phone calls within one business day of receiving them unless circumstances beyond our control prevent us from doing so. Please understand that because I handle matters in addition to yours, I am not always immediately available.

The firm is not retained to provide investment advice. We are working with Client to evaluate the Regional Center business opportunity, but limited to the Immigration laws governing the EB-5 application. Our scope of engagement does not cover any investment advice or evaluation of an investment opportunity. We are not responsible for Client's business decisions. The firm does not and never have guaranteed any investment outcome. In addition, the Eb-5 application's approval is also not guaranteed by our firm.

While we will make recommendations on the outcome of your case, ultimate decisions belong to you. We do reserve the right, however, to make strategic decisions that in our judgment best advance the case to reach the outcome you desire.

## *Client's Responsibilities*

You have certain responsibilities that need to be fulfilled in order for us to achieve a successful outcome. You agree to keep us informed of any changes in your address and living

situation. You will make yourself reasonably available for telephone consultations, office conferences, and any formal appearances that are required in pursing your matter.

### *SCHEDULE OF FEES AND PROCESS*

1- START (one week)
   a. Sign this engagement letter.
   b. Transfer $10,000 to Herischi & Associates LLC's account, for legal fee. Fill and sign the registration forms for EB-5 Regional Center.
   c. Gather required documents from the Client;
      i. The checklist will be provided to the client.
   d. Executing the Regional Center's registration contracts
   e. Pay Regional Center's registration fee of $42,500.
2- APPLICATION submission (2-3 weeks)
   a. Transfer $500,000 for the investment to the Regional Center's escrow account.
   b. Transfer the remaining $7,500 legal fee to Herischi & Associates LLC.
   c. Issuance of partnership documents, shareholders' agreements, and other relevant financial documentation.
   d. File USCIS forms for EB-5 application.
3- Application APPROVAL process (6-8 months)
   a. Waiting for the approval, following up with USCIS, responding to the USCIS's requests or questions.
   b. Approval of the application
   c. Transfer $500,000 from the Escrow account to the Regional Center's bank account
   d. Upon approval, Client's case will be sent to a proper US embassy for an interview.
   e. Gathering required documents for the Embassy interview
   f. Client will attend the interview after completing the required steps.
   g. Immigrant Visa will be issued by the Embassy.

4- ARRIVAL
   a. Receive the Green Card (actual card)

There is no other cost associated to this case. This Firm is not responsible for the risk associated with this investment and the client selected this investment and the firm is only hired to provide legal services stated in this Agreement.

**Arbitration**

Any dispute or claim relating to our fees, charges, legal services, obligations reflected in this letter, or any other aspect of our representation shall be resolved through a confidential, binding arbitration, in the state of Maryland, before a single arbitrator under Commercial Rules then in effect of American Arbitration Association, and judgment on the award rendered may be entered in any court having jurisdiction. You agree that commitment here to arbitrate any and all disputes relinquishes any right to bring an action in court and that you are waiving right to a jury trial.

**Attorney's Fees**

If any dispute or claim arising out of or relating to our fees, charges, legal services, obligations reflected in this letter, or any aspect of our representation, arises, the firm will be entitled to recover from the client all costs and expenses it incurs in bringing and prosecuting and defending any litigation or arbitration, including reasonable attorneys' fees and costs at trial and appeal. In any event the firm is not responsible for attorney's fees and expenses of the client.

**Client's Right to Terminate of Representation**

You may terminate this representation at any time with or without cause by notifying us in writing of your desire to do so. Upon receipt of the notice to terminate representation, we will stop all legal work on your behalf immediately. You are responsible for the legal fee that has been paid to us. The legal fee considered earned and we are not going to refund any legal fee received in this matter. If by any chance the case is denied due to the Regional Center's issue, then, you are only responsible for nonrefundable fee of $15,000. (The total risk) In other hand, if the case is denied due to the client's security background check, or failure to satisfy other elements of the case such as

the legal acquisition of the invested fund, then you have to pay all the legal fees and expenses in this case.

On behalf of the firm, we appreciate the opportunity to represent you in this matter. If you have questions, please feel free to call me at 301-363-4540.

Very truly yours,

Ali Herischi, Esq.
Principal Attorney
Herischi & Associates LLC

I have read and consent to it.

_____     09/23/2013
Client name: Mehdi Hassani Moghaddam     Date