UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-81871 MARRA/

LAN LI, an individual; YING TAN, an individual;
TAO XIONG, an individual; et al.

    Plaintiffs,

vs.

JOSEPH WALSH, et al.,

    Defendants.

_____/

## DECLARATION OF ALI HERISCHI, ESQ.

1. My name is Ali Herischi, and I am one of the named Defendants in this lawsuit. I make this Declaration on personal knowledge.

2. I am an attorney, and am a member in good standing of the Maryland bar. I am a partner in the law firm of Herischi & Associates, LLC, which is also a Defendant in this lawsuit.

3. Herischi & Associates, LLC and I were engaged by five of the Plaintiffs in this case, Mohammad Zargar, Shahriar Ebrahimian, Reza Simak Nia, Sarah Salehin, and Sanaz Salehin, pursuant to an Engagement Agreement, to prepare their EB-5 Visa Applications.

4. While an unsigned copy of the Engagement Agreement is attached as part of Exhibit F to the Complaint, all five of the Plaintiffs named in paragraph 3 above executed the Engagement Agreement in order to engage my legal services and the legal services of my firm.

5. Signed copies of the Engagement Agreements of Mohamed Zargar, Shahriar

CASE NO. 16-cv-81871 MARRA/

Ebrahimian, Sarah Salehin, and Sanaz Salehin[1] are attached as Composite Exhibit 1 to this Motion to Compel Arbitration, or Alternatively Motion to Dismiss or for More Definite Statement.

6. While I do not have an executed versions of the Engagement Agreement for Reza Siamak Nia, in my file, this client executed the Engagement Agreement and agreed to the terms thereof in my presence. Upon information and belief, the executed version is in the possession, custody, or control of Reza Siamak Nia.

7. It is my custom and practice in my business to always obtain signed Engagement Agreements from my clients prior to beginning to performing legal services on their behalf.

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true to the best of my knowledge and belief.

Dated: January 23, 2017.

_____
ALI HERISCHI, ESQ.

---

[1] The Engagement Agreements for Sanaz Salehin and Sara Salehin are signed by their husbands. It was an immigration decision to have Sara and Sanaz Salehin as the primary applicants on their immigration file. However, the first line of the Engagement Agreements make clear that the Engagement Agreement covers the signatory's relatives as well.