## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 16-CV-81871-KAM/
MATTHEWMAN

Plaintiff:
LAN LI, an individual; YINK TAN, an individual; TAO XIONG, an individual; et al.,
vs.
Defendant:
JOSEPH WALSH, an individual; JOSEPH WALSH, JR., an individual; J. MARCUS
PAYNE, an individual, et al.,

For: Keith Sonderling
    GUNSTER, YOAKLEY & STEWART, P.A.

Received by SIGNED, SEALED & DELIVERED INC. on the 18th day of January, 2017 at 9:46 am to be served on J.
MARCUS PAYNE, 834 Valley Road    , GLENCOE, IL 60022 I, _Richard Gerber_, do hereby
affirm that on the _27_ day of _January_, 20_17_ at _7:30p_.m., executed service by delivering a true copy of the 21
day Summons in a Civil Action, Complaint seeking damages and Preliminary and Permanent Injunctive Relief with
exhibits A through N; Notice of unavailability of Keith E. Sonderling; Notice of Appearance of Devin S. Radkay in
accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _Virginia Payne_ as
    _Wife_.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on
the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as
_____.

( ) NON SERVICE: For the reason detailed in the Comments below.

MILITARY STATUS: Based on inquiry to person served he or she IS / IS NOT in the United States Military.

COMMENTS: _____
_____
_____

Age _53_ Sex M (F) Race _White_ Height _5'8"_ Weight _140_ Hair _Blonde_ Glasses (Y) N

## RETURN OF SERVICE For 16-CV-81871-KAM/MATTHEWMAN

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # 117-00119

Appointed in accordance with State Statutes

SIGNED, SEALED & DELIVERED INC.
P.O. Box 15255
West Palm Beach, FL 33416
(561) 712-1722

Our Job Serial Number: 2017000077
Ref: 42827.1

Copyright © 1992-2017 Database Services, Inc - Process Server's Toolbox V7.1h