IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:16-cv-81871-KAM

LAN LI, *et al.*,
      Plaintiffs,
v.
JOSEPH WALSH, *et al.*,
      Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorneys HENRY B. HANDLER and DAVID K. FRIEDMAN of the law firm WEISS, HANDLER & CORNWELL, P.A., One Boca Place, Suite 218-A, 2255 Glades Road, Boca Raton, FL 33431, hereby enter their appearance as counsel for Defendants JOSEPH WALSH, JOSEPH WALSH, JR. and JJW CONSULTANCY, LTD. (the "Walsh Defendants") and request that copies of all further pleadings and papers in this matter be served on the undersigned.

Dated: February 24, 2017        Respectfully submitted,

                              WEISS HANDLER & CORNWELL, P.A.
                              *Attorneys for Walsh Defendants*
                              2255 Glades Road, Suite 218A
                              Boca Raton, FL 33431
                              Telephone:   (561) 997-9995
                              Facsimile:   (561) 997-9995

                                s/ Henry B. Handler
                              HENRY B. HANDLER
                              Florida Bar No. 259284
                              hbh@whcfla.com
                              jn@whcfla.com
                              filings@whcfla.com
                              DAVID K. FRIEDMAN
                              Florida Bar No. 307378
                              dkf@whcfla.com
                              jh@whcfla.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 24th day of February 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record listed in the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Henry B. Handler
HENRY B. HANDLER

## SERVICE LIST

| | |
|---|---|
| G. Joseph Curley, Esq.<br>Keith E. Sonderling, Esq.<br>Devin Radkay, Esq.<br>Gunster, Yoakley & Stewart, PA<br>777 S Flagler Drive<br>Suite 500 East<br>West Palm Beach, FL 33401-6194<br>Email: jcurley@gunster.com;<br>ksonderling@gunster.com;<br>dradkay@gunster.com<br>*Attorneys for Plaintiffs* | Michael S. Olin, Esq.<br>Alaina Fotiu-Wojtowicz, Esq.<br>Michael S. Olin, PA<br>Alfred I. DuPont Building, Suite 1224<br>169 E Flagler Street<br>Miami, FL 33131<br>Email: molin@olinlawfirm.com;<br>afw@olinlawfirm.com<br>*Attorney for Ali Herischi, Herischi &*<br>*Associates, LLC and Washington Marketing,*<br>*LLC* |
| Adam T. Rabin, Esq.<br>Robert C. Glass, Esq.<br>McCabe Rabin, PA<br>1601 Forum Place, Suite 505<br>West Palm Beach, FL 33401<br>Email: arabin@mccaberabin.com<br>*Attorney for Gerry Matthews* | C. Brooks Ricca, Jr., Esq.<br>C. Brooks Ricca, Jr. & Associates, PA<br>The Barristers Building<br>1615 Forum Place, Suite 200<br>West Palm Beach, FL 33401<br>Email: bricca@riccalawyers.com<br>*Attorney for Ryan Black* |
| Larry A. Zink, Esq.<br>Zink, Zink & Zink Co., LPA<br>1198 Hillsboro Mile – Suite 244<br>Hillsboro Beach, FL 33062<br>Email: zinklaw3711@yahoo.com<br>*Attorney for KK-PB Financial, LLC* | John F. Mariani, Esq.<br>Christopher W. Kammerer, Esq.<br>Kammerer Mariani, PLLC<br>1601 Forum Place, Suite 500<br>West Palm Beach, FL 33401<br>Email: jmariani@kammerermariani.com;<br>ckammerer@kammerermariani.com<br>*Attorneys for Matthews Defendants* |

| | |
|---|---|
| Gregory R. Elder, Esq.<br>Law Offices of Gregory R. Elder, LLC<br>108 SE Eighth Avenue, Suite 114<br>Ft. Lauderdale, FL 33301<br>Email: gelderlaw@gmail.com<br>*Attorney for Leslie Robert Evans and Leslie Robert*<br>*Evans & Associates, P.A.* | David Derrico, *pro se*<br>5163 Deerhurst Crescent Circle<br>Boca Raton. FL 33486<br>***Via U.S. Mail Only*** |
| Botticelli Advisors, LLC<br>c/o Leslie Robert Evans, Esq., Reg. Agent<br>214 Brazilian Avenue, Suite 200<br>Palm Beach, FL 33480<br>***Via U.S. Mail Only*** | Kevin Wright, *pro se*<br>101 Clematis Street<br>Suite 503<br>West Palm Beach, FL 33401<br>***Via U.S. Mail Only*** |
| J. Marcus Payne, *pro se*<br>834 Valley Road<br>Glencoe, IL 60022<br>***Via U.S. Mail Only*** | Nicholas Laudano, *pro se*<br>17 Hoadley Road<br>Branford, CT 06405<br>***Via U.S. Mail Only*** |