# I-526 DENIAL REFUND AGREEMENT
## DATED AS OF DECEMBER 24, 2013

**THIS I-526 DENIAL REFUND AGREEMENT** (the "Agreement") is made and entered into as of this 24th day of December 2013, by and between the undersigned qualified sophisticated investor who is not a United States citizens or lawful permanent residents of the United States and who desires to become a limited liability limited partner in PHH Palm House Hotel, LLLP (the "Subscriber") AND 160 Royal Palm, LLC, (the "Company") a development company owning all assets associated with the Palm House Hotel ("Project"), whose address is 160 Royal Palm Way, Palm Beach, FL 33480, and whose Managing Member is Palm House, LLC.

**WHEREAS,** the Company was formed to construct and manage the Project and enable investors to become eligible for admission to the United States of America under the EB-5, fifth employment-based visa preference program (8 U.S.C. 1153(b)(5)) by investing five hundred thousand USD ($500,000.00) (the "Capital Contribution")

**WHEREAS,** the Company represents to PHH that it is the sole owner of all assets of the PROJECT.

**WHEREAS,** the Subscriber and Company wish to formalize their agreement with respect to any I-526 denial of any Subscriber and the return of their Capital Contribution based upon such a denial.

**NOW THEREFORE,** in consideration of the mutual covenants contained herein, and intending to be legally bound, the parties hereto agree as follows:

The Company shall use the Capital Contribution of the undersigned Subscriber to contribute to the completion of the Project. In the event that the undersigned Subscriber's I-526, *Immigrant Petition by Alien Entrepreneur* is not approved by United States Citizenship and Immigration Services, either as a result of (a) the investment program being found not to qualify under the law, or (b) the Subscriber's Form I-526 Petition is denied through no fault of his own, the Company shall return 100% of the Subscriber's Capital Contribution invested in the Project pursuant to the following timeline:

1. **First Ninety (90) Days After I-526 Petition Denial:** The Company shall make every effort to repay the Capital Contribution of the undersigned Subscriber within the first ninety (90) days after his I-526 Petition denial. In the first ninety (90) days after the denial of Subscriber's I-526 Petition, the Company may use available cash flow generated by the activities of the Company to repay such Capital Contribution. Alternatively, the Company may substitute the undersigned Subscriber with a new Subscriber.
2. **Days Ninety One (91) Through 180 After I-526 Petition Denial:** To the extent that the Company is unable to return the undersigned

I-526 Denial Refund Agreement --12/14/2013

**EXHIBIT C**

Subscriber's Capital Contribution within the first ninety (90) days after the I-526 Petition denial through the aforementioned means, all equity of the Project is deemed pledged as Collateral for the loan. As such, within the second 90 days after the I-526 petition denial, the Company shall (a) refinance the loan, or (b) the Project may be liquidated, and any funds remaining after repayment of the first lien holder shall be to repay the Capital Contributions of the undersigned Subscriber.

COMPANY:
160 ROYAL PALM, LLC
a Florida limited liability company

By the Managing Member:
PALM HOUSE, LLC
a Delaware limited liability company
By: _Ryan Black by Leslie R. Evans POA_
Name: _Leslie R. Evans under Power of Attorney for Ryan Black Managing member_
Title: _MANAGING MEMBER_

SUBSCRIBER ACCEPTANCE

By signing below, the undersigned accepts the foregoing Agreement on behalf of 160 Royal Palm, LLC in accordance with the terms hereof:

SUBSCRIBER:

(Signature) _____

Print Name: _____
Address: _____

Telephone: _____

Tax I.D. or Social Security #: _____

Number of Units: _____

Email Address: _____

I-526 Denial Refund Agreement --12/14/2013