

# I-526 DENIAL $40,000 ADMINISTRATIVE FEE REFUND AGREEMENT DATED AS OF MARCH 24, 2014

**THIS I-526 DENIAL REFUND AGREEMENT** (the "Agreement") is made and entered into as of this 24th day of March, 2014, by and between the undersigned qualified sophisticated investor who is not a United States Citizen or lawful permanent resident of the United States and who desires to become a limited liability limited partner in the Palm House Hotel, LLLP (the "Subscriber"), AND 160 Royal Palm, LLC, (the "Company") a development company owning all assets associated with the Palm House Hotel (the "Project), whose address is 160 Royal Palm Way, Palm Beach, FL, 33480, and whose Managing Member is Palm House, LLC.

**WHEREAS,** the Company was formed to construct and manage the Project and enable investors to become eligible for admission to the United States of America under the EB-5, fifth employment-based visa preference program (8 U.S.C. 1153(b)(5)) by investing five hundred thousand USD ($500,000.00).

**WHEREAS,** Subscribers also must invest a forty thousand USD ($40,000.00) administrative fee (the "Administrative Fee) in order to become a limited liability limited partner in the Palm House Hotel, LLP.

**WHEREAS,** the Company and Subscriber wish to formalize their agreement with respect to any I-526 denial of any Subscriber and the return of their Administrative Fee.

**NOW, THEREFORE,** in consideration of the mutual covenants contained herein, and intending to be legally bound, the parties hereto agree as follows:

In the event that the undersigned Subscriber's I-526, *Immigrant Petition by Alien Entrepreneur* is not approved by the United States Citizenship and Immigration Service, for any reason other than misrepresentation on the part of the investor, the Company shall return 100% of the Subscriber's Administrative Fee within 60 days.

COMPANY:

160 Royal PALM, LLC
a Florida Limited Liability Company

    By the Managing Member:
    PALM HOUSE, LLC
    a Delaware Limited Liability Company
    By: _Ryan Black by Leslie Evans under POA_
    Name: _Ryan Black_
    Title: _Managing Member by Leslie R. Evans under Power of Attorney_

**EXHIBIT D**



## SUBSCRIBER ACCEPTANCE

By signing below, the undersigned accepts the foregoing Agreement on behalf of 160 Royal Palm, LLC in accordance with the terms hereof:

SUBSCRBIBER:

(Signature) _____

Print Name (Pinyin): _____

Address: _____

Telephone: _____

Email Address: _____