IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE No. 9:16-cv-81871-KAM

LAN LI, an individual, et al.,

    Plaintiffs,
vs.

JOSEPH WALSH, an individual, et al.,

    Defendants.
_____/

**DEFENDANT, KK-PB FINANCIAL, LLC'S CROSSCLAIMS AGAINST DEFENDANTS, LESLIE ROBERT EVANS & ASSOCIATES, PA, A FLORIDA CORPORATION; AND LESLIE ROBERT EVANS, INDIVIDUALLY**

Defendant, KK-PB Financial, LLC ("KK-PB"), through its' undersigned counsel, sues Leslie Robert Evans & Associates, PA ("Evans PA"); and Leslie Robert Evans, individually ("Evans"), and states as follows:

### The Parties

1. KK-PB is a Florida limited liability company with its' place of business in Palm Beach County, Florida.

2. Evans PA is a Florida law firm with its' principal office in Palm Beach County, Florida.

3. Evans is an attorney licensed to practice law in the State of Florida, whose principal office is with Evans PA in Palm Beach County, Florida.

## Jurisdiction and Venue

4. These Crossclaims are brought pursuant to Rule 13(g) Fed. R. Civ. P., in that the Crossclaims against Evans PA and Evans arise out of the transaction or occurrence that is the subject of the original action and relate to property that is the subject matter of the original action.

5. The Court has jurisdiction over these Crossclaims under 28 USC 1367(a), because they arise out of the matter alleged in the Plaintiffs' Original Complaint in this case and are part of the same case or controversy, and the amount in controversy exceeds Twenty-Seven Million Dollars ($27,000,000.00).

## Introduction and Factual Allegations applicable to all of KK-PB's claims

6. At all times relevant, Evans PA has been a Florida law firm whose principal is Evans.

7. On or about August 30, 2013, Evans PA and Evans acted as the closing agent ("Closing Agent") for a certain sale transaction, involving the Palm House Hotel ("Hotel Property") in that KK-PB was the lender and holder of a Twenty-Seven Million Seven Hundred Sixty-Eight Thousand Seven Hundred Fifty Dollar ($27,768,750.00) Promissory Note (the "Note"), and first mortgage holder (the "First Mortgage") for a Twenty-Seven Million Seven Hundred Sixty-Eight Thousand Seven Hundred Fifty

Dollar ($27,768,750.00) Mortgage on the Hotel Property.

8. At the August 30, 2013 closing (the "Closing"), Evans PA and Evans, as Closing Agent, took possession of the documentary stamp funds, recording fees, and fully executed and recordable First Mortgage on the Hotel Property, and agreed to and assumed the obligation to immediately record the First Mortgage, which meant Evans PA and Evans were to record the First Mortgage on the next business day after the Closing.

9. As the Closing Agent, Evans PA and Evans owed a contractual duty to KK-PB to immediately record the First Mortgage.

10. As the Closing Agent, Evans PA and Evans were in possession of the First Mortgage and funds necessary for recording and assumed a position of trust and owed a fiduciary duty to KK-PB to immediately record the First Mortgage.

11. At no time did KK-PB instruct Evans PA and/or Evans to not immediately record the First Mortgage on the Hotel Property.

## Count I
## Negligence against Evans PA and Evans

12. KK-PB admits and realleges the allegations in paragraphs 1-11.

13. As Closing Agent, Evans PA and Evans agreed and assumed the obligation and owed a duty to KK-PB to immediately record the First Mortgage.

14. Evans PA and Evans were negligent and breached their duty owing to KK-PB by failing to immediately record the First Mortgage on the Hotel Property, and not recording the First Mortgage until March 28, 2014.

15. KK-PB has and will be significantly financially damaged if the actions and/or inaction of Evans PA and Evans, in not immediately recording the First Mortgage, would result in the KK-PB First Mortgage not being the First Mortgage on the Hotel Property.

Wherefore, KK-PB prays for the award of damages against Evans PA and Evans and for attorneys' fees and costs, and for such other relief as the Court deems just and appropriate.

