# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
# FINANCING STATEMENT AMENDMENT FORM

**FLORIDA SECURED TRANSACTION REGISTRY**

**FILED**
2012 Oct 01 08:00 AM
****** 201207621836 ******

EXHIBIT L

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Joseph Walsh 561.282.6102

B. SEND ACKNOWLEDGEMENT TO:
Name PALM HOUSE HOTEL, LLLP.
Address 197 South Federal Highway, Suite 200
City/State/Zip Boca Raton, FL 33432

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. CURRENT RECORD INFORMATION – DEBTOR NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b)

2a. ORGANIZATION'S NAME: PALM HOUSE HOTEL, LLLP

2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**3. CURRENT RECORD INFORMATION – SECURED PARTY NAME** – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

3a. ORGANIZATION'S NAME: Palm House Hotel, LLLP

3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**4.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6.** ☑ **ASSIGNMENT** (full or partial): Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7.** ☐ **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.

☐ CHANGE name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.
☐ DELETE name: Give record name to be deleted in item 8a or 8b.
☐ ADD name: Complete item 9a or 9b, and 9c; also complete items 9d-9g (if applicable).

**8. CURRENT RECORD INFORMATION** – INSERT ONLY ONE NAME (8a OR 8b) – Do Not Abbreviate or Combine Names

8a. ORGANIZATION'S NAME

8b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**9. CHANGED (NEW) OR ADDED INFORMATION:** – INSERT ONLY ONE NAME (9a OR 9b) – Do Not Abbreviate or Combine Names

9.a ORGANIZATION'S NAME

9.b INDIVIDUAL'S LAST NAME ●●●● | FIRST NAME ●●●●●●● | MIDDLE NAME | SUFFIX

9.c MAILING ADDRESS Line One t
MAILING ADDRESS Line Two | CITY ●●●●,●●●●●●● | STATE ●●● | POSTAL CODE ●●● | COUNTRY ●●●

This space not available.

9.d TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 9.e TYPE OF ORGANIZATION | 9.f JURISDICTION OF ORGANIZATION | 9.g ORGANIZATIONAL ID# NONE

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

ElitAL:
"All assets of the debtor, now owned or hereinafter acquired, and all products thereof, wherever located.

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

11a. ORGANIZATION'S NAME: Palm House Hotel, LLLP

11b. INDIVIDUALS' LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**12. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-3 (REV.01/2009)    Filing Office Copy    Approved by the Secretary of State, State of Florida