# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH BEACH DIVISION

Case No: 9:16-CV-81871-KAM

LAN LI, an individual, et al.,

    Plaintiffs,

v.

JOSEPH WALSH, an individual, et al.,

    Defendants.

_____/

**EVANS DEFENDANTS' RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS DATED 1/11/17**

Defendants, LESLIE ROBERT EVANS and LESLIE ROBERT EVANS & ASSOCIATES, P.A., (sometimes collectively referred to as "The Evans Defendants"), by and through undersigned counsel, respond to Plaintiffs' Request for Production of Documents served January 11, 2017, as follows:

**RESPONSES TO REQUEST FOR DOCUMENTS**

1. All books and records of Palm House Hotel LLLP, including but not limited to balance sheets, cash flow statements, financial statements, bank account records, and accounting records starting from 2013 until the present.

    **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

2. All tax returns and related schedules filed by Palm House Hotel LLLP since 2013.

    **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

3. All books and records of South Atlantic Regional Center, LLC, the purported general partner of Palm House Hotel LLLP, related to the Palm House Hotel EB-5 project,

1

including but not limited to balance sheets, cash flow statements, financial statements, bank account records, and accounting records starting from 2013 until the present.

    **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

  4.  All books and records of USREDA, LLC related to the Palm House Hotel EB-5 project, including but not limited to balance sheets, cash flow statements, financial statements, bank account records, and accounting records starting from 2013 until the present.

    **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

  5.  All books and records of 160 Royal Palm LLC, the owner of the real property located at 160 Royal Palm Way, Palm Beach, Florida, upon which the Palm House Hotel is located, related to the Palm House Hotel EB-5 project, including but not limited to balance sheets, cash flow statements, financial statements, bank account records, and accounting records starting from 2013 until the present.

    **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

  6.  All books and records of Palm House LLC related to the Palm House Hotel EB-5 project, including but not limited to balance sheets, cash flow statements, financial statements, bank account records, and accounting records starting from 2013 until the present.

    **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

  7.  All books and records of Leslie Robert Evans and Leslie Robert Evans & Associates, P.A. relating to the transfer of any funds from or to any other defendant in this action, including but not limited to bank account records and internal bookkeeping records.

    **RESPONSE:** See attached documents.

8. All books and records of Palm House Hotel LLLP relating to the transfer of any assets, including but not limited to money, cash, deposits or any other financial assets.

**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

9. All correspondence between Palm House Hotel LLLP and one or more of its limited partners or any of their agents or attorneys.

**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

10. All correspondence between South Atlantic Regional Center, LLC or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and any Palm House Hotel LLLP limited partner, investor or one or more of their agents, on the other hand, related to the Palm House Hotel EB-5 project.

**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

11. All correspondence between USREDA, LLC or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and any Palm House Hotel LLLP limited partner, investor or one or more of their agents, on the other hand, related to the Palm House Hotel EB-5 project.

**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

12. All correspondence between JJW Consultancy Ltd. or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and any Palm House Hotel LLLP limited partner, investor or one or more of their agents, on the other hand, related to the Palm House Hotel EB-5 project.

**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

13. All correspondence between Ali Herischi or one or more of his agents, on the one hand, and any Palm House Hotel LLLP limited partner, investor or one or more of their agents, on the other hand, related to the Palm House Hotel EB-5 project.

>**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

14. All correspondence between Palm House Hotel LLLP or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and any other defendant, on the other hand, relating to any funds provided by any investor in the Palm House Hotel project.

>**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

15. All correspondence between South Atlantic Regional Center, LLC or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and any other defendant, on the other hand, relating to any funds provided by any investor in the Palm House Hotel project.

>**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

16. All correspondence between USREDA, LLC or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and any other defendant, on the other hand, relating to any funds provided by any investor in the Palm House Hotel project.

>**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

17. All correspondence between JJW Consultancy Ltd. or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and any other defendant, on the other hand, relating to any funds provided by any investor in the Palm House

Hotel project.

> **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

18. All correspondence between Robert Matthews or one or more of his agents, on the one hand, and any other defendant, on the other hand, relating to any funds provided by any investor in the Palm House Hotel project.

> **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

19. All correspondence between Ali Herischi or one or more of his agents, on the one hand, and any other defendant, on the other hand, relating to any funds provided by any investor in the Palm House Hotel project.

