# EXHIBIT D

83025-9

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLO50-2015-CA-014480-XXXX-MB ABRIDA

PALM HOUSE HOTEL, LLLP, a
Florida limited liability limited
partnership,

        Plaintiff,

vs.

ROBERT MATTHEWS, MARIA
SNEDEN MATTHEWS a/k/a MIA
MATTHEWS, NICHOLAS
LAUDANO, JENNIFER JADE YU,
LESLIE ROBERT EVANS, LESLIE
ROBERT EVANS & ASSOCIATES,
P.A., a Florida professional association,
NEW HAVEN CONTRACTING
SOUTH, INC., a Florida corporation;
ALIBI, LLC, a Delaware limited
liability company, ALIBI, LTD, a
Cayman Islands corporation; MIRABIA,
LLC, a Delaware limited liability
company; BOTTICELLI ADVISORS,
LLC, a dissolved Florida limited
liability company; 160 ROYAL PALM,
LLC, a Florida limited liability
company; PALM HOUSE PB, LLC, a
dissolved Florida limited liability
company, and NJL DEVELOPMENT
GROUP, LLC, a Delaware limited
liability company,

        Defendants.

_____/

CIRCUIT CIVIL DIVISION

CASE NO.  50-2015-CA-014480-XXXX-MB

AG

**AGREED ORDER ON PLAINTIFF'S OBJECTIONS TO EVANS DEFENDANTS'
REQUESTS FOR ADMISSIONS; INTERROGATORIES AND REQUESTS TO
PRODUCE**

CASE NO. 50-2015-CA-014480-XXXX-MB AG

THIS MATTER having been agreed upon by the parties on Plaintiff's Objections to the Evans Defendants' Requests for Admissions, Interrogatories and Requests to Produce, it is:

ORDERED AND ADJUDGED AS FOLLOWS:

The Plaintiff's Objections are hereby overruled as follows:

I.    Defendants' Requests for Admissions- Plaintiff will respond to Requests 3 and 4.

II.    Defendants' Interrogatories - Plaintiff will Answer Interrogatories #4, #5, #6, #7, and #8.

III.    Defendants' Requests to Produce:

    a.    The Plaintiff will respond to Requests to Produce #2, #3, #7, #10, #12 through #31, #34, #51, #52, #53, #54, and #56.

    b.    As to Requests #20 through #29, the Plaintiff will limit its responses to responsive documents for dates January 1, 2012 through December 31, 2016.

    c.    The Plaintiff will supplement its Response to Request to Produce #32 and #33.

IV.    In response to Request to Produce #19, Plaintiff's attorneys may redact attorney client privileged information from its billing records.

V.    Plaintiff may redact names and personal information of investors from any financial record produced.

CASE NO. 50-2015-CA-014480-XXXX-MB AG

VI.   Plaintiff will provide a Privilege Log for any response where Privilege is
      claimed.

VII.  Plaintiff to make a good faith diligent effort to provide all information and
      all materials responsive to Defendants' discovery requests.

VIII. Plaintiff to respond sixty days from the date of entry of this Order.


DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida, this

_21_ day of _____May_____, 2018.

_____

The Honorable Donald W. Hafele
CIRCUIT JUDGE


COPIES FURNISHED TO:

Henry B. Handler, Esq.
Weiss, Handler & Cornwell, P.A.
One Boca Place
2255 Glades Road, Suite 218-A
Boca Raton, FL  33431
Telephone:  (561) 997-99995
Email:  hbh@whcfla.com;
jn@whcfla.com;
filings@whcfla.com

Rachel Studley, Esquire
Wicker Smith O'Hara McCoy & Ford, P.A.
515 N. Flagler Dr. Suite 1600
West Palm Beach, FL  33401
Telephone: (561)689-3800
Email: wpbcrtpleadings@wickersmith.com

- 3 -

CASE NO. 50-2015-CA-014480-XXXX-MB AG

Gregg H. Glickstein, Esquire
Gregg H. Glickstein, P.A.
54 S.W. Boca Raton Boulevard
Boca Raton, FL  33432
Telephone:  (561) 361-9600
Email:  ghgpa@bellsouth.net

Rachel E. Walker, Esquire
Jeffrey A. Backman, Esquire
Greenspoon, Marder, P.A.
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954)491-1120
Email: Jeffrey.backman@gmlaw.com;
Rachel.walker@gmail.com

Christopher W. Kammerer, Esquire
John F. Mariani, Esquire
Kammerer Mariani, PLLC
1601 Forum Place, Suite 500
West Palm Beach, FL 33401
Telephone: (561)990-1590
Email: ckammerer@kammerermariani.com;
eservice@kammerermariani.com;
jmariani@kammerermariani.com