IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No. 16-cv-81871

LAN LI, an individual; et al.,

    Plaintiffs,

v.

JOSEPH WALSH, an individual; et al.,

    Defendants.
_____/

**UNOPPOSED MOTION TO APPROVE AGREED ORDER
REGARDING MATERIAL DESIGNATED AS CONFIDENTIAL**

Plaintiffs, LAN LI, et al., hereby file this Unopposed Motion to Approve Agreed Order Regarding Material Designated as Confidential (the "Agreed Confidentiality Order") and state as follows:

1. The parties to this case believe the entry of the proposed Agreed Confidentiality Order to protect confidential information is necessary and appropriate given the volume, nature and content of the anticipated discovery in this case.

2. All parties have agreed to the terms of the proposed Agreed Confidentiality Order attached as Exhibit A.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Unopposed Motion to Approve Agreed Order Regarding Material Designated as Confidential, enter the attached proposed Agreed Confidentiality Order, and grant such other relief as the Court deems just and proper.

          */s/ David J. George*
          **DAVID J. GEORGE**
          Florida Bar No. 898570
          Email:  dgeorge@gunster.com
          **DEVIN S. RADKAY**
          Florida Bar No. 41976
          Email:  dradkay@gunster.com
          **J. ANTHONY NELSON**
          Email:  jnelson@gunster.com
          GUNSTER, YOAKLEY & STEWART, P.A.
          777 South Flagler Drive, Suite 500 East
          West Palm Beach, FL 33401-6194
          (561) 655-1980/Facsimile (561) 655-5677
          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail.

          */s/ David J. George*
          David J. George

**SERVICE LIST**
**Lan Li, et al., v. Joseph Walsh, et al.**
**Case No. 9:16-cv-81871**

John F. Mariani, Esq.
Christopher W. Kammerer, Esq.
Kammerer Mariani PLLC
1601 Form Place, Suite 500
West Palm Beach, FL 33401
Email:  jmariani@kammerermariani.com
            ckammerer@kammerermariani.com
*Attorneys for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC*
Via CM/ECF

Alaina Fotiu-Wojtowicz, Esq.
Brodsky Fotiu-Wojtowicz, PLLC
Alfred I. DuPont Building, Suite 1224
169 East Flagler Street
Miami, FL 33131
Email:  alaina@bfwlegal.com
*Attorney for Ali Herischi and Herischi & Associates, LLC*
Via CM/ECF

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
Email:  arabin@mccaberabin.com
*Attorney for Gerry Matthews*
Via CM/ECF

C. Brooks Ricca, Jr., Esq.
C. Brooks Ricca, Jr. & Associates, P.A.
The Barristers Building
1615 Forum Place, Suite 200
West Palm Beach, FL 33401
Email: bricca@riccalawyers.com
*Attorney for Ryan Black*
Via CM/ECF

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
Florida Office:
    1198 Hillsboro Mile – Suite 244
    Hillsboro Beach, FL 33062
Ohio Office:
    3711 Whipple Avenue, N.W.
    Canton, OH 44718-2933
Email:  zinklaw3711@yahoo.com
*Attorney for KK-PB Financial, LLC*
Via CM/ECF

Henry B. Handler, Esq.
Email:  hbh@whcfla.com; jn@whcfla.com
David K. Friedman, Esq.
Email: dkf@whcfla.com; jh@whcfla.com
Weiss Handler & Cornwell, P.A.
2255 Glades Road, Suite 218A
Boca Raton, FL 33431
*Attorney for Palm House Hotel, LLLP, South Atlantic Regional Center LLC, USREDA LLC, Joseph Walsh, Joseph Walsh, Jr., and JJW Consultancy, Ltd.*
Via CM/ECF

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
Email:  gelderlaw@gmail.com
*Attorney for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.*
Via CM/ECF

WPB_ACTIVE 8640749.1