IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No: 9:16-CV-81871-KAM

LAN LI, et al.,

    Plaintiffs,

v.

JOSEPH WALSH, et al.,

    Defendants.

_____/

### EVANS DEFENDANTS' NOTICE OF NO OBJECTION TO KKPB FINANCIAL, LLC'S MOTION FOR LEAVE TO AMEND CROSSCLAIM

NOW COME Defendants, LESLIE ROBERT EVANS and LESLIE ROBERT EVANS & ASSOCIATES, P.A., (collectively referred to as "Evans Defendants"), by and through undersigned counsel, and hereby state that they do not object to the granting of KKPB Financial, LLC's Motion for Leave to File Amended Crossclaims [DE313].

    Respectfully submitted,

**LAW OFFICES OF GREGORY R. ELDER, LLC**

BY: */s/Gregory R. Elder*
Gregory R. Elder, Esq.
Florida Bar No. 54006
Law Offices of Gregory R. Elder, LLC
108 SE 8TH Avenue, Suite 114
    Fort Lauderdale, Florida 33301
Phone: (305) 546-1061
Email: gelderlaw@gmail.com
*Attorneys for Evans Defendants*

-16-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of August, 2018, I served the forgoing and designated documents via email on all counsel of record, whose addresses are listed below.

                                    BY: /s/Gregory R. Elder

## SERVICE LIST
Lan Li, et al., v. Joseph Walsh,
et al. Case No. 1:16-cv-81871

 */s/ G. Joseph Curley*
**G. JOSEPH CURLEY** Florida Bar No. 571873
 Email: jcurley@gunster.com
**DAVID J. GEORGE** Florida Bar No. 898570
Email:  dgeorge@gunster.com
**DEVIN S. RADKAY**
Florida Bar No. 41976
Email:  dradkay@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East West Palm Beach, FL 33401-6194
(561) 655-1980/Facsimile (561) 655-5677
*Counsel for* **Plaintiffs**

*/s/ Alaina Fotiu-Wojtowicz*
**ALAINA FOTIU-WOJTOWICZ**
Florida Bar No. 0084179
BRODSKY FOTIU-WOJTOWICZ, PLLC
Co-Counsel for Defendants
169 E. Flagler Street, Suite 1224
Miami, Florida 33131
Tel: 305-503-5054
Fax: 305-677-5089
alaina@bfwlegal.com docketing@bfwlegal.com
*Counsel for* **Ali Herischi and Herischi & Associates, LLC**

*/s/ Adam T. Rabin*
**ADAM T. RABIN**
Florida Bar No. 985635 arabin@mccaberabin.com **ROBERT C. GLASS**
Florida Bar No. 052133 rglass@mccaberabin.com McCABE RABIN, P.A
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
Telephone: 561.659.7878
*Counsel for* **Gerry Matthews**

*/s/ Christopher W. Kammerer*
**CHRISTOPHER W. KAMMERER**
Florida Bar No. 0042862
Email: ckammerer@kammerermariani.com
**JOHN F. MARIANI**
Florida Bar No. 263524
Email: jmariani@kammerermariani.com KAMMERER MARIANI PLLC
1601 Forum Place, Suite 500 West Palm Beach, FL 33401 Telephone: (561)

990-1592
*Counsel for **Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC***

*/s/ C. Brooks Ricca, Jr.*
**C. BROOKS RICCA, JR.**
Florida Bar No. 265632
C. BROOKS RICCA, JR. & ASSOCIATES, P.A.
The Barristers Building 1615 Forum Place, Suite 200 West Palm Beach, FL 33401
PHONE: 561-833-4544 / FAX: 561-833-4524
Email: bricca@riccalawyers.com
*Counsel for **Ryan Black***

*/s/ Larry A. Zink*
**LARRY A. ZINK**
Florida Bar No. 0109592 Zink, Zink & Zink Co., L.P.A.
FL Office: 1198 Hillsboro Mile – Suite 244 Hillsboro Beach, FL 33062
Ohio Office: 3711 Whipple Avenue, N.W. Canton, OH 44718-2933
Email:  zinklaw3711@yahoo.com
*Counsel for **KK-PB Financial, LLC***


*/s/ Henry B. Handler*
**HENRY B. HANDLER**
Florida Bar No. 259284
hbh@whcfla.com
jn@whcfla.com
filings@whcfla.com
**DAVID K. FRIEDMAN**
Florida Bar No. 307378
Email: dkf@whcfla.com jh@whcfla.com
WEISS HANDLER & CORNWELL, P.A.
One Boca Place, Suite 218-A 2255 Glades Road
Boca Raton, FL 33431 Telephone: (561) 997-9995
Facsimile: (561) 997-9995
*Counsel for **Palm House Hotel, LLLP,***
***South Atlantic Regional Center LLC,***
***USREDA LLC, Joseph Walsh, Joseph Walsh, Jr.,***
***and JJW Consultancy, Ltd.***