

## Your Immigration Paperwork
## We Offer a 100% Guarantee
### 我们100％保证您申请移民时的所需文件



### GUARANTEE

When you file your I-526 application through us you can be assured that we will process the application expeditiously. You can have confidence that our experienced staff will address any areas that may cause a deficiency or regulatory issue. Each petition is carefully examined and fully vetted before we submit the individual case. Our worldwide staff works with all the stakeholders to provide a consistent and predictable outcome.

For these reasons we are delighted to offer a FULL REFUND in the unlikely event the Immigration Service denies a submission.

Simply stated, "You get approved, or your money back!"

Speak to one of our representatives to discuss the details of our exclusive guarantee.





South Atlantic Regional Center, LLC
197 South Federal Highway
Boca Raton, FL 33432 USA

USA • HONG KONG • BEIJING • LONDON • SRI LANKA • MACAU
美国 • 香港 • 北京 • 伦敦 • 斯里兰卡 • 澳门



## THE PALM HOUSE
*A Luxury Condominium Hotel and Spa on Palm Beach*
### 棕榈渡假屋
坐落于棕榈滩奢华共管式公寓酒店及水疗会馆

EXHIBIT C




- 128,000 Square Foot
  128,000平方英尺
- 79 Key Condominium Boutique Hotel
  79家会员各持钥匙的共管式公寓精品酒店
- Directly on Palm Beach Island
  直接座落在棕榈滩岛上
- The last hotel to be approved on the island
  岛上最后一家被批核兴建的酒店
- Home to the World's Rich and Famous
  世界级富豪及名流之住所
- Presently being built
  现已开始动工

# THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

棕榈渡假屋
坐落于棕榈滩奢华共管式公寓酒店及水疗会馆



# THE PALM HOUSE
### A Luxury Condominium Hotel and Spa on Palm Beach
### 棕榈渡假屋
坐落于棕榈滩奢华共管式公寓酒店及水疗会馆

## Job Count USCIS Requirements
就业数目美国移民局所需要求

The JOB COUNT for the Palm House is:
### 953 Jobs
棕榈渡假屋的就业数目是:
### 953个职位

The project needs:
### 790 Jobs
整个项目需要:
### 790个职位

This means that **over 20%** more jobs will be created than is required by law
这意味着此项目可创造
比法律规定
超过多20%的职位空缺



Dr. Michael Evans is the most respected Economist in America doing EB5 Econometric Models.
迈克尔．埃文斯博士在美国是一位受人尊敬的经济学家尊门研究EB5.
Michael has written 10 books dealing with international economies. He has over 300 approved job studies.
迈克尔博士写了10本有关全球经济的书籍，他有超过300已被确应的工作研究。

| | |
|---|---|
| **EB5 INVESTMENT** EB5投资额美金 | $39,500,000 |
| **DEVELOPER EQUITY** 开发商资产净值美金 | $22,000,000 |
| **FINANCING** 筹措资金美金 | $29,500,000 |
| **TOTAL INVESTMENT** 总投资额美金 | $91,000,000 |

## The Investment
投资额

The EB5 Investment represents **43%** of the total investment
EB5 投资额额占项目总投资额43%

The investment is very secure because 57% of the investment comes from developer equity and financing.
投资额是十分安全，因为57％的投资是来自开发商的资产及筹措资金

## Valuation Appraisal
估价 评估

The Appraisal for the hotel is:
### $137,500,000
酒店的估价是美金
$137,500,000



Once the property is completed the appraisal values the property at over 40% more than the initial investment
一旦完成该物业评估其财产会比
原本投资的多40％

## The Security of The Investment
投资保障

## UCC-3 Filing
UCC-3文件存档

Each investor is provided with a UCC-3 filing with the State of Florida, so their security interest in the capital is registered with the state. This is filed when the investor receives their Green Card

每位投资者可得到由佛罗里达州政府发出的UCC-3文件，他们的资金保障利息会在州政府建立档案注册，当投资者获得绿卡时，档案便会纪录。











# Your Immigration Paperwork
## We Offer a 100% Guarantee
我们100％保证您申请移民时的所需文件

**GUARANTEE**

When you file your I-526 application through us you can be assured that we will process the application expeditiously. You can have confidence that our experienced staff will address any areas that may cause a deficiency or regulatory issue. Each petition is carefully examined and fully vetted before we submit the individual case. Our worldwide staff works with all the stakeholders to provide a consistent and predictable outcome.

