Blumberg No. 5118

EXHIBIT

**F**



# THE PALM HOUSE

A Luxury Condominium Hotel and Spa on Palm Beach

## FULL SIGNATORY PACKAGE



Petitioner Name:

Petitioner ID Number:



# Wire Instructions
# Administrative Fees





# INCOMING INTERNATIONAL WIRING

**Receiving Bank: PNC Bank**
**SWIFT CODE: PNCCUS33**

BENEFICIARY: **South Atlantic Regional Center, LLC.**
**197 S. Federal Highway Suite 200**
**Boca Raton, Florida**
**USA, 33432**

## Beneficiary Account Numbers:

ACCOUNT NAME:         Palm House Hotel, LLLP

ACCOUNT NUMBER:        ██████**8469** (Checking Account)

PNC Bank ABA Number:   **043000096**

*For tracking purposes, please fax or email a copy of the bank wire receipt to our office.*

Note: Should you wish to include additional information with the payment (e.g. the remitter's name), you may include it in the *Originator to Beneficiary Field* (also referred to as Field Tag 6000), which contains 140 characters for additional remittance information.

For assistance from PNC bank please call: (877) 287-2654



## Palm House Hotel, LLLP
428 Main Street
South Pilgrims Mall
Woodbury, CT06798



**WIRE INSTRUCTIONS**

**ESCROW ACCOUNT**



**ESCROW BANK WIRE TRANSFER INSTRUCTIONS**

**WIRING INSTRUCTIONS
FOR DEPOSITING FUNDS
INTO ESCROW ACCOUNT**

[INBOUND WIRING INSTRUCTIONS]

**$500,000.00 USD | ESCROW FUNDS**

Escrow Bank: **PNC Bank**

LLLP: **Palm House Hotel, LLP**

Subscriber Representative:
South Atlantic Regional Center, LLC
Funds should be wired directly pursuant to the following instructions:

To: **PNC Bank**
9875 Jog Road
Boynton Beach, FL 33437 USA

ABA # **043000096**

SWIFT Code: **PNCCUS33**

Credit To:

**Palm House Hotel, LLLP Escrow Account**
Account # ██████**7626**

Subscriber info: _____
(Name of Subscriber for Account)

CONFIDENTIALITY NOTE: The information contained in this document is legally privileged and confidential information intended only for the addressee(s) named above. If the reader of this document is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of the document is strictly prohibited. If you have received this document in error, please immediately notify us by telephone and return the document to us at the address below via US Mail. We will reimburse any reasonable cost you incur in notifying us and returning the document to us. Thank you.

**Palm House Hotel, LLLP**                              *Strictly Confidential*



# Palm House Hotel, LLLP

## Private Placement Memorandum



*NOTE TO PROSPECTIVE SUBSCRIBERS*

By accepting this document you agree to maintain in confidence the information set forth in this document, together with any other non-public information regarding the Partnership, obtained from the Partnership or its agents, during the course of the proposed offering and to return this document to the Partnership in the event that you do not elect to participate in the offering.

**Palm House Hotel, LLLP**                                    *Strictly Confidential*

# Private Placement Memorandum

This document serves as a record of my receipt of the Private Placement Memorandum dated 12/02/2012, for Palm House Hotel, LLLP, a Florida Limited Liability Limited Partnership (the "Partnership"). I received a copy of the Private Placement Memorandum, containing an investment summary, business summary, accredited investor questionnaire and subscription agreement.

I understand that this offering has not been registered with the Florida division of securities, the U.S. Securities and Exchange Commission ("SEC") or any other foreign securities agency and is not required to be so registered.

I agree to maintain in confidence the information set forth in this document, together with any other non-public information regarding the Partnership, obtained from the Partnership or its agents, during the course of the proposed offering and to return this document to the Partnership in the event that I do not elect to participate in the offering.

_____
Investor Name

_____
Investor Signature

_____
Date



# LIMITED PARTNERSHIP AGREEMENT



**LIMITED PARTNERSHIP AGREEMENT**
**OF**
**PALM HOUSE HOTEL, LLLP**

*a Florida Limited Liability Limited Partnership*
County of Palm Beach

Dated 11/30/2012

Palm House Hotel, LLLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: (561) 282-6102

IN WITNESS WHEREOF, each party has executed this Limited Partnership Agreement on the day and year written below.

