Blumberg No. 5118

EXHIBIT

K



# THE PALM HOUSE
## A Luxury Condominium Hotel and Spa on Palm Beach

# 棕榈滩公馆

## 棕榈滩岛上最后一座批准的酒店





# 目录

## THE PALM HOUSE
### A Luxury Condominium Hotel and Spa on Palm Beach

1. 地理位置及优势………………………………………………P3 – P6
2. 岛上名流及地产………………………………………………P7 – P10
3. 项目介绍………………………………………………………P11 – P35
    a 简介…………………………………………………………P11 – P12
    b 开发商………………………………………………………P13 – P23
    c 建筑商………………………………………………………P24
    d 设计师………………………………………………………P25 – P26
    e 酒店总经理…………………………………………………P27
    f 律师团队……………………………………………………P28
\*\*\* g 资金结构……………………………………………………P29 – P30
\*\*\* h 投资明细……………………………………………………P31 – P32
\*\*\* i 退出机制……………………………………………………P33
\*\*\* j 创造就业机会…………………………………………………P34
    k 投资者奖励…………………………………………………P35
4. 评估报告………………………………………………………P36 – P38
5. 工程文件及图片………………………………………………P39 – P43

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



**棕榈滩-美国东海岸的奢华之地**

### THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

1. 2011年彭博社评其为美国最富裕的地区;

2. 3万人口，都是富人、退休富人及其佣人;

3. 27个10亿级富豪的住所;

4. 美国东海岸富人家庭的居住和度假去处，强大的豪宅及豪华酒店需求。



棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

**奢华极致--棕榈滩全景**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach









棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



**奢华极致--棕榈滩全景**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach







棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

**棕榈滩公馆的位置--金融街中心**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



## 豪宅环绕的棕榈滩公馆

### THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



# 豪宅环绕的棕榈滩公馆

## THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

# 棕榈滩上多位全球顶级富豪



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



















棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

# 棕榈滩上多位全球顶级富豪



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



$5200万  Howard Stern电台主播



1236 Ocean Blvd
$8150万 前高盛合伙人



Donald Trump's Mansion  $9500万



150 South Ocean Blvd，$2600万
David Koch of Koch Industries
(美国第二大私人企业，2012年福布斯第17位富豪)

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

**棕榈滩公馆**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



项目介绍

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

## 棕榈滩公馆 项目介绍

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach

- 128000平方英尺；
- 79个单位的共管式奢华会所酒店；
- 坐落于棕榈滩岛上；
- 顶级富豪私密会所；
- 世界级富豪和名人的家；
- 工程完成85%，施工在稳步进行；
- 岛上最后一个被批准修建的酒店。






棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

# 开发商 Robert Matthews

## THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach





棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

## 1993年美国年度企业家 知名地产商

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach



### Robert V. Matthews
Matthews Ventures Holdings, LLC主席

**过去25年他曾控股的著名企业**
a. Matthews Hospitality Group, LLC
b. Echelon Engineering & Construction, Inc.
c. Stromberg, LLC
d. Bentley Churchill Acquisitions, LLC
e. Fabricated Metal Products, Inc.
f. Palm Beach Marina Holding Corp.
g. Matthews Ventures Holdings, LLC

**他旗下的慈善项目**
a. American Cancer Society
b. American Indian Archaeological Institute
c. American Ireland Fund
d. Children's Home Society
e. Dana-Farber Cancer Institute
f. Foundation for the Advancement of Catholic Schools
g. March of Dimes

**闻名美国地产界的著名案例：**
**1994年收购New Haven一幢30万平方尺的写字楼，一年时间将其出租率从18%提升至93%**
**用50万美金收购New Haven乔治大街300号一幢56万平方尺的写字楼，两年后用55倍的价格出售**

**Matthews Ventures Holdings目前在全美持有6亿美元的豪华公寓和酒店资产组合**

MVH 是HIG Acquisitions LLC主要控股股东,该私募基金致力于收购全球的5星级酒店资产以重新定位；
Matthews Hospitality Group，一家致力于收购豪华物业以改善其经营的基金. Matthews刚完成其家族慈善基金Matthews family foundation 的募集。

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

## 1993年美国年度企业家 知名地产商



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach















棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

**开发商旗下的环球奢华酒店**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

## Point Breeze on Nantucket Island

 

 

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

开发商旗下的环球奢华酒店

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach

## Four Seasons French Polynesia, Bora Bora







棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



开发商旗下的环球奢华酒店

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

# Hyatt Regency Cartagena Hotel and Residences







棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



开发商旗下的环球奢华酒店

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach

## Cartagena Bodegon Boutique







棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



开发商旗下的环球奢华酒店

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach

## Galapagos Eco-Luxury Resort Santa Cristobal Island







棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

## 开发商旗下的环球奢华酒店

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach

## Casi Cielo Panama





棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

**开发商旗下的环球奢华酒店**



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

## Delano Hotel Mars de Indias Cartagena/Greg Norman Golf-Delano Luxury Resort-commence summer 2014 Mexico







棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

开发商旗下的环球奢华酒店

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

**Marriott Courtyard Hotel (Chelsea, NY),the newest Courtyard in Manhattan Just completed**





棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



## 建筑商 NHCS

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

### 专业从事高档酒店及住宅市场



**商业零售项目**
- Angles Restaurant at The Ritz Carlton
- Nick's New Haven Style Pizzeria and Bar
- Sky Salon and Spa
- Botega Guillianna Bar & Club
- Ann Taylor
- Bal Harbour Shops
- Quizno's Subs
- Starbucks
- Cold Stone Creamery
- CVS



