# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT AMENDMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Joseph Walsh 561.282.6102

**B. SEND ACKNOWLEDGEMENT TO:**
Name PALM HOUSE HOTEL, LLLP.
Address 197 South Federal Highway, Suite 200
City/State/Zip  Boca Raton, FL 33432

**EXHIBIT L** (Blumberg No. 5118)

**FLORIDA SECURED TRANSACTION REGISTRY**
**FILED**
2012 Oct 01 08:00 AM
****** 201207621836 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. CURRENT RECORD INFORMATION – DEBTOR NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b)

**2a. ORGANIZATION'S NAME:** PALM HOUSE HOTEL, LLLP

**2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**3. CURRENT RECORD INFORMATION – SECURED PARTY NAME** – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

**3a. ORGANIZATION'S NAME:** Palm House Hotel, LLLP

**3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**4.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6.** ☑ **ASSIGNMENT** (full or partial): Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7.** ☐ **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.
☐ **CHANGE** name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.
☐ **DELETE** name: Give record name to be deleted in item 8a or 8b.
☐ **ADD** name: Complete item 9a or 9b, and 9c; also complete items 9d-9g (if applicable).

**8. CURRENT RECORD INFORMATION** – INSERT ONLY ONE NAME (8a OR 8b) – Do Not Abbreviate or Combine Names

**8a. ORGANIZATION'S NAME**

**8b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**9. CHANGED (NEW) OR ADDED INFORMATION:** – INSERT ONLY ONE NAME (9a OR 9b) – Do Not Abbreviate or Combine Names

**9a ORGANIZATION'S NAME**

**9b. INDIVIDUAL'S LAST NAME** ●●●● | **FIRST NAME** ●●●●●●● | **MIDDLE NAME** | **SUFFIX**

**9c. MAILING ADDRESS Line One:** t
**MAILING ADDRESS Line Two** | **CITY** ●●●●●●●●●●●●● | **STATE** ●●● | **POSTAL CODE** ●●●● | **COUNTRY** ●●●●

This space not available.

**9d. TAX ID#** | **REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR** | **9e. TYPE OF ORGANIZATION** | **9f. JURISDICTION OF ORGANIZATION** | **9g. ORGANIZATIONAL ID#** NONE

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

ElitAL:
"All assets of the debtor, now owned or hereinafter acquired, and all products thereof, wherever located.

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**11a. ORGANIZATION'S NAME:** Palm House Hotel, LLLP

**11b. INDIVIDUALS' LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**12. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-3 (REV.01/2009)   Filing Office Copy   Approved by the Secretary of State, State of Florida