PALM HOUSE HOTEL - INVESTOR FUNDS

| DATE | AMOUNT | ACTIVITY | DESCRIPTION | REF#/NOTE | DATE OUT | DESCRIPTION | TO |
|---|---|---|---|---|---|---|---|
| 12/4/2012 | ($535,000.00) | Debit | Account Transfer to XXXXXX9946 | Royal Palm Dev I | | | |
| 12/13/2012 | ($121,322.20) | Debit | Account Transfer to XXXXXX9946 | Royal Palm Dev I | | | |
| 12/18/2012 | $499,920.00 | Credit | Fed Wire in 016453 (Halil Erseven-62) | | | | |
| 12/21/2012 | ($100,000.00) | Debit | Account Transfer to XXXXXX8485 | USREDA | | | |
| 1/2/2013 | ($100,000.00) | Debit | Account Transfer to XXXXXX8485 | USREDA | Various | Various deductions | |
| 1/8/2013 | ($250,000.00) | Debit | Account Transfer to XXXXXX9946 | Royal Palm Dev I | | | |
| 1/11/2013 | ($500,000.00) | Debit | Fed Wire Out XXXXXXXX9205 | Galle Law Group | | | |
| 1/18/2013 | ($500,000.00) | Debit | Fed Wire Out XXXXXXXX9205 | Galle Law Group | | | |
| 1/24/2013 | ($1,000,000.00) | Debit | Account Transfer to XXXXXX9946 | Royal Palm Dev I | | | |
| 1/30/2013 | ($250,000.00) | Debit | Account Transfer to XXXXXX9946 | Royal Palm Dev I | | | |
| 2/5/2013 | ($500,000.00) | Debit | Fed Wire Out XXXXXXXX9205 | Galle Law Group | | | |
| 4/10/2013 | ($250,000.00) | Debit | Account Transfer to XXXXXX9946 | Royal Palm Dev I | | | |
| 4/15/2013 | ($40,000.00) | Debit | Account Transfer to XXXXXX9946 | Royal Palm Dev I | | | |
| 4/24/2013 | ($130,000.00) | Debit | Account Transfer to XXXXXX9946 | Royal Palm Dev I | | | |
| 4/25/2013 | $500,000.00 | Credit | Fed Wire In 019551 (Jing Tan) | PHH LLLP | | | |
| 4/26/2013 | ($500,000.00) | Debit | Account Transfer to XXXXXX8485 | USREDA | Various | Various deductions | |
| 7/16/2013 | $500,000.00 | Credit | Fed Wire In (Sina Salimi) | PHH LLLP | | | |
| 8/1/2013 | $500,000.00 | Credit | Fed Wire In (Feng Fuo-43) | PHH LLLP | | | |
| 8/1/2013 | $500,000.00 | Credit | Fed Wire In 033015 (Digital Convergence/Musa Alaba) | PHH LLLP | | | |
| 8/5/2013 | $500,000.00 | Credit | Fed Wire In 026275 (Mingye Man) | PHH LLLP | | | |
| 8/13/2013 | $500,000.00 | Credit | Fed Wire In (Li Lan-01) | PHH LLLP | | | |
| 8/14/2013 | ($600,000.00) | Debit | Account Transfer to XXXXXX9946 | Royal Palm Dev I | | | |
| 8/26/2013 | ($900,000.00) | Debit | Fed Wire Out XXXXXXXX9205 | Galle Law Group | | | |
| 8/28/2013 | ($2,000,000.00) | Debit | Fed Wire Out 2600443 | LRE PA | 9/3/2013 | Wire | 160 RP LLC ($2,580,000) |
| 9/9/2013 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 9/9/2013 | Transfer to XXXXXX8485 | USREDA PNC |
| 10/8/2013 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 10/8/2013 | Transfer to XXXXXX8485 | USREDA PNC |
| 10/15/2013 | ($500,000.00) | Debit | Account Transfer To XXXXXX8485 | USREDA | Various | Various deductions | |
| 11/1/2013 | $500,100.00 | Credit | Fed Wire In 018827 (Yuanbo Wang-50) | PHH LLLP | | | |
| 11/7/2013 | $500,100.00 | Credit | Fed Wire In 007191 (Zhang Wenhao-18) | PHH LLLP | | | |
| 11/7/2013 | $500,100.00 | Credit | Fed Wire In 007192 (Shi Sha-19) | PHH LLLP | | | |
| 11/7/2013 | $500,000.00 | Credit | Fed Wire In 004226 (Tan Ying-02) | PHH LLLP | | | |
| 11/12/2013 | $500,000.00 | Credit | Fed Wire In (Liu Danqing) | PHH LLLP | | | |
| 11/13/2013 | ($50,000.00) | Debit | Fed Wire Out XXXXXX5421 | New Haven Contracting South | | | |
| 11/15/2013 | ($450,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 11/15/2013 | Transfer to XXXXXX8485 & Wire 027091 | USREDA PNC ($270,000)/($180,000) |
