


ibhlaw.com  
ibhlaw.com

7201 Wisconsin Ave, suite 450  
Bethesda, MD 20814

Tel: 301-363-4540  
Fax: 301-363-4538

August 29, 2016

Sara Salehin  
Tehran, Iran

Dear Mrs. Sara Salehin,

I feel terrible that your application for Green Card under the EB5 program has been denied and that the Palm House Hotel LLLP has failed to perform on its promises and obligations.

I write to disclose my referral agreement with the Palm. In 2013, I started a company called "Washington Marketing" with a colleague to provide marketing services to different EB-5 projects for Iranians in return for a finder's fee. This business was supposed to be separate from my law practice. However, while I was still trying to launch the company, my colleague left and I adopted the less formal practice of administering the business through my law practice.

The Palm agreed to pay me a finder fee for any EB5 investors I identified. I now realize I should have disclosed this fact to you. I regret this failure to disclose. Please know that I never put any project before your interests. For example, I offered to find you another project if the Palm project did not interest you, and I brought to your attention the opportunity to invest in North Carolina's Cold Storage facility.

I want to return to you and other clients the finder's fee I received from the Palm ($40,000). I have borrowed funds from my family to make a first installment of $20,000 and have enclosed a check in that amount. I hope to pay the balance of $20,000 soon and am working to borrow additional funds for that purpose.

Respectfully submitted,

Ali Herischi

CC: Reza Salehin