IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE No. 9:16-cv-81871-KAM

LAN LI, an individual, et al.,

      Plaintiffs,

vs.

JOSEPH WALSH, an individual, et al.,

      Defendants.

_____/

## DEFENDANT, KK-PB FINANCIAL, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendant, KK-PB Financial, LLC ("KK-PB"), through its' counsel, files its' Answer and Affirmative Defenses to the Plaintiffs' Third Amended Complaint filed on October 23, 2018 (DE 351), and states as follows:

### Introduction

1.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

2.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

3.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

4.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

5.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

6.      KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

7.      KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

8.      KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

9.      KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

10.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

11.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

12.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

13.     Denied as to KK-PB, without knowledge as to all other Defendants.

14.     Paragraphs 14(a)-(f) denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

15.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

16.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

17.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

18.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

19.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

20.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

21.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

22.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.  KK-PB further avers that at all times, it was intended and on information and belief, the Plaintiffs were advised that the KK-PB Mortgage would have first priority.

23.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

24.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

25.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

26.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

27.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

28.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.  KK-PB further avers that its' Mortgage was not "secret" and was recorded

months before the alleged mortgage granted to Plaintiffs, who either actually or constructively had knowledge of KK-PB's Mortgage, and KK-PB's Mortgage has priority over Plaintiffs' alleged mortgage.   KK-PB further avers, based upon information and belief, that the Plaintiffs were advised, in writing, that the Lender would have a First Mortgage on the Palm House Hotel Property.

29.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

### Parties, Jurisdiction and Venue

30.   Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

31.   Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

32.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

33.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

34.   Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

35.   Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

36.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

37.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

38.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

39.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

40.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

41.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

42.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

43.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

44.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

45.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

46.     Admitted that 160 Royal Palm, LLC is a Florida limited liability company, and the owner of the property, located at 160 Royal Palm Way, admitted that a Twenty-Seven Million Four Hundred Sixty-Eight Thousand Seven Hundred Fifty Dollar ($27,468,750.00) Mortgage, given as partial consideration, was granted to KK-PB, denied as to all other allegations in paragraph 46. KK-PB further avers that its' Mortgage was granted months before the Plaintiffs' alleged mortgage, and Plaintiffs had either actual or constructive knowledge of KK-PB's Mortgage and that the Plaintiffs, in their prior pleadings in this case, have unequivocally admitted that "as consideration," 160 Royal

Palm, LLC granted a $27,468,750.00 Note and Mortgage and Plaintiffs are bound by that admission.

47.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

48.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

49.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

50.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

51.     Admitted that Leslie Robert Evans is an attorney with the Law Firm of Leslie Robert Evans & Associates, PA, based in Palm Beach.  KK-PB lacks knowledge or information as to the other allegations, and therefore the allegations are denied.

52.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

53.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

54.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

55.     Admitted that KK-PB is a Florida limited liability company.  Admitted that Glenn F. Straub is an owner of the Member Units of KK-PB.  Admitted that Glenn F. Straub was a former owner of the Member Units of 160 Royal Palm, LLC, which owns the property at 160 Royal Palm Way.  Admitted that Glenn F. Straub sold his Member interest in 160 Royal Palm, LLC, in approximately August, 2013.  Denied there was

merely "purported consideration." Admitted that KK-PB received a Mortgage for $27,468,750.00 as partial consideration. Admitted that the KK-PB Mortgage was recorded on March 28, 2014, which KK-PB avers that the delay was not the fault of KK-PB, but was the fault of Defendant Evans, the Closing Agent who KK-PB has filed crossclaims against. The remaining allegations of paragraph 55 are denied. KK-PB further avers that KK-PB's Mortgage was recorded months before the Plaintiffs' alleged mortgage, and Plaintiffs had actual or constructive knowledge of the KK-PB Mortgage, and the KK-PB Mortgage has priority. KK-PB further avers that in prior pleadings in this case, the Plaintiffs have unequivocally admitted that there was consideration for the Mortgage and Plaintiffs are bound by that admission.

56.     Admitted that the Court has jurisdiction over KK-PB. The remaining allegations as they relate to KK-PB are denied, and KK-PB is without knowledge as to the other Defendants, and the allegations are therefore denied.

57.     No Securities Act violations are alleged against KK-PB, and therefore the allegations are denied.

58.     Admitted that the Court has jurisdiction over KK-PB. The remaining allegations as they relate to KK-PB are denied, and KK-PB is without knowledge as to the other Defendants, and the allegations are therefore denied.

59.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

60.     Admitted that venue is proper and KK-PB lacks knowledge as to the other Defendants, and the allegations are denied.

61.     Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

62.     KK-PB is without knowledge, and therefore the allegations are denied.

**General Allegations**

63.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations of paragraph 63 are denied.

64.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations of paragraph 64 are denied.

65.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

66.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

67.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

68.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

69.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

70.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

71.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

72.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

73.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

74.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

75.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

76.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

77.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

78.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

79.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

80.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

81.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

82.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

83.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, and KK-PB avers that it has no knowledge of and did not participate in the preparation and/or dissemination of Exhibits A, B, C, D, E and F.

