**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 9:16-cv-81871-KAM**

LAN LI, *et. Al.*,

    Plaintifs,

v.

JOSEPH WALSH, *et. al.*,

    Defendants.

_____/

**ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL OF RECORD FOR WALSH DEFENDANT**

THIS MATTER came before the Court upon the Motion to Withdraw as Counsel of Record for Walsh Defendants [DE 467] (the "Motion to Withdraw") filed by Henry B. Handler, Seth Kolton, David K. Friedman and the law firm of Weiss, Handler & Cornwell, P.A. (the "Withdrawing Counsel"). No response to the Motion has been filed. The Court having considered the Motion to Withdraw, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion to Withdraw [DE 467] is hereby GRANTED.

2. Henry B. Handler, Seth Kolton, David K. Friedman and the law firm of Weiss, Handler & Cornwell, P.A. are relived of responsibility for the further representation of the Walsh Defendants in this action.

3. Future service of all filings and other papers to the Walsh Defendants shall be by mail, in care of Joseph Walsh, 9200 Belvedere Road, Suite 202, Royal Palm Beach, FL 33411.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 10th day of June 2019.

KENNETH A. MARRA
United States District Judge