UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81871-KAM

LAN LI, *et. al.*,

    Plaintiffs,

v.

JOSEPH WALSH, *et. al.*,

    Defendants.
_____/

**ORDER**

    This cause is before the Court upon the Third Party Plaintiffs' Motion for an Order Authorizing Alternative Service of Process upon Third Party Defendant Joseph Walsh Sr. Pursuant to Fed. R. Civ. P. 4(f)(3) (DE 462). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

    The Motion requests an Order that Third Party Plaintiffs will have effectively served process on Third Party Defendant Joseph Walsh Sr. in this action upon emailing and mailing a copy of the complaint and summons to Henry Handler, Esq. However, the Court recently granted Mr. Handler's motion to withdraw as Mr. Walsh's attorney.

    Accordingly, it is hereby **ORDERED AND ADJUDGED** that Third Party Plaintiffs' Motion for an Order Authorizing Alternative Service of Process upon Third Party Defendant Joseph Walsh Sr. Pursuant to Fed. R. Civ. P. 4(f)(3) (DE 462) is **DENIED WITHOUT**

PREJUDICE.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of June, 2019.

_____
KENNETH A. MARRA
United States District Judge