UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81871-CIV-MARRA

LAN LI, an individual, et al,

Plaintiffs,

vs.

JOSEPH WALSH, an individual, et al,

Defendants.

_____/

## JUDGMENT

Based upon the separately entered Order granting Maria Matthews' Motion to Dismiss KK-PB's Second Amended Cross-Claims, Judgment is hereby entered in favor of Maria Matthews and against KK-PB, and KK-PB shall take nothing from Maria Matthews in this action.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of July, 2019.

_____
KENNETH A. MARRA
United States District Judge