# Exhibit "I"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE No. 9:16-cv-81871-KAM

LAN LI, an individual, et al.,

    Plaintiffs,

vs.

JOSEPH WALSH, an individual, et al.,

    Defendants.
_____/

### DEFENDANT/CROSS-CLAIMANT, KK-PB FINANCIAL, LLC'S NOTICE OF TAKING DEPOSITIONS OF THE PLAINTIFFS

Please take notice, pursuant to Rules 26 and 30 Fed. R. Civ. P., and Local Rule 26.1(h), Defendant/Cross-Claimant, KK-PB Financial, LLC ("KK-PB"), gives notice that KK-PB shall conduct the depositions pursuant to this Notice.

**I.  Deponents:**

PLEASE SEE ATTACHED, APPENDIX 1, FOR A FULL LIST OF NAMES.

**II.  Date and Time:**   Monday, August 19, 2019 at 10:00 a.m.

**III.  Location:**   Phipps Reporting, Inc.
1551 Forum Place – Suite 200E
West Palm Beach, FL 33401

Said depositions shall be taken upon oral examination, before Phipps Reporting, Inc. Court Reporters. The oral examination shall continue from day to day and is being taken for purposes of discovery, for use at trial and for any other purpose as permitted under the Rules.

# Appendix 1

1. Lan Li *
2. Ying Tan
3. Tao Xiong
4. Junqiang Feng
5. Ran Chen
6. Xiang Shu
7. Hao Lou
8. Xiang Chunhua
9. KuangYaoping
10. Bei Zhu
11. Qiong Deng
12. Qiongfang Zhu
13. Zhiling Gan
14. Cuilian Li
15. Yulong Tang
16. Lili Zhang
17. Shuangyun Wang
18. Wenhao Zhang
19. Sha Shi
20. Yajun Kang
21. Chengyu Gu
22. Yan Chen
23. Dongsheng Zhu
24. Rujing Wei
25. Zhaohui Li
26. Juewei Zhou
27. Min Li
28. Chunning Ye
29. Hongru Pan
30. Yuanbo Wang
31. Shu Jiang
32. Ying Fei
33. Li Dongsheng
34. Tang Cheok Fai
35. Xiaonan Wang
36. Mohammad Zargar
37. Shahriar Ebrahimian
38. Reza Siamak Nia

**APPENDIX 1 (con't)**

39. Sara Salehin
40. Sanaz Salehin
41. Ali Adampeyra
42. Mohammadreza Sedaghat
43. Halil Erseven


\* EACH DEPOSITION SHALL PROCEED IMMEDIATELY AFTER THE CONCLUSION OF THE PRIOR DEPOSITION.


Respectfully submitted,

/s/ *Larry A. Zink*
Larry A. Zink, Esq.
Florida Bar No. 0109592

ZINK, ZINK & ZINK CO., L.P.A.
1198 Hillsboro Mile – Suite 244
Hillsboro Beach, FL 33062
Telephone: (330) 492-2225
Facsimile: (330) 492-3956
Cell Phone: (330) 495-0171
Email: zinklaw3711@yahoo.com
*Counsel for Defendant/Cross-Claimant,*
*KK-PB Financial, LLC*

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, on this 9th day of July, 2019, and that the foregoing document is being served this day on all counsel of record identified on the Service List below, via transmission of Notices of Electronic Filing generated by CM/ECF.

David J. George, Esq.
Ryan D. Gesten, Esq.
Matthew R. Chiapperini, Esq.
GEORGE GESTEN MCDONALD, PLLC
9897 Lake Worth Road – Suite 302
Lake Worth, FL 33467
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
Email: dgeorge@4-justice.com
   rgesten@4-justice.com
   mchiapperini@4-justice.com
*Counsel for Plaintiffs*
   and
Devin Radkay, Esq.
J. Anthony Nelson, Esq.
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive – Suite 500 East
West Palm Beach, FL 33401-6194
Telephone: (561) 655-1980
Facsimile: (561) 655-5677
Email: ksonderling@gunster.com
   dradkay@gunster.com
*Counsel for Plaintiffs*

Notice has also been sent to the email address of counsel of record for all other parties.

/s/ *Larry A. Zink*
Larry A. Zink, Esq.
Florida Bar No. 0109592