# Exhibit

# "J"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 16-cv-81871 MARRA

LAN LI, an individual; YING TAN, an individual;
TAO XIONG, an individual; et al.

    Plaintiffs,

vs.

JOSEPH WALSH, et al.,

    Defendants.

_____/

### NOTICE OF TAKING DEPOSITION

    PLEASE TAKE NOTICE that at the below listed time and place the Defendants,

Ali Herischi, and Herischi & Associates, LLC, by and through undersigned counsel, will

take the deposition of:

| **NAME OF DEPONENT** | **DATE & TIME** | **PLACE OF DEPOSITION** |
|---|---|---|
| Ali Adampeyra | August 26, 2019 at 10:00 am | Galleria International Corporate Suites 301 Clematis St. West Palm Beach, FL 33401 |

upon oral examination before **Coastal Reporting,** Notary Public, or any other notary

public or officer authorized by law to take depositions in the State of Florida, and will be

recorded by stenographic means. The oral examination will continue from day to day

until completed. This deposition is being taken for the purpose of discovery, for use at

trial, or for such other purposes as are permitted under the rules of Court.



BRODSKY FOTIU-WOJTOWICZ

Respectfully submitted,

By: /s/ Alaina Fotiu-Wojtowicz
Alaina Fotiu-Wojtowicz, Esq.
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Ali Herischi and Herischi & Associates, LLC*
200 SE 1st St., Suite 400
Miami, Florida 33131
Tel:  305-503-5054
Fax: 786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by via e-mail, on this 18th day of June, 2019, on all counsel or parties of record on the Service List below.

s/ Alaina *Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz. Esq.

## SERVICE LIST

Keith E. Sonderling, Esq.
Devin S. Radkay, Esq.
J. Anthony Nelson, Esq.
Gunster Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
dradkay@gunster.com
jnelson@gunster.com
*Counsel for Plaintiffs*

John F. Mariani, Esq.
Christopher W. Kammerer, Esq.
Kammerer Mariani PLLC
1601 Form Place, Suite 500
West Palm Beach, FL 33401
jmariani@kammerermariani.com
ckammerer@kammerermariani.com
*Counsel for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC*

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
arabin@mccaberabin.com
*Counsel for Gerry Matthews*

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
1198 Hillsboro Mile, Suite 244
Hillsboro Beach, FL 33062
zinklaw3711@yahoo.com
*Counsel for KK-PB Financial, LLC*

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
gelderlaw@gmail.com
*Counsel for Leslie Robert Evans and Leslie*
*Robert Evans & Associates, P.A.*

C. Brooks Ricca, Jr., Esq.
C. Brooks Ricca, Jr. & Associates, P.A.
The Barristers Building
1615 Forum Place, Suite 200
West Palm Beach, FL 33401
bricca@riccalawyers.com
*Counsel for Ryan Black*

3



BFW
BRODSKY FOTIU-WOJTOWICZ

David J. George
Ryan D. Gesten
GEORGE GESTEN McDonald, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467-2377
561-232-6002
561-655-5677
DGeorge@4-Justice.com
RGesten@4-Justice.com
eservice@4-Justice.com
*Counsel for Plaintiffs*

BFW

BRODSKY FOTIU-WOJTOWICZ

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 16-cv-81871 MARRA

LAN LI, an individual; YING TAN, an individual;
TAO XIONG, an individual; et al.

    Plaintiffs,

vs.

JOSEPH WALSH, et al.,

    Defendants.

_____/

### NOTICE OF TAKING DEPOSITION

    PLEASE TAKE NOTICE that at the below listed time and place the Defendants,

Ali Herischi, and Herischi & Associates, LLC, by and through undersigned counsel, will

take the deposition of:

| NAME OF DEPONENT | DATE & TIME | PLACE OF DEPOSITION |
|---|---|---|
| Mohammad Zargar | August 30, 2019 at 10:00 am | Galleria International Corporate Suites 301 Clematis St. West Palm Beach, FL 33401 |

upon oral examination before **Coastal Reporting,** Notary Public, or any other notary

public or officer authorized by law to take depositions in the State of Florida, and will be

recorded by stenographic means. The oral examination will continue from day to day

until completed. This deposition is being taken for the purpose of discovery, for use at

trial, or for such other purposes as are permitted under the rules of Court.



BRODSKY FOTIU-WOJTOWICZ

Respectfully submitted,

By:  /s/ Alaina Fotiu-Wojtowicz
Alaina Fotiu-Wojtowicz, Esq.
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Ali Herischi and Herischi &
Associates, LLC*
200 SE 1st St., Suite 400
Miami, Florida 33131
Tel:  305-503-5054
Fax: 786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

2

BFW

BRODSKY FOTIU-WOJTOWICZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by via e-mail, on this 18th day of June, 2019, on all counsel or parties of record on the Service List below.

s/ Alaina *Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz. Esq.

## SERVICE LIST

Keith E. Sonderling, Esq.
Devin S. Radkay, Esq.
J. Anthony Nelson, Esq.
Gunster Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
dradkay@gunster.com
jnelson@gunster.com
*Counsel for Plaintiffs*

John F. Mariani, Esq.
Christopher W. Kammerer, Esq.
Kammerer Mariani PLLC
1601 Form Place, Suite 500
West Palm Beach, FL 33401
jmariani@kammerermariani.com
ckammerer@kammerermariani.com
*Counsel for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC*

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
arabin@mccaberabin.com
*Counsel for Gerry Matthews*

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
1198 Hillsboro Mile, Suite 244
Hillsboro Beach, FL 33062
zinklaw3711@yahoo.com
*Counsel for KK-PB Financial, LLC*

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
gelderlaw@gmail.com
*Counsel for Leslie Robert Evans and Leslie*
*Robert Evans & Associates, P.A.*

C. Brooks Ricca, Jr., Esq.
C. Brooks Ricca, Jr. & Associates, P.A.
The Barristers Building
1615 Forum Place, Suite 200
West Palm Beach, FL 33401
bricca@riccalawyers.com
*Counsel for Ryan Black*

3


BRODSKY FOTIU-WOJTOWICZ

David J. George
Ryan D. Gesten
GEORGE GESTEN McDonald, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467-2377
561-232-6002
561-655-5677
DGeorge@4-Justice.com
RGesten@4-Justice.com
eservice@4-Justice.com
*Counsel for Plaintiffs*

4

**B F W**

BRODSKY FOTIU-WOJTOWICZ

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 16-cv-81871 MARRA

LAN LI, an individual; YING TAN, an individual;
TAO XIONG, an individual; et al.

    Plaintiffs,

vs.

JOSEPH WALSH, et al.,

    Defendants.

_____/

## NOTICE OF TAKING DEPOSITION

    PLEASE TAKE NOTICE that at the below listed time and place the Defendants,

Ali Herischi, and Herischi & Associates, LLC, by and through undersigned counsel, will

take the deposition of:

| NAME OF DEPONENT | DATE & TIME | PLACE OF DEPOSITION |
|---|---|---|
| Mohammadreza Sedaghat | September 10, 2019 at 10:00 am | Galleria International Corporate Suites 301 Clematis St. West Palm Beach, FL 33401 |

upon oral examination before **Coastal Reporting,** Notary Public, or any other notary

public or officer authorized by law to take depositions in the State of Florida, and will be

recorded by stenographic means. The oral examination will continue from day to day

until completed. This deposition is being taken for the purpose of discovery, for use at

trial, or for such other purposes as are permitted under the rules of Court.



BRODSKY FOTIU-WOJTOWICZ

Respectfully submitted,

By: /s/ Alaina Fotiu-Wojtowicz
Alaina Fotiu-Wojtowicz, Esq.
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Ali Herischi and Herischi &
Associates, LLC*
200 SE 1st St., Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

2

BFW

BRODSKY FOTIU-WOJTOWICZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by via e-mail, on this 18th day of June, 2019, on all counsel or parties of record on the Service List below.

s/ Alaina *Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz. Esq.

## SERVICE LIST

Keith E. Sonderling, Esq.
Devin S. Radkay, Esq.
J. Anthony Nelson, Esq.
Gunster Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
dradkay@gunster.com
jnelson@gunster.com
*Counsel for Plaintiffs*

John F. Mariani, Esq.
Christopher W. Kammerer, Esq.
Kammerer Mariani PLLC
1601 Form Place, Suite 500
West Palm Beach, FL 33401
jmariani@kammerermariani.com
ckammerer@kammerermariani.com
*Counsel for Robert Matthews, Maria
Matthews, Bonaventure 22, LLC, Mirabia
LLC, Alibi, LLC, Palm House, LLC, 160
Royal Palm, LLC, and Palm House PB,
LLC*

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
arabin@mccaberabin.com
*Counsel for Gerry Matthews*

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
1198 Hillsboro Mile, Suite 244
Hillsboro Beach, FL 33062
zinklaw3711@yahoo.com
*Counsel for KK-PB Financial, LLC*

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
gelderlaw@gmail.com
*Counsel for Leslie Robert Evans and
Leslie
Robert Evans & Associates, P.A.*

C. Brooks Ricca, Jr., Esq.
C. Brooks Ricca, Jr. & Associates, P.A.
The Barristers Building
1615 Forum Place, Suite 200
West Palm Beach, FL 33401
bricca@riccalawyers.com
*Counsel for Ryan Black*

3



David J. George
Ryan D. Gesten
GEORGE GESTEN McDonald, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467-2377
561-232-6002
561-655-5677
DGeorge@4-Justice.com
RGesten@4-Justice.com
eservice@4-Justice.com
*Counsel for Plaintiffs*

4

BFW

BRODSKY FOTIU-WOJTOWICZ

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 16-cv-81871 MARRA

LAN LI, an individual; YING TAN, an individual;
TAO XIONG, an individual; et al.

    Plaintiffs,

vs.

JOSEPH WALSH, et al.,

    Defendants.
_____/

## NOTICE OF TAKING DEPOSITION

    PLEASE TAKE NOTICE that at the below listed time and place the Defendants,

Ali Herischi, and Herischi & Associates, LLC, by and through undersigned counsel, will

take the deposition of:

| NAME OF DEPONENT | DATE & TIME | PLACE OF DEPOSITION |
|---|---|---|
| Reza Siamak Nia | August 27, 2019<br>at 10:00 am | Galleria International Corporate Suites<br>301 Clematis St.<br>West Palm Beach, FL 33401 |

upon oral examination before **Coastal Reporting,** Notary Public, or any other notary

public or officer authorized by law to take depositions in the State of Florida, and will be

recorded by stenographic means. The oral examination will continue from day to day

until completed. This deposition is being taken for the purpose of discovery, for use at

trial, or for such other purposes as are permitted under the rules of Court.



BRODSKY FOTIU-WOJTOWICZ

Respectfully submitted,

By: /s/ Alaina Fotiu-Wojtowicz
Alaina Fotiu-Wojtowicz, Esq.
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Ali Herischi and Herischi &*
*Associates, LLC*
200 SE 1st St., Suite 400
Miami, Florida 33131
Tel:  305-503-5054
Fax: 786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

2

BFW

BRODSKY FOTIU-WOJTOWICZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by via e-mail, on this 18th day of June, 2019, on all counsel or parties of record on the Service List below.

s/ Alaina *Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz. Esq.

## SERVICE LIST

Keith E. Sonderling, Esq.
Devin S. Radkay, Esq.
J. Anthony Nelson, Esq.
Gunster Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
dradkay@gunster.com
jnelson@gunster.com
*Counsel for Plaintiffs*

John F. Mariani, Esq.
Christopher W. Kammerer, Esq.
Kammerer Mariani PLLC
1601 Form Place, Suite 500
West Palm Beach, FL 33401
jmariani@kammerermariani.com
ckammerer@kammerermariani.com
*Counsel for Robert Matthews, Maria*
*Matthews, Bonaventure 22, LLC, Mirabia*
*LLC, Alibi, LLC, Palm House, LLC, 160*
*Royal Palm, LLC, and Palm House PB,*
*LLC*

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
arabin@mccaberabin.com
*Counsel for Gerry Matthews*

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
1198 Hillsboro Mile, Suite 244
Hillsboro Beach, FL 33062
zinklaw3711@yahoo.com
*Counsel for KK-PB Financial, LLC*

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
gelderlaw@gmail.com
*Counsel for Leslie Robert Evans and*
*Leslie*
*Robert Evans & Associates, P.A.*

C. Brooks Ricca, Jr., Esq.
C. Brooks Ricca, Jr. & Associates, P.A.
The Barristers Building
1615 Forum Place, Suite 200
West Palm Beach, FL 33401
bricca@riccalawyers.com
*Counsel for Ryan Black*

3



David J. George
Ryan D. Gesten
GEORGE GESTEN McDonald, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467-2377
561-232-6002
561-655-5677
DGeorge@4-Justice.com
RGesten@4-Justice.com
eservice@4-Justice.com
*Counsel for Plaintiffs*

BRODSKY FOTIU-WOJTOWICZ

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 16-cv-81871 MARRA

LAN LI, an individual; YING TAN, an individual;
TAO XIONG, an individual; et al.

    Plaintiffs,

vs.

JOSEPH WALSH, et al.,

    Defendants.

_____/

## NOTICE OF TAKING DEPOSITION

    PLEASE TAKE NOTICE that at the below listed time and place the Defendants,

Ali Herischi, and Herischi & Associates, LLC, by and through undersigned counsel, will

take the deposition of:

| NAME OF DEPONENT | DATE & TIME | PLACE OF DEPOSITION |
|---|---|---|
| Sanaz Salehin | August 29, 2019<br>at 10:00 am | Galleria International Corporate Suites<br>301 Clematis St.<br>West Palm Beach, FL 33401 |

upon oral examination before **Coastal Reporting,** Notary Public, or any other notary

public or officer authorized by law to take depositions in the State of Florida, and will be

recorded by stenographic means. The oral examination will continue from day to day

until completed. This deposition is being taken for the purpose of discovery, for use at

trial, or for such other purposes as are permitted under the rules of Court.



BRODSKY FOTIU-WOJTOWICZ

Respectfully submitted,

By: /s/ Alaina Fotiu-Wojtowicz
Alaina Fotiu-Wojtowicz, Esq.
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Ali Herischi and Herischi &
Associates, LLC*
200 SE 1st St., Suite 400
Miami, Florida 33131
Tel:  305-503-5054
Fax: 786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

BFW
BRODSKY FOTIU-WOJTOWICZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by via e-mail, on this 18th day of June, 2019, on all counsel or parties of record on the Service List below.

s/ Alaina *Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz. Esq.

## SERVICE LIST

Keith E. Sonderling, Esq.
Devin S. Radkay, Esq.
J. Anthony Nelson, Esq.
Gunster Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
dradkay@gunster.com
jnelson@gunster.com
*Counsel for Plaintiffs*

John F. Mariani, Esq.
Christopher W. Kammerer, Esq.
Kammerer Mariani PLLC
1601 Form Place, Suite 500
West Palm Beach, FL 33401
jmariani@kammerermariani.com
ckammerer@kammerermariani.com
*Counsel for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC*

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
arabin@mccaberabin.com
*Counsel for Gerry Matthews*

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
1198 Hillsboro Mile, Suite 244
Hillsboro Beach, FL 33062
zinklaw3711@yahoo.com
*Counsel for KK-PB Financial, LLC*

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
gelderlaw@gmail.com
*Counsel for Leslie Robert Evans and Leslie*
*Robert Evans & Associates, P.A.*

C. Brooks Ricca, Jr., Esq.
C. Brooks Ricca, Jr. & Associates, P.A.
The Barristers Building
1615 Forum Place, Suite 200
West Palm Beach, FL 33401
bricca@riccalawyers.com
*Counsel for Ryan Black*

3



David J. George
Ryan D. Gesten
GEORGE GESTEN McDonald, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467-2377
561-232-6002
561-655-5677
DGeorge@4-Justice.com
RGesten@4-Justice.com
eservice@4-Justice.com
*Counsel for Plaintiffs*

4

**BFW**

BRODSKY FOTIU-WOJTOWICZ

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 16-cv-81871 MARRA

LAN LI, an individual; YING TAN, an individual;
TAO XIONG, an individual; et al.

    Plaintiffs,

vs.

JOSEPH WALSH, et al.,

    Defendants.

_____/

## NOTICE OF TAKING DEPOSITION

    PLEASE TAKE NOTICE that at the below listed time and place the Defendants,

Ali Herischi, and Herischi & Associates, LLC, by and through undersigned counsel, will

take the deposition of:

| NAME OF DEPONENT | DATE & TIME | PLACE OF DEPOSITION |
|---|---|---|
| Sara Salehin | August 28, 2019 at 10:00 am | Galleria International Corporate Suites 301 Clematis St. West Palm Beach, FL 33401 |

upon oral examination before **Coastal Reporting,** Notary Public, or any other notary

public or officer authorized by law to take depositions in the State of Florida, and will be

recorded by stenographic means. The oral examination will continue from day to day

until completed. This deposition is being taken for the purpose of discovery, for use at

trial, or for such other purposes as are permitted under the rules of Court.



BRODSKY FOTIU-WOJTOWICZ

Respectfully submitted,

By: /s/ Alaina Fotiu-Wojtowicz
Alaina Fotiu-Wojtowicz, Esq.
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Ali Herischi and Herischi &*
*Associates, LLC*
200 SE 1st St., Suite 400
Miami, Florida 33131
Tel:  305-503-5054
Fax: 786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

2

BFW

BRODSKY FOTIU-WOJTOWICZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by via e-mail, on this 18th day of June, 2019, on all counsel or parties of record on the Service List below.

s/ Alaina *Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz. Esq.

## SERVICE LIST

Keith E. Sonderling, Esq.
Devin S. Radkay, Esq.
J. Anthony Nelson, Esq.
Gunster Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
dradkay@gunster.com
jnelson@gunster.com
*Counsel for Plaintiffs*

John F. Mariani, Esq.
Christopher W. Kammerer, Esq.
Kammerer Mariani PLLC
1601 Form Place, Suite 500
West Palm Beach, FL 33401
jmariani@kammerermariani.com
ckammerer@kammerermariani.com
*Counsel for Robert Matthews, Maria
Matthews, Bonaventure 22, LLC, Mirabia
LLC, Alibi, LLC, Palm House, LLC, 160
Royal Palm, LLC, and Palm House PB,
LLC*

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
arabin@mccaberabin.com
*Counsel for Gerry Matthews*

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
1198 Hillsboro Mile, Suite 244
Hillsboro Beach, FL 33062
zinklaw3711@yahoo.com
*Counsel for KK-PB Financial, LLC*

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
gelderlaw@gmail.com
*Counsel for Leslie Robert Evans and
Leslie
Robert Evans & Associates, P.A.*

C. Brooks Ricca, Jr., Esq.
C. Brooks Ricca, Jr. & Associates, P.A.
The Barristers Building
1615 Forum Place, Suite 200
West Palm Beach, FL 33401
bricca@riccalawyers.com
*Counsel for Ryan Black*

3



David J. George
Ryan D. Gesten
GEORGE GESTEN McDonald, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467-2377
561-232-6002
561-655-5677
DGeorge@4-Justice.com
RGesten@4-Justice.com
eservice@4-Justice.com
*Counsel for Plaintiffs*

4

BFW

BRODSKY FOTIU-WOJTOWICZ

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 16-cv-81871 MARRA

LAN LI, an individual; YING TAN, an individual;
TAO XIONG, an individual; et al.

    Plaintiffs,

vs.

JOSEPH WALSH, et al.,

    Defendants.

_____/

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that at the below listed time and place the Defendants,

Ali Herischi, and Herischi & Associates, LLC, by and through undersigned counsel, will

take the deposition of:

| **NAME OF DEPONENT** | **DATE & TIME** | **PLACE OF DEPOSITION** |
|---|---|---|
| Shahriar Ebrahimian | September 9, 2019 at 10:00 am | Galleria International Corporate Suites 301 Clematis St. West Palm Beach, FL 33401 |

upon oral examination before **Coastal Reporting,** Notary Public, or any other notary

public or officer authorized by law to take depositions in the State of Florida, and will be

recorded by stenographic means. The oral examination will continue from day to day

until completed. This deposition is being taken for the purpose of discovery, for use at

trial, or for such other purposes as are permitted under the rules of Court.



BRODSKY FOTIU-WOJTOWICZ

Respectfully submitted,

By: /s/ Alaina Fotiu-Wojtowicz
Alaina Fotiu-Wojtowicz, Esq.
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Ali Herischi and Herischi & Associates, LLC*
200 SE 1st St., Suite 400
Miami, Florida 33131
Tel:  305-503-5054
Fax: 786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

2

BFW

BRODSKY FOTIU-WOJTOWICZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by via e-mail, on this 18th day of June, 2019, on all counsel or parties of record on the Service List below.

s/ Alaina *Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz. Esq.

## SERVICE LIST

Keith E. Sonderling, Esq.
Devin S. Radkay, Esq.
J. Anthony Nelson, Esq.
Gunster Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
dradkay@gunster.com
jnelson@gunster.com
*Counsel for Plaintiffs*

John F. Mariani, Esq.
Christopher W. Kammerer, Esq.
Kammerer Mariani PLLC
1601 Form Place, Suite 500
West Palm Beach, FL 33401
jmariani@kammerermariani.com
ckammerer@kammerermariani.com
*Counsel for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC*

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
arabin@mccaberabin.com
*Counsel for Gerry Matthews*

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
1198 Hillsboro Mile, Suite 244
Hillsboro Beach, FL 33062
zinklaw3711@yahoo.com
*Counsel for KK-PB Financial, LLC*

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
gelderlaw@gmail.com
*Counsel for Leslie Robert Evans and Leslie*
*Robert Evans & Associates, P.A.*

C. Brooks Ricca, Jr., Esq.
C. Brooks Ricca, Jr. & Associates, P.A.
The Barristers Building
1615 Forum Place, Suite 200
West Palm Beach, FL 33401
bricca@riccalawyers.com
*Counsel for Ryan Black*

3



BRODSKY FOTIU-WOJTOWICZ

David J. George
Ryan D. Gesten
GEORGE GESTEN McDonald, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467-2377
561-232-6002
561-655-5677
DGeorge@4-Justice.com
RGesten@4-Justice.com
eservice@4-Justice.com
*Counsel for Plaintiffs*

BFW

BRODSKY FOTIU-WOJTOWICZ