# Exhibit "K"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 18-19441-EPK

160 ROYAL PALM, LLC,                                            Chapter 11

      Debtor.
_____/

### EB-5 CLAIMANTS' OMNIBUS OBJECTIONS TO CROSS DESIGNATION BY KK-PB FINANCIAL, LLC OF EXCERPTS OF DEPOSITIONS OF XIAN MA, QI FEI, LI LAN AND HALIL ERSEVEN

The creditors holding claims 3-1 through 65-1 (the "EB-5 Claimants")[1] object to the KK-PB Cross Designations of testimony from the depositions of Xian Ma, Qi Fei, Li Lan and Halil Erseven that was previously read to the Court and say,

On Monday, February 18, 2019, KK-PB served the EB-5 Claimants with the attached cross-designations of testimony to be read from the deposition transcripts of Xian Ma, Qi Fei, Li Lan and Halil Erseven which were read, in part, by the EB5 Claimants on Friday February 15, 2019. Using the annotation XX:Y-YY to designate the pages and lines objected to, followed by a short statement of the reason, the EB-5 Claimants object in part to the designations as follows:

---

[1] The undersigned, as attorney, filed claims 3-1 through 65-1 in this case. Contemporaneously with this opposition, the undersigned is moving to withdraw as counsel for the holders of Claims 04-1, 09-1, 10-1, 14-1, 15-1, 16-1, 19-1, 38-1, 39-1, 41-1, 48-1, 53-1, 54-1, 56-1, 57-1, 58-1, 59-1, 60-1, 62-1 and 63-1. However, since the motion to withdraw has not been granted as of the deadline for filing this opposition, and notwithstanding that the holders of those claims appear to have filed their own objections *pro se*, they are listed as parties represented.

Deposition of Xian Ma:

1. 25:1-5 – Incomplete for leaving out 24:25; Redundant because previously read.

2. 28:7-25 – Redundant

3. 29:1-6 – Redundant

4. 34:22 through 42:10 – Redundant

5. 47:7-10 – Redundant

6. 54:14-17 – Incomplete (No questions, not reference to any document)

Deposition of Qi Fei:

1. 19:7-21. Redundant

2. 20:10-15 – Redundant

3. 24:20-25 - Redundant.

4. 25:1 - - Redundant and incomplete for leaving out line 2

5. 28:24-25 – Redundant

6. 29:2 – 30:10 - Redundant

7. 34:1-7 – Redundant

8. 34:8-22 – Incomplete without lines 34:23-35:1

9. 35:16-43:1 – Redundant

10. 43:5-9 – Redundant

11. 50:19 – 51:2 – Redundant and incomplete without 51:3-7

12. 54:25-56:4 – Irrelevant colloquy (relating to availability to testify)

Deposition of Li Lan:

1. 13:11-17 - Redundant and incomplete without 13:9-10
2. 13:25-14:6 – Redundant
3. 16:7-12 – Incomplete without line 13
4. 18:5-10 – Incomplete without lines 11-16
5. 18:17-21, 23 – Leading objection in text
6. 19:6-8- Redundant
7. 19:10-24- Redundant and incomplete without 19:25-20:3
8. 30:17-22- Redundant
9. 30:24- Redundant and incomplete without 30:25-31:3
10. 32:2-5- Redundant
11. 33:1-12- Redundant and incomplete without 33:13-34:1
12. 34:16-21- Redundant
13. 43:10-17 – Incomplete without line 18
14. 57:18-25 – Form objection (calls for speculation) in text
15. 58:1-5 – Continuation of 57:18-25, same objection
16. 58:14-25 – Incomplete without 58:6-11

Deposition of Halil Erseven:

1. 14:1-2 - Incomplete without 14:3-6

2. 15:1-6 – Incomplete without 15:7-14

3. 18:11-12 – Redundant

4. 18-14-24 – Redundant

5. 23:17-25 – Redundant

6. 23:1-2 – Redundant

7. 30:2-6 – Incomplete without 30:7-8

8. 38:6 through the balance of his designations - Redundant

## CONCLUSION

The redundant portions of these designations should not be permitted to be read, the incomplete portions of these designations should be read only with the additions requested for completeness, the objections to form in the text should be sustained, and the objection to relevance should be sustained.

/s/ Edward A. Marod
Edward A. Marod
Florida Bar No. 238961
**GUNSTER, YOAKLEY & STEWART, P.A.**
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: (561) 650-0660
Facsimile: (561) 671-2519
E-mail: emarod@gunster.com

*and*

/s/ David J. George
David J. George
Florida Bar No. 898570
**GEORGE GESTEN MCDONALD, PLLC**

5

9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
*Attorney for EB-5 Creditors*

WPB_ACTIVE 9248150.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re

160 Royal Palm, LLC,                Case No. 18-19441-EPK

　　　　Debtor.                      Chapter 11

_____/

### SECURED CREDITOR, KK-PB FINANCIAL, LLC'S DEPOSITION COUNTER-DESIGNATIONS FOR FINAL EVIDENTIARY HEARING

Secured Creditor, KK-PB FINANCIAL, LLC ("KK-PB"), gives notice of its Deposition Counter-Designations for the Deposition of Xian Ma listed below on which KK-PB intends to rely at the Final Evidentiary Hearing on February 19, 2019:

| WITNESS: XIAN MA | |
|---|---|
| **PAGE** | **LINE** |
| 16 | 12-25 |
| 17 | 1-4 |
| 24 | 9-20 |
| 25 | 1-5 |
| 27 | 2-9 |
| 28 | 7-25 |
| 29 | 1-6 |
| 29 | 18-25 |
| 30 | 1-11 |
| 31 | 3-13 |
| 34 | 22-25 |
| 35 | 1-4 |
| 38 | 4-12 |
| 41 | 9-12 |
| 42 | 2-10 |
| 46 | 9-15 |
| 47 | 17-20 |
| 47 | 25 |
| 48 | 1-25 |
| 49 | 1-21 |
| 54 | 14-17 |

Deposition Counter-Designations for Xian Ma
Page 2 of 2

| WITNESS: XIAN MA ||
| PAGE | LINE |
|---|---|
| 55 | 25 |
| 56 | 1-4 |
| 56 | 6-11 |
| 57 | 9-16 |
| 58 | 6-10 |
| 64 | 1-17 |
| 64 | 21-25 |
| 65 | 11-16 |
| 65 | 18 |
| 65 | 20-25 |
| 66 | 1-25 |
| 67 | 1-8 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re

160 Royal Palm, LLC,             Case No. 18-19441-EPK

    Debtor.                               Chapter 11
_____/

## SECURED CREDITOR, KK-PB FINANCIAL, LLC'S DEPOSITION COUNTER-DESIGNATIONS FOR FINAL EVIDENTIARY HEARING

Secured Creditor, KK-PB FINANCIAL, LLC ("KK-PB"), gives notice of its Deposition Counter-Designations for the Deposition of Qi Fei listed below on which KK-PB intends to rely at the Final Evidentiary Hearing on February 19, 2019:

| WITNESS: QI FEI | |
|---|---|
| PAGE | LINE |
| 19 | 7-21 |
| 20 | 10-15 |
| 21 | 12-16 |
| 24 | 6-7 |
| 24 | 9-11 |
| 24 | 20-25 |
| 25 | 1 |
| 27 | 15-24 |
| 28 | 1-25 |
| 29 | 2-17 |
| 29 | 19-25 |
| 30 | 2-3 |
| 30 | 5-10 |
| 31 | 15-17 |
| 31 | 19-22 |
| 33 | 21-25 |
| 34 | 1-22 |
| 35 | 16-19 |
| 37 | 11-23 |
| 42 | 11-25 |
| 43 | 1-9 |

Case 9:16-cv-81871-KAM Document 492-12 Entered on FLSD Docket 08/03/2019 Page 11 of 15
Case 18-19441-EPK Doc 589 Filed 02/19/19 Page 10 of 15

Deposition Counter-Designations for Qi Fei
Page 2 of 2

| WITNESS: QI FEI ||
| PAGE | LINE |
|---|---|
| 45 | 14-16 |
| 46 | 1-2 |
| 46 | 4 |
| 47 | 2-12 |
| 50 | 19-25 |
| 51 | 1-2 |
| 52 | 2-25 |
| 53 | 1 |
| 53 | 11-16 |
| 53 | 19-22 |
| 54 | 25 |
| 55 | 1-9 |
| 55 | 17-21 |
| 56 | 2-4 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re

160 Royal Palm, LLC,   Case No. 18-19441-EPK

Debtor.   Chapter 11

_____/

### SECURED CREDITOR, KK-PB FINANCIAL, LLC'S DEPOSITION COUNTER-DESIGNATIONS FOR FINAL EVIDENTIARY HEARING

Secured Creditor, KK-PB FINANCIAL, LLC ("KK-PB"), gives notice of its Deposition Counter-Designations for the Deposition of Li Lan listed below on which KK-PB intends to rely at the Final Evidentiary Hearing on February 19, 2019:

| WITNESS: LI LAN | |
|---|---|
| **PAGE** | **LINE** |
| 13 | 11-17 |
| 13 | 25 |
| 14 | 1-6 |
| 15 | 14-17 |
| 16 | 7-12 |
| 16 | 19-21 |
| 17 | 6-13 |
| 18 | 5-10 |
| 18 | 17-21 |
| 18 | 23-25 |
| 19 | 6-8 |
| 19 | 10-24 |
| 27 | 2-4 |
| 27 | 7-12 |
| 30 | 17-22 |
| 30 | 24 |
| 32 | 2-5 |
| 33 | 1-12 |
| 34 | 16-21 |
| 43 | 10-17 |
| 57 | 18-25 |

Case 9:16-cv-81871-KAM Document 492-12 Entered on FLSD Docket 08/03/2019 Page 13 of 15
Case 18-19441-EPK Doc 589 Filed 02/19/19 Page 12 of 15

Deposition Counter-Designations for Li Lan
Page 2 of 2

| WITNESS: LI LAN ||
|---|---|
| PAGE | LINE |
| 58 | 1-2 |
| 58 | 5 |
| 58 | 14-25 |
| 59 | 2-16 |
| 61 | 10-15 |
| 61 | 18-19 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of EB-5 Claimants Omnibus Objections to Cross Designation by KK-PB Financial, LLC of Excerpts of Depositions of Xian Ma, Qi Fei, Li Lan and Halil Erseven was served on the following parties as follows:

**By "Notice of Electronic Filing" (NEF) on February 19, 2019 to:**

**David W. Baddley** *on behalf of Creditor U.S. Securities and Exchange Commission*
baddleyd@sec.gov

**Gregory Elder** *on behalf of Witness Leslie Evans*
gelderlaw@gmail.com

**Heidi A. Feinman** *on behalf of U.S. Trustee Office of the US Trustee*
Heidi.A.Feinman@usdoj.gov

**Steven C. Jones** *on behalf of Creditor Other Palm House Investors*
steven.jones@wilsonelser.com, anna.nowakowska@wilsonelser.com, vivian.fusco@wilsonelser.com, Eservice.Miami@wilsonelser.com

**Philip J. Landau** *on behalf of Debtor 160 Royal Palm, LLC*
plandau@slp.law, msmith@slp.law; blee@slp.law; pdorsey@slp.law; dwoodall@slp.law; ematteo@slp.law; ependergraft@slp.law; bss@slp.law; cdraper@slp.law

**Bernice C. Lee** *on behalf of Debtor 160 Royal Palm, LLC*
blee@slp.law, dwoodall@slp.law, ematteo@slp.law, cdraper@slp.law

**Peter J. Malecki** *on behalf of Witness Ryan Black*
pmalecki@riccalawyers.com, bricca@riccalawyers.com; lkendrick@riccalawyers.com

**Orfelia M. Mayor** *on behalf of Creditor Palm Beach County Tax Collector*
omayor@ombankruptcy.com; legalservices@pbctax.com; carmen@ombankruptcy.com; cmbk@ombankruptcy.com; omayor@ecf.inforuptcy.com

**Office of the US Trustee**
USTPRegion21.MM.ECF@usdoj.gov

**Eric S. Pendergraft** *on behalf of Debtor 160 Royal Palm, LLC*
ependergraft@slp.law; dwoodall@slp.law; ematteo@slp.law; bshraibergecfmail@gmail.com; cdraper@slp.law

**Christopher S. Rapp** *on behalf of Creditor Architectural Precast & Foam, LLC*
csrapp@kelleykronenberg.com; IRGeservice@kellykronenberg.com

**Luis Salazar** *on behalf of Creditor KK-PB Financial LLC*
Luis@Salazar.Law; Aguilar@Salazar.Law; Cabrera@Salazar.Law; Lee-Sin@Salazar.Law; Osorio@Salazar.Law

**Luis Salazar** *on behalf of Interested Party The Galle Law Group, P.A.*
Luis@Salazar.Law; Aguilar@Salazar.Law; Cabrera@Salazar.Law; Lee-Sin@Salazar.Law; Osorio@Salazar.Law

**Luis Salazar** *on behalf of Creditor Craig T. Galle*
Luis@Salazar.Law; Aguilar@Salazar.Law; Cabrera@Salazar.Law; Lee-Sin@Salazar.Law; Osorio@Salazar.Law

**Jeffrey I. Snyder** *on behalf of Interested Party RREF II Palm House LLC*
jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

**Allen R. Tomlinson** *on behalf of Attorney Town of Palm Beach*
atomlinson@jonesfoster.com, dstewart@jonesfoster.com

**Harry Winderman** *on behalf of Creditor Other Palm House Investors*
harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com

**Harry Winderman** *on behalf of Witness Weiss Handler and Cornwell PA*
harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com

Dated this 19th day of February 2019.    */s/ Edward A. Marod*
**EDWARD A. MAROD**
Florida Bar No. 238961
Email: emarod@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401-6194
Telephone: (561) 650-0669
Facsimile: (561) 671-2519
*Attorney for EB5 Creditors*