# Composite Exhibit "L"

Case 9:16-cv-81871-KAM   Document 492-13   Entered on FLSD Docket 08/03/2019   Page 2 of 4

8/3/2019                                    XE: USD / TRY Currency Chart. US Dollar to Turkish Lira Rates

World's Trusted Currency Authority

For more information, visit www.xe.com

# XE Currency Charts: USD to TRY

**US Dollar to Turkish Lira Chart**

This USD/TRY Chart lets you see this pair's currency rate history for up to 10 years! XE uses highly accurate, live mid-market rates.

**XE Money Transfer**
- Fee free
- Great exchange rates
- Safe and secure

Transfer Money Now

## USD to TRY Chart

4 Aug 2014 00:00 UTC - 3 Aug 2019 17:36 UTC   USD/TRY close:**5.55973** low:**2.13037** high:**6.95550**



### Send Money Online with XE ▶
Bank wire international money transfers online.
- Works with your bank account
- Competitive rates

### Get a currency data API ▶
Need commercial grade rates for your business? The XE Currency Data API easily

Case 9:16-cv-81871-KAM Document 492-13 Entered on FLSD Docket 08/03/2019 Page 3 of 4

8/3/2019                  XE: USD / IRR Currency Chart. US Dollar to Iranian Rial Rates

World's Trusted Currency Authority

Home > XE Currency Charts > USD/IRR Chart

# XE Currency Charts: USD to IRR

For more information, visit www.xe.com

**US Dollar to Iranian Rial Chart**

This USD/IRR Chart lets you see this pair's currency rate history for up to 10 years! XE uses highly accurate, live mid-market rates.

**XE Currency App**
- Live rates
- 65 million downloads
- Easy and free

Download Now

USD to IRR Chart

4 Aug 2014 00:00 UTC - 3 Aug 2019 17:37 UTC    **USD/IRR** close:**42025.31859** low:**26303.00000** high:**44134.78757**



### Send Money Online with XE ▶
Bank wire international money transfers online.
- Works with your bank account
- Competitive rates

The

### Get a currency data API ▶
Need commercial grade rates for your business? The XE Currency Data API easily

Case 9:16-cv-81871-KAM   Document 492-13   Entered on FLSD Docket 08/03/2019   Page 4 of 4

8/3/2019                                     XE: USD / CNY Currency Chart. US Dollar to Chinese Yuan Renminbi Rates

World's Trusted Currency Authority

Home > XE Currency Charts > USD/CNY Chart

# XE Currency Charts: USD to CNY

For more information, visit www.xe.com

**US Dollar to Chinese Yuan Renminbi Chart**

This USD/CNY Chart lets you see this pair's currency rate history for up to 10 years! XE uses highly accurate, live mid-market rates.

**Ria Money Transfer**
- Budget friendly
- Hassle-free
- Safe & Secure

Send Money Now

USD to CNY Chart

4 Aug 2014 00:00 UTC - 3 Aug 2019 17:38 UTC   **USD/CNY** close:**6.93816** low:**6.10370** high:**6.97382**



Get a currency data API ▶

Need commercial grade rates for your business? The XE Currency Data API easily

Need a cash payout option? With cash payout to over 100

The