UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81871-KAM

LAN LI, *et. al.*,

Plaintiffs,

v.

JOSEPH WALSH, *et. al.*,

Defendants.
_____/

LAN LI, et al.,

Plaintiffs,

v.

PNC BANK, N.A., and
RUBEN RAMIREZ,

Defendants/Third Party Plaintiffs,

v.

JOSEPH WALSH, SR.,
ROBERT MATTHEWS, and
LESLIE ROBERT EVANS,

Third Party Defendants.
_____/

## **ORDER**

This cause is before the Court upon Third Party Plaintiffs' Motion for an Order Authorizing Alternative Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) and the Court's June 10, 2019 Orders (DE 479). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The Court takes judicial notice of the submissions made by Plaintiffs relative to service upon Third-Party Defendant Joseph Walsh, Sr. found at Docket Entry 102.  Additionally, the Court relies upon the authority of *Rio Properties, Inc. v. Rio International Interlink,* 284 F.3d 1007, 1015 (9th Cir. 2002)("Rule 4(f)(3) includes no qualifiers or limitations which indicate its availability only after attempting service of process by other means."  "Thus, examining the language and structure of Rule 4(f) and the accompanying advisory committee notes, we are left with the inevitable conclusion that service of process under Rule 4(f)(3) is neither a 'last resort' nor 'extraordinary relief.' . . .  It is merely one means among several which enables service of process on an international defendant.").

In view of the record evidence that Third-Party Defendant Joseph Walsh, Sr. Is resident in a foreign country and has evaded service of process for this case, Third Party Plaintiffs' Motion for an Order Authorizing Alternative Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) and the Court's June 10, 2019 Orders (DE 479) is **GRANTED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of August, 2019.

                                                      KENNETH A. MARRA
                                                      United States District Judge