UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **LAN LI**, *et al.*, <br><br>   Plaintiffs, <br><br>     v. <br><br>**JOSEPH WALSH**, *et al.*, <br><br>   Defendants. | Civ. No. 16-81871 <br> **LEAD CASE** |
| **LAN LI**, *et al.*, <br><br>   Plaintiffs, <br><br>v. <br><br>**PNC BANK, N.A.**, and <br>**RUBEN RAMIREZ,** <br><br>   Defendants | Civ. No. 19-80332 |

## DEFENDANTS' MOTION FOR LEAVE TO JOIN WITH KK-PB FINANCIAL, LTD. IN OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Defendants PNC Bank, N.A. ("PNC Bank") and Ruben Ramirez, by and through undersigned counsel, respectfully seek leave of Court to join with Defendant KK-PB Financial, Ltd. ("KK-PB"), in opposing the Plaintiffs' Motion for Protective Order (D.E. 490), and in support of this motion state as follows:

   1.  Defendants PNC Bank and Ramirez are before this Court in the case *Li, et al., v. PNC Bank, et al.,* Civ. No. 19-80332 (the "*Li v PNC Bank*" case), which was consolidated for purposes of discovery with the main case of *Li, et al. v. Walsh*, et al., Civ. No. 16-81871 (the "*Li v. Walsh*" case) (D.E. 417). Significantly, the parties in *Li v. PNC Bank* case have yet to commence discovery – in fact, the parties only recently submitted their Joint Scheduling Report to the Court

on Friday August 2, 2019 (*see* D.E. 489), and have not yet exchanged any information or documents under Federal Rule of Civil Procedure 26.

2. Nevertheless, the issue of the location and format of the Plaintiffs' deposition is a critical one for Defendants PNC Bank and Ramirez. The parties discussed this issue at length in preparing the Joint Scheduling Report and the Defendants strongly believe the Plaintiffs should be required to appear in the Southern District of Florida to be deposed. The parties set forth their conflicting positions on this issue in the Joint Scheduling Report. (*See* D.E. 489 at pp. 5-6.)

3. Joinder in opposing Plaintiffs' Motion for a Protective Order is appropriate because the *Li v. PNC Bank* case has been consolidated with the *Li v. Walsh* case for purposes of discovery. Defendants PNC Bank and Ramirez anticipate that the Court's ruling on this issue will subsequently apply to PNC Bank and Ramirez when the time comes for them to depose the Plaintiffs.

4. Moreover, joinder in opposing the Motion promotes judicial efficiency and economy by obviating the need for the *Li v. PNC* parties to relitigate these identical issues.

5. As a result, PNC Bank and Ramirez seek leave of Court to join in Defendant KK-PB's response in opposition to the Plaintiffs' Motion for Protective Order, pursuant to the Court's Order Setting Briefing Schedule (D.E. 496).

6. In addition, in the event Defendants PNC Bank and Ramirez have additional points to raise, which are unique to them, they seek leave to submit a separate, supplemental brief of no more than five (5) pages, to be filed on or before August 14, 2019.

**WHEREFORE**, Defendants PNC Bank and Ramirez respectfully request that the Court grant them leave to join in the brief to be filed by Defendant KK-PB in opposition to Plaintiffs' Motion for Protective Order and to submit a supplemental five-page brief.

## COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

Undersigned counsel certify that they consulted with Plaintiffs' counsel regarding the instant motion in a good faith effort to obtain their consent to the Motion. Plaintiffs' counsel objects to the relief sought herein.

Dated: August 8, 2019     Respectfully submitted,

/s/  Nina Stillman Mandel
NINA STILLMAN MANDEL
Fla. Bar No. 843016
**MANDEL & MANDEL LLP**
169 East Flagler Street, Suite 1224
Miami, Florida 33131
Telephone: 305.374.7771
nsm@mandel.law

/s/  Peter D. Hardy
Peter D. Hardy (admitted *pro hac vice*)
Terence Grugan (admitted *pro hac vice*)
Mary Treanor (admitted *pro hac vice*)
Juliana Carter (admitted *pro hac vice*)
Mansi Shah (admitted *pro hac vice*)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103

*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed via CM/ECF on this 8th day of August 2019, and was therefore served by electronic mail on all parties.

/s/ Nina Stillman Mandel