UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **LAN LI**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civ. No. 16-81871** |
| | ) | **LEAD CASE** |
| **JOSEPH WALSH**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

FILED BY _____ D.C.
AUG 22 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

| | | |
|---|---|---|
| **LAN LI**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civ. No. 19-80332** |
| | ) | |
| **PNC BANK, N.A.**, and **RUBEN RAMIREZ**, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ON DEFENDANTS' MOTION FOR LEAVE TO JOIN WITH KK-PB FINANCIAL, LTD. IN OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER [DE 503]

**THIS CAUSE** is before the Court upon the Motion of Defendants PNC Bank and Ramirez for leave to join with Defendant KK-PB Financial, Ltd. in opposing the Plaintiffs' Motion for Protective Order regarding the Plaintiffs' depositions [DE 490] and to file a supplemental five-page brief regarding any additional points PNC Bank and Ramirez may seek to raise. Plaintiffs have filed a Response [DE 513] and Defendants PNC Bank and Ramirez have filed a Reply [DE 514]. The Court has carefully considered the motion and is otherwise fully advised in the premises and finds that is in the interest of judicial and attorney economy to permit Defendants PNC Bank and Ramirez to join with Defendant KK-PB Financial, Ltd. in opposing Plaintiffs' Motion for Protective Order regarding the Plaintiffs' depositions [DE 490].

It is hereby **ORDERED** and **ADJUDGED** that Defendants PNC Bank and Ramirez's Motion [DE 503] is **GRANTED**. Defendants PNC Bank and Ramirez are permitted to join with Defendant KK-PB Financial, Ltd. in opposing the Plaintiffs' Motion. Defendants PNC Bank and Ramirez may file a supplemental five-page brief regarding any additional points PNC Bank and Ramirez may seek to raise on or before Tuesday, August 27, 2019. If Plaintiffs wish to file a Reply, they may do so on or before Thursday, August 29, 2019. The parties shall be prepared to argue their respective positions to the Court at the hearing scheduled for Wednesday, September 4, 2019.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 22nd day of August 2019.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE