# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE No. 9:16-cv-81871-KAM

LAN LI, an individual, et al.,

       Plaintiffs,

vs.

JOSEPH WALSH, an individual, et al.,

       Defendants.
_____/

### DEFENDANT/CROSS-CLAIMANT, KK-PB FINANCIAL, LLC'S NOTICE TO TAKE DEPOSITIONS DUCES TECUM

Please take notice, pursuant to Rules 26 and 30 Fed. R. Civ. P. that Defendant/Cross-Claimant, KK-PB Financial, LLC ("KK-PB"), shall take the deposition set forth hereafter:

**I. Deponents**

    1. Leslie Robert Evans, Esq.

    2. Rule 30(b)(6) Company Representative for Leslie Robert Evans & Associates, P.A. – to inquire as to the matters set forth in Appendix 1.

    3. Records Custodian for Leslie Robert Evans & Associates, P.A., from January 1, 2013 to the present.

**II. Date and Time:** Tuesday, August 6, 2019 at 10:00 a.m.

**III. Location:** Phipps Reporting, Inc.
1551 Forum Place – Suite 200E
West Palm Beach, FL 33401

Pursuant to Rule 30(b)(2), the Deponents are requested to produce, for review at the deposition, documents requested in Appendix 2.

Said depositions shall continue from day to day until concluded.

## Appendix 1
## Rule 30(b)(6)

1. All Documents executed at the August 30, 2013 Closing of the sale of the Palm House Hotel.

2. All persons present at the Closing.

3. Matters discussed at the Closing.

4. All directives or instructions received from Robert Matthews and/or Maria Matthews before, at or after the Closing regarding items to be paid or not to be paid as listed on the closing Statement.

# **Appendix 2**

## I. <u>Definitions</u>

1. Unless otherwise noted, the time period covered by this Request shall be January 1, 2013 to the present.

2. The terms "you," and "your" means Leslie Robert Evans or Leslie Robert Evans & Associates, P.A. and any agents, attorneys, accountants, employees, expert witnesses, servants or any other person (as defined in paragraph 3 below) acting on your behalf or subject to your control.

3. The term "person" used herein means any individual, firm, natural person, corporation, partnership, unincorporated association, trust, and any other business or governmental entity.

4. The term "Document" has the full extent of the meaning and includes any writing and any other tangible thing in your custody, possession, or control, whether printed, recorded, reproduced by any process, or written or produced by hand, including, but not limited to, the original and any non-identical copy (which is different from the original because of notations on such copy or otherwise), including, without limitation, letters, reports, agreements (including drafts, proposals and any and all exhibits hereto), maps and drawings, communications, including intra company communications, correspondence, electronic mail transmissions, text messages, social media site postings, facsimile transmissions, telegrams, teletype messages, memoranda, summaries, records or records of personal conversations, diaries, forecasts, photographs, tape recordings, models, statistical statements, graphs, laboratory and engineering reports and notebooks, charts, plans, drawings, minutes or records of conferences, agendas, lists of persons attending meetings or conferences, reports and/or summaries of interviews, reports, and/or summaries of investigations, opinions or reports of consultants; brochures, pamphlets, circulars, advertisements, circulars trade letters, press releases, drafts of any documents and revisions of drafts of any documents, tabulations, charts, books of account, ledgers, invoices, financial statements, purchase orders, receipts, and canceled checks. The term "document" shall include data stored, maintained or organized electronically or magnetically through computer equipment, translated, if necessary, by you into a reasonably usable form, including but not limited to, cloud storage or any

other method of electronic storage.

5. The terms "reflecting," "relating to," "reflecting or relating to," and "in connection with" mean referring to, evidencing, pertaining to, consisting of, indicating, concerning, or in any way logically or factually connected with the matter discussed or to which reference is made.

6. "Identify" or "identification" shall mean, with respect to any natural person, to state the full name, home address, business address, employer and position or positions within each organization, employing such person at the present time and any other time relevant to the matters at issue in this lawsuit; and, with respect to any other person as defined in definition (3) above, to state his, her or its' full name, address and principal place of business.

7. "Identify" or "identification" shall mean, with respect to any document, to set forth the date thereof, the title (if any), the name of the person or persons authoring such document, the name of the person or persons to whom such document was given or transmitted, the present location and custodian of the document, or any copies thereof, and the topic dealt with therein with reasonable specificity, and to describe the relevant page or pages and line or lines there of (or annex a copy to the response and answer of these requests for production with appropriate designations of such pages and lines).

8. "KK-PB" shall mean the Defendant/Cross-Claimant, KK-PB Financial, LLC.

9. "Closing" – the August 30, 2013 Closing for the sale of the Palm House Hotel.

## II.  Request for Production of Documents

1. The Leslie Robert Evans & Associates IOTA Account ledgers from January 1, 2013 through December 31, 2014 referring or relating to the Palm House Hotel.
2. All Documents being emails, text messages or other electronic transmissions of information to or from Robert Matthews or Maria Matthews regarding or relating to any of the disbursements pursuant to the August 30, 2013 Closing Statement.

Respectfully submitted,

/s/ Larry A. Zink
Larry A. Zink, Esq.
Florida Bar No. 0109592

ZINK, ZINK & ZINK CO., L.P.A.
1198 Hillsboro Mile – Suite 244
Hillsboro Beach, FL 33062
Telephone: (330) 492-2225
Facsimile: (330) 492-3956
Cell Phone: (330) 495-0171
Email: zinklaw3711@yahoo.com
*Counsel for Defendant/Cross-Claimant,*
*KK-PB Financial, LLC*

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, on this ___ day of June, 2019, and that the foregoing document is being served this day on all counsel of record identified on the Service List below, via transmission of Notices of Electronic Filing generated by CM/ECF.

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue – Suite 114
Fort Lauderdale, FL 33301
Email: gelderlaw@gmail.com
*Counsel for Defendants:*
*Leslie Robert Evans; and*
*Leslie Robert Evans & Associates, P.A.*
and
All other counsel via email

/s/ Larry A. Zink
Larry A. Zink, Esq.
Florida Bar No. 0109592