# EXHIBIT E

**Heather Shatzel**

| | |
|---|---|
| **From:** | David George <dgeorge@4-justice.com> |
| **Sent:** | Wednesday, August 14, 2019 2:31 PM |
| **To:** | Alaina Fotiu-Wojtowicz |
| **Cc:** | Heather Shatzel; Annelise Abrams; Jana Coelho |
| **Subject:** | RE: Deposition Dates |

Alaina,

Mr. Siamak Nia has requested to have his deposition taken on September 11, 2019 if that would work for your schedule.  We could then take your clients' depositions on September 10th.  Would that work for you?

Regards,

David


*David J. George, Esq.*
**Managing Shareholder**




**George Gesten McDonald, PLLC**
**9897 Lake Worth Road, Suite #302**
**Lake Worth, Florida 33467**
**Telephone: (561) 232-6002**
**Toll Free: (833) FIND JUSTICE (833) 346-3587**
**Fax: (888) 421-4173**
**Cell: (561) 383-0927**
**DGeorge@4-Justice.com**

This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. George Gesten McDonald, PLLC is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

**From:** Alaina Fotiu-Wojtowicz <alaina@bfwlegal.com>
**Sent:** Tuesday, August 13, 2019 7:15 PM
**To:** David George <dgeorge@4-justice.com>
**Cc:** Heather Shatzel <heather@bfwlegal.com>; Annelise Abrams <annelise@bfwlegal.com>
**Subject:** RE: Deposition Dates

David:

I'm open on August 27, 29 and September 10.  I'm on a 4-week trial docket for a case that I expect to go to trial starting September 17. I have a fair amount of availability during that time frame but I'd hate for your client to buy a ticket to come here and us end up having to cancel.  So I'd prefer to set this one on a date that we know works for everyone.  Let me know if those dates work for you and for Mr. Nia.

Sincerely,

Alaina Fotiu-Wojtowicz, Esq.



200 SE 1st Street
Suite 400
Miami, Florida 33131
T. 305-503-5054
F. 786-749-7644
alaina@bfwlegal.com
www.bfwlegal.com

---

**From:** David George <dgeorge@4-justice.com>
**Sent:** Tuesday, August 13, 2019 7:09 PM
**To:** Alaina Fotiu-Wojtowicz <alaina@bfwlegal.com>
**Cc:** Heather Shatzel <heather@bfwlegal.com>; Annelise Abrams <annelise@bfwlegal.com>
**Subject:** Re: Deposition Dates

Ok I will get dates.  Any preferences?

Regards,
David
David J. George, Esq.
Managing Shareholder
George Gesten McDonald, PLLC
9897 Lake Worth Road, Suite #302
Lake Worth, Florida 33467
Telephone: (561) 232-6002
Toll Free: (888) 421-4LAW (888-421-4529)
Fax: (888) 421-4173
Cell: (561) 383-0927
DGeorge@4-Justice.com

This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have

accepted these risks. George Gesten McDonald, PLLC is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

---

**From:** Alaina Fotiu-Wojtowicz <alaina@bfwlegal.com>
**Sent:** Tuesday, August 13, 2019 7:07:40 PM
**To:** David George <dgeorge@4-justice.com>
**Cc:** Heather Shatzel <heather@bfwlegal.com>; Annelise Abrams <annelise@bfwlegal.com>
**Subject:** RE: Deposition Dates

David:

My client is going to present for deposition in South Florida, once scheduled.  We would prefer to take both depositions here rather than travel there for the depositions.

Sincerely,

Alaina Fotiu-Wojtowicz, Esq.



200 SE 1st Street
Suite 400
Miami, Florida 33131
T. 305-503-5054
F. 786-749-7644
alaina@bfwlegal.com
www.bfwlegal.com

---

**From:** David George <dgeorge@4-justice.com>
**Sent:** Monday, August 12, 2019 2:39 PM
**To:** Alaina Fotiu-Wojtowicz <alaina@bfwlegal.com>
**Cc:** Heather Shatzel <heather@bfwlegal.com>; Annelise Abrams <annelise@bfwlegal.com>
**Subject:** RE: Deposition Dates

Alaina,

Yes I will get you some deposition dates.  Since Mr. Herischi is in Maryland and Mr. Siamak Nia would be coming from Maryland to WPB as well, and I would like to depose your client too, would you be willing to take both depositions in Maryland on consecutive days?


Regards,

David

*David J. George, Esq.*
**Managing Shareholder**



**George Gesten McDonald, PLLC**

**9897 Lake Worth Road, Suite #302**
**Lake Worth, Florida 33467**
**Telephone: (561) 232-6002**
**Toll Free: (833) FIND JUSTICE (833) 346-3587**
**Fax: (888) 421-4173**
**Cell: (561) 383-0927**
**DGeorge@4-Justice.com**



This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. George Gesten McDonald, PLLC is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

**From:** Alaina Fotiu-Wojtowicz <alaina@bfwlegal.com>
**Sent:** Monday, August 12, 2019 2:32 PM
**To:** David George <dgeorge@4-justice.com>
**Cc:** Heather Shatzel <heather@bfwlegal.com>; Annelise Abrams <annelise@bfwlegal.com>
**Subject:** Deposition Dates

David:

Can you get some dates that you and Mr. Siamak Nia are available for deposition in WPB.  We can then clear with all counsel and get it set.  It's my understanding also that he is fluent in English and will not require a translator.  Please confirm.

Sincerely,

Alaina Fotiu-Wojtowicz, Esq.



200 SE 1st Street
Suite 400
Miami, Florida 33131
T. 305-503-5054
F. 786-749-7644
alaina@bfwlegal.com

4

www.bfwlegal.com