UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81871-KAM

LAN LI, *et. al.*,

Plaintiffs,

v.

JOSEPH WALSH, *et. al.*,

Defendants.
_____/

**<u>ORDER</u>**

This cause is before the Court upon Plaintiffs' Motion to Modify Scheduling Order to Extend Discovery Cutoff and Schedule Joint Status Conference (DE 505). Defendants KK-PB, Financial, LLC and Ali Herischi and Herischi & Associates, LLC filed responses. The Court has carefully considered the Motion, the responses and the replies and is otherwise fully advised in the premises.

Plaintiffs request that the Court extend the discovery cutoff for an additional six months, the expert discovery deadline by two months and schedule a joint status conference. Two Defendants object, claiming that Plaintiffs have not been diligently pursuing discovery and delayed filing the related case.

Given the complexity and enormity of this case, the Court finds Plaintiffs' request to be reasonable. The Court does not see a reason to conduct a status conference to resolve this motion.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) Plaintiffs' Motion to Modify Scheduling Order to Extend Discovery Cutoff and Schedule Joint Status Conference (DE 505) is **GRANTED IN PART AND DENIED IN PART**.

2) Discovery deadline is extended until March 30, 2020.

3) Expert discovery deadline is extended until May 29, 2020.

4) The request for a status conference is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of September, 2019.

_____
KENNETH A. MARRA
United States District Judge