# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **LAN LI**, et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 16-81871-Civ-Marra ) |
| **JOSEPH WALSH**, et al., | ) ) |
|     Defendants. | ) ) |

### ORDER ON PNC BANK, N.A.'S MOTION TO QUASH SUBPOENA

**THIS CAUSE** is before the Court upon PNC Bank, N.A.'s Motion to quash the Plaintiffs' August 6, 2019 Subpoena *Duces Tecum* (the "Subpoena"). D.E. ___.  The Court has carefully considered the motion and is otherwise fully advised in the premises. It is therefore,

**ORDERED** and **ADJUDGED** that the instant Motion is **GRANTED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this _____ day of _____ 2019.

                                                                          _____
                                                                          KENNETH A. MARRA
                                                                          UNITED STATES DISTRICT JUDGE

Cc: All counsel