# EXHIBIT A

## Nina Stillman Mandel

| | |
|---|---|
| **From:** | David George <dgeorge@4-justice.com> |
| **Sent:** | Wednesday, September 18, 2019 4:26 PM |
| **To:** | Hardy, Peter D. |
| **Cc:** | Nina Stillman Mandel; KaretnickA@ballardspahr.com; Carter, Juliana B. |
| **Subject:** | RE: Palm House |

Peter,

When we filed our Motion to Modify Scheduling Order to Extend Discovery Cutoff and Schedule Joint Status Conference (DE 505), we specifically asked for a joint status conference because of the circumstances caused by the disjointed/disparate/uneven timelines between the 2016 "Lead" case compared to what we negotiated/agreed to propose in the 2019 case, only we referred to it as the "anomaly." In his order dated September 5, 2019 (DE 532), Judge Marra said "The Court does not see a reason to conduct a status conference to resolve this motion."

As a result of the Courts specific ruling regarding the lack of a need for a joint status conference, we oppose you motion. Here is what we request you say in your motion regarding our position:

Plaintiffs oppose this Motion on the basis that they previously requested a joint status conference as part of their Motion to Modify Scheduling Order to Extend Discovery Cutoff and Schedule Joint Status Conference (DE 505), and in the Court's order dated September 5, 2019 (DE 532), the Court stated "[t]he Court does not see a reason to conduct a status conference to resolve this motion." Plaintiffs' position is that this issue has already been resolved by the Court.

If you choose not to accurately disclose our position to the Court, we will do so in an opposition motion.

Regards,

David

*David J. George, Esq.*
**Managing Shareholder**



**George Gesten McDonald, PLLC**
**9897 Lake Worth Road, Suite #302**
**Lake Worth, Florida 33467**
**Telephone: (561) 232-6002**
**Toll Free: (833) FIND JUSTICE (833) 346-3587**
**Fax: (888) 421-4173**
**Cell: (561) 383-0927**
DGeorge@4-Justice.com

1



This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. George Gesten McDonald, PLLC is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

**From:** Hardy, Peter D. <HardyP@ballardspahr.com>
**Sent:** Wednesday, September 18, 2019 3:52 PM
**To:** David George <dgeorge@4-justice.com>
**Cc:** Nina Stillman Mandel <nsm@mandel.law>; KaretnickA@ballardspahr.com; Carter, Juliana B. <CarterJ@ballardspahr.com>
**Subject:** Palm House

Dear David:

We intend to request Judge Marra to hold a status conference regarding the parties' filed joint proposed scheduling order. Due to the disjointed/disparate/uneven timelines between the 2016 "Lead" case compared to what we negotiated/agreed to propose in the 2019 case, we need clarity from Judge Marra regarding the consolidation of the two cases.

We would prefer to have such a conference by phone, if the Court agrees.

May we represent that you agree to or don't oppose (i) such a conference (ii) preferably by phone?

Happy to discuss. Thanks.

**Peter D. Hardy**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8838 DIRECT
215.864.8999 FAX

215.900.1653 MOBILE | hardyp@ballardspahr.com
*Money Laundering Watch* | LINKEDIN | VCARD

www.ballardspahr.com