# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE No. 9:16-cv-81871-KAM

LAN LI, an individual; et al.,

      Plaintiffs,

v.

JOSEPH WALSH, an individual; et al.,

      Defendants.

_____/

## PLAINTIFFS' INITIAL DISCLOSURES

Plaintiffs, Lan Li, et al., pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, through their undersigned counsel, hereby serve their initial disclosures and state:

**I.**    **Individuals Likely to Have Discoverable Information – FRCP 26(a)(1)(A)(i)**

1.    **Lan Li**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Lan Li has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Lan Li also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Lan Li also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

2.    **Hao Lou**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Hao Lou has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Hao Lou

also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Hao Lou also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

3.      **Shaoqing Zeng**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Shaoqing Zeng has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Shaoqing Zeng also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Shaoqing Zeng also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

4.      **Li Chao Hui**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Li Chao Hui has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Li Chao Hui also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Li Chao Hui also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

5.      **Yingjun Yang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Yingjun Yang has

information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Yingjun Yang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Yingjun Yang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

6.     **Mohammad Zargar**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Mohammad Zargar has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Mohammad Zargar also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Mohammad Zargar also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

7.     **Shahriar Ebrahimian**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Shahriar Ebrahimian has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Shahriar Ebrahimian also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Shahriar Ebrahimian also has knowledge of the personal

circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

8.     **Sara Salehin**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Sara Salehin has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Sara Salehin also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Sara Salehin also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

9.     **Ying Tan**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Ying Tan has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Ying Tan also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Ying Tan also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

10.     **Tao Xiong**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Tao Xiong has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Tao Xiong also has knowledge of the denial of investors' I-526 petitions because of defendants' collective

acts and omissions, as well as the nature and amount of the damages sustained. Tao Xiong also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

11.     **Junqiang Feng**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Junqiang Feng has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Junqiang Feng also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Junqiang Feng also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

12.     **Ran Chen**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Ran Chen has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Ran Chen also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Ran Chen also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

13.     **Xiang Shu**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Xiang Shu has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Xiang Shu

also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Xiang Shu also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

14.     **Xiang Chunhua**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Xiang Chunhua has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Xiang Chunhua also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Xiang Chunhua also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

15.     **Kuang Yaoping**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Kuang Yaoping has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Kuang Yaoping also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Kuang Yaoping also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

16.     **Bei Zhu**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Bei Zhu has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Bei Zhu also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Bei Zhu also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

17.     **Qiong Deng**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.   Qiong Deng has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Qiong Deng also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Qiong Deng also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

18.     **Qiongfang Zhu**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Qiongfang Zhu has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Qiongfang Zhu also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.   Qiongfang Zhu also has knowledge of the personal circumstances created by the

fraud, including both economic damages and the suffering that has been endured because of the fraud.

19.     **Zhiling Gan**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Zhiling Gan has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Zhiling Gan also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Zhiling Gan also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

20.     **Cuilian Li**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Cuilian Li has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Cuilian Li also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Cuilian Li also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

21.     **Yulong Tang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Yulong Tang has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Yulong Tang also has knowledge of the denial of investors' I-526 petitions because of

defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Yulong Tang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

22.     **Lili Zhang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Lili Zhang has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Lili Zhang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Lili Zhang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

23.     **Shuangyun Wang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Shuangyun Wang has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Shuangyun Wang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Shuangyun Wang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

24.     **Wenhao Zhang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Wenhao Zhang has information regarding some of the many misrepresentations made by and/or on behalf of the

defendants, as well as the information relied upon when investing in the Palm House Hotel project. Wenhao Zhang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Wenhao Zhang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

25. **Sha Shi**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Sha Shi has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Sha Shi also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Sha Shi also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

26. **Liyan Feng**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Liyan Feng has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project. Liyan Feng also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Liyan Feng also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

27.     **Min Cui**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Min Cui has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Min Cui also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Min Cui also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

28.     **Ruji Li**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Ruji Li has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Ruji Li also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Ruji Li also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

29.     **Qingyun Yu**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Qingyun Yu has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Qingyun Yu also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages

sustained.  Qingyun Yu also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

30.     **Ling Li**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Ling Li has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Ling Li also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Ling Li also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

31.     **Baoping Liu**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Baoping Liu has information regarding some of the many misrepresentations made by and/or on behalf of the defendants that were relayed to the Chinese victims, as well as the information relied upon when investing in the Palm House Hotel project.  Baoping Liu also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Baoping Liu also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

32.     **Daqin Weng**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Daqin Weng has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel

project.  Daqin Weng also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Daqin Weng also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

33.    **Xiaoping Zhang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Xiaoping Zhang has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Xiaoping Zhang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Xiaoping Zhang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

34.    **Shaoping Huang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Shaoping Huang has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Shaoping Huang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Shaoping Huang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

13

35.     **Yi Zhao**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Yi Zhao has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Yi Zhao also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Yi Zhao also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

36.     **Changyue Liu**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Changyue Liu has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Changyue Liu also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Changyue Liu also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

37.     **Yajun Kang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Yajun Kang has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Yajun Kang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages

sustained.  Yajun Kang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

38.     **Chengyu Gu**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Chengyu Gu has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Chengyu Gu also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Chengyu Gu also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

39.     **Yan Chen**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Yan Chen has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Yan Chen also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Yan Chenalso has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

40.     **Dongsheng Zhu**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Dongsheng Zhu has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Dongsheng Zhu also has knowledge of the denial of investors' I-526 petitions because

of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Dongsheng Zhu also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

41.     **Rujing Wei**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Rujing Wei has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Rujing Wei also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Rujing Wei also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

42.     **Juewei Zhou**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Juewei Zhou has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Juewei Zhou also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Juewei Zhou also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

43.     **Min Li**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Min Li has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as

well as the information relied upon when investing in the Palm House Hotel project.  Min Li also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Min Li also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

44.     **Chunning Ye**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Chunning Ye has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Chunning Ye also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Chunning Ye also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

45.     **Hongru Pan**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Hongru Pan has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Hongru Pan also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Hongru Pan also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

46.     **Feng Guo**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Feng Guo has information

regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Feng Guo also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Feng Guo also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

47. **Zheng Yu**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Zheng Yu has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Zheng Yu also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Zheng Yu also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

48. **Tingting Sun**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Tingting Sun has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Tingting Sun also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Tingting Sun also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

49.     **Xiao Sun**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Xiao Sun has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Xiao Sun also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Xiao Sun also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

50.     **Yawen Li**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Yawen Li has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Yawen Li also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Yawen Li also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

51.     **Tonghui Luan**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Tonghui Luan has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Tonghui Luan also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages

sustained.  Tonghui Luan also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

52.     **Li Zhang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Li Zhang has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Li Zhang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Li Zhang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

53.     **Yuanbo Wang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Yuanbo Wang has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Yuanbo Wang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Yuanbo Wang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

54.     **Shu Jiang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Shu Jiang has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Shu Jiang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective

acts and omissions, as well as the nature and amount of the damages sustained.  Shu Jiang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

55.     **Ying Fei**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Ying Fei has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Ying Fei also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Ying Fei also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

56.     **Li Dongsheng**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Li Dongsheng has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Li Dongsheng also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Li Dongsheng also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

57.     **Tang Cheok Fai**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Tang Cheok Fai has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel

21

project.  Tang Cheok Fai also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Tang Cheok Fai also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

58.   **Xiaonan Wang**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Xiaonan Wang has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Xiaonan Wang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Xiaonan Wang also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

59.   **Reza Siamak Nia**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Reza Siamak Nia has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Reza Siamak Nia also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Reza Siamak Nia also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

60.     **Sanaz Salehin**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Sanaz Salehin has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Sanaz Salehin also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Sanaz Salehin also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

61.     **Ali Adampeyra**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Ali Adampeyra has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Ali Adampeyra also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.   Ali Adampeyra also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

62.     **Mohammadreza Sedaghat**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980. Mohammadreza Sedaghat has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Mohammadreza Sedaghat also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the

nature and amount of the damages sustained.  Mohammadreza Sedaghat also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

63.    **Halil Erseven**, c/o David George, Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, (561) 655-1980.  Halil Erseven has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, as well as the information relied upon when investing in the Palm House Hotel project.  Halil Erseven also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Halil Erseven also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

64.    **Yang Xiangjun**, Room 503, Tower 2, Phase 1, No. 128 Zhongkang Road, Futian District, Shenzhen, Guangdong.  Yang Xiangjun has information regarding some of the many misrepresentations made by and/or on behalf of the defendants to him by certain of the defendants, orally and/or in writing, with the intention that they be repeated, as the truth, to the Chinese victims.  Yang Xiangjun also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Yang Xiangjun also has knowledge of some of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

65.    **Reza Salehin**, 11 Ghorban Sneeidi Ave #3, Tehran, Iran 19649.  Reza Salehin has information regarding some of the many misrepresentations made by and/or on behalf of the defendants that were relayed to the Iranian victims.  Reza Salehin also has knowledge of the

denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Reza Salehin also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

66.     **Xian Ma**, Room 1206, Building C, Xiexin Center, No. 68 Yanghe 1st Road, Jiangbei District, Chongqing.  Xian Ma has information regarding some of the many misrepresentations made by and/or on behalf of the defendants to her by certain of the defendants, orally and/or in writing, with the intention that they be repeated, as the truth, to the Chinese victims.  Xian Ma also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Xian Ma also has knowledge of some of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

67.     **Paymun Zargar**, 236 Charles Pl, Wilmette, IL 60091.  Paymun Zargar has knowledge of the denial of the Iranian investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of damages sustained.  Mr. Zargar also has information regarding some of the many misrepresentations made by and/or on behalf of the defendants that were relayed to the Iranian victims.  In addition, Mr. Zargar also has information regarding Ali Herischi and Herischi & Associates' failure to disclose to the Iranian victims that they were getting kickbacks from some of the defendants in return for delivering the Iranian victims as investors, their admission of the existence of the kickbacks after the fraud was exposed and their acknowledgement of the existence of the fraud.

68.     **Iman Salehin**, 11 Ghorban Sneeidi Ave #3, Tehran, Iran 19649.  Iman Salehin has information regarding some of the many misrepresentations made by and/or on behalf of the defendants that were relayed to the Iranian victims.  Iman Salehin also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Iman Salehin also has knowledge of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud

69.     **Fei Qi**, 15F China World Tower III No.1 Jianguomenwai Ave, Chaoyang District 100004, Beijing, P.R.China.     Fei Qi has information regarding some of the many misrepresentations made by and/or on behalf of the defendants, orally and/or in writing.  Fei Qi also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Fei Qi also has knowledge of some of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

70.     **Edwin Sheih**, 21/F, Tower A, Building No.3 Zhuoyueshiji zhongxin, Fuhua 3rd Road, Futian District, Shenzhen City, Guangdong Province, China P.C 518048.  Edwin Sheih has information regarding some of the many misrepresentations made by and/or on behalf of the defendants to the immigration agents by certain of the defendants, orally and/or in writing, with the intention that they be repeated, as the truth, to the Chinese victims.  Edwin Sheih also has knowledge of the immigration agents' acceptance of the misrepresentations made by and/or on behalf of the defendants to them, orally and/or in writing, as true, and the repetition of those misrepresentations to certain EB-5 investors, as well as the EB-5 investors' reliance on them.  Edwin Sheih also has knowledge of the denial of investors' I-526 petitions because of

defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Edwin Sheih also has knowledge of some of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

71. **Wujian Xie**, 21/F, Tower A, Building No.3 Zhuoyueshiji zhongxin, Fuhua 3rd Road, Futian District, Shenzhen City, Guangdong Province, China P.C 518048. Wujian Xie has information regarding some of the many misrepresentations made by and/or on behalf of the defendants to the immigrations agents by certain of the defendants, orally and/or in writing, with the intention that they be repeated, as the truth, to the Chinese victims. Wujian Xie also has knowledge of the immigration agents' acceptance of the misrepresentations made by and/or on behalf of the defendants to them, orally and/or in writing, as true, and the repetition of those misrepresentations to certain EB-5 investors, as well as the EB-5 investors' reliance on them. Wujian Xie also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained. Wujian Xie also has knowledge of some of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

72. **Shuanghu Zhang**, Room 2208, Di Wang Commercial Center, No. 5002 Shen Nan Road East, Luohu District, Shenzhen, Guangdong, China. Shuanghu Zhang has information regarding some of the many misrepresentations made by and/or on behalf of the defendants to the immigrations agents by certain of the defendants, orally and/or in writing, with the intention that they be repeated, as the truth, to the Chinese victims. Shuanghu Zhang also has knowledge of the immigration agents' acceptance of the misrepresentations made by and/or on behalf of the defendants to them, orally and/or in writing, as true, and the repetition of those

misrepresentations to certain EB-5 investors, as well as the EB-5 investors' reliance on them. Shuanghu Zhang also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Shuanghu Zhang also has knowledge of some of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

73.     **Jiaqi Cai**, 18/F, Dongshan Plaza, No. 69 Xianlie Zhong Road, Yuexiu District, Guangzhou, P. R. China   510095. Jiaqi Cai has information regarding some of the many misrepresentations made by and/or on behalf of the defendants to the immigration agents by certain of the defendants, orally and/or in writing, with the intention that they be repeated, as the truth, to the Chinese victims.   Jiaqi Cai also has knowledge of the immigration agents' acceptance of the misrepresentations made by and/or on behalf of the defendants to them, orally and/or in writing, as true, and the repetition of those misrepresentations to certain EB-5 investors, as well as the EB-5 investors' reliance on them.  Jiaqi Cai also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Jiaqi Cai also has knowledge of some of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

74.     **Yan Geng**, No. 77 Hong Kong Middle Road, Qingdao, Shandong, China.  Yan Geng has information regarding some of the many misrepresentations made by and/or on behalf of the defendants to the immigration agents by certain of the defendants, orally and/or in writing, with the intention that they be repeated, as the truth, to the Chinese victims.  Yan Geng also has knowledge of the immigration agents' acceptance of the misrepresentations made by and/or on

behalf of the defendants to them, orally and/or in writing, as true, and the repetition of those misrepresentations to certain EB-5 investors, as well as the EB-5 investors' reliance on them. Yan Geng also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Yan Geng also has knowledge of some of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

75.    **Zhiqiang Li**, 5th Floor, Block C, Yuquan Senxin Hotel, No. 68, Wuyuan Street, Lixia District, Jinan, Shandong, China.  Zhiqiang Li has information regarding some of the many misrepresentations made by and/or on behalf of the defendants to the immigration agents by certain of the defendants, orally and/or in writing, with the intention that they be repeated, as the truth, to the Chinese victims.  Zhiqiang Li also has knowledge of the immigration agents' acceptance of the misrepresentations made by and/or on behalf of the defendants to them, orally and/or in writing, as true, and the repetition of those misrepresentations to certain EB-5 investors, as well as the EB-5 investors' reliance on them.  Zhiqiang Li also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Zhiqiang Li also has knowledge of some of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

76.    **Qiuping Kou**, address unknown at this time.  Qiuping Kou has information regarding some of the many misrepresentations made by and/or on behalf of the defendants to the immigration agents by certain of the defendants, orally and/or in writing, with the intention that they be repeated, as the truth, to the Chinese victims.  Qiuping Kou also has knowledge of the immigration agents' acceptance of the misrepresentations made by and/or on behalf of the

defendants to them, orally and/or in writing, as true, and the repetition of those misrepresentations to certain EB-5 investors, as well as the EB-5 investors' reliance on them. Qiuping Kou also has knowledge of the denial of investors' I-526 petitions because of defendants' collective acts and omissions, as well as the nature and amount of the damages sustained.  Qiuping Kou also has knowledge of some of the personal circumstances created by the fraud, including both economic damages and the suffering that has been endured because of the fraud.

77.    **Joseph Walsh**, c/o Weiss Handler & Cornwell, P.A., 2255 Glades Road, Suite 218A, Boca Raton, FL 33431.  Joseph Walsh has knowledge of the many written and oral misrepresentations made to the immigration agents (with the intention that they be repeated and relayed to the EB-5 investors as true) and the EB-5 investors, as well as the proliferation of the misrepresentations by Mr. Walsh's companies, employees and other agents.  Mr. Walsh also has knowledge of the falsity of those misrepresentations and the intended and actual impact of them on the immigration agents' decisions to seek investors as well as the EB-5 investors' decisions to invest in the Palm House Hotel project.  Mr. Walsh also has knowledge of the theft of the EB-5 investors' investment monies, the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and suffering caused by the fraud.

78.    **Robert Matthews**, c/o Kammerer Mariani PLLC, 1601 Form Place, Suite 500, West Palm Beach, FL 33401.  Robert Matthews has knowledge of the many written and oral misrepresentations made to the immigration agents (with the intention that they be repeated and relayed to the EB-5 investors as true) and the EB-5 investors, as well as the proliferation of the misrepresentations by Mr. Matthews' companies, employees and other agents.  Mr. Matthews also has knowledge of the falsity of those misrepresentations and the intended and actual impact

30

of them on the immigration agents' decisions to seek investors as well as the EB-5 investors' decisions to invest in the Palm House Hotel project.  Mr. Matthews also has knowledge of the theft of the EB-5 investors' investment monies, the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and suffering caused by the fraud.

79.   **Candy Wong**, Penthouse Suite 7902, 79/F, The Center 99 Queen's Road Central, Hong Kong.  Candy Wong has knowledge of the many written and oral misrepresentations made by and/or on behalf of the defendants to her with the intention that they be repeated, as the truth, to the immigration agents and EB-5 investors.  Ms. Wong also has knowledge of the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and suffering caused by the fraud.

80.   **Leslie Robert Evans**, c/o Law Offices of Gregory R. Elder, LLC 108 SE 8th Avenue, Suite 114, Fort Lauderdale, FL 33301.  Leslie Robert Evans, on information and belief, has knowledge of the many written and oral misrepresentations made by various defendants to the immigration agents and EB-5  investors.  Mr. Evans also has knowledge of the control, theft, and unlawful transfer of investors' monies, as well as the instructions made by and/or on behalf of the defendants to unlawfully transfer investors' monies to several of the defendants for purposes not related to the Palm House Hotel project, including for defendants' personal use and the gain of others.  Mr. Evans also has knowledge of his failure to record a mortgage in favor of KK-PB Financial, LLC for a period of more than seven (7) months after the closing of that transaction, who ordered him not to record the mortgage, why he was ordered not to record the mortgage and why he followed those orders.  Mr. Evans also has knowledge as to why he signed documents using a purported power of attorney expired on its face.   Mr. Evans also has

knowledge of the origin and use of stolen EB-5 proceeds to close the mortgage transaction in favor of KK-PB Financial as well as the origin and use of stolen EB-5 proceeds to make the first three mortgage payments to KK-PB Financial.

81.  **Joseph Walsh, Jr.**, c/o Weiss Handler & Cornwell, P.A., 2255 Glades Road, Suite 218A, Boca Raton, FL 33431.  Joseph Walsh, Jr. has knowledge of the many written and oral misrepresentations made to the immigration agents (with the intention that they be repeated and relayed to the EB-5 investors as true) and the EB-5 investors, and the proliferation of the misrepresentations by Mr. Walsh's agents, as well as his father, Joseph Walsh's companies, employees and other agents.  Mr. Walsh also has knowledge of the falsity of those misrepresentations and the intended and actual impact of them on the immigration agents' decisions to seek investors as well as the EB-5 investors' decisions to invest in the Palm House Hotel project.  Mr. Walsh also has knowledge of the theft of the EB-5 investors' investment monies, the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and suffering caused by the fraud.

82.  **Nicholas Laudano**, 17 Hoadley Road Branford, CT 06405.  Nicholas Laudano has knowledge of the many written and oral misrepresentations made to the EB-5 investors.  Mr. Laudano also has knowledge of the control, theft, and unlawful transfer of investors' monies, as well as the instructions made by and/or on behalf of the defendants to unlawfully transfer investors' monies to several of the defendants for purposes not related to the Palm House Hotel project, including for defendants' personal use and the gain of others.  Mr. Laudano also has knowledge of the amount of money that was actually spent on making improvements to the Palm House Hotel using EB-5 investment monies, if any, construction of components that were not permitted and who ordered that work.  Mr. Laudano also has knowledge of how much money

and goods were converted/stolen from the Palm House Hotel project to Mr. Laudano's pizza restaurants. Mr. Laudano also has knowledge of all of the facts underlying his plea of guilty to one count of conspiracy to commit bank fraud and one count of illegal monetary transaction in the case styled *United States of America v. Nicholas Laudano*, United States District Court, District of Connecticut, Criminal Case No. 3:18-CR-47 (VAB), for which he is facing up to forty (40) years in prison as a result of his role in the fraud.

83.     **Gerry Matthews**, c/o McCabe Rabin, P.A., 1601 Forum Place, Suite 201, West Palm Beach, FL 33401. Gerry Matthews has knowledge of the control, theft, and unlawful transfer of investors' monies, as well as the instructions made by and/or on behalf of the defendants to unlawfully transfer investors' monies to several of the defendants for purposes not related to the Palm House Hotel project, including for defendants' personal use and the gain of others. Mr. Matthews also has knowledge of his acts in furtherance of the fraud. Mr. Matthews also has knowledge of all of the facts underlying his plea of guilty to one count of conspiracy to commit wire fraud in the case styled *United States of America v. Gerry Matthews*, United States District Court, District of Connecticut, Bridgeport, Criminal No. 3:18-CR-43(VAB), for which he is facing up to twenty (20) years in prison as a result of his role in the fraud.

84.     **Ali Herischi**, c/o Brodsky Fotiu-Wojtowicz, PLLC, Alfred I. DuPont Building, Suite 1224, 169 East Flagler Street, Miami, FL 33131. Ali Herischi has knowledge of the many written and oral misrepresentations made by him to the EB-5 investors. Mr. Herischi also has knowledge of the falsity of those misrepresentations and the intended and actual impact of them on the Iranian EB-5 investors' decisions to invest in the Palm House Hotel project. Mr. Herischi also has knowledge of the theft of the EB-5 investors' investment monies, the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and

suffering caused by the fraud.  Mr. Herischi also has knowledge of his and his law firm, Herischi & Associates LLC's, failure to disclose to the Iranian victims that they were getting kickbacks from some of the defendants in return for delivering the Iranian victims as investors, their admission of the existence of the kickbacks after the fraud was exposed and their acknowledgement of the existence of the fraud.

85.     **Glenn Straub**, c/o Zink, Zink & Zink Co., L.P.A., 1198 Hillsboro Mile – Suite 244, Hillsboro Beach, FL 33062.  Glenn Straub has knowledge of the history of ownership of the Palm House Hotel, including its eventual acquisition by 160 Royal Palm Way, LLC, as well as the transaction and closing by which KK-PB Financial, LLC became a mortgagee of the property.  Mr. Straub also has knowledge regarding the shortfall of closing monies at closing in the amount of some $3,000,000, and the fact that the monies used to finance the development of the Palm House Hotel project were coming from EB-5 investors.  Mr. Straub also has knowledge of the fact that KK-PB's mortgage was not recorded for a period of more than seven (7) months after closing and who was responsible for that.

86.     **J. Marcus Payne**, 834 Valley Road, Glencoe, IL 60022.  Marcus Payne has knowledge of the many written and oral misrepresentations made to the immigration agents (with the intention that they be repeated and relayed to the EB-5 investors as true) and the EB-5 investors, and the proliferation of the misrepresentations by Mr. Payne's agents, as well as Joseph Walsh's companies, employees and other agents.  Mr. Payne also has knowledge of the falsity of those misrepresentations and the intended and actual impact of them on the immigration agents' decisions to seek investors as well as the EB-5 investors' decisions to invest in the Palm House Hotel project.  Mr. Payne also has knowledge of the theft of the EB-5

investors' investment monies, the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and suffering caused by the fraud.

87.     **Fang Cheng**, c/o Haile Shaw & Pfaffenberger, 660 U.S Highway One, 3rd Floor. N. Palm Beach, FL 33408.   Fang Cheng has knowledge of the many written and oral misrepresentations made to the immigration agents (with the intention that they be repeated and relayed to the EB-5 investors as true) and the EB-5 investors.  Ms. Cheng also has knowledge of the falsity of those misrepresentations and the intended and actual impact of them on the immigration agents' decisions to seek investors as well as the EB-5 investors' decisions to invest in the Palm House Hotel project.  Ms. Cheng also has knowledge of the theft of the EB-5 investors' investment monies, the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and suffering caused by the fraud.

88.     **David Derrico**, 5163 Deerhurst Crescent Circle, Boca Raton, FL 33486.  David Derrico has knowledge of the facts and circumstances surrounding defendants' fraud, the theft of the EB-5 investors' investment monies, the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and suffering caused by the fraud.

89.     **Eric Erkan Nur**, 6242 N. State Road 7, Unit 207 Coconut Creek, FL 33073.  Eric Erkan Nur has knowledge of the misrepresentations made by him and other defendants to plaintiff Halil Erseven, the falsity of those misrepresentations and the intended and actual impact of them on Mr. Erseven's decision to invest in the Palm House Hotel project.  Mr. Nur also has knowledge of the theft of Mr. Erseven's investment monies, the denial of his I-526 petition and both his monetary damages and non-economic consequences and suffering caused by the fraud. Mr. Nur also has knowledge of his failure to disclose to Mr. Erseven that he obtained a kickback from some of the defendants for delivering Mr. Erseven as an investor.

90.     **Ryan Black**, c/o C. Brooks Ricca, Jr. & Associates, P.A., The Barristers Building, 1615 Forum Place, Suite 200, West Palm Beach, FL 33401.  Ryan Black has knowledge of the facts and circumstances surrounding defendants' fraud, the theft of the EB-5 investors' investment monies, the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and suffering caused by the fraud.

91.     **Maria a/k/a Mia Matthews**, c/o Kammerer Mariani PLLC, 1601 Form Place, Suite 500, West Palm Beach, FL 33401.  Maria Matthews has knowledge of the many written and oral misrepresentations made to the immigration agents (with the intention that they be repeated and relayed to the EB-5 investors as true) and the EB-5 investors.  Mrs. Matthews also has knowledge of the falsity of those misrepresentations and the intended impact of them on the immigration agents' decisions to seek investors as well as the EB-5 investors' decisions to invest in the Palm House Hotel project.  Mrs. Matthews also has knowledge of the theft of the EB-5 investors' investment monies.

92.     **Kevin Wright**, c/o William P. Ziegelmueller, Schiff Hardin LLP, 233 South Wacker Drive, Suite 7100, Chicago, IL 60606.  Kevin Wright has knowledge of the facts and circumstances surrounding defendants' fraud, the theft of the EB-5 investors' investment monies, the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and suffering caused by the fraud.

93.     **Bernard Wolfsdorf**, Wolfsdorf Rosenthall LLP, 1416 2nd Street, Santa Monica, CA 90401.  Bernard Wolfsdorf has knowledge of the denial of the EB-5 investors' I-526 petitions with respect to those that he prepared and submitted, and the reasons behind the denials as a consequence of defendants' fraudulent acts.

94.     **David Levinson**, 1505 Canna Court, Mountain View, CA 94043.  David Levinson has knowledge of the facts and circumstances surrounding defendants' fraud, the theft of the EB-5 investors' investment monies, the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and suffering caused by the fraud.

95.     **Craig T. Galle**, The Galle Law Group P.A., 13501 South Shore Blvd, Suite 103, Wellington, FL 33414.  Craig Galle has knowledge of the history of ownership of the Palm House Hotel, including its eventual acquisition by 160 Royal Palm Way, LLC, as well as the transaction and closing by which KK-PB Financial, LLC became a mortgagee of the property.  Mr. Galle also has knowledge regarding the shortfall of closing monies at closing in the amount of some $3,000,000, and the fact that the monies used to finance the development of the Palm House Hotel project were coming from EB-5 investors.  Mr. Galle also has knowledge of the fact that KK-PB's mortgage was not recorded for a period of more than seven (7) months after closing and who was responsible for that.

96.     **Brian S. Aryai**, Icon Compliance Services LLC, 13920 N. Dale Mabry Hwy, Suite 2, Tampa, FL 33618.  Bryan Aryai has information regarding a report commissioned by Joseph Walsh dated August 22, 2016 purporting to trace and account for all of the monies stolen from the EB-5 investors.

97.     **Anthony Reitz**, 6429 Lauderdale Street, Jupiter, FL 33458.  Anthony Reitz has knowledge of the facts and circumstances surrounding defendants' fraud, the theft of the  EB-5 investors' investment monies, the denial of the EB-5 investors' I-526 petitions and both the monetary damages and non-economic consequences and suffering caused by the fraud.

98.     **Daniel Osaba**, PNC Bank, The Tower at PNC Tower, 300 Fifth Avenue, PT-PTWR-18-1, Pittsburgh, PA 5222.  Daniel Osaba has information regarding SARC and Joseph Walsh's attempt to open an escrow account at PNC Bank.

## II.     Documents Plaintiffs May Use to Support Their Claims – FRCP 26(a)(1)(A)(ii)

Pursuant to the Parties' agreement regarding the discovery plan, which is expressed in the Joint Scheduling Report [DE 279], copies of all documents and electronically stored information that Plaintiffs have in their possession, custody, or control and may use to support their claims or defenses will be produced starting as of the date hereof on a rolling basis until complete.

## III.     Computation of Damages Claims by Disclosing Party – FRCP 26(a)(1)(A)(iii)

Plaintiffs are currently aware of the following categories of damages that they are claiming in this action.

   a.  Compensatory damages consisting of each EB-5 investor's principal investment of $500,000;

   b.  Compensatory damages consisting of each EB-5 investor's administrative fee ranging between $40,000 and $60,000;

   c.  Pre- and post-judgment interest;

   d.  Punitive damages; and

   e.  Attorneys' fees and court costs

## IV.     Insurance Agreement – FRCP 26(a)(1)(A)(iv)

No insurance agreement exists under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy a judgment.

Respectfully submitted,

*/s/ David J. George*
**DAVID J. GEORGE**
Florida Bar No. 898570

Email:  dgeorge@gunster.com
**DEVIN RADKAY**
Florida Bar No. 41976
Email:  dradkay@gunster.com
**J. ANTHONY NELSON**
Florida Bar No. 126351
Email:  jnelson@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401-6194
(561) 655-1980/Facsimile (561) 655-5677
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, I electronically served the foregoing Initial Disclosures on all counsel of record identified below via e-mail, but did not file with the Court pursuant to S.D. Fla. Local Rule 26.1(b).

*/s/ David J. George*
**DAVID J. GEORGE**

**SERVICE LIST**
**Lan Li, et al., v. Joseph Walsh, et al.**
**Case No. 9:16-cv-81871**

John F. Mariani, Esq.
Christopher W. Kammerer, Esq.
Kammerer Mariani PLLC
1601 Form Place, Suite 500
West Palm Beach, FL 33401
Email: jmariani@kammerermariani.com
        ckammerer@kammerermariani.com
*Attorneys for Robert Matthews, Maria*
*Matthews, Bonaventure 22, LLC, Mirabia*
*LLC, Alibi, LLC, Palm House, LLC, 160 Royal*
*Palm, LLC, and Palm House PB, LLC*
Via CM/ECF

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Email: arabin@mccaberabin.com
*Attorney for Gerry Matthews*
Via CM/ECF

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
Florida Office:
    1198 Hillsboro Mile – Suite 244
    Hillsboro Beach, FL 33062
Ohio Office:
    3711 Whipple Avenue, N.W.
    Canton, OH 44718-2933
Email: zinklaw3711@yahoo.com
*Attorney for KK-PB Financial, LLC*
Via CM/ECF

Alaina Fotiu-Wojtowicz, Esq.
Brodsky Fotiu-Wojtowicz, PLLC
Alfred I. DuPont Building, Suite 1224
169 East Flagler Street
Miami, FL 33131
Email: alaina@bfwlegal.com
*Attorney for Ali Herischi and Herischi &*
*Associates, LLC*
Via CM/ECF

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
Email: gelderlaw@gmail.com
*Attorney for Leslie Robert Evans and Leslie*
*Robert Evans & Associates, P.A.*
Via CM/ECF

Henry B. Handler, Esq.
Email: hbh@whcfla.com; jn@whcfla.com
David K. Friedman, Esq.
Email: dkf@whcfla.com; jh@whcfla.com
Weiss Handler & Cornwell, P.A.
2255 Glades Road, Suite 218A
Boca Raton, FL 33431
*Attorney for Palm House Hotel, LLLP, South*
*Atlantic Regional Center LLC, USREDA LLC,*
*Joseph Walsh, Joseph Walsh, Jr., and JJW*
*Consultancy, Ltd.*
Via CM/ECF

WPB_ACTIVE 8640635.1