## Count II
## Breach of Fiduciary Duty against Evans PA and Evans

16. KK-PB adopts and realleges the allegations in paragraphs 1-11.

17. As the Closing Agent for the purchase and sale of the Hotel Property, Evans PA and Evans owed a fiduciary duty to KK-PB to fully, faithfully and timely perform their duties and obligations as the Closing Agent.

18. Evans PA and Evans breached their fiduciary duty owing to KK-PB by failing to immediately record the First Mortgage on the Hotel Property on the next business day following the Closing and not recording until March 28, 2014.

19. KK-PB has and will be significantly financially damaged if the actions and/or inaction of Evans PA and Evans, in not immediately recording the First Mortgage, would result in the KK-PB First Mortgage not being the First Mortgage on the Hotel Property.

Wherefore, KK-PB prays for the award of damages against Evans PA and Evans and for attorneys' fees and costs, and for such other relief as the Court deems just and appropriate.

## Count III
## Breach of Contract against Evans PA and Evans

20. KK-PB adopts and realleges the allegations in paragraphs 1-11.

21. Evans PA and Evans contractually agreed with KK-PB that Evans PA and Evans would take possession of the First Mortgage and dollar amount of the Closing funds necessary to pay the documentary stamp fees and the recording fees.

22. Evans PA and Evans breached their contract with KK-PB by failing to immediately record the First Mortgage, on the Hotel Property, and not recording the First Mortgage until March 28, 2014.

23. KK-PB has and will be significantly financially damaged if the actions and/or inaction of Evans PA and Evans, in not immediately recording the First Mortgage, would result in the KK-PB First Mortgage not being the First Mortgage on the Hotel Property.

Wherefore, KK-PB prays for damages against Evans PA and Evans and for attorneys' fees and costs, and for such other relief as the Court deems just and appropriate.

## Count IV
## Breach of Quasi Contract against Evans PA and Evans

24. KK-PB adopts and realleges the allegations in paragraphs 1-11.

25. Evans PA and Evans accepted and received the documentary stamps money for the recording of the First Mortgage and the recording fees related thereto on the understanding and agreement with KK-PB that Evans PA and Evans would immediately record the First Mortgage, on the Hotel Property, on the next business day, after August 31, 2013.

26. Evans PA and Evans breached their agreement with KK-PB by not recording the First Mortgage until March 28, 2014.

27. KK-PB has and will be significantly financially damaged if the actions and/or inaction of Evans PA and Evans, in not immediately recording the First Mortgage, would result in the KK-PB First Mortgage not being the First Mortgage on the Hotel Property.

Wherefore, KK-PB prays for an award of damages against Evans PA and Evans and for attorneys' fees and costs, and for such other relief as the Court deems just and appropriate.

Respectfully submitted,

/s/ Larry A. Zink
Larry A. Zink, Esq.
Florida Bar No. 0109592

ZINK, ZINK & ZINK CO., L.P.A.
**Florida Office:**
1198 Hillsboro Mile – Suite 244
Hillsboro Beach, FL  33062
**Ohio Office:**
3711 Whipple Ave., N.W.
Canton, OH 44718-2933
Telephone:  (330) 492-2225
Facsimile:  (330) 492-3956
Cell Phone:  (330) 495-0171
Email:  zinklaw3711@yahoo.com
*Counsel for Defendant,*
*KK-PB Financial, LLC*

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, on this __20__ day of August, 2017, and that the foregoing document is being served this day on all counsel of record identified on the Service List below, via transmission of Notices of Electronic Filing generated by CM/ECF.

G. Joseph Curley, Esq.
Keith E. Sonderling, Esq.
Devin Radkay, Esq.
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive – Suite 500 East
West Palm Beach, FL  33401-6194
Telephone:  (561) 655-1980
Facsimile:  (561) 655-5677
*Counsel for Plaintiffs*

/s/ Larry A. Zink
Larry A. Zink, Esq.
Florida Bar No. 0109592