> **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

20. All correspondence between Palm House Hotel LLLP or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and PNC Bank, on the other hand, regarding any of Plaintiffs' funds that were deposited with PNC Bank.

> **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

21. All correspondence between South Atlantic Regional Center, LLC or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and PNC Bank, on the other hand, regarding any of Plaintiffs' funds that were deposited with PNC Bank.

> **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

22. All correspondence between USREDA, LLC or one or more of its agents (including

but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and PNC Bank, on the other hand, regarding any of Plaintiffs' funds that were deposited with PNC Bank.

>**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

23. All correspondence between JJW Consultancy Ltd. or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and PNC Bank, on the other hand, regarding any of Plaintiffs' funds that were deposited with PNC Bank.

>**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

24. All written instructions that Palm House Hotel LLLP or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.) gave to PNC Bank regarding any funds that any Plaintiff deposited into an account with PNC Bank.

>**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

25. All written instructions that South Atlantic Regional Center, LLC or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.) gave to PNC Bank regarding any funds that any Plaintiff deposited into an account with PNC Bank.

>**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

26. All written instructions that USREDA, LLC or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.) gave to PNC Bank regarding any funds that any Plaintiff deposited into an account with PNC Bank.

>**RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

27. All written instructions that JJW Consultancy Ltd. or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.) gave to PNC Bank regarding

any funds that any Plaintiff deposited into an account with PNC Bank.

      **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

28. Any bank statements or other records reflecting the deposit, withdrawal, transfer, use or other disposition of any funds invested by any Plaintiff relating to the Palm House Hotel EB-5 project.

      **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

29. Any bank statements or other records reflecting the deposit, withdrawal, transfer, use or other disposition of any funds deposited by any Plaintiff at PNC Bank relating to the Palm House Hotel EB-5 project.

      **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

30. Any bank statements or other records reflecting the deposit, withdrawal, transfer, use or other disposition of Plaintiffs' funds that are traced into other accounts and/or financial institutions after the funds were moved from the purported escrow account at PNC Bank.

31. Records of any action relating in any way to the funds invested by Plaintiffs.

      **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

32. The minutes of all Palm House Hotel LLLP partner meetings and records of all action taken by the partners for the past 3 years.

      **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

33. All written communications sent to all Palm House Hotel LLLP partners within the past 3 years, including the financial statements for the past 3 years.

      **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

34. All executed Escrow Agreements relating to Palm House Hotel LLLP and/or Plaintiffs' investment in the Palm House Hotel EB-5 project, on the one hand, and PNC Bank, on the other hand.

    **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

35. A list of the names, addresses, email addresses, and telephone numbers of the Palm House Hotel LLLP current and former general partners, limited partners, managers, and agents.

    **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

36. A list of the names, addresses, email addresses, and telephone numbers of the South Atlantic Regional Center, LLC current and former members, managers, employees, contractors, and agents.

    **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

37. A list of the names, addresses, email addresses, and telephone numbers of the USREDA, LLC current and former members, managers, employees, contractors, and agents.

    **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

38. All correspondence between Palm House Hotel LLLP or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and USCIS, on the other hand, relating to the Palm House Hotel project.

    **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

39. All correspondence between South Atlantic Regional Center, LLC or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand,

and USCIS, on the other hand, relating to the Palm House Hotel project.

      **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

40. All correspondence between USREDA, LLC or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and USCIS, on the other hand, relating to the Palm House Hotel project.

      **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

41. All correspondence between JJW Consultancy Ltd. or one or more of its agents (including but not limited to Joseph Walsh and Joseph Walsh, Jr.), on the one hand, and USCIS, on the other hand, relating to the Palm House Hotel project.

      **RESPONSE:** The Evans Defendants do not have any responsive documents in their possession, custody or control.

Respectfully submitted,

**LAW OFFICES OF GREGORY R. ELDER, LLC**

BY: */s/Gregory R. Elder*
Gregory R. Elder, Esq.
Florida Bar No. 54006
Law Offices of Gregory R. Elder, LLC
108 SE 8TH Avenue, Suite 114
    Fort Lauderdale, Florida 33301
Phone: (305) 546-1061
Email: gelderlaw@gmail.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of February, 2017, I served the forgoing via email to all parties on the attached Service List whose addresses are listed below.

BY: /s/Gregory R. Elder

## SERVICE LIST
## Lan Li, et al., v. Joseph Walsh, et al.
## Case No. 1:16-cv-81871

160 Royal Palm LLC
c/o Leslie R. Evans, Esq., Registered Agent
214 Brazilian Avenue, Suite 200
Palm Beach, FL 33480
Via U.S. Mail

Michael S. Olin, Esq.
Alaina Fotiu-Wojtowicz, Esq.
Michael S. Olin, P.A.
Alfred I. DuPont Building, Suite 1224
169 East Flagler Street
Miami, FL 33131
Email: molin@olinlawfirm.com;
afw@olinlawfirm.com
*Attorney for Ali Herischi, Herischi & Associates, LLC and Washington Marketing, LLC*
Via EM/ECF

Alibi LLC
The Company Corporation, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808
Via U.S. Mail

Bonaventure 22, LLC
c/o Alan Burger, Esq., Registered Agent
c/o McDonald Hopkins LLC
505 South Flagler Drive, Suite 300

Botticelli Advisors, LLC
c/o Leslie Robert Evans, Esq., Reg. Agent
214 Brazilian Avenue, Suite 200
Palm Beach, FL 33480
Via U.S. Mail

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
Email: arabin@mccaberabin.com
*Attorney for Gerry Matthews*
Via EM/ECF

JJW Consultancy, Ltd.
Penthouse Suite 7902, 79/F
The Center
99 Queen's Road Central
Hong Kong
Via U.S. Mail

Joseph Walsh, Jr.
Penthouse Suite 7902, 79/F
The Center
99 Queen's Road Central
Hong Kong
Via U.S. Mail

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
Florida Office:
    1198 Hillsboro Mile – Suite 244
    Hillsboro Beach, FL 33062
Ohio Office:
    3711 Whipple Avenue, N.W.
    Canton, OH 44718-2933
Email: zinklaw3711@yahoo.com
*Attorney for KK-PB Financial, LLC*
Via EM/ECF

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
Email: gelderlaw@gmail.com
*Attorney for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.*
Via EM/ECF

Mirabia, LLC
The Company Corporation, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808
Via U.S. Mail

West Palm Beach, FL 33401
Via U.S. Mail

David Derrico
5163 Deerhurst Crescent Circle
Boca Raton. FL 33486
*Pro Se*
Via U.S. Mail

C. Brooks Ricca, Jr., Esq.
C. Brooks Ricca, Jr. & Associates, P.A.
The Barristers Building
1615 Forum Place, Suite 200
West Palm Beach, FL 33401
Email: bricca@riccalawyers.com
*Attorney for Ryan Black*
Via EM/ECF

Joseph Walsh
Penthouse Suite 7902, 79/F
The Center
99 Queen's Road Central
Hong Kong
Via U.S. Mail

Kevin Wright
101 Clematis Street, Suite 503
West Palm Beach, FL 33401
Via U.S. Mail

Maria a/k/a Mia Matthews
101 Casa Bendita
Palm Beach, FL 33480
Via U.S. Mail

Robert Matthews
101 Casa Bendita
Palm Beach, FL 33480
Via U.S. Mail

Nicholas Laudano
17 Hoadley Road
Branford, CT 06405
Via U.S. Mail

Henry B. Handler, Esq.
Email: hbh@whcfla.com; jn@whcfla.com
David K. Friedman, Esq.
Email: dkf@whcfla.com; jh@whcfla.com
Weiss Handler & Cornwell, P.A.
2255 Glades Road, Suite 218A
Boca Raton, FL 33431
*Attorney for Palm House Hotel, LLLP, South Atlantic Regional Center LLC and USREDA LLC*
Via EM/ECF

Palm House, LLC
The Company Corporation, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808
Via U.S. Mail

Palm House PB, LLC
c/o Leslie R. Evans, Esq., Registered Agent 214 Brazilian Avenue, Suite 200
Palm Beach, FL 33480
Via U.S. Mail

G. JOSEPH CURLEY
Florida Bar No. 571873
Email: jcurley@gunster.com
KEITH E. SONDERLING
Florida Bar No. 57386
Email: ksonderling@gunster.com
DEVIN RADKAY
Florida Bar No. 41976
Email: dradkay@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500
East West Palm Beach, FL 33401-6194
(561) 655-1980/Facsimile (561) 655-5677
Attorneys for Plaintiffs