For these reasons we are delighted to offer a FULL REFUND in the unlikely event the Immigration Service denies a submission.

Simply stated, "You get approved, or your money back!"

Speak to one of our representatives to discuss the details of our exclusive guarantee.

EB5 Petition and South Atlantic Regional Center offers a 100% Full Refund of all fees and investment if your I-526 is not approved!

若您的I526申请不被接纳，EB5与南大西洋区域中心会100％全数退还已缴费用！

## EB5 Advantages
### EB5优点

- **NO REQUIREMENT** for Age, Business Experience, Education, or Language Skills
  没有年龄、营商经验、学历背景、语言技能的限制

- **EASY TO DOCUMENT:** Preparation 4 times faster than a Canadian Application
  文件准备简易：申请文件预备比加拿大申请还要快4倍

- **FREE EDUCATION:** In the American Public School System
  免费教育：享有美国公立学校系统免费教育

- **NO RESIDENCE REQUIREMENT:** Must enter the USA only once every 6 months
  没有居留限制：只需每6个月进入美国境内1次

- **FAST:** Visa approved in less than six months. It is the quickest program to immigrate to the USA!
  火速批核：签证批核时间少于6个月，这是移民到美国最快捷的计划！

SARC has received Approvals in as little as 22 Days on projects
美国移民局会在递交申请后的短短22天批核

The USCIS officially suggests that it will take approximately 6-9 months to approve your I-526 petition
美国移民局的官方说法是I526申请过程需约6至9个月

## THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach
棕榈渡假屋
坐落于棕榈滩奢华共管式公寓酒店及水疗会馆

EB5 Petition is a division of USREDA. Our expert staff has completed hundreds of files and can help you through the process of the application.

EB5是美国区域经济发展局的一个部门，我们的专业团队已完成超过数百个个案申请，并能帮助你完成整个申请程序。

**USREDA** — UNITED STATES REGIONAL ECONOMIC DEVELOPMENT AUTHORITY

## WORLD RENOWN ADVISORY BOARD
### 世界知名顾问委员会

Our Advisory Board will assist in branding the Palm House as a desired destination hotel and frequented by the wealthy around the world. The Palm House will be governed by an advisory board consisting of Political and Business leaders with worldwide experience

我们的顾问委员会协力把棕榈渡假屋打造成为一个令人向往的最终目的地酒店及全球富豪常去的地方，棕榈渡假屋是由一队拥有环球经验的政治及商业领导组成的顾问委员会所管理。

## The Palm House Club
### 棕榈渡假屋会所

A significantly discounted membership of 50% in the Very Exclusive Palm House Club is available to all investors!

所有投资者可尊享棕榈渡假屋会所的 50% 超级折扣会籍！

- Hawker Jet 850 X P
  - 霍克850XP喷射机
- Rolls Royce
  - 劳斯莱斯豪华房车
- 100' Yacht
  - 100 呎游艇

Some of the member facilities and amenities
另外有其他会员设施及服务

## Bonus Program For the Investor
### 投资者奖赏计划



*Each Investor will receive:*

# 1 FREE Week Yearly
*stay @* The Palm House

每位投资者可得到
每年在棕榈渡假屋免费逗留一星期

### Fully Disclosed Portfolio & Signatory Package
公开的投资文件及签署的计划书

## Sales Reward For the Investor
### 投资者销售回报



$130,000,000.00
$110,000,000.00

If the Project sells for more than $130,000,000 USD then the investor will receive a total of 10% of their original investment ($50,000).

如果项目销售超过美金$130,000,000，投资者可额外得到原来投资额的10%(美金$50,000)作回报。

An investor will receive and additional 5% of their original investment ($25,000) if the project sells for more than $110,000,000 USD.

如果项目销售超过美金$110,000,000，投资者可额外得到原来投资额的5%(美金$25,000)作回报。

Each Investor may receive an additional reward based on the sales price of the project.

根据项目的销售价格，每位投资者可能得到额外回报。