GENERAL PARTNER

_____          Date:  _____
Joseph J. Walsh
For South Atlantic Regional Center, LLC

LIMITED PARTNER

_____          Date:  _____
(Signature)

_____
(Written Name)



# SUBSCRIPTION AGREEMENT

SUBSCRIBER: _____

Palm House Hotel, LLLP
a Florida Partnership
197 S. Federal Highway, Suite 200, Boca Raton, FL 33432

RE:   Offering by Palm House Hotel, LLLP of Partnership interests

The undersigned Subscriber hereby subscribes to and agrees to purchase an equity interest in Palm House Hotel, LLLP, a Florida limited liability Partnership ("Partnership") consisting of a $500,000 equity investment in Partnership ("Investment") as set forth below on the signature page hereof. The investment in Partnership, and indirectly in the Hotel Project ("Project") is described in the Private Placement Memorandum ("Memorandum"). The Partnership will be managed by South Atlantic Regional Center, LLC ("General Partner"). All capitalized terms not otherwise defined herein shall have the meaning specified in the Memorandum.

In addition to the $500,000 investment, each Subscriber will pay concurrently to General Partner an organizational and administration fee of $40,000, as described in the Memorandum and LP Agreement. Upon General Partner's acceptance of the Subscription, the entire $540,000 shall be wired into an Escrow.

Subscriber, by executing this Subscription Agreement, does hereby certify and agree as follows:

**1.** I have had a personal interview (the "Interview") with the representative of General Partner. During the course of the Interview, we discussed the information concerning the Partnership, General Partner, and their business in great detail and I had the opportunity to obtain any additional information I believed I needed in order to evaluate the risks and merits of the investment. I have also been provided with the Memorandum that provides certain

dealing ... in property or interests in property blocked ... is prohibited, any transaction ... that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in this order is prohibited, and any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited. The phrase following persons (hereinafter referred to as Terrorists) is generally defined in the Order as meaning terrorists, including a specified list or persons and organizations. I hereby represent and warrant that I am not a Terrorist as described above.

**23.** I am a resident of: _____
(list U.S. state or province/country).

**24.** I AM AN ACCREDITED INVESTOR! I am aware that the Investment is being offered to accredited investors only. I acknowledge and warrant that I am an accredited investor because (check appropriate category):

a. [ ] My individual net worth (without any exclusions), or joint net worth together with my spouse (if any), is in excess of $1,000,000 (exclusive of my or my spouse's primary residence).

b. [ ] My individual income was in excess of $200,000 in each of the past two years (excluding my spouse's income), or my joint income with my spouse was in excess of $300,000 in each of the past two years, and I expect to have an income in excess of that amount in the current year.

**25.** I hereby provide you with the following information and representations:

1. Employer and Position: _____

2. Business Address and Telephone Number: _____

_____

3. Business or professional education and degrees: _____

_____

4. Prior Employment (5 Years):

| EMPLOYER | NATURE OF DUTIES | DATES OF EMPLOYMENT |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

5. Prior Investments of Purchaser (cumulative amount):

Real Estate:   None: [ ]   Up to $100,000: [ ]   Over $100,000: [ ]

Oil and Gas:   None: [ ]   Up to $100,000: [ ]   Over $100,000: [ ]

Other:   None: [ ]   Up to $100,000: [ ]   Over $100,000: [ ]

THE INFORMATION CONTAINED IN THIS SUBSCRIPTION AGREEMENT WILL BE TREATED CONFIDENTIALLY. However, I agree that you may present this Subscription Agreement to such parties as you deem appropriate if the Partnership is called upon to establish that the proposed offer and sale of the Investment is exempt from registration under the Act, or meets the requirements of applicable state securities laws.

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement.

Signature: _____

Date: _____ _____, 20_____

Amount of Investment: $500,000

Ownership interest to be vested in the name(s) as follows:

Name Typed or Printed: _____

Social Security Number:_____

Phone Number:_____   Email:_____

Street Mailing Address:_____

City: _____   State or Province: _____

Country: _____   Zip / Postal Code: _____

The initial $40,000 check will be deposited into escrow and should be made payable to:

"PNC Bank, as Escrow Agent for Palm House Hotel, LLLP."

**If your subscription is not accepted, please indicate your beneficiary bank to return your investment:**
Wire Instructions for payments to Beneficiary Bank:
Beneficiary Name: _____
Beneficiary Address:_____
Beneficiary Bank Account Number:_____
Beneficiary Phone Number: _____
Beneficiary ID (Passport Number):_____
Beneficiary Bank Name:_____
Beneficiary Bank Address:_____
Branch SWIFT Code: _____

*If required* Intermediary Bank Name: _____
*If required* Intermediary Bank Address:_____
*If required* Intermediary Bank SWIFT Code: _____



**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach

# ACCREDITED INVESTOR
# IMMIGRATION QUESTIONNAIRE
### INVESTOR ELIGIBILITY QUESTIONNAIRE

This questionnaire is NOT an offer to sell or a sale of securities.  Each prospective investor must complete this questionnaire and return it by e-mail, standard mail, or fax to Palm House Hotel, LLLP ("Company").  The Company will us the responses to this questionnaire to qualify prospective investors for purposes of federal and state securities law.

The prospective investor will be given access to information upon determination of suitable investor eligibility based upon the facts disclosed in this questionnaire and any other facts about the prospective investor known by the Company.

All questions must be answered.  If the answer to any question below is "none" or "not applicable", then please indicate such a response in the applicable field.

The Signer of this document ("Signer") agrees that the Company may present this questionnaire to such parties as the Company deems appropriate to establish the availability of exemptions from registration under federal and state securities laws or to otherwise comply with governmental or regulatory authorities.  The Signer represents that the information furnished in this questionnaire is true and correct of their own knowledge, and acknowledges that the Company and its counsel are relying on the truth and accuracy of such information to comply with federal and state securities laws.  The Signer agrees to notify the Company promptly of any changes in the foregoing information that may occur prior to the investment.

_____
(Signature)

_____
(Print or Type Name)

_____
(Date)



PALM HOUSE, LLLP
197 SOUTH FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432

Palm House, LLP - Investor Questionnaire

Name    _____
        (Exact, full legal name of the individual buying the securities)

_____

Current Residence Address  _____

Home Telephone  _____

E-mail Address  _____

Date of Birth  _____

Place of Birth (city, state, country)_____

Country of Citizenship_____

## 2. BUSINESS INFORMATION

Occupation  _____

Number of Years  _____

Present Employer  _____

Position/Title  _____

Business Address  _____

Business Telephone  _____

Business Facsimile  _____

## 3. INVESTOR ELIGIBILITY

Please answer ALL the questions on the following page.



**CHECK THE APPROPRIATE BOX**

(ALL QUESTIONS MUST BE ANSWERED)

**X**  YES
☐  NO

**1.**  I certify that I am not a "U.S. Person" as defined in Rule 902 of Regulation S under the Securities Act of 1933, as amended (the "Act"), and agree to resell the securities of the Company received in connection herewith only in accordance with the provisions of Regulation S, pursuant to registration under the Act or pursuant to an available exemption from registration, and agree not to engage in hedging transactions with regard to the securities unless in compliance with the Act.

☐ YES
☐ NO

**2A.**  I am an "accredited investor" as defined in Rule 501(a) of Regulation D under the Act because I have a net worth (or joint net worth with my spouse) in excess of USD $1,000,000.  For purposes of this question, "net worth" means the excess of total assets over total liabilities.

☐ YES
☐ NO

**2B.**  I am an "accredited investor" as defined in Rule 501(a) of Regulation D under the Act because I have had individual income in excess of USD $200,000 (excluding my spouse) in each of the two most recent years (or joint income with my spouse in excess of USD $300,000 in each of those years), and have a reasonable expectation of reaching the same income level in the current year.

☐ YES
☐ NO

(If YES, please complete lines to the right.)

**3A.**  I have the capacity to evaluate the merits and risks of the prospective investment and to otherwise protect my own interests in connection with the prospective investment by reason of my own business and/or financial experience.  If I answered "YES" to this question, I support my reply with the following education and/or business and/or financial experience:*(Please provide as much detail as possible)*_____
_____
_____
_____
*(Add additional pages as necessary)*

Palm House, LLP - Investor Questionnaire

3

YES ☐
NO ☐

(If YES, please complete lines to the right.)

**3B.**  I have hired a professional advisor, and by reason of the business and/or financial experience of such professional advisor, I have the capacity to evaluate the merits and risks of the prospective investment and to otherwise protect my own interests in connection with the prospective investment.  I understand that the professional advisor will be required to fill out and certify a questionnaire.  My professional advisor is:

Name: _____
Occupation: _____
Firm: _____
Contact Info:  _____

4. I am purchasing the securities offered for my own account and for investment purposes only.  If answered "NO" to this question, the following is the person for whose account I am purchasing the offered securities and/or the reason for investing: (Please provide as much detail as possible)

YES ☐
NO ☐

(If no, please complete lines to the right)

_____
_____
_____
_____
_____
_____
_____

**5.**  I have a pre-existing personal or business relationship with the Company or any of its officers, directors, or controlling persons.  If I answered "YES" to this question, I explain my reply with the following description of my affiliation with that person or those persons: *(Please provide as much detail as possible)*

YES ☐
NO ☐

(If YES, please complete lines to the right.)

_____
_____
_____
_____
_____
_____
_____

**IMPORTANT NOTICE CONCERNING U.S. IMMIGRATION**

Your U.S. immigration application could be denied for reasons such as health conditions, criminal offenses and national security. This is not a comprehensive listing of the possible grounds of ineligibility. You should consult your attorney to determine your eligibility.

Please answer the following questions for purposes of our initial assessment of eligibility:

**Part A**

A.1. Have you been arrested, charged, convicted, fined or imprisoned for violating any law (excluding traffic violations)?

Yes [ ] No [ ]

A.2. Have you been a member of, or in any way affiliated with, the Communist Party?

Yes [ ] No [ ]

A.3. Have you been a member of, or in any way affiliated with, a terrorist organization?

Yes [ ] No [ ]

A.4. Have you, by willful misrepresentation of a material fact, ever applied for or obtained a visa, an immigration benefit, or entry in to the United States?

Yes [ ] No [ ]

A.5. Have you been deported or removed from the United States?

Yes [ ] No [ ]

A.6. Have you been in the past, or are you presently, in the United States without lawful immigration status or worked without employment authorization?

Yes [ ] No [ ]

A.7. Health grounds: Do you have a communicable disease of public health significance; or a physical or mental disorder that is a threat to the safety of others; or are you a drug abuser?

Yes [ ] No [ ]

A.8. Have you received public assistance in the United States, or are you likely to receive public assistance in the future?

Yes [ ] No [ ]

If you answered "yes" to any of the questions above, you may be ineligible to immigrate to the United States. You should consult with an attorney expert in U.S. immigration law.

A.9 Will your spouse or any of your children be included in your EB-5 visa application?

Yes [____] No [____]

    If yes, how many total family members will be applying (including yourself)?_____

**Name of spouse:**_____
                      (LAST)    (FIRST)    (MIDDLE)

Place of Birth: _____
                        (CITY)    (STATE)  (COUNTRY)

Date of Birth:_____/_____/_____ Country of Citizenship: _____
                (MONTH/DAY/YEAR)

**Child #1:**_____
                      (LAST)    (FIRST)    (MIDDLE)

Place of Birth: _____
                        (CITY)    (STATE)  (COUNTRY)

Date of Birth:_____/_____/_____ Country of Citizenship: _____
                (MONTH/DAY/YEAR)

**Child #2:**_____
                      (LAST)    (FIRST)    (MIDDLE)

Place of Birth: _____
                        (CITY)    (STATE)  (COUNTRY)

Date of Birth:_____/_____/_____ Country of Citizenship: _____
                (MONTH/DAY/YEAR)

**Child #3:**_____
                      (LAST)    (FIRST)    (MIDDLE)

Place of Birth: _____
                        (CITY)    (STATE)  (COUNTRY)

Date of Birth:_____/_____/_____ Country of Citizenship: _____
                (MONTH/DAY/YEAR)



Upon submission of your immigration application we may will require some additional follow-up contact information and green card information in order to comply with USCIS requirements.  This information will also be used to maintain contact with the limited partners regarding their investment.

Palm House, LLP - Investor Questionnaire

6

**Part B**

B.1. Are you able to provide documentation that traces your investment from your account to the account of the U.S. investment enterprise?

Yes ☐ No ☐

B.2. Are you able to provide documentation that explains how you accumulated the funds used to make the investment?

Yes ☐ No ☐

B.3. Are your investment funds from a lawful source?

Yes ☐ No ☐

B.4. Do you have the capacity to participate in the U.S. investment enterprise as a limited partner?

Yes ☐ No ☐

If you answered "no" to any of the questions in Part B above, you will not be eligible for U.S. immigration based on investment.

# EXHIBIT C

**NOTE:  Please include a photocopy of your Passport along with this questionnaire.**

INDIVIDUAL(S) SIGN HERE:

Subscriber:   _____

_____

(Signature )

Date: _____



Palm House, LLP - Investor Questionnaire

7

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

► Section references are to the Internal Revenue Code.   ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . . . . | W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| | |
|---|---|
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |

**Note:** *See instructions for additional exceptions.*

### Part I   Identification of Beneficial Owner (See instructions.)

**1** Name of individual or organization that is the beneficial owner

**2** Country of incorporation or organization

**3** Type of beneficial owner:   ☐ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

**4** Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

**5** Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

**6** U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN   ☐ EIN

**7** Foreign tax identifying number, if any (optional)

**8** Reference number(s) (see instructions)

### Part II   Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):

**a** ☐ The beneficial owner is a resident of ............................................... within the meaning of the income tax treaty between the United States and that country.

**b** ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

**c** ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article .............. of the treaty identified on line 9a above to claim a ................ % rate of withholding on (specify type of income): ...............................

Explain the reasons the beneficial owner meets the terms of the treaty article: .................................................................

........................................................................................................................

### Part III   Notional Principal Contracts

**11** ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

**1** I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,

**2** The beneficial owner is not a U.S. person,

**3** The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**

**4** For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ►

Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY)   Capacity in which acting

**For Paperwork Reduction Act Notice, see separate instructions.**   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2006)

✿ *Printed on Recycled Paper*



**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 02/29/2016

# Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

---

<table>
<tr><td>

## Part 1. Information About Attorney or Accredited Representative

Name and Address of Attorney or Accredited Representative

**1.a.** Family Name
*(Last Name)*

**1.b.** Given Name
*(First Name)*

**1.c.** Middle Name

**2.** Name of Law Firm or Recognized Organization

**3.** Name of Law Student or Law Graduate

**4.** State Bar Number

**5.a.** Street Number

**5.b.** Street Name

**5.c.** Apt. ☐  Ste. ☐  Flr. ☐

**5.d.** City or Town

**5.e.** State ☐  **5.f.** Zip Code

**5.g.** Postal Code

**5.h.** Province

**5.i.** Country

**6.** Daytime Phone Number ( ☐☐☐ ) ☐☐☐ - ☐☐☐☐

**7.** E-Mail Address of Attorney or Accredited Representative

</td><td>

## Part 2. Eligibility Information For Attorney or Accredited Representative

*(Check applicable items(s) below)*

**1.** ☐ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following State(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia.

**1.a.**

**1.b.** I *(choose one)* ☐ **am not** ☐ **am** subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. (If you are subject to any order(s), explain fully in the space below.)

**1.b.1.**

**2.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals pursuant to 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

**2.a.** Name of Recognized Organization

**2.b.** Date Accreditation expires
*(mm/dd/yyyy)* ▶

**3.** ☐ I am associated with

**3.a.**

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request. If you check this item, also complete **number 1 (1.a. - 1.b.1.) or number 2 (2.a. - 2.b.)** in **Part 2** *(whichever is appropriate)*.

**4.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

</td></tr>
</table>

---

## Part 3.  Notice of Appearance as Attorney or Accredited Representative

**This appearance relates to immigration matters before (select one):**

**1.** ☐ USCIS - List the form number(s)

**1.a.** [_____]

**2.** ☐ ICE - List the specific matter in which appearance is entered

**2.a.** [_____]

**3.** ☐ CBP - List the specific matter in which appearance is entered

**3.a.** [_____]

**I hereby enter my appearance as attorney or accredited representative at the request of:**

**4.** **Select only one:** ☐ Applicant   ☐ Petitioner
☐ Respondent (ICE, CBP)

**Name of Applicant, Petitioner, or Respondent**

**5.a.** Family Name *(Last Name)* [_____]

**5.b.** Given Name *(First Name)* [_____]

**5.c.** Middle Name [_____]

**5.d.** Name of Company or Organization, if applicable
[_____]

**NOTE:** Provide the mailing address of Petitioner, Applicant, or Respondent and not the address of the attorney or accredited representative, **except when a safe mailing address is permitted** on an application or petition filed with Form G-28.

**6.a.** Street Number and Name [_____]

**6.b.** Apt. ☐ Ste. ☐ Flr. ☐ [_____]

**6.c.** City or Town [_____]

**6.d.** State [_____]   **6.e.** Zip Code [_____]

**7.** Provide A-Number and/or Receipt Number
[_____]

Pursuant to the Privacy Act of 1974 and DHS policy, I hereby consent to the disclosure to the named Attorney or Accredited Representative of any record pertaining to me that appears in any system of records of USCIS, ICE, or CBP.

**8.a.** Signature of Applicant, Petitioner, or Respondent
[_____]

**8.b.** Date *(mm/dd/yyyy)* ▶ [_____]

## Part 4.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.** Signature of Attorney or Accredited Representative
[_____]

**2.** Signature of Law Student or Law Graduate
[_____]

**3.** Date *(mm/dd/yyyy)* ▶ [_____]

## Part 5.  Additional Information

**1.** [_____]

OMB No. 1615-0026; Exp. 05/31/2013

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-526, Immigrant Petition by Alien Entrepreneur

| Do Not Write in This Block - For USCIS Use Only (Except G-28 Block Below) | | |
|---|---|---|
| Classification | **Action Block** | Fee Receipt |
| Priority Date | | **To be completed by Attorney or Representative, if any**<br>☐ G-28 is attached<br>Attorney's State License No. |
| Remarks: | | |

**START HERE - Type or print in black ink.**

## Part 1.    Information About You

| | | |
|---|---|---|
| Family Name | Given Name | Middle Name |

In care of Street Number and Name:

Address: _____ Apt. Number _____

| City | State or Province | Country | Zip/Postal Code |
|---|---|---|---|

| Date of Birth (mm/dd/yyyy) | Country of Birth | Social Security # (if any) | A # (if any) |
|---|---|---|---|

**If you are in the United States, provide the following information:**    Date of Arrival (mm/dd/yyyy) _____    I-94 # _____

| Current Nonimmigrant Status | Date Current Status Expires (mm/dd/yyyy) | Daytime Phone # with Area Code |
|---|---|---|

## Part 2.    Application Type *(Check one)*

**a.**  **X**  This petition is based on an investment in a commercial enterprise in a targeted employment area for which the required amount of capital invested has been adjusted downward.

**b.**  This petition is based on an investment in a commercial enterprise in an area for which the required amount of capital invested has been adjusted upward.

**c.**  This petition is based on an investment in a commercial enterprise that is not in either a targeted area or in an upward adjustment area.

## Part 3.    Information About Your Investment

Name of commercial enterprise in which funds are invested
*(Required Field - Do Not Leave Blank)*

Street Address

| Phone # with Area Code | Business organized as (corporation, partnership, etc.) | |
|---|---|---|

| Kind of business (e.g. furniture manufacturer) | Date established (mm/dd/yyyy) | IRS Tax # |
|---|---|---|

RECEIVED: _____  RESUBMITTED: _____  RELOCATED: SENT _____  REC'D _____



Form I-526 (05/10/12) Y

## Part 3.   Information About Your Investment *(Continued)*

| | | | |
|---|---|---|---|
| Date of your initial investment (mm/dd/yyyy) | | Amount of your initial investment $ | |
| Your total capital investment in the enterprise to date $ | | Percentage of the enterprise you own | |

If you are not the sole investor in the new commercial enterprise, list on separate paper the names of all other parties (natural and non-natural) who hold a percentage share of ownership of the new enterprise and indicate whether any of these parties is seeking classification as an alien entrepreneur. Include the name, percentage of ownership, and whether or not the person is seeking classification under section 203(b)(5).   **NOTE:** A "natural" party would be an individual person, and a "non-natural" party would be an entity such as a corporation, consortium, investment group, partnership, etc.

| If you indicated in **Part 2** that the enterprise is in a targeted employment area or in an upward adjustment area, name the county and State: | County | | State | |
|---|---|---|---|---|

## Part 4.   Additional Information About the Enterprise

**Type of Enterprise (check one):**

X   New commercial enterprise resulting from the creation of a new business.

New commercial enterprise resulting from the purchase of an existing business.

New commercial enterprise resulting from a capital investment in an existing business.

**Composition of the Petitioner's Investment:**

| | | |
|---|---|---|
| Total amount in U.S. bank account ............................................................................... | $ | |
| Total value of all assets purchased for use in the enterprise.................................................. | $ | |
| Total value of all property transferred from abroad to the new enterprise........................... | $ | |
| Total of all debt financing.................................................................................................. | $ | |
| Total stock purchases.......................................................................................................... | $ | |
| Other (explain on separate paper)...................................................................................... | $ | |
| **Total** | $ | |

**Income:**

| | | | | | |
|---|---|---|---|---|---|
| When you made the investment......... | Gross | $ | | Net | $ |
| Now.................................................... | Gross | $ | | Net | $ |

**Net worth:**

| | | | | | |
|---|---|---|---|---|---|
| When you made investment.............. | Gross | $ | | Now | $ |



## Part 5.   Employment Creation Information

**Number of full-time employees in the enterprise in U.S.** (excluding you, your spouse, sons, and daughters)

When you made your initial investment? [            ]   Now [            ]   Difference [            ]

How many of these new jobs were created by your investment? [            ]   How many additional new jobs will be created by your additional investment? [            ]

What is your position, office, or title with the new commercial enterprise?

[                                                                                              ]

Briefly describe your duties, activities, and responsibilities.

[                                                                                              ]

What is your salary?  $ [                    ]   What is the cost of your benefits?  $ [                    ]

## Part 6.   Processing Information

**Check One:**

☐ The person named in **Part 1** is now in the United States, and an application to adjust status to permanent resident will be filed if this petition is approved.

☐ If the petition is approved and the person named in **Part 1** wishes to apply for an immigrant visa abroad, complete the following for that person:

Country of nationality: [                                        ]

Country of  current residence or, if now in the United States, last permanent residence abroad: [                                ]

If you provided a United States address in **Part 1**, print the person's foreign address:

[                                                                                              ]

If the person's native alphabet is other than Roman letters, write the foreign address in the native alphabet:

[                                                                                              ]

Are you in deportation or removal proceedings? ☐ Yes (Explain on separate paper)   **X** No

Have you ever worked in the United States without permission? ☐ Yes (Explain on separate paper)   **X** No

## Part 7.   Signature   *Read the information on penalties in the instructions before completing this section.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it is all true and correct.  I authorize the release of any information from my records that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

**Signature** [                                                    ]   Date [                            ]

**NOTE:** *If you do not completely fill out this form or fail to the submit the required documents listed in the instructions, you may not be found eligible for the immigration benefit you are seeking and this petition may be denied.*

## Part 8.   Signature of Person Preparing Form, If Other Than Above  (Sign below)

I declare that I prepared this application at the request of the above person, and it is based on all information of which I have knowledge.

**Signature** [                            ]   Print Your Name [                        ]   Date [                ]

Firm Name [                                    ]   Daytime phone # with area code [                ]

Address [                                                            ]

Form I-526 (05/10/12) Y Page 3



Protect Rights
Advance Interests
Maximize Opportunities

Ali Herischi, Esq. (MD Bar)    7201 Wisconsin Ave, suite 450     www.ibhlaw.com    info@ibhlaw.com
Bethesda, MD 20814          Tel: 301-363-4540  Fax:301-363-4538

## *ENGAGEMENT LETTER*

Date: _____

To: _____

Re: EB-5 Immigrant visa by investment


Dear: _____,

Pursuant to our conferences on or before _____, our firm's agreed to represent you and your relative(s) in connection with your immigration application. This letter will confirm the terms of our representation.  Our work will begin upon receipt of a signed copy of this letter.

Herischi & Associates LLC will provide legal services to client and the scope of services we will render, the manner of calculating, billing and collecting legal fees, and other aspects of the proposed representation are mutually agreed to be set in this agreement.


### *Scope of Engagement*

Herischi & Associates LLC will provide the following legal services to client;

1- If required, apply to acquire a license from Office of Foreign Asset Control (OFAC) for an Iranian to invest in a Regional Center.

2- Open necessary bank accounts to accommodate the money transfer, including an escrow account.

3- File applicable USCIS forms for the applicant and his/her family in regards to the EB-5 application.  Client has chosen South Atlantic Regional Center for his investment.

4- Facilitate the return of the investment to the investor upon the distribution by the Regional Center.

5- The total cost including legal fee and application fees are $17,500 payable to the law firm of Herischi & Associates LLC. In addition there is the Regional Center's Registration fee of $42,500. This fee does not cover any fee you have to pay at the embassy

Note. This Engagement letter **does not** cover the removal of condition after two years of residency.

We will strive to represent you professionally, effectively, and efficiently.

### *Our Responsibilities*

We will keep you informed of all developments in this case. We will copy you on all correspondence and on all pleadings we generate and receive. We strive to return telephone calls the same day they are received but are sometimes unable to do so. We will always return your phone calls within one business day of receiving them unless circumstances beyond our control prevent us from doing so. Please understand that because I handle matters in addition to yours, I am not always immediately available.

The firm is not retained to provide investment advice. We are working with Client to evaluate the Regional Center business opportunity, but limited to the Immigration laws governing the EB-5 application. Our scope of engagement does not cover any investment advice or evaluation of an investment opportunity. We are not responsible for Client's business decisions. The firm does not and never have guaranteed any investment outcome. In addition, the Eb-5 application's approval is also not guaranteed by our firm.

While we will make recommendations on the outcome of your case, ultimate decisions belong to you. We do reserve the right, however, to make strategic decisions that in our judgment best advance the case to reach the outcome you desire.

### *Client's Responsibilities*

You have certain responsibilities that need to be fulfilled in order for us to achieve a successful outcome. You agree to keep us informed of any changes in your address and living

situation. You will make yourself reasonably available for telephone consultations, office conferences, and any formal appearances that are required in pursing your matter.

### *SCHEDULE OF FEES AND PROCESS*

1- START (one week)
   a. Sign this engagement letter.
   b. Transfer $10,000 to Herischi & Associates LLC's account, for legal fee. Fill and sign the registration forms for EB-5 Regional Center.
   c. Gather required documents from the Client;
      i. The checklist will be provided to the client.
   d. Executing the Regional Center's registration contracts
   e. Pay Regional Center's registration fee of $42,500.
2- APPLICATION submission (2-3 weeks)
   a. Transfer $500,000 for the investment to the Regional Center's escrow account.
   b. Transfer the remaining $7,500 legal fee to Herischi & Associates LLC.
   c. Issuance of partnership documents, shareholders' agreements, and other relevant financial documentation.
   d. File USCIS forms for EB-5 application.
3- Application APPROVAL process (6-8 months)
   a. Waiting for the approval, following up with USCIS, responding to the USCIS's requests or questions.
   b. Approval of the application
   c. Transfer $500,000 from the Escrow account to the Regional Center's bank account
   d. Upon approval, Client's case will be sent to a proper US embassy for an interview.
   e. Gathering required documents for the Embassy interview
   f. Client will attend the interview after completing the required steps.
   g. Immigrant Visa will be issued by the Embassy.

Herischi & Associates LLC

4- ARRIVAL

    a. Receive the Green Card  (actual card)

There is no other cost associated to this case. This Firm is not responsible for the risk associated with this investment and the client selected this investment and the firm is only hired to provide legal services stated in this Agreement.

**Arbitration**

Any dispute or claim relating to our fees, charges, legal services, obligations reflected in this letter, or any other aspect of our representation shall be resolved through a confidential, binding arbitration, in the state of Maryland, before a single arbitrator under Commercial Rules then in effect of American Arbitration Association, and judgment on the award rendered may be entered in any court having jurisdiction. You agree that commitment here to arbitrate any and all disputes relinquishes any right to bring an action in court and that you are waiving right to a jury trial.

**Attorney's Fees**

If any dispute or claim arising out of or relating to our fees, charges, legal services, obligations reflected in this letter, or any aspect of our representation, arises, the firm will be entitled to recover from the client all costs and expenses it incurs in bringing and prosecuting and defending any litigation or arbitration, including reasonable attorneys' fees and costs at trial and appeal. In any event the firm is not responsible for attorney's fees and expenses of the client.

**Client's Right to Terminate of Representation**

    You may terminate this representation at any time with or without cause by notifying us in writing of your desire to do so.  Upon receipt of the notice to terminate representation, we will stop all legal work on your behalf immediately.  You are responsible for the legal fee that has been paid to us. The legal fee considered earned and we are not going to refund any legal fee received in this matter. If by any chance the case is denied due to the Regional Center's issue, then, you are only responsible for nonrefundable fee of $15,000. (The total risk) In other hand, if the case is denied due to the client's security background check, or failure to satisfy other elements of the case such as

the legal acquisition of the invested fund, then you have to pay all the legal fees and expenses in this case.

On behalf of the firm, we appreciate the opportunity to represent you in this matter.  If you have questions, please feel free to call me at 301-363-4540.

Very truly yours,

Ali Herischi, Esq.

Principal Attorney

Herischi & Associates LLC

I have read and consent to it.

_____          _____

Client name:                                                                  Date

**HERISCHI**
**& ASSOCIATES**

Protect Rights
Advance Interests
Maximize Opportunities

Ali Herischi, Esq. (MD Bar)

7201 Wisconsin Ave, suite 450
Bethesda, MD 20814

www.ibhlaw.com   info@ibhlaw.com
Tel: 301-363-4540   Fax:301-363-4538

## Bank information for Herischi & Associates LLC

**Account name:** Herischi & Associates LLC
**ACC #:** ▮▮▮▮▮7991
**Routing: 052001633**
**SWIFT:** BOFAUS3N
**Wire transfer:** 026009593

*Bank Information*

Bank of America
7316 Wisconsin Avenue,
Bethesda, MD 20814
(301) 951-8280

***Please notify the firm of any payments that you have made, so we can accurately follow up with the bank.