Nantucket Inn/Point Breeze Inn

**高端住宅项目**
- Chapel Square Tower,
- Strouse Adler,
- The Metropolitan,
- Granby Mills,
- 55 Trumbell,
- Chapel Square Mall,
- 27 Jackson Street,
- 901 Main Street





The Clarion,Hamden, Connecticut

Ritz Carlton,Manalapan, Florida

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



## HBA 全球最大的酒店设计事务所

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach



Inge Moore Named Designer of the Year + Six Nods for HBA in the 2013 Gold Key Awards




Grand Hyatt Shenyang



Luxury Collection Hotel Maria Cristina



The Alpina Gstaad, Switzerland



Extreme Wow Suite At W Singapore



InterContinental London Park Lane



Hotel Alfonso XIII, Seville



Four Seasons Hotel, Guangzhou



Hyatt Regency Chongqing

### 棕榈滩公馆由IngeMoore 2013年全球最佳酒店设计师设计

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

**HBA设计1200个以上五星级豪华酒店**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach





表示在该地区拥有3家或以上的酒店

表示在该地区拥有1家酒店

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



## 酒店总经理：Niklaus Leuenberger

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach

- 2011-2013 The ALpha Gstaad 董事总经理
- 2010-2011 Resort Development Company COO
- 2007-2009 The New York Palace 董事总经理
- 2004-2007 半岛酒店北美副主席
- 2003-2007 半岛酒店集团管理委员会执行委员
- 1999-2003半岛酒店美国区域经理
- 1992-2007纽约半岛酒店总经理
- 1988-1992 马尼拉半岛酒店总经理
- 1987-1988香港九龙酒店总经理
- 1984-1987 广州花园酒店总经理
- 1982-1984香港半岛酒店执行助理经理
- 1981-1982 北京建国饭店副总经理
- 1981香港马可波罗酒店筹备经理
- 1980-1981马尼拉半岛酒店餐饮经理





**30年超豪华酒店高层**

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

## 移民律师--Bernard Wolfsdorf

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

### 连续4年全球排名第一移民律师



**Bernard Wolfsdorf**



- 全球最大的移民律师事务所

- Bernard Wolfsdorf 是美国移民律师协会前主席

- 20年EB5移民律师从业经验

- 连续4年评为全球最好的移民律师





棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



**投资结构**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



| Source of Funds | Amount | Percentage |
|---|---|---|
| **EB-5(79位投资者)** | **$39,500,000** | **43.4%** |
| 私募贷款 | $29,500,000 | 32.4% |
| 项目方出资 | $22,000,000 | 24.2% |
| 总投资额 | $91,000,000 | 100% |

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

# 投资结构

## THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

### South Atlantic RC
The RC oversees and advises the Project, the EB-5 process, and the associated entities

→ 项目方，即南大西洋区域中心(SARC)

### Palm House Hotel, LLLP
General Partner: SARC

The Partnership loans money to the Company for job-creating purposes

Limited Partners: Each EB-5 Investor

→ SARC与79位EB5投资者组成有限合伙人 (Palm House Hotel, LLLP)



**Lend money to**

### Palm House, LLC
(The "Company") Owner and Developer of the Project

Uses $39.5M in EB-5 funds and other funding to develop the Project

→ 将以上79位EB5投资者募集的资金借给棕榈滩公馆项目的持有者 (Palm House, LLC)

### Palm House Hotel
A 79-room ultra-luxury hotel and resort located on Palm Beach Island, Florida.

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

**监管银行：PNC BANK**



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

| 投资明细 | |
|---|---|
| 本金 | 50万美金 |
| 发行费 | 4万美金 |
| 律师费 | 1.5万美金 |
| 投资收益 | 每年0.25%借款利息 |
| 投资周期 | 5年（***如果还款延至第6年，投资者可得额外8%利息赔偿；如果还款延至第7年，可得额外13%利息赔偿；最迟第七年还款给投资者–《PPM》） |

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

**监管银行：PNC BANK**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



|  | 投资金额 | 管理费 | 律师费 |
|---|---|---|---|
| I526被拒 | 全退 | 全退 | 全退 |

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



**退出机制**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

## 退出机制（还款保证）：

1）再融资 – 48%的负债比率，再融资非常便利

2） 经营的盈利现金流 – 预估每年720万的利润

3） 出售酒店 – 79个酒店房间可单独出售



棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



## 就业机会--绿卡保证



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



● 由EB5就业报告权威Michael Evans编写

● 施工已于2012年9月开始，主体工程已经结束

●棕榈滩公馆的创造就业机会是953.7个，美国移民局要求创造的790个就业机会多出20%。

| RIMS II 模型新增就业机会数据 | | |
|---|---|---|
| 建筑 | 688.2 | 688.2 |
| 酒店--运营 | 265.5 | 265.5 |
| | 总计 | **953.7** |

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



## 投资者会额外获得 会所会籍50%折扣

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach

### 会籍会员的福利包括：

- Hawker Jet 850 X P 私人飞机
- 100′ Yacht 游艇
- Rolls Royce Ghost劳斯莱斯接送
- 24小时管家服务，代客泊车
- 传统欧洲spa,健身中心和游泳池
- 收藏世界名酒的温控红酒窖
- 雪茄巴和保温箱
- 小时商务及会议中心

### 投资奖励计划：

投资期内每个投资者会免费获得：

## 每年1周免费住宿

以及提前预定的各项优惠





# THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

Mr. Peter Kampine
Orion Bank
June 10, 2008
Page Two

It should be noted that hospitality operation is a very management intensive venture; the reported values are conditioned upon competent, professional management by those experienced in high-end, ultra-luxury hotel operations in a resort market. Absent such management, the value conclusions herein may well change.

Palm House Summary of Values as of February 2, 2008
& Prospective Future Values as of August 30, 2009

| | | |
|---|---|---|
| As Stabilized Conventional Hotel | | |
| August-09 | * | $137,500,000 |
| Costs to Complete | | |
| February-08 | | (544,807,660) |
| Conventional Hotel Less Costs to Complete | | |
| August-09 | | $102,600,000 |
| Discount; 18 Mos. For construction / Start-up | | |
| @ 9% Factor | x | 0.87x2 |
| | | $89,692,920 |
| As Is Value - Conventional Hotel | | $90,000,000 |
| Discounted Sellout of Condo Units (profit deducted) | | |
| August-09 | | $25,300,000 |
| Developer Profit from Sellout of Condo Units (Rd.) | | $5,010,000 |
| As Stabilized Condo Hotel after Sellout | | |
| August-09 | * | $118,000,000 |
| * includes Real Estate & FF&E | | |
| Furnishings, Fixtures & Equipment | | |
| Allocation | | $4,000,000 |
| Discounted Sellout of Club Memberships | | |
| August-09 | | $66,500,000 |



## Callaway & Price, Inc.
### Real Estate Appraisers And Consultants
*Licensed Real Estate Brokers*



HVS

79个单位的平均价值
## *$1,734,177*

# 整个项目第五年估值
# *$137,500,000*
### *为EB5借款3.48倍*



## 就业机会--绿卡保证



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

评估报告①-By Callaway & Price, Inc



**Callaway & Price, Inc.**
**Real Estate Appraisers And Consultants**
**Licensed Real Estate Brokers**

*Income Approach – Conventional Hotel*

Consolidated Revenues

Room Revenue

Base room revenue is a function of multiplying the room nights by the occupancy rate and by the average daily rate (ADR). Occupancy is the number of those rooms sold over a given period, expressed as a percentage (#rooms sold ÷ #rooms available). The average daily rate (ADR) is a reflection of the total guest room revenue for a given period of time divided by the total number of occupied rooms for that same time period. The room nights or rooms available are simply the total number of rooms available multiplied by 365 (nights in the year). Therefore, the total number of room nights available for the Subject Property is to **28,835** (79 rooms x 365).

Occupancy & ADR

In establishing estimated stabilized occupancy and ADR for our analysis we have given consideration to the competitive market set, the foregoing market analysis and discussions with industry professionals. The owner's pro forma rate structure is certainly well supported by the Palm Beach market and given the level of finish and amenities proposed may be conservative. We have utilized an **ADR of $650** for Year 1 of our analysis.

The owner projects occupancy between 68% and 75% for Year 1 operations; while in our opinion a stabilized occupancy of 75% is reasonable given the small size of the property and the level of quality, we have stepped occupancy in our analysis to achieve that stability. We have utilized a **63%** Year 1 occupancy increasing by Year 4 to stabilized **75%** annual occupancy.

评估报告②-By HVS



According to HVS, "As a rule of thumb, in a typical commercial market, where demand is high Monday through Thursday and drops considerably on weekends, a strong stabilized level of occupancy would be 70 percent. Under such circumstances, an areawide occupancy rate of 78 percent would probably produce a significant amount of unaccommodated demand. If, on the other hand, most of the lodging facilities in the area were operating with an occupancy level of around 60 percent, the unaccommodated demand would probably be negligible." Source: page 8-14 of the HVS Hotel Investments Handbook, written by Steven Rushmore, founder of HVS.

A final factor to be considered is that space is extremely limited on Palm Beach Island, and it is very unlikely that any more hotels will be built in the city. As a result, occupancy rates are likely to be relatively high in the coming years, with little or no chance of other hotels being opened right in the city.

We thus consider the following factors in counting the operating jobs from the hotel and ancillary services.

1. The developer will operate the hotel. It will not be leased to a "flagship" name.
2. The occupancy rate for 5-star Palm Beach hotels is near 100% in the peak months.
3. No more hotel rooms will be built in the city of Palm Beach in the foreseeable future.

Hence we are fully justified in counting the operating jobs even if the stated rate of occupancy is only 61% in 2015.

Posted rates for these four hotels start at an average of $525 per night but that figure is somewhat misleading for two reasons: only a relatively few rooms in each hotel are available at the lowest rate, and rooms during high season (January-March) are generally available only at much higher prices. For example, a search of the website for the Breakers and the Four Seasons Hotel in Palm Beach on November 21, 2012, for a wide variety of dates during the first quarter of 2013 revealed either that no rooms were available at all, or that the minimum quoted rates were all above $1,000. For this reason, the first year price of $522.50 per night for the Palm House Hotel is quite conservative; it also takes into account the fact that rates are usually about $100 per night lower during the summer months.

## 棕榈滩酒店市场



**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach

The next question is the issue of the occupancy rate, which the developer has assumed to be 61%. This is a very conservative figure, as the occupancy rate for Palm Beach hotels, according to Smith Travel Research and the Palm Beach County Tourism Department (see below) is usually 70% on an annual basis. This figure is well below the 78% figure that is generally considered to indicate a shortage of hotel rooms. However, the seasonal swings for Palm Beach County are much wider than most locations, as shown next in Table 9-2 (note: no separate figures are available for 5-star hotels in Palm Beach). While the average annual rate is 70%, the rate rises above 86% in February and March; and as already noted, as of November, 2012, the 5-star hotels in Palm Beach are almost completely sold out for February and March 2013.

Table 9-2. Hotel Occupancy Rates by Month, Palm Beach County, 5-Year Average

| Month | Rate |
|---|---|
| October | 65.8 |
| November | 72.9 |
| December | 67.5 |
| January | 76.9 |
| February | 86.2 |
| March | 86.6 |
| April | 75.1 |
| May | 67.4 |
| June | 66.9 |
| July | 62.7 |
| August | 59.1 |
| September | 54.3 |

Source: Report on Palm Beach County Tourism

棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

# 施工许可与产权文件



## THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach





棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

GMAX 合同与完工保险--2014年底完工 
THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

## ▲AIA® Document A101™ – 2007

*Standard Form of Agreement Between Owner and Contractor* where the basis of payment is a Stipulated Sum

AGREEMENT made as of the 2 day of January in the year 2013
*(In words, indicate day, month and year.)*

BETWEEN the Owner:
*(Name, legal status, address and other information)*

Palm House 160 Royal Palm LLC
160 Royal Palm Way
Palm Beach, FL 33480

and the Contractor:
*(Name, legal status, address and other information)*

Nicholas Laudano New Haven Contracting South, Inc
638 Shore Drive
Boynton Beach, FL 33435

for the following Project:
*(Name, location and detailed description)*

The Palm House Hotel
160 Royal Palm Way
Palm Beach, 33480
Complete Renovation of 160 Royal Palm Way a 79 Room Hotel, Spa, Restaurants and
Club in Palm Beach.

The Architect:
*(Name, legal status, address and other information)*

Rafael Rodriguez RAR Architect Inc.
44 Coconut Row, Unit T-6
Palm Beach, FL 33480

The Owner and Contractor agree as follows.

ADDITIONS AND DELETIONS:
The author of this document has
added information needed for its
completion. The author may also
have revised the text of the original
AIA standard form. An *Additions and
Deletions Report* that notes added
information as well as revisions to the
standard form text is available from
the author and should be reviewed. A
vertical line in the left margin of this
document indicates where the author
has added necessary information
and where the author has added to or
deleted from the original AIA text.

This document has important legal
consequences. Consultation with an
attorney is encouraged with respect
to its completion or modification.

AIA Document A201™–2007,
General Conditions of the Contract
for Construction, is adopted in this
document by reference. Do not use
with other general conditions unless
this document is modified.

Init.

/

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American
Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized
reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the
maximum extent possible under the law. This document was produced by AIA software at 15:37:29 on 01/08/2014 under Order No.4898810257_1 which expires
on 11/13/2014, and is not for resale.
User Notes:                                                                                                      (1634825320)

1



# THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach









棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



# THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

















棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店

# THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach










棕榈滩公馆--奢华会所 棕榈滩岛上最后一座批准的酒店



# THE PALM HOUSE
### A Luxury Condominium Hotel and Spa on Palm Beach

# 棕榈滩公馆--奢华会所
## 棕榈滩岛上最后一座批准的酒店







# 棕榈滩公馆—棕榈滩奢华酒店改造项目
## 棕榈滩岛上最后一座获准建设的酒店





**棕榈滩-美国的梦想之地**



# THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

※ 彭博社评其为美国最富裕的地区

※ 美国四分之一的财富在这里流动

※ 富豪云集，27个10亿级富豪的住所

※ 美国富人居住和度假胜地，强大的奢华酒店需求





棕榈滩公馆--棕榈滩奢华酒店改造项目 棕榈滩岛上最后一座获准建设的酒店



**奢华极致--棕榈滩全景**

# THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach











xi ayan-0126

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



## 棕榈滩上共27位全球顶级富豪



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



















xi ayan-0127

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



## 棕榈滩上共27位全球顶级富豪

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach






$5200万  Howard Stern电台主播



1236 Ocean Blvd
$8150万 前高盛合伙人



Donald Trump's Mansion  $9500万



150 South Ocean Blvd，$2600万
David Koch of Koch Industries
(美国第二大私人企业，2012年福布斯第17位富豪)

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



# 棕榈滩公馆的位置—棕榈滩岛

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach







xi ayan-0129

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



# 棕榈滩公馆的位置—棕榈滩岛





棕榈滩公馆--棕榈滩奢华酒店改造项目 棕榈滩岛上最后一座获准建设的酒店



# 棕榈滩公馆的位置--金融街中心

## THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach





棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



**棕榈滩公馆 项目介绍**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach





xi ayan- 0132

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



## 棕榈滩公馆 项目介绍



**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach

- 总面积为128,000平方尺
- 一共79间奢华房间的酒店
- 直接建造在棕榈滩岛上
- 顶级富豪的私密会所
- 已动工一年半，施工在稳步进行
- 世界级富豪和名流的家
- 岛上最后一个被获准建设的酒店





棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



**奢华独特的设计--已完成80%工程量**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach










棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店





**奢华独特的设计--已完成80%工程量**

## THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

















xi ayan- 0135

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



## 奢华独特的设计--已完成80%工程量

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach















xi ayan-0136

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



## HBA 全球最大的酒店设计事务所



### THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach





Grand Hyatt Shenyang



Luxury Collection Hotel Maria Cristina



The Alpina Gstaad, Switzerland



Extreme Wow Suite At W Singapore



InterContinental London Park Lane



Hotel Alfonso XIII, Seville



Four Seasons Hotel, Guangzhou





Hyatt Regency Chongqing

**Inge Moore Named Designer of the Year+Six Nods for HBA in the 2013Gold Key Awards**

## 棕榈滩公馆由**IngeMoore** 2013年全球最佳酒店设计师设计

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



# HBA设计1200个以上五星级豪华酒店

## THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach





表示在该地区拥有3家或以上的酒店

表示在该地区拥有1家酒店

棕榈滩公馆--棕榈滩奢华酒店改造项目 棕榈滩岛上最后一座获准建设的酒店



## 酒店总经理：Niklaus Leuenberger



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

- 2011-2013 The ALpha Gstaad 董事总经理
- 2010-2011 Resort Development Company COO
- 2007-2009 The New York Palace 董事总经理
- 2004-2007 半岛酒店北美副主席
- 2003-2007 半岛酒店集团管理委员会执行委员
- 1999-2003半岛酒店美国区域经理
- 1992-2007纽约半岛酒店总经理
- 1988-1992 马尼拉半岛酒店总经理
- 1987-1988香港九龙酒店总经理
- 1984-1987 广州花园酒店总经理
- 1982-1984香港半岛酒店执行经理
- 1981-1982 北京建国饭店副总经理
- 1981香港马可波罗酒店筹备经理
- 1980-1981马尼拉半岛酒店餐饮经理





**30年顶级酒店管理经验**

xi ayan- 0139

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



**投资者将额外获得 会所会籍50%折扣**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



## 会籍会员的福利包括：

- Hawker Jet 850 X P 私人飞机
- 100′ Yacht 游艇
- Rolls Royce Ghost劳斯莱斯接送
- 24小时管家服务，代客泊车
- 传统欧洲spa,健身中心和游泳池
- 收藏世界名酒的温控红酒窖
- 雪茄巴和保温箱
- 小时商务及会议中心



## 投资奖励计划：
投资期内每个投资者会免费获得：
**每年1周免费住宿**
以及提前预定的各项优惠

xi ayan- O14C

棕榈滩公馆--棕榈滩奢华酒店改造项目 棕榈滩岛上最后一座获准建设的酒店



# 开发商 **Robert Matthews**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach











棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



**美国年度企业家 知名地产商**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach





## Robert V. Matthews
Matthews Ventures Holdings, LLC主席

**过去25年他曾控股的著名企业**
a. Matthews Hospitality Group, LLC
b. Echelon Engineering & Construction, Inc.
c. Stromberg, LLC
d. Bentley Churchill Acquisitions, LLC
e. Fabricated Metal Products, Inc.
f. Palm Beach Marina Holding Corp.
g. Matthews Ventures Holdings, LLC

**他参与的慈善基金**
a. American Cancer Society
b. American Indian Archaeological Institute
c. American Ireland Fund
d. Children's Home Society
e. Dana-Farber Cancer Institute
f. Foundation for the Advancement of Catholic Schools
g. March of Dimes

**闻名美国地产界的著名案例：**
**1994年收购New Haven一幢30万平方尺的写字楼，一年时间将其出租率从18%提升至93%**
**用50万美金收购New Haven乔治大街300号一幢56万平方尺的写字楼，两年后用55倍的价格出售**

**Matthews Ventures Holdings目前在全美持有6亿美元的豪华公寓和酒店资产组合**

MVH 是HIG Acquisitions LLC主要控股股东,该私募基金致力于收购全球的5星级酒店资产以重新定位；
Matthews Hospitality Group，一家致力于收购豪华物业以改善其经营的基金. Matthews 刚完成其家族慈善基金Matthews family foundation 的募集。

xi ayan-0142

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



## 美国年度企业家 知名地产商

### THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



















xi ayan- 0143

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



开发商开发的环球奢华酒店

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

## Point Breeze on Nantucket Island









xi ayan- 0144

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



开发商开发的环球奢华酒店



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



## Four Seasons French Polynesia, Bora Bora







xi ayan- 0145

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



开发商开发的环球奢华酒店



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach

## Hyatt Regency Cartagena Hotel and Residences







xi ayan- 0146



## 开发商开发的环球奢华酒店

### THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



## Delano Hotel Mars de Indias Cartagena/Greg Norman Golf-Delano Luxury Resort-commence summer 2014 Mexico







xi ayan- 0147

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



开发商开发的环球奢华酒店

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



## Marriott Courtyard Hotel (Chelsea, NY),the newest Courtyard in Manhattan Just completed





棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



# 区域中心和目标就业区



## THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



xi ayan- 0149

棕榈滩公馆--棕榈滩奢华酒店改造项目 棕榈滩岛上最后一座获准建设的酒店



**投资结构**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach





EB-5资金
$39,500,000

银行贷款
$27,500,000

资金结构

44.38%   总 计   30.89%
$89,000,000

24.72%

| 资金来源 | 金额 | 百分比 |
|---|---|---|
| EB-5资金 | $39,500,000 | 44.38% |
| 银行贷款 | $27,500,000 | 30.89% |
| 开发商资金 | $22,000,000 | 24.72% |
| 总计 | $89,000,000 | 100% |

开发商资金
$22,000,000

xi ayan-015C

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



## 就业机会--绿卡保证

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach





- 就业报告由EB-5权威专家Michael Evans编写

- 保守预计新增就业机会为移民局要求的120%

- 施工已于2012年9月开始，主体工程已经结束

- 24%的入住率，即可满足所有EB-5投资者解除I-829

| 投资明细 | |
|---|---|
| 投资额 | 50万美金 |
| 发行费 | 4万美金 |
| 律师费 | 1.5万美金 |
| 投资收益 | 每年0.25%借款利息 |
| 投资周期 | 5年 |

| 根据RIMS-II 模型预计新增就业机会数据 | | |
|---|---|---|
| | | 合计 |
| 建筑 | 688.2 | 688.2 |
| 酒店--运营 | 265.5 | 265.5 |
| | 总计 | 953.7 |

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店





# 就业机会--采用比可行性报告保守的数据计算就业

## Callaway & Price, Inc.
**Real Estate Appraisers And Consultants**
*Licensed Real Estate Brokers*



*Income Approach – Conventional Hotel*

Consolidated Revenues

Room Revenue

Base room revenue is a function of multiplying the room nights by the occupancy rate and by the average daily rate (ADR). Occupancy is the number of those rooms sold over a given period, expressed as a percentage (#rooms sold ÷ #rooms available). The average daily rate (ADR) is a reflection of the total guest room revenue for a given period of time divided by the total number of occupied rooms for that same time period. The room nights or rooms available are simply the total number of rooms available multiplied by 365 (nights in the year). Therefore, the total number of room nights available for the Subject Property is to **28,835** (79 rooms x 365).

Occupancy & ADR

In establishing estimated stabilized occupancy and ADR for our analysis we have given consideration to the competitive market set, the foregoing market analysis and discussions with industry professionals. The owner's pro forma rate structure is certainly well supported by the Palm Beach market and given the level of finish and amenities proposed may be conservative. We have utilized an **ADR of $650** for Year 1 of our analysis.

The owner projects occupancy between 68% and 75% for Year 1 operations; while in our opinion a stabilized occupancy of 75% is reasonable given the small size of the property and the level of quality, we have stepped occupancy in our analysis to achieve that stability. We have utilized a **63%** Year 1 occupancy increasing by Year 4 to stabilized **75%** annual occupancy.

According to HVS, "As a rule of thumb, in a typical commercial market, where demand is high Monday through Thursday and drops considerably on weekends, a strong stabilized level of occupancy would be 70 percent. Under such circumstances, an areawide occupancy rate of 78 percent would probably produce a significant amount of unaccommodated demand. If, on the other hand, most of the lodging facilities in the area were operating with an occupancy level of around 60 percent, the unaccommodated demand would probably be negligible." Source: page 8-14 of the HVS Hotel Investments Handbook, written by Steven Rushmore, founder of HVS.

A final factor to be considered is that space is extremely limited on Palm Beach Island, and it is very unlikely that any more hotels will be built in the city. As a result, occupancy rates are likely to be relatively high in the coming years, with little or no chance of other hotels being opened right in the city.

We thus consider the following factors in counting the operating jobs from the hotel and ancillary services.

1. The developer will operate the hotel. It will not be leased to a "flagship" name.
2. The occupancy rate for 5-star Palm Beach hotels is near 100% in the peak months.
3. No more hotel rooms will be built in the city of Palm Beach in the foreseeable future.

Hence we are fully justified in counting the operating jobs even if the stated rate of occupancy is only 61% in 2015.

Posted rates for these four hotels start at an average of $525 per night but that figure is somewhat misleading for two reasons: only a relatively few rooms in each hotel are available at the lowest rate, and rooms during high season (January-March) are generally available only at much higher prices. For example, a search of the website for the Breakers and the Four Seasons Hotel in Palm Beach on November 21, 2012, for a wide variety of dates during the first quarter of 2013 revealed either that no rooms were available at all, or that the minimum quoted rates were all above $1,000. For this reason, the first year price of $522.50 per night for the Palm House Hotel is quite conservative; it also takes into account the fact that rates are usually about $100 per night lower during the summer months.



The Palm House Resort & Spa
Palm Beach, Florida

HVS    xi ayan-0152    Study

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



## 棕榈滩酒店市场

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



**棕榈滩郡（含大陆）部分全年入住率最低月份54.3%**

The next question is the issue of the occupancy rate, which the developer has assumed to be 61%. This is a very conservative figure, as the occupancy rate for Palm Beach hotels, according to Smith Travel Research and the Palm Beach County Tourism Department (see below) is usually 70% on an annual basis. This figure is well below the 78% figure that is generally considered to indicate a shortage of hotel rooms. However, the seasonal swings for Palm Beach County are much wider than most locations, as shown next in Table 9-2 (note: no separate figures are available for 5-star hotels in Palm Beach). While the average annual rate is 70%, the rate rises above 86% in February and March; and as already noted, as of November, 2012, the 5-star hotels in Palm Beach are almost completely sold out for February and March 2013.

Table 9-2. Hotel Occupancy Rates by Month, Palm Beach County, 5-Year Average

| Month | Rate |
|---|---|
| October | 65.8 |
| November | 72.9 |
| December | 67.5 |
| January | 76.9 |
| February | 86.2 |
| March | 86.6 |
| April | 75.1 |
| May | 67.4 |
| June | 66.9 |
| July | 62.7 |
| August | 59.1 |
| September | 54.3 |

Source:  Report on Palm Beach County Tourism

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店





# 棕榈滩酒店市场--岛上仅有的四家同级酒店历史50-80年



THE COLONY

The **Colony Hotel** one block south of Worth Avenue east of County Road and one block off the ocean is very similarly located to the subject. It contains 80 rooms including 13 suites and three penthouse suites and has been operating for more than 50 years.   Amenities are also similar to the subject, with courtyard, pool, restaurant and lounge.  Rack rates range from $190 to $950 off-season and from $300 to $1,300 during the season.

This property is substantially inferior to the subject with regard to room size, amenities, quality of interior finish and appointment.

The **Brazilian Court** is an 80-room property located on Australian Avenue at Hibiscus, three blocks from the ocean.  Operating as a hotel since 1926; the property underwent a condominium conversion following a $20 million + renovation over the recent past. The hotel is now in operation and is an affiliate of Leading Hotels of the World.  Amenities include restaurant, lounge and spa / salon.

51



BRAZILIAN COURT

Current rack rates are from $249 to $1,249 off-season and $549 to $1,549 in the high season.  It should be noted that the Brazilian Court's construction / renovation during conversion to hotel condominium was extremely protracted and as of the date of value, we received notice that the construction which began in early 2003 and was planned for approximately 15 months, just completed.  As complete, the Brazilian Court remains inferior to the subject due to much smaller units.



THE CHESTERFIELD

quality of finish and amenities.

The **Breakers** is a 550 guest-room (including 58 suites) resort property listed on the National Register of Historic Places.  The Breakers, as it is today, opened in 1926; originally built in 1896 by Henry Morrison Flagler, it was twice destroyed by fire prior to that re-opening.  The property has the AAA Five Diamond Award and since 1990 capital improvements under its ongoing revitalization program have totaled $250 million.   The property has two 18-hole championship golf courses, a 20,000-square-foot luxury spa with ocean view fitness center, beach club, one-half mile of private beach, five swimming pools, variety of water sports, 10 tennis courts, eight restaurants and various retail boutiques. Current rack rates are $369 to $1,102 off-season and from $419 to $2,025 in-season.  Rates are higher for some suites particularly in-season.  While not truly comparable to the subject, this property's level of finish and quality may present the most similarity.

The **Chesterfield Hotel** is a 55-room landmark hotel built in 1926, located on Cocoanut Row, one block south of the subject and three blocks west.   The Chesterfield is billed as more an exclusive English club than a hotel. It carries the Four Diamond Award from AAA and Mobil Four Star award as well as being one of only seven prestigious Red Carnation Hotels.   Amenities include Cigar Room, world famous Leopard Lounge and Restaurant. Current rack rates are $250 to $715 off-season and from $415 to $1,620 in-season.  This property is also inferior to the subject with regard to room size,



BREAKERS HOTEL



## 棕榈滩酒店市场—五星级酒店价格







**平均房价$500-$2000/晚**

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



# 施工许可与产权文件

# THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach







棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



## GMAX 合同---2014年底前完工



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



**AIA** Document A101™ – 2007

**Standard Form of Agreement Between Owner and Contractor** where the basis of payment is a Stipulated Sum

**AGREEMENT** made as of the 2 day of January in the year 2013
*(In words, indicate day, month and year.)*

**BETWEEN** the Owner:
*(Name, legal status, address and other information)*

Palm House  160 Royal Palm LLC
160 Royal Palm Way
Palm Beach, FL 33480

and the Contractor:
*(Name, legal status, address and other information)*

Nicholas Laudano New Haven Contracting South, Inc
638 Shore Drive
Boynton Beach, FL  33435

for the following Project:
*(Name, location and detailed description)*

The Palm House Hotel
160 Royal Palm Way
Palm Beach, 33480
Complete Renovation of 160 Royal Palm Way a 79 Room Hotel, Spa, Restaurants and Club in Palm Beach.

The Architect:
*(Name, legal status, address and other information)*

Rafael Rodriguez RAR Architect Inc.
44 Coconut Row, Unit T-6
Palm Beach, FL  33480

The Owner and Contractor agree as follows.

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

AIA Document A201™–2007, General Conditions of the Contract for Construction, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

.2  Other documents, if any, listed below:
*(List here any additional documents that are intended to form part of the Contract Documents. AIA Document A201–2007 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

**ARTICLE 10   INSURANCE AND BONDS**
The Contractor shall purchase and maintain insurance and provide bonds as set forth in Article 11 of AIA Document A201–2007.
*(State bonding requirements, if any, and limits of liability for insurance required in Article 11 of AIA Document A201–2007.)*

| Type of insurance or bond | Limit of liability or bond amount ($0.00) |
|---|---|
| General Liability | $2 Million |
| Workers Compensation | Per Trade Requirements |

This Agreement entered into as of the day and year first written above.

**OWNER** *(Signature)*
160 Royal Palm LLC
*(Printed name and title)*

**CONTRACTOR** *(Signature)*
Nicholas Laudano  President
*(Printed name and title)*

Init.

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:37:29 on 01/08/2014 under Order No.4898810257_1 which expires on 11/13/2014, and is not for resale.
User Notes:                                                                 (1634825320)
1

Init.

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:37:29 on 01/08/2014 under Order No.4898810257_1 which expires on 11/13/2014, and is not for resale.
User Notes:                                                                 (1634825320)
7

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



**建筑商 NHCS**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



# 专业从事豪华酒店及豪宅市场



**商业零售项目**
- Angles Restaurant at The Ritz Carlton
- Nick's New Haven Style Pizzeria and Bar
- Sky Salon and Spa
- Botega Guillianna Bar & Club
- Ann Taylor
- Bal Harbour Shops
- Quizno's Subs
- Starbucks
- Cold Stone Creamery
- CVS



Nantucket Inn/Point Breeze Inn

**高端豪宅项目**
- Chapel Square Tower,
- Strouse Adler,
- The Metropolitan,
- Granby Mills,
- 55 Trumbell,
- Chapel Square Mall,
- 27 Jackson Street,
- 901 Main Street



The Clarion,Hamden, Connecticut



Ritz Carlton,Manalapan, Florida

xi ayan- 0158

棕榈滩公馆--棕榈滩奢华酒店改造项目 棕榈滩岛上最后一座获准建设的酒店



# 移民律师--Bernard Wolfsdorf

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach



## 连续4年全球排名第一移民律师



**Bernard Wolfsdorf**



- 全球最大的移民律师事务所

- Bernard Wolfsdorf 是美国移民律师协会前主席

- 20年EB-5移民律师从业经验

- 连续4年评为全球最好的移民律师





xi ayan-0159

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



酒店运营数据预测

THE PALM HOUSE

A Luxury Condominium Hotel and Spa on Palm Beach



**经营稳定期年利润720万**

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



**监管银行：PNC BANK**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



|  | 投资金额 | 管理费 | 律师费 |
|---|---|---|---|
| I526被拒 | 全退 | 全退 | 全退 |

xi ayan- 0161

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



## 酒店估值

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach



Mr. Peter Kampine
Orion Bank
June 10, 2008
Page Two

It should be noted that hospitality operation is a very management intensive venture; the reported values are conditioned upon competent, professional management by those experienced in high-end, ultra-luxury hotel operations in a resort market. Absent such management, the value conclusions herein may well change.

### Palm House Summary of Values as of February 2, 2008 & Prospective Future Values as of August 30, 2009

| | | |
|---|---|---|
| **As Stabilized Conventional Hotel** | | |
| August-09 | * | $137,500,000 |
| **Costs to Complete** | | |
| February-08 | | ($34,897,566) |
| **Conventional Hotel Less Costs to Complete** | | |
| August-09 | | $102,600,000 |
| Discount; 18 Mos. For construction / Start-up | | |
| @ 9%  Factor | x | 0.8742 |
| | | $89,692,920 |
| **As is Value – Conventional Hotel** | | $90,000,000 |
| **Discounted Sellout of Condo Units** (profit deducted) | | |
| August-09 | * | $25,300,000 |
| **Developer Profit from Sellout of Condo Units** (Rd.) | | $5,010,000 |
| **As Stabilized Condo Hotel after Sellout** | | |
| August-09 | * | $118,000,000 |
| * includes Real Estate & FF&E | | |
| **Furnishings, Fixtures & Equipment** | | |
| Allocation | | $4,000,000 |
| **Discounted Sellout of Club Memberships** | | |
| August-09 | | $66,500,000 |



**Callaway & Price, Inc.**
Real Estate Appraisers And Consultants
*Licensed Real Estate Brokers*



HVS

## 权威机构估值
## 项目第五年价值
### *$137,500,000*
### *为EB5借款的3.48倍*

# 79个单位的平均价值:
# $1,734,177

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



# 还款保证



THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



## 还款资金来源：

● 48%的负债比率，再融资非常便利

● 每年720万的利润

● 会所会籍的销售

棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



**投资概要**

THE PALM HOUSE
A Luxury Condominium Hotel and Spa on Palm Beach



- 投资款50万美金，管理费4万美金，律师费1.5万美金

- 每年投资回报0.25%,投资期5年



棕榈滩公馆--棕榈滩奢华酒店改造项目  棕榈滩岛上最后一座获准建设的酒店



## 项目总结

**THE PALM HOUSE**
A Luxury Condominium Hotel and Spa on Palm Beach



※ 项目首批客户已获得I-526正式批准，审批速度大大加快

※ 美国最富裕的地区，美国四分之一的财富在这里流动，27个10亿级富豪的住所

※ 棕榈滩岛上最后一座获准建设的酒店

※ 美国富人居住和度假胜地，强大的奢华酒店需求

※ 开发商实力雄厚，开发的酒店遍布全球

※ 酒店由全球最佳酒店设计师设计，奢华独特的设计势必吸引全球富豪到此度假

※ 项目已于2012年9月动工并已完成80%，且购买完工保险，无须担心项目不能完工

※ 全球第一移民律师严控把关，确保移民之路安全无忧

※ EB-5权威专家Michael Evans根据RIMS-Ⅱ计算新增就业机会为移民要求的120%

※ 48%的负债比率，再融资非常便利；酒店估值为EB-5资金的3.48倍，保障还款

棕榈滩公馆--棕榈滩奢华酒店改造项目 棕榈滩岛上最后一座获准建设的酒店