| 11/19/2013 | $500,000.00 | Credit | Fed Wire In 005976 (Xiong Tao-03) | PHH LLLP | | | |
| 11/26/2013 | ($3,500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 11/26/2013 | Wire 027285 & Transfer to XXXXXX8485 | LRE PA ($3,337,216.67/ USREDA PNC ($162,000) |
| 11/26/2013 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 11/26/2013 | Wire 026265 | 160 RP LLC |
| 11/27/2013 | $500,000.00 | Credit | Fed Wire In 004310 (Feng Junqiang-04) | PHH LLLP | | | |
| 11/29/2013 | $500,000.00 | Credit | Fed Wire In 020521 (Sun Tingting-45) | PHH LLLP | | | |
| 12/2/2013 | $500,000.00 | Credit | Fed Wire In 030990 (Luan Tonghui-48) | PHH LLLP | | | |
| 12/10/2013 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 12/10/2013 | Wire 010666 | Wellington Asset Holdings 237175617 (JPMorgan) |
| 12/16/2013 | $500,015.00 | Credit | Account Transfer to XXXXXX8485 | USREDA | | | |
| 12/17/2013 | $500,015.00 | Credit | Fed Wire In 006065 (Wang Jian) | PHH LLLP | | | |

EXHIBIT N

PALM HOUSE HOTEL - INVESTOR FUNDS

| DATE | AMOUNT | ACTIVITY | DESCRIPTION | REF#/NOTE | DATE OUT | DESCRIPTION | TO |
|---|---|---|---|---|---|---|---|
| 12/18/2013 | $500,000.00 | Credit | Fed Wire In (Wang Xiaonan) | PHH LLLP | | | |
| 12/19/2013 | ($2,500,000.00) | Debit | Fed Wire Out 2600443 | LRE PA | 12/30/2013 | Wire | Jones Foster Johnston & Stubbs (Matthews) |
| 12/23/2013 | $500,015.00 | Credit | Fed Wire In 007437 (Yu Zheng-44) | PHH LLLP | | | |
| 12/23/2013 | $500,015.00 | Credit | Fed Wire In 007448 (Sun Xiao-46) | PHH LLLP | | | |
| 12/23/2013 | $500,015.00 | Credit | Fed Wire In 007455 (Li Yawen-47) | PHH LLLP | | | |
| 12/24/2013 | $500,000.00 | Credit | Fed Wire In 030326 (Mohammad Zargar-54) | PHH LLLP | | | |
| 12/24/2013 | $49,980.00 | Credit | Fed Wire In 006943 (Li Xiang) | PHH LLLP | | | |
| 12/24/2013 | $49,980.00 | Credit | Fed Wire In (Li Xiang) | PHH LLLP | | | |
| 12/26/2013 | $49,983.00 | Credit | Fed Wire In (Li Xiang) | PHH LLLP | | | |
| 12/26/2013 | ($3,000,000.00) | Debit | Fed Wire Out 2600443 | LRE PA | 12/30/2013 | Wire | Jones Foster Johnston & Stubbs (Matthews) |
| 12/30/2013 | $49,978.00 | Credit | Fed Wire In 007787 (Li Xiang) | PHH LLLP | | | |
| 12/30/2013 | $49,978.00 | Credit | Fed Wire In 007788 (Li Xiang) | PHH LLLP | | | |
| 1/3/2014 | $49,978.00 | Credit | Fed Wire In 007689 (Li Xiang) | PHH LLLP | | | |
| 1/6/2014 | $49,988.00 | Credit | Fed Wire In 006809 (Li Xiang) | PHH LLLP | | | |
| 1/6/2014 | $49,978.00 | Credit | Fed Wire In 008131 (Li Xiang) | PHH LLLP | | | |
| 1/6/2014 | ($300,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 1/6/2014 | Transfer to XXXXXX8485 | USREDA PNC |
| 1/9/2014 | $49,988.00 | Credit | Fed Wire In 004312 (Li Xiang) | PHH LLLP | | | |
| 1/10/2014 | $49,988.00 | Credit | Fed Wire In 004531 (Li Xiang) | PHH LLLP | | | |
| 1/15/2014 | $500,100.00 | Credit | Fed Wire In 007190 (Li Dongsheng-53) | W007190 0115 | | | |
| 1/23/2014 | $181.00 | Credit | Account Transfer From XXXXXX8469 | SARC | | | |
| 1/27/2014 | $500,100.00 | Credit | Fed Wire In 008427 (ZHU Dongsheng-36) | W008427 0127 | | | |
| 1/28/2014 | ($200,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 1/28/2014 | Fed Wire Out 16087 | LRE 1st United |
| 1/29/2014 | ($450,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 1/29/2014 | Transfer to XXXXXX8485 | USREDA PNC |
| 1/29/2014 | ($500,000.00) | Debit | Fed Wire Out 011706 (refund-Sina Salimi) | W011706 0129 | | | |
| 2/1/2014 | $499,968.00 | Credit | Fed Wire In 024698 (Mohammadreza Sedegaht-60) | W024698 0203 | | | |
| 2/10/2014 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 2/10/2014 | Fed Wire Out 023795 | LRE 1st United |
| 2/19/2014 | $500,000.00 | Credit | Fed Wire In 016220 (Reza Siamak Nia-56) | W016220 0219 | | | |
| 2/20/2014 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 2/20/2014 | Fed Wire Out 022684 | 160 RP LLC Regions |
| 2/21/2014 | $500,041.41 | Credit | Fed Wire In 017131 (YE Chunning-41) | W017131 0221 | | | |
| 2/26/2014 | $500,085.00 | Credit | Fed Wire In 008800 (LI Chao Hui-38) | W008800 0226 | | | |
| 2/26/2014 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 2/26/2014 | Fed Wire Out 027657 | 160 RP LLC Regions |
| 3/3/2014 | $500,000.00 | Credit | Fed Wire In 012041 (CHEN Ran-5) | W012041 0303 | | | |
| 3/3/2014 | $125,025.00 | Credit | Fed Wire In 012009 (KANG Yajun-33) | W012009 0303 | | | |
| 3/4/2014 | $125,025.00 | Credit | Fed Wire In 011291 (KANG Yajun-33) | W011291 0304 | | | |
| 3/5/2014 | $125,025.00 | Credit | Fed Wire In 003776 (KANG Yajun-33) | W003776 0305 | | | |
| 3/5/2014 | $500,000.00 | Credit | Account Transfer From XXXXXX8469 (HONGRU Pan-42) | SARC | | | |
| 3/6/2014 | $125,025.00 | Credit | Fed Wire In 003917 (KANG Yajun-33) | W003917 0306 | | | |
| 3/11/2014 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 3/11/2014 | Fed Wire Out 021694 | LRE 1st United |
| 3/17/2014 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 3/17/2014 | Fed Wire Out 011911 | LRE 1st United |
| 3/20/2014 | $89,968.00 | Credit | Fed Wire In 005351 (Shahryar Ebrahimian-55) | W005351 0320 | | | |
| 3/24/2014 | $500,035.00 | Credit | Fed Wire In 006578 (KUANG YAOPING-9) | W006578 0324 | | | |
| 3/24/2014 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 3/24/2014 | Fed Wire Out 022513 | 160 RP LLC Regions |
| 3/25/2014 | $500,000.00 | Credit | Fed Wire In 004289 (SHU XIANG-6) | W004289 0325 | | | |
| 3/26/2014 | $500,085.00 | Credit | Fed Wire In 007386 (WEI Rujing-37) | W007386 0326 | | | |
| 3/27/2014 | $500,000.00 | Credit | Fed Wire In 009357 (ZHANG LI-49) | W009357 0327 | | | |
| 3/27/2014 | $500,025.00 | Credit | Fed Wire In 016568 (ZHU Bei-10) | W016568 0327 | | | |
| 3/27/2014 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 3/27/2014 | Fed Wire Out 023580 | LRE 1st United |

PALM HOUSE HOTEL - INVESTOR FUNDS

| DATE | AMOUNT | ACTIVITY | DESCRIPTION | REF#/NOTE | DATE OUT | DESCRIPTION | TO |
|---|---|---|---|---|---|---|---|
| 4/2/2014 | $500,025.00 | Credit | Fed Wire In 008455 (GAN Zhiling-13) | W008455 0402 | | | |
| 4/3/2014 | ($1,500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 4/3/2014 | Fed Wire Out 029621 | LRE 1st United |
| 4/4/2014 | $260,050.00 | Credit | Fed Wire In 009722 (CUI Min-22) | W009722 0404 | | | |
| 4/8/2014 | $499,950.00 | Credit | Account Transfer From XXXXXX8469 | SARC | | | |
| 4/9/2014 | $500,024.00 | Credit | Fed Wire In 006506 (FENG Liyan-20) | W006506 0409 | | | |
| 4/9/2014 | $50.00 | Credit | Account Transfer From XXXXXX8469 | SARC | | | |
| 4/9/2014 | ($50.00) | Debit | Account Transfer To XXXXXX8469 | SARC | 4/10/2014 | Transfer to XXXXXX7626 | SARC |
| 4/9/2014 | ($500,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 4/9/2014 | Fed Wire Out 020320 | LRE 1st United |
| 4/10/2014 | $50.00 | Credit | Account Transfer From XXXXXX8469 | SARC | | | |
| 4/10/2014 | $500,085.00 | Credit | Fed Wire In 021409 (FEI Ying-52) | W021409 0410 | | | |
| 4/11/2014 | $500,075.00 | Credit | Fed Wire In 011715 (XIANG Chunhua-8) | W011715 0411 | | | |
| 4/11/2014 | ($35,000.00) | Debit | Account Transfer To XXXXXX5606 | USREDA | | | |
| 4/14/2014 | $500,100.00 | Credit | Fed Wire In 007062 (LI Ruji-23) | W007062 0414 | | | |
| 4/14/2014 | $500,050.00 | Credit | Fed Wire In 007884 (ZHU Qiongfang-12) | W007884 0414 | | | |
| 4/16/2014 | $500,078.00 | Credit | Fed Wire In 006537 (LI Min-40) | W006537 0416 | | | |
| 4/16/2014 | ($1,000,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 4/16/2014 | Fed Wire Out 025072 | 160 RP LLC Regions |
| 4/17/2014 | $500,024.00 | Credit | Fed Wire In 006649 (LOU Hao-7) | | | | |
| 4/23/2014 | $500,050.00 | Credit | Fed Wire In 006691 (DENG Qiong-14) | W006691 0423 | | | |
| 4/23/2014 | $500,050.00 | Credit | Fed Wire In 009634 (LI Cuilian-11) | W009634 0423 | | | |
| 4/24/2014 | ($1,000,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 4/24/2014 | Fed Wire Out 032135 | LRE 1st United |
| 4/25/2014 | $240,050.00 | Credit | Fed Wire In 009639 (CUI Min-22) | W096939 0425 | | | |
| 4/28/2014 | $500,050.00 | Credit | Fed Wire In 006170 (ZENG Shaoqing-21) | W006170 0428 | | | |
| 4/28/2014 | $500,085.00 | Credit | Fed Wire In 008555 (ZHOU Juewei-39) | W008555 0428 | | | |
| 4/28/2014 | $199,803.00 | Credit | Fed Wire In 016893 (Shahryar Ebrahimian-55) | W016893 0428 | | | |
| 4/28/2014 | $500,035.00 | Credit | Fed Wire In 020101 (CHEN Yan-35) | W020101 0428 | | | |
| 4/28/2014 | $500,035.00 | Credit | Fed Wire In 022091 (TANG Yulong-15) | W022091 0428 | | | |
| 4/28/2014 | $500,035.00 | Credit | Fed Wire In 027861 (GU Chengyu-34) | W027861 0428 | | | |
| 4/29/2014 | ($2,000,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 4/29/2014 | Fed Wire Out 033679 & 80 | 160 RP LLC Regions (1M) & LRE 1st United (1M) |
| 4/29/2014 | ($199,803.00) | Debit | Account Transfer To XXXXXX5606 | USREDA | | | |
| 4/30/2014 | $199,803.00 | Credit | Account Transfer From XXXXXX5606 | SARC (USREDA) | | | |
| 5/5/2014 | ($1,000,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 5/5/2014 | Fed Wire Out 033369 | LRE 1st United |
| 5/6/2014 | ($384,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 5/6/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 5/7/2014 | $500,100.00 | Credit | Fed Wire In 008965 (WANG SHUANGYUN-17) | W008965 0507 | | | |
| 5/12/2014 | $500,085.00 | Credit | Fed Wire In 015954 (JIANG Shu-51) | W015954 0512 | | | |
| 5/12/2014 | $500,035.00 | Credit | Fed Wire In 022248 (YU QingYun-24) | W022248 0512 | | | |
| 5/13/2014 | $100,000.00 | Credit | Fed Wire In 005222 (Tan Cheok Fai-59) | W005222 0513 | | | |
| 5/13/2014 | ($1,000,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 5/13/2014 | Fed Wire Out 024628 | 160 RP LLC Regions |
| 5/15/2014 | $500,050.00 | Credit | Fed Wire In 007938 (YANG Yingjun-26) | W007938 0515 | | | |
| 5/15/2014 | $400,000.00 | Credit | Fed Wire In 006413 (Tan Cheok Fai-59) | W006413 0515 | | | |
| 5/16/2014 | $500,035.00 | Credit | Fed Wire In 013995 ZHANG Lili-16) | W013995 0516 | | | |
| 5/19/2014 | $500,050.00 | Credit | Fed Wire In 004220 (WENG Daqin-28) | W04220 0519 | | | |
| 5/19/2014 | ($349,975.00) | Debit | Account Transfer To XXXXXX5606 | USREDA | | | |
| 5/22/2014 | ($1,000,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 5/22/2014 | Fed Wire Out 025033 | LRE 1st United |
| 5/27/2014 | $500,050.00 | Credit | Fed Wire In 009134 (ZHANG Xiaoping-29) | W009134 0527 | | | |
| 5/27/2014 | ($480,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 5/27/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 6/2/2014 | $499,980.00 | Credit | Fed Wire In 029693 (PEYRA Ali Adam-61) | W0209693 0602 | | | |
| 6/4/2014 | ($1,000,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 6/4/2014 | Fed Wire Out 014657 | 160 RP LLC Regions |

PALM HOUSE HOTEL - INVESTOR FUNDS

| DATE | AMOUNT | ACTIVITY | DESCRIPTION | REF#/NOTE | DATE OUT | DESCRIPTION | TO |
|---|---|---|---|---|---|---|---|
| 6/5/2014 | $500,035.00 | Credit | Fed Wire In 032319 (LI Ling-25) | W032319 0605 | | | |
| 6/10/2014 | $500,025.00 | Credit | Fed Wire In 010519 (LIU Baoping-27) | W010519 0610 | | | |
| 6/10/2014 | ($1,000,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 6/10/2014 | Fed Wire Out 031271 | LRE 1st United |
| 6/11/2014 | $210,197.00 | Credit | Corporate ACH Sender Herischi & Assoc. XXXXX5790 (Shahryar Ebrahimian-55) | 14162003 105532 | | | |
| 6/19/2014 | ($1,000,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 6/19/2014 | Fed Wire Out 021642 | 160 RP LLC Regions |
| 6/20/2014 | ($656,250.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 6/20/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 6/24/2014 | ($750,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 6/24/2014 | Fed Wire Out 015846 | 160 RP LLC Regions |
| 6/26/2014 | ($187,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 6/26/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 6/30/2014 | ($187,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 6/30/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 7/2/2014 | $120.00 | Credit | Account Transfer From XXXXXX8469 | SARC | | | |
| 7/2/2014 | ($750,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 7/2/2014 | Fed Wire Out 031897 | 160 RP LLC Regions |
| 7/7/2014 | ($93,750.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 7/7/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 7/10/2014 | ($937,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 7/10/2014 | Transfer to XXXXXX5593 & Fed Wire Out 016788 | USREDA PNC ($187,500) & 160 RP LLC Regions ($750,000) |
| 7/18/2014 | ($750,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 7/18/2014 | Fed Wire Out 034266 | 160 RP LLC Regions |
| 7/21/2014 | ($468,750.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 7/21/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 7/30/2014 | ($187,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 7/30/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 8/8/2014 | ($93,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 8/8/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 8/11/2014 | ($687,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 8/11/2014 | Transfer to XXXXXX5593 & Fed Wire Out 018783 | USREDA PNC ($187,500) & 160 RP LLC Regions ($500,000) |
| 8/15/2014 | ($93,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 8/15/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 8/25/2014 | ($187,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 8/25/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 8/27/2014 | ($280,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 8/27/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 8/28/2014 | $500,050.00 | Credit | Fed Wire In 006101 (Huang Shaoping-30) | PHH LLLP | | | |
| 9/2/2014 | $50,000.00 | Credit | Fed Wire In 009619 (Yi Bo) | PHH LLLP | | | |
| 9/2/2014 | $49,485.00 | Credit | Fed Wire In 011662 (Wang Lin) | PHH LLLP | | | |
| 9/2/2014 | ($562,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 9/2/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 9/3/2014 | $50,030.00 | Credit | Fed Wire In 007349 (Emerald East) | PHH LLLP | | | |
| 9/4/2014 | $39,985.00 | Credit | Book Transfer Credit 037890 (Wane Jue) | PHH LLLP | | | |
| 9/4/2014 | $49,985.00 | Credit | Fed Wire In 006199 (Li Xue Mei) | PHH LLLP | | | |
| 9/5/2014 | ($280,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 9/5/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 9/9/2014 | $49,985.00 | Credit | Fed Wire In 007557 (Fu Huixia) | PHH LLLP | | | |
| 9/10/2014 | $59,975.00 | Credit | Fed Wire In 004674 (Li Zhoulang) | PHH LLLP | | | |
| 9/10/2014 | $49,998.00 | Credit | Fed Wire In 005025 (Gong Yanwei) | PHH LLLP | | | |
| 9/12/2014 | $140,000.00 | Credit | Fed Wire In 004129 (Li Zhoulang) | PHH LLLP | | | |
| 9/12/2014 | $10,700.00 | Credit | Fed Wire In 006852 (Zhang Yanfang) | PHH LLLP | | | |
| 9/26/2014 | ($187,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 9/26/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 9/29/2014 | $500,000.00 | Credit | Fed Wire In 018453 (Huynh Vu Hieu) | PHH LLLP | | | |
| 9/29/2014 | ($187,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 9/29/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 10/2/2014 | ($93,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 10/2/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 10/6/2014 | ($93,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 10/6/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 10/7/2014 | $500,008.00 | Credit | Fed Wire In 006893 (Sara (Reza) Salehin-57) | PHH LLLP | | | |
| 10/9/2014 | $500,020.00 | Credit | Fed Wire In 020368 (Yi Zhao-31) | PHH LLLP | | | |
| 10/9/2014 | ($93,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 10/9/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 10/14/2014 | $100.00 | Credit | Fed Wire In 017051 (Mak Commercial) | PHH LLLP | | | |
| 10/14/2014 | ($280,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 10/14/2014 | Transfer to XXXXXX5593 | USREDA PNC |

PALM HOUSE HOTEL - INVESTOR FUNDS

| DATE | AMOUNT | ACTIVITY | DESCRIPTION | REF#/NOTE | DATE OUT | DESCRIPTION | TO |
|---|---|---|---|---|---|---|---|
| 10/15/2014 | ($187,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 10/15/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 10/15/2014 | ($93,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 10/15/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 10/30/2014 | $500,024.00 | Credit | Fed Wire In 006998 (Liu Changyue-32) | PHH LLLP | | | |
| 11/3/2014 | ($304,959.44) | Debit | Withdrawal | | | | |
| 11/7/2014 | ($561,000.00) | Debit | Account Transfer To XXXXXX5593 | USREDA | 11/7/2014 | Fed Wire Out 023414 | Carbolosic Plant 659195528 ($500,000) |
| 11/10/2014 | ($35,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 11/10/2014 | Fed Wire Out 011629 | Kaplan & Sconzo 918436254 (JPMorgan) |
| 11/12/2014 | ($306,690.71) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 11/12/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 11/25/2014 | ($467,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 11/25/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 12/8/2014 | ($36,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 12/8/2014 | Fed Wire Out 016079 | USREDA PNC |
| 12/11/2014 | ($187,000.00) | Credit | Account Transfer To XXXXXX8336 | PHH LLLP | 12/11/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 12/17/2014 | ($304,959.44) | Debit | Withdrawal | | | | |
| 12/23/2014 | ($374,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 12/23/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 12/30/2014 | ($187,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 12/30/2014 | Transfer to XXXXXX5593 | USREDA PNC |
| 1/8/2015 | ($93,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 1/8/2015 | Transfer to XXXXXX5593 | USREDA PNC |
| 1/14/2015 | ($304,959.44) | Debit | Withdrawal | | | | |
| 1/14/2015 | ($93,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 1/14/2015 | Transfer to XXXXXX5593 | USREDA PNC |
| 1/15/2015 | ($93,500.00) | Debit | Account Transfer To XXXXXX5593 | USREDA | Various | Various deductions | |
| 1/16/2015 | ($93,500.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 1/16/2015 | Transfer to XXXXXX5593 | USREDA PNC |
| 1/26/2015 | ($77,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 1/26/2015 | Transfer to XXXXXX5593 | USREDA PNC |
| 2/18/2015 | ($150,000.00) | Debit | Account Transfer To XXXXXX5593 | USREDA | 2/18/2015 | Fed Wire Out 029576 | Connect Insurance Group 1215678534 |
| 3/2/2015 | ($140,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 3/2/2015 | Transfer to XXXXXX5593 | USREDA PNC |
| 3/3/2015 | ($40,000.00) | Debit | Account Transfer To XXXXXX8469 | SARC | 3/3/2015 | Check 1130-Return of Admin | Ning Yang |
| 3/3/2015 | ($37,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 3/3/2015 | Transfer to XXXXXX5593 | USREDA PNC |
| 3/4/2015 | ($80,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 3/4/2015 | Transfer to XXXXXX5593 | USREDA PNC |
| 3/5/2015 | ($200,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 3/5/2015 | Transfer to XXXXXX5593 | USREDA PNC |
| 3/5/2015 | ($100,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 3/5/2015 | Transfer to XXXXXX5593 | USREDA PNC |
| 3/9/2015 | ($250,000.00) | Debit | Account Transfer To XXXXXX5593 | USREDA | 3/9/2015 | Fed Wire Out 024571 | Rand Rosenzweig Radley & Gordon LLP 021909300 |
| 3/10/2015 | ($200,000.00) | Debit | Account Transfer to XXXXXX5593 | USREDA | Various | Various deductions | |
| 3/10/2015 | ($30,000.00) | Debit | Account Transfer to XXXXXX5593 | USREDA | Various | Various deductions | |
| 3/13/2015 | ($250,000.00) | Debit | Account Transfer To XXXXXX8469 | SARC | 3/13/2015 | Fed Wire Out 35679 | Alliance BioEnergy Plus (JPMorgan 267084131) |
| 3/16/2015 | ($200,000.00) | Debit | Account Transfer To XXXXXX5593 | USREDA | Various | Various deductions | |
| 3/19/2015 | ($50,000.00) | Debit | Account Transfer To XXXXXX8336 | PHH LLLP | 3/19/2015 | Tranfer to XXXXXX5593 | USREDA PNC |
| 3/25/2015 | $399,975.00 | Credit | Fed Wire In 007221 (Sanaz Salehin-58) | PHH LLLP | | | |
| 3/25/2015 | ($400,000.00) | Debit | Account Transfer To XXXXXX5593 | USREDA | Various | Various deductions | |
| 3/27/2015 | ($175,000.00) | Debit | Account Transfer To XXXXXX5593 | USREDA | Various | Various deductions | |
| 3/30/2015 | $100,005.00 | Credit | Fed Wire In 008731 (Sanaz Salehin-58) | PHH LLLP | | | |
| 4/2/2015 | ($100,000.00) | Debit | Account Transfer To XXXXXX5593 | USREDA | Various | Various deductions | |