84.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

85.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

86.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

87.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

88.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

89.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

90.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

91.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

92.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

93.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

94.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

95.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

96.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

97.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

98.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

99.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

100.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

101.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

102.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

103.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

104.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

105.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

106.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

107.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

108.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

109.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

110.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

111.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

112.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

113.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

114.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

115.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

116.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

117.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

118.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

119.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

120.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

121.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

122.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

123.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

124.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

125.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

126.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

127.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

128.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

129.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

130.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

131.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

132.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

133. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

134. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

135. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

136. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

137. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

138. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

139. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

140. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

141. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

142. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

143. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

144. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

145.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

146.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

147.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

148.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

149.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

150.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

151.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

152.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, and KK-PB further avers that the Note to KK-PB was to be secured by a First Mortgage on the Palm House Hotel Property and Plaintiffs had actual or constructive knowledge of that fact.

153.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

154.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

155.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, and KK-PB further avers that the Note to KK-PB was to be

secured by a First Mortgage on the Palm House Hotel Property and Plaintiffs had actual or constructive knowledge of that fact.

156.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

157.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

158.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

159.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

160.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

161.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

162.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

163.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

164.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

165.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

166.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore the allegations are denied.  KK-PB further avers that the KK-PB Mortgage was recorded

months before the Plaintiffs' alleged mortgage, and that the Plaintiffs were either actually or constructively on notice of KK-PB's Mortgage and the KK-PB Mortgage has priority.

167.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

168.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

169.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

170.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

171.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

172.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

173.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

174.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

175.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

176.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

177.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

178.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

179.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

180.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

181.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

182.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

183.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

184.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, and KK-PB further avers no demand was made by the Plaintiffs to KK-PB.

185.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

186.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

187.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

188.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

189.    Denied to the extent the allegations refer to Bad Actors, otherwise KK-PB lacks knowledge or information as to the allegations, and the allegations are therefore denied.

190.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

191.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

192.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

193.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

194.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

195.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

196.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

197.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

198.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

199.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

200.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

201.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

202.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

203.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

204.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

205.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

206.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

207.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

208.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

209.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

210.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

211.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, except that KK-PB admits it has a first Mortgage for Twenty-Seven Million Five Hundred Thousand Dollars ($27,500,000.00) on the Property, which KK-PB's Mortgage was recorded months before the Plaintiffs' alleged mortgage and

Plaintiffs were on notice of the KK-PB Mortgage, and KK-PB further avers that the Plaintiffs' allegations are a binding admission that Plaintiffs had knowledge of the prior KK-PB Mortgage.

212.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

213.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

214.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

215.   Admitted Plaintiffs hired legal counsel.  The remaining allegations of paragraph 215 are denied.

216.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

217.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

218.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

219.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

220.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

221.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

222.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

223.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

224.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

225.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

226.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

227.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

228.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

229.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

230.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

231.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

232.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

233.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.  KK-PB further avers that the KK-PB Mortgage is the first Mortgage, recorded

months before the Plaintiffs' alleged mortgage.

234.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.  KK-PB further avers it has the first Mortgage on the Property, which was granted as partial consideration.

235.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, and KK-PB further avers it received a Promissory Note and first Mortgage on the Palm House Hotel a Lender.

236.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

237.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

238.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

239.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

240.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

241.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

242.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

243.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

244.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

245.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

246.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

247.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.  KK-PB further avers that the KK-PB Mortgage was recorded months before the Plaintiffs' alleged mortgage, and Plaintiffs had either actual or constructive knowledge of the KK-PB Mortgage.

248.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

249.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

250.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

251.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

252.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

253.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

254.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

255.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

256.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

257.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

258.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

259.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

260.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

261.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

262.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

263.    Denied as to KK-PB, without knowledge as to all other Defendants.

264.    Denied as to KK-PB, without knowledge as to all other Defendants.

265.    Denied as to KK-PB, without knowledge as to all other Defendants.

266.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

267.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

268.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

269.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

270.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

271.    Admitted that Exhibit N purports to be a chart.  KK-PB lacks knowledge or information as to the content of the chart, and therefore the allegations are denied.  KK-PB further avers that it has no knowledge of the preparation, accuracy and authenticity of Exhibit N.

272.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore the allegations are denied.

273.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

274.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

275.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

276.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

277.    Denied as to KK-PB, without knowledge as to the other Defendants, and therefore denied.

278.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

279.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

280.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

281.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

282.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

283.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

284.    Denied as to KK-PB, without knowledge as to all other Defendants, therefore denied.

285.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

286.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

287.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

288.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

289.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

290.    Denied.

291.    KK-PB lacks knowledge or information as to the allegations in paragraph 291, except that KK-PB is aware of certain Indictments, Informations, and an SEC Complaint are pending, but not against KK-PB.

292.    KK-PB lacks knowledge or information as to the allegations in Exhibit P, except that KK-PB is aware that Robert Matthews and Leslie Robert Evans have been indicted and other Informations have been issued, none of which are against or involve KK-PB.

293.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

294.    KK-PB lacks knowledge or information as to the allegations in Exhibit Q, except that KK-PB is aware that Robert Matthews and Leslie Robert Evans have been indicted and other Informations have been issued, none of which are against or involve KK-PB.

295.    KK-PB lacks knowledge or information as to the allegations in Exhibit R, except that KK-PB is aware that Robert Matthews and Leslie Robert Evans have been indicted and other Informations have been issued, none of which are against or involve KK-PB.

296.    KK-PB lacks knowledge or information as to the allegations in Exhibit S, except that KK-PB is aware that Robert Matthews and Leslie Robert Evans have been indicted and other Informations have been issued, none of which are against or involve KK-PB.

297.    KK-PB lacks knowledge or information as to the allegations in Exhibit T, except that KK-PB is aware that Robert Matthews and Leslie Robert Evans have been indicted and other Informations have been issued, none of which are against or involve KK-PB.

298.    KK-PB admits that the Indictment alleges the matters in paragraph 298 against Robert Matthews and KK-PB avers none of the allegations specifically involve or refer to KK-PB.

299.   KK-PB admits that the Indictment alleges the matters in paragraph 299 against Leslie Robert Evans and KK-PB avers none of the allegations specifically involve or refer to KK-PB.

300.   KK-PB lacks knowledge or information as to the matters alleged in the Indictment, and therefore the allegations are denied, as they may relate to KK-PB and KK-PB avers the Indictment does not specifically refer to KK-PB.

301.   KK-PB lacks knowledge or information as to the matters alleged in the Indictment, and therefore the allegations are denied, as they may relate to KK-PB and KK-PB avers the Indictment does not specifically refer to KK-PB.

302.   KK-PB lacks knowledge or information as to the matters alleged in the Indictment, and therefore the allegations are denied, as they may relate to KK-PB and KK-PB avers the Indictment does not specifically refer to KK-PB.

303.   KK-PB lacks knowledge or information as to the matters alleged in the Indictment, and therefore the allegations are denied, as they may relate to KK-PB and KK-PB avers the Indictment does not specifically refer to KK-PB.

304.   KK-PB lacks knowledge or information as to the matters alleged in the Indictment, and therefore the allegations are denied, as they may relate to KK-PB and KK-PB avers the Indictment does not specifically refer to KK-PB.

305.   KK-PB lacks knowledge or information as to the matters alleged in the SEC Complaint, Exhibit U.

306.   KK-PB admits Exhibit V is a Superseding Indictment, but otherwise KK-PB lacks knowledge or information as to the matters alleged in paragraph 306.

307.   KK-PB admits it received a $27,468.750 Note in August , 2013 and the Note was secured by a Mortgage on the Palm House Hotel Property; and that Exhibit W is an

Assignment; Exhibit X the Note; and Exhibit Y the Mortgage to KK-PB.  KK-PB further avers that Glenn F. Straub is not a defendant in this action and that the Plaintiffs have, in previous pleadings, unequivocally admitted there was consideration for the Note and Mortgage.  Any other allegations in paragraph 307, not specifically admitted, are hereby denied.

308.   KK-PB admits Exhibit Z is an August 30, 2013 document entitled, Closing Statement, and that it is for the Palm House Hotel Property, otherwise, the allegations of paragraph 308 are denied.

309.   KK-PB denies the allegations in paragraph 309, that there was no consideration and KK-PB avers that the Plaintiffs have, in prior pleadings in this case, unequivocally admitted there was consideration for the Note and Mortgage and Plaintiffs are bound by their admissions.

310.   KK-PB denies the allegations in paragraph 310.

311.   KK-PB admits the Note and Mortgage were obligations incurred by 160 Royal Palm to KK-PB, otherwise, the remaining allegations of paragraph 311 are denied.

312.   The matters alleged in paragraph 312 are not against KK-PB, and are therefore denied.  KK-PB further avers that Glenn F. Straub is not a party in this lawsuit, but based upon KK-PB's knowledge and belief, Mr. Straub was a Member of and had an ownership interest in 160 Royal Palm, LLC, otherwise, the allegations of paragraph 312 are denied.

313.   The matters alleged in paragraph 313 are not against KK-PB, and are therefore denied.  KK-PB further avers that Glenn F. Straub is not a party in this lawsuit and KK-PB lacks knowledge or information as to the date when Mr. Straub ceased being an officer of 160 Royal Palm, LLC, therefore, the allegations are denied.

314.    The matters alleged in paragraph 314 involve non-party Glenn F. Straub and are therefore denied, and paragraph 314 alleges legal conclusion, and are therefore denied.

315.    The matters alleged in paragraph 315 are allegations against non-party Glenn F. Straub, and are therefore denied by KK-PB, except that Mr. Straub was a Member of KK-PB and had an interest in KK-PB.  The remaining allegations of paragraph 315 are denied.

316.    The matters alleged in paragraph 316 are allegations against non-party Glenn F. Straub, and are therefore denied by KK-PB, and paragraph 316 alleges a legal conclusion and is therefore denied.

317.    The allegations in paragraph 317 are against non-party Glenn F. Straub, and are therefore denied by KK-PB, and paragraph 317 alleges a legal conclusion and is therefore denied by KK-PB.

318.    KK-PB admits that 160 Royal Palm, LLC owned the Palm House Hotel Property in August, 2013, and thereafter, including the time period which KK-PB filed its' foreclosure action against 160 Royal Palm, otherwise the allegations of paragraph 318 are denied.

319.    KK-PB admits that it has a first Mortgage on the Palm House Hotel Property and to the extent, paragraph 319 alleges a legal conclusion, it is denied, otherwise the allegations of paragraph 319 are denied.

320.    Paragraph 320 alleges a legal conclusion and is therefore denied, and the remaining allegations of paragraph 320 are denied.

## Count I
## Injunctive Relief against all Defendants under 812.035 Fla. Stat.

321.    KK-PB pleads to paragraph 321 as set forth above.

322.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

323.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

324.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

325.   Denied as to KK-PB, without knowledge as all other Defendants, and therefore denied.

326.   Denied as to KK-PB, without knowledge as all other Defendants, and therefore denied.

327.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

328.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

329.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

330.   Denied as to KK-PB, without knowledge as all other Defendants, and therefore denied.

331.   Denied as to KK-PB, without knowledge as all other Defendants, and therefore denied.

332.   Denied as to KK-PB, without knowledge as all other Defendants, and therefore denied.

## Count II
## Dissolution of Palm House Hotel, LLLP

333.     KK-PB pleads to paragraph 333 as set forth above.

334.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

335.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied

336.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

337.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

338.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

339.     Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

340.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

341.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

342.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

343.     KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

344.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

## Count III
## Conversion against all Defendants

345.    KK-PB pleads to paragraph 345 as set forth above.

346.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

347.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

348.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

349.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

## Count IV
## Fraud in the Inducement against certain Defendants, not including KK-PB

350.    KK-PB pleads to paragraph 350 as set forth above.

351.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

352.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

353.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

354.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

355.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

356.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

357.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

358.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

359.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

**Count V**
**Fraud in the Inducement against certain Defendants, not including KK-PB**

360.    KK-PB pleads to paragraph 360 as set forth above.

361.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

362.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

363.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

364.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

365.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

366.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

367.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

368.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

369.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

<u>**Count VI**</u>
<u>**Fraud in the Inducement against certain Defendants, not including KK-PB**</u>

370.   KK-PB pleads to paragraph 370 as set forth above.

371.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

372.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

373.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

374.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

375.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

376.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

377.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

378.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

## Count VII
### Fraud in the Inducement against certain Defendants, not including KK-PB

379.    KK-PB pleads to paragraph 379 as set forth above.

380.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

381.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

382.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

383.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

## Count VIII
### Fraud against certain Defendants, not including KK-PB

384.    KK-PB pleads to paragraph 384 as set forth above.

385.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

386.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

387.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

388.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

**Count IX**
**Aiding and Abetting Fraud against certain Defendants**

389.    KK-PB pleads to paragraph 389 as set forth above.

390.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

391.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

392.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

393.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

394.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

395.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

396.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

397.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

398.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

## Count X
### Breach of Fiduciary Duty against certain Defendants, not including KK-PB

399.    KK-PB pleads to paragraph 399 as set forth above.

400.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

401.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

402.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

403.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

404.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

405.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

406.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

## Count XI
### Breach of Fiduciary Duty against certain Defendants, not including KK-PB

407.    KK-PB pleads to paragraph 407 as set forth above.

408.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

409.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

410.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

411.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

412.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

413.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

414.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

415.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

## Count XII
## Aiding and Abetting Breach of Fiduciary Duty against certain Defendants, not including KK-PB

416.   KK-PB pleads to paragraph 416 as set forth above.

417.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

418.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

419.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

420.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

421.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

422.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

**Count XIII**
**Avoidance of Fraudulent Transfers 726.105(1)(a) Fla. Stat. against USREDA;**
**KK-PB; Evans; Defendants, New Haven Contracting; and,**
**160 Royal Palm Way, LLC**

423.   KK-PB pleads to paragraph 423 as set forth above.

424.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

425.   Paragraph 425 is a legal conclusion to which no responsive pleading is required, otherwise denied.

426.   Paragraph 426 is a legal conclusion to which no responsive pleading is required, otherwise denied.   As to KK-PB, KK-PB lacks knowledge or information as to the allegations against Walsh, therefore denied.

427.   Paragraph 427 is a legal conclusion to which no responsive pleading is required, otherwise denied.   As to KK-PB, KK-PB lacks knowledge or information as to the allegations against Walsh, therefore denied.

428.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

429.   Paragraph 429 is a legal conclusion to which no responsive pleading is required, otherwise denied.   As to KK-PB, KK-PB lacks knowledge or information as to the allegations against Walsh, therefore denied.

430.    Paragraph 430 is a legal conclusion to which no responsive pleading is required, otherwise denied.   As to KK-PB, KK-PB lacks knowledge or information as to the allegations against Walsh, therefore denied.

431.    Paragraph 431 is a legal conclusion to which no responsive pleading is required, otherwise denied.

432.    Paragraph 432 is a legal conclusion to which no responsive pleading is required, otherwise denied.

433.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

<strong><u>Count XIV</u></strong><br>
<strong><u>Avoidance of Fraudulent Transfers 726.105(1)(b) Fla. Stat. against USREDA;</u></strong><br>
<strong><u>KK-PB; Evans; Defendants, New Haven Contracting; and,</u></strong><br>
<strong><u>160 Royal Palm Way, LLC</u></strong>

434.    KK-PB pleads to paragraph 434 as set forth above.

435.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

436.    Paragraph 436 is a legal conclusion to which no responsive pleading is required, otherwise denied.

437.    Paragraph 437 is a legal conclusion to which no responsive pleading is required, otherwise denied.   As to KK-PB, KK-PB lacks knowledge or information as to the allegations against Walsh, therefore denied.

438.    Paragraph 438 is a legal conclusion to which no responsive pleading is required, otherwise denied.   As to KK-PB, KK-PB lacks knowledge or information as to the allegations against Walsh, therefore denied.

439.    Paragraph 439 is a legal conclusion to which no responsive pleading is required, otherwise denied.   As to KK-PB, KK-PB lacks knowledge or information as to the allegations against Walsh, therefore denied.

440.    Paragraph 440 is a legal conclusion to which no responsive pleading is required, otherwise denied.   As to KK-PB, KK-PB lacks knowledge or information as to the allegations against Walsh, therefore denied.

441.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

442.    Paragraph 442 is a legal conclusion to which no responsive pleading is required, otherwise denied.

443.    Paragraph 443 is a legal conclusion to which no responsive pleading is required, otherwise denied.

444.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

## Count XV
### Avoidance of Fraudulent Transfers 726.106 Fla. Stat. against USREDA; KK-PB; Evans; Defendants, New Haven Contracting; and, 160 Royal Palm Way, LLC

445.    KK-PB pleads to paragraph 445 as set forth above.

446.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

447.    Paragraph 447 is a legal conclusion to which no responsive pleading is required, denied as to KK-PB.

448.    Paragraph 448 is a legal conclusion to which no responsive pleading is required, denied as to KK-PB.

449.    Paragraph 449 is a legal conclusion to which no responsive pleading is required, and KK-PB lacks knowledge or information as to the allegations against Walsh, and therefore denied.

450.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

451.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

452.    Paragraph 452 is a legal conclusion to which no responsive pleading is required, denied as to KK-PB.

453.    Paragraph 453 is a legal conclusion to which no responsive pleading is required, denied as to KK-PB.

454.    Admitted Exhibit N is a document purporting to be a chart.  Denied as to the allegations regarding KK-PB.

## Count XVI
### Avoidance of Fraudulent Transfer,
### pursuant to Fla. Stat. 726.105(1)(a) against KK-PB

455.    KK-PB pleads to paragraph 455 as set forth above.

456.    Paragraph 456 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

457.    Paragraph 457 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

458.    KK-PB lacks knowledge or information as to the truth of the allegations in paragraph 458, and therefore the allegations are denied.  KK-PB further avers that on information and belief, 160 Royal Palm, LLC is a debtor in possession in a certain Bankruptcy case pending in the US Bankruptcy Court SDF, Case No. 18-19441-EPK, and

whatever alleged claims may exist are the property of 160 Royal Palm, LLC, and Plaintiffs have no standing to assert said claims.

459.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

460.   Paragraph 460 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

461.   Paragraph 461 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

462.   KK-PB lacks knowledge or information as to the allegations, and therefore they are denied.   KK-PB further avers that on information and belief, the Real Property is currently the subject of certain Bankruptcy Court sale proceedings.

463.   Denied.

464.   Denied.

465.   Denied.

466.   Denied.

467.   Denied.

468.   Denied.

469.   Denied.

470.   Denied.

471.   Denied.

472.   Paragraph 472 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied, and KK-PB specifically denies it is an "insider."

473.   Denied.

474.   Paragraph 474 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

475.   Paragraph 475 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

## Count XVII
## Avoidance of Fraudulent Transfer,
## pursuant to Fla. Stat. 726.105(1)(b) against KK-PB

476.   KK-PB pleads to paragraph 476 as set forth above.

477.   Paragraph 477 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

478.   Paragraph 478 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

479.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, and whatever alleged claims may exist are the property of 160 Royal Palm, LLC and Plaintiffs have no standing to assert said claims.

480.   KK-PB lacks knowledge or information as to the allegations in paragraph 480, and therefore the allegations are denied, and KK-PB specifically denies it participated in the alleged Defendants' fraudulent investment scheme.

481.   Paragraph 481 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

482.   Paragraph 482 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

483.   Denied.

484.   Denied.

485.     Paragraph 485 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied, and KK-PB specifically denies it is an "insider."

486.     Denied.

487.     Denied.

488.     Denied.

489.     Denied.

490.     Denied.

491.     Paragraph 491 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

492.     Denied.

## Count XVIII
## Avoidance of Fraudulent Transfer,
## pursuant to Fla. Stat. 726.106 against KK-PB

493.     KK-PB pleads to paragraph 493 as set forth above.

494.     Paragraph 494 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

495.     Paragraph 495 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

496.     KK-PB lacks knowledge or information as to the allegation in paragraph 496, and therefore the allegation is denied, and whatever alleged claims may exist are the property of 160 Royal Palm, LLC and Plaintiffs have no standing to assert said claims.

497.     KK-PB lacks knowledge or information as to the allegation in paragraph 497, and therefore the allegation is denied, and KK-PB specifically denies any participation in the Defendants' fraudulent investment scheme.

498.    Paragraph 498 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

499.    Paragraph 499 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

500.    Denied.

501.    Denied.

502.    Denied.

503.    Denied.

504.    Denied.

505.    Denied.

506.    Denied.

507.    Paragraph 507 is a legal conclusion to which no responsive pleading is required, otherwise the allegation is denied.

508.    Denied.

## Count XIX
## Violation of Florida Securities and Investor Protection Act
## against certain Defendants, not including KK-PB

509.    KK-PB pleads to paragraph 509 as set forth above.

510.    Admitted that paragraph 510 alleges a violation of 517.011 Fla. Stat.  Denied to the extent it may allege any involvement by KK-PB.

511.    Admitted that paragraph 511 alleges a violation of 517.011 Fla. Stat.  Denied to the extent it may allege any involvement by KK-PB.

512.    Admitted that paragraph 512 alleges a violation of 517.30 Fla. Stat.  Denied to the extent it may allege any involvement by KK-PB.

513.  Admitted that paragraph 513 alleges a violation of 517.211 Fla. Stat.  Denied to the extent it may allege any involvement by KK-PB.

514.  Admitted that paragraph 514 alleges a violation of 517.211 Fla. Stat.  Denied to the extent it may allege any involvement by KK-PB.

515.  KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

516.  KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

517.  KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

518.  KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

519.  KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

520.  KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

521.  KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

522.  KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

### Count XX
### Avoidance of Fraudulent Transfer,
### pursuant to Fla. Stat. 726.105(1)(b) against KK-PB

523.  KK-PB pleads to paragraph 523 as set forth above.

524.    Admitted that paragraph 524 alleges a violation of 517.011 Fla. Stat.  Denied to the extent it may allege any violation by KK-PB.

525.    Admitted that paragraph 525 alleges a violation of 517.301 Fla. Stat.  Denied to the extent it may allege any violation by KK-PB.

526.    Admitted that paragraph 526 alleges a violation of 517.301 Fla. Stat.  Denied to the extent it may allege any violation by KK-PB.

527.    Admitted that paragraph 527 alleges a claim under 517.211 Fla. Stat.  Denied to the extent it may allege any violation by KK-PB.

528.    Admitted that paragraph 528 alleges a violation of 517.211 Fla. Stat.  Denied to the extent it may allege any violation by KK-PB.

529.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

530.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

531.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

532.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

533.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

534.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

535.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

536.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

## Count XXI
### Violation of Florida Securities and Investor Act
### against certain Defendants, not including KK-PB

537.    KK-PB pleads to paragraph 537 as set forth above.

538.    Admitted that paragraph 538 alleges a violation of 517.011 Fla. Stat.  Denied to the extent it may allege any violation by KK-PB.

539.    Admitted that paragraph 539 alleges a violation of 517.301 Fla. Stat.  Denied to the extent it may allege any violation by KK-PB.

540.    Admitted that paragraph 540 alleges a violation of 517.301 Fla. Stat.  Denied to the extent it may allege any violation by KK-PB.

541.    Admitted that paragraph 541 alleges a claim under 517.211 Fla. Stat.  Denied to the extent it may allege any violation by KK-PB.

542.    Admitted that paragraph 542 alleges a violation of 517.211 Fla. Stat.  Denied to the extent it may allege any violation by KK-PB.

543.    Admitted that paragraph 543 alleges a claim under 517.211 Fla. Stat.  Denied to the extent it may allege any violation by KK-PB.

544.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

545.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

546.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

547.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

548.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

549.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

550.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

**Count XXII**
**Unjust Enrichment against all Defendants**

551.   KK-PB pleads to paragraph 551 as set forth above.

552.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

553.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

554.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

555.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

**Count XXIII**
**Violation of Florida Unfair and Deceptive Trade Practice Act**
**against all Defendants, not including Palm House; Evans; Derrico; and, Nur**

556.   KK-PB pleads to paragraph 556 as set forth above.

557.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

558.    Paragraph 558 is a legal conclusion to which no responsive pleading is required, denied as to KK-PB.

559.    Paragraph 559 is a legal conclusion to which no responsive pleading is required, denied as to KK-PB.

560.    Paragraph 560 is a legal conclusion to which no responsive pleading is required, denied as to KK-PB.

561.    Denied as to KK-PB, without knowledge as all other Defendants, and therefore denied.

562.    Denied as to KK-PB, without knowledge as all other Defendants, and therefore denied.

563.    Paragraph 563 is a legal conclusion to which no responsive pleading is required, denied as to KK-PB.

**<u>Count XXI</u>**
**<u>Equitable Accounting against all Defendants</u>**

564.    KK-PB pleads to paragraph 564 as set forth above.

565.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

566.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

567.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

568.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

569.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

## Count XXII
### Civil Conspiracy against all Defendants, excluding Palm House and Evans

570.    KK-PB pleads to paragraph 570 as set forth above.

571.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

572.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

573.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

574.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

575.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

576.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

577.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

578.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

## Count XXVI
### Constructive Fraud against all Defendants, excluding Palm House and Evans

579.    KK-PB pleads to paragraph 579 as set forth above.

580.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

581.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

582.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

583.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

584.   Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

**Count XXVII**
**Equitable Lien against Robert Mathews**

585.   KK-PB pleads to paragraph 585 as set forth above.

586.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

587.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

588.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

589.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

590.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

## Count XXVIII
## Equitable Lien against 160 Royal Palm, LLC and KK-PB

591.    KK-PB pleads to paragraph 591 as set forth above.

592.    Admitted.

593.    Denied.  The Developer was 160 Royal Palm, LLC, not Glenn Straub.

594.    Admitted.

595.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

596.    Admitted that KK-PB received a Mortgage, dated August 30, 2013, in the principal sum of Twenty-Seven Million Four Hundred Sixty-Eight Thousand Two Hundred Fifty Dollars ($27,468,250.00), as partial consideration.  KK-PB further avers that the Closing Agent, Evans took possession of the executed Mortgage and the documentary stamp funds, and was to immediately record the Mortgage.  The remaining allegations of paragraph 596 are denied.

597.    Denied.

598.    Denied.

599.    Denied.

600.    Denied.

601.    Denied.

602.    Denied.

603.    Denied.

604.    Denied.  KK-PB further avers that the KK-PB Mortgage was to be immediately recorded, by the Closing Agent, Leslie Robert Evans, and Leslie Robert Evans & Associates ("Evans") and that Evans took possession of the executed Mortgage on or

about August 30, 2013, along with the documentary stamp funds, and Evans was obligated to immediately record the Mortgage.

605.    Denied.  KK-PB further avers that the KK-PB Mortgage was to be immediately recorded, by the Closing Agent Leslie Robert Evans, and Leslie Robert Evans & Associates ("Evans") and that Evans took possession of the executed Mortgage on or about August 30, 2013, along with the documentary stamp funds, and Evans was obligated to immediately record the Mortgage.

606.    Denied.  KK-PB further avers that the KK-PB Mortgage was to be immediately recorded, by the Closing Agent Leslie Robert Evans, and Leslie Robert Evans & Associates ("Evans") and that Evans took possession of the executed Mortgage on or about August 30, 2013, along with the documentary stamp funds, and Evans was obligated to immediately record the Mortgage.

607.    Denied, and KK-PB further avers that a review of Evans' Trust Account disbursement demonstrates that several days after the Closing, Evans paid to Matthews, the approximately $151,000.00 in funds collected in documentary stamps.

608.    Denied.  The Plaintiffs were either actually or constructively on notice of the KK-PB Mortgage when they received their offering documents, which disclosed there would be a prior mortgage, but in any event, they were aware no later than March, 2014.

609.    Denied as to KK-PB, without knowledge as to all other Defendants, and therefore denied.

610.    Denied as to KK-PB, without knowledge as to all other Defendants.

611.    Denied.

612.    Denied.

613.    Denied.

614.    Denied.

## Count XXIX
### Violation of 10(b) of the Securities Act and 10(b)(5)
### against certain Defendants, not including KK-PB

615.    KK-PB pleads to paragraph 615 as set forth above.

616.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

617.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

618.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

619.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

620.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

621.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

622.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

623.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

624.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

625.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

**Count XXX**
**Violation of Section 20(a) of the Exclusion Act**
**against certain Defendants, not including KK-PB**

626.    KK-PB pleads to paragraph 626 as set forth above.

627.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

628.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

629.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

630.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

631.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

632.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied.

All allegations not specifically responded to, if any, are denied.

**Count XXXI**
**Aiding and Abetting fraud against the Evans Defendant**

633.    KK-PB pleads to paragraph 633 as set forth above.

634.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful action of Matthews and Evans caused damage to KK-PB.

635.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful action of Matthews and Evans caused damage to KK-PB.

636.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful action of Matthews and Evans caused damage to KK-PB.

637.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful action of Matthews and Evans caused damage to KK-PB.

638.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful action of Matthews and Evans caused damage to KK-PB.

639.   KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful

action of Matthews and Evans caused damage to KK-PB.

## Count XXXII
## Aiding and Abetting conversion against the Evans Defendant

640.    KK-PB pleads to paragraph 640 as set forth above.

641.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful action of Matthews and Evans caused damage to KK-PB.

642.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful action of Matthews and Evans caused damage to KK-PB.

643.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful action of Matthews and Evans caused damage to KK-PB.

644.    KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful action of Matthews and Evans caused damage to KK-PB.

645. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful action of Matthews and Evans caused damage to KK-PB.

646. KK-PB lacks knowledge or information as to the allegations, and therefore the allegations are denied, other than to admit the Indictment makes allegations against Robert Matthews and Evans relating to monies for the Palm House Hotel project, which monies should have been used to pay on the Note held by KK-PB, and the unlawful action of Matthews and Evans caused damage to KK-PB.

647. Any allegation not specifically admitted, is hereby denied.

### KK-PB's AFFIRMATIVE DEFENSES

### First Affirmative Defense

1. To the extent the Plaintiffs' have suffered any injury or damages, such injury or damages are due to the intervening wrongful actions by the Plaintiffs and by the other Defendants, not KK-PB.

### Second Affirmative Defense

2. Plaintiffs are estopped from asserting any claim against KK-PB, by the Plaintiffs inaction and/or constructive knowledge and Plaintiffs' failure to discover the KK-PB Mortgage was recorded on March 28, 2014, months before the Plaintiffs finalized their alleged transactions with the other Defendants and Plaintiffs were aware, from the offering documents of there being a priority Mortgage recorded before Plaintiffs' Mortgage.

**Third Affirmative Defense**

3.      The Plaintiffs were not in privity with and had no contractual relationship or business relationship with KK-PB and, therefore, KK-PB owed no contractual duty or obligation to the Plaintiffs as evidence by Plaintiffs' 9/17/18 Responses to KK-PB's Request for Production of Documents.

**Fourth Affirmative Defense**

4.      The Plaintiffs' claims against KK-PB are barred by the doctrine of unclean hands.

**Fifth Affirmative Defense**

5.      To the extent the Plaintiffs' claims against KK-PB involve an interest or priority in the Palm House Hotel real property, the Plaintiffs' claims are barred by the State of Florida statutory requirements for mortgages, Sections 689.01 and 695.01 Fla. Stat. and by the statute of frauds.

**Sixth Affirmative Defense**

6.      To the extent the Plaintiffs' claims allege fraud against KK-PB, the claims fail to comply with Rule 9(B) Fla. R. Civ. P. and the case law applicable to the specificity required to prove fraud.

**Seventh Affirmative Defense**

7.      The Plaintiffs' claims against KK-PB, which allege some equitable duty, owing by KK-PB, to the Plaintiffs are barred by the fact KK-PB owed no equitable or fiduciary duty to the Plaintiffs.

**Eighth Affirmative Defense**

8.      The Plaintiffs' claims against KK-PB are barred by the doctrine of laches.

## Ninth Affirmative Defense

9.     The Plaintiffs' claims against KK-PB are barred by the applicable statute of limitations 95.11(4)(e) and 95.11(5) to the extent the Plaintiffs are seeking some form of specific performance, by KK-PB, or claim and equitable lien.

## Tenth Affirmative Defense

10.     The Plaintiffs' claims are subject to 768.31, the Uniform Contribution Among Tortfeasors Act.

## Eleventh Affirmative Defense

11.     The Plaintiffs failed to mitigate their damages.

## Twelfth Affirmative Defense

12.     The Plaintiffs waived any claim against KK-PB, by agreeing to accept and perform under the written documents which are alleged in the Plaintiffs' Complaint.

## Thirteenth Affirmative Defense

13.     The Plaintiffs have no standing to sue KK-PB, in that the Plaintiffs were not in privity with and had no business dealings with KK-PB regarding the Palm House Hotel property, and because the fraudulent transfer claims, Counts XVI – XVIII involve a claim on assets of 160 Royal Palm, which is in bankruptcy and Plaintiffs have not obtained Court approval to pursue those claims involving 160 Royal Palm, LLC

## Fourteenth Affirmative Defense

14.     The Plaintiffs have failed to join all parties necessary for a just determination of the claims and defenses.

## Fifteenth Affirmative Defense

15.     The Plaintiffs own negligence and lack of due diligence in reviewing and/or failing to review the documents attached to the Amended Complaint bars the Plaintiffs'

claims against KK-PB.

## Sixteenth Affirmative Defense

16.     The Plaintiffs' claim of an equitable lien is barred by the Florida recording statutes and law 695.01 et. seq. Fla. Stat., dealing with the recording and determination of the priority of mortgages.

## Seventeenth Affirmative Defense

17.     The Plaintiffs' claims against KK-PB are barred, in whole or in part, by the Plaintiffs' acknowledgement and agreement, and acknowledgement of the status of the Palm House Hotel as set forth in the documents provided to and/or executed by the Plaintiffs.

## Eighteenth Affirmative Defense

18.     The Plaintiffs' claims are barred by their actual and/or constructive knowledge of the existence of the August 30, 2013 Mortgage granted to KK-PB on the Palm House Hotel.

## Nineteenth Affirmative Defense

19.     The Note and Mortgage were transferred to KK-PB in good faith and for value.

## Twentieth Affirmative Defense

20.     To the extent the Plaintiffs claim equitable relief, said relief is barred because Plaintiffs have adequate remedies at law for damages.

## Twenty-First Affirmative Defense

21.     The FDUPTA claims against KK-PB may not be applied extraterritorially.

## Twenty-Second Affirmative Defense

22.     To the extent the Plaintiffs seek an accounting from KK-PB, said claim is barred because the transactions are not complex.

### Twenty-Third Affirmative Defense

23.     The Plaintiffs have no standing to assert the Fraudulent Transfer claims Counts XVI, XVII and XVIII in that to the extent a claim may exist, which KK-PB denies, that claim is the Property of 160 Royal Palm, LLC, which is currently in Bankruptcy, Case No. 18-19441 EPK.

### Twenty-Fourth Affirmative Defense

24.     To the extent the Plaintiffs receive any payment or financial benefit from the claims, the Plaintiffs filed in the 160 Royal Palm, LLC Bankruptcy Proceedings, then KK-PB is entitled to an offset or setoff of those claims asserted in this case by the Plaintiffs.

### Twenty-Fifth Affirmative Defense

25.     To the extent the Plaintiffs have sought recovery from or asserted claims against the interest of KK-PB in the 160 Royal Palm, LLC Bankruptcy Proceedings, the Plaintiffs have made election of remedies and are estopped and barred from pursuing those same or similar claims against KK-PB in this case.

### Attorneys' Fees and Costs

KK-PB requests the Court award KK-PB's attorneys' fees and costs and for such other relief as the Court deems just and appropriate.

### Jury Demand

To the extent any of the Plaintiffs' claims against KK-PB can be tried to a jury, KK-PB demands a jury.

Respectfully submitted,

/s/  *Larry A. Zink*

Larry A. Zink, Esq.
Florida Bar No. 0109592
ZINK, ZINK & ZINK CO., L.P.A.
**Florida Office:**
1198 Hillsboro Mile – Suite 244
Hillsboro Beach, FL  33062
**Ohio Office:**
3711 Whipple Ave., N.W.
Canton, OH 44718-2933
Telephone:  (330) 492-2225
Facsimile:  (330) 492-3956
Cell Phone: (330) 495-0171
Email:  zinklaw3711@yahoo.com
*Counsel for Defendant,*
*KK-PB Financial, LLC*

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, on this 25th day of April, 2019, and that the foregoing document is being served this day on all counsel of record identified on the Service List below, via transmission of Notices of Electronic Filing generated by CM/ECF.

Devin Radkay, Esq.
J. Anthony Nelson, Esq.
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive – Suite 500 East
West Palm Beach, FL  33401-6194
Telephone:  (561) 655-1980
Facsimile:  (561) 655-5677
Email:  ksonderling@gunster.com
         dradkay@gunster.com
*Counsel for Plaintiffs*
         and
David J. George, Esq.
George Gesten McDonald, PLLC
9897 Lake Worth Rd. – Suite 302
Lakeworth, Florida  33467
Telephone:  (561) 232-6002
Facsimile:  (888) 421-4173
Cell:  (561) 383-0927
Email:  dgeorge@4-justice.com                     /s/  *Larry A. Zink*
*Counsel for Plaintiffs*                          Larry A. Zink, Esq.
                                                  Florida Bar No. 0109592