# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 16-cv-81871 MARRA

LAN LI, an individual; YING TAN, an individual;
TAO XIONG, an individual; et al.

    Plaintiffs,

vs.

JOSEPH WALSH, et al.,

    Defendants.

_____/

### DEFENDANTS ALI HERISCHI AND HERISCHI & ASSOCIATES, P.A.'S RULE 26(a) INITIAL DISCLOSURES

Defendants Ali Herischi and Herischi & Associates, LLC (collectively the "Herischi Defendants"), by and through their undersigned counsel, hereby serve their initial disclosure pursuant Federal Rule of Civil Procedure 26(a)(l), as follows:

**A.**    **The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

    1.   Ali Herischi
       c/o Alaina Fotiu-Wojtowicz, Esq.
       Brodsky Fotiu-Wojtowicz, PLLC
       200 SW 1st Street, Suite 400
       Miami FL 33131
       (305) 503-5054

Mr. Herischi has information related to the scope of his engagement by the Iranian Plaintiffs, the Iranian Plaintiffs' EB5 Visa Applications, the representations made to him by other co-Defendants, his site visit to the Palm House Hotel project, and the information he gave to the Iranian Plaintiffs related to the Palm House Hotel project and other available EB5 projects.



2. Mohamed Zargar
   c/o David George, Esq.
   Gunster, Yaokley & Stewart, P.A.
   777 South Flagler Drive, Suite 500 East
   West Palm Beach, FL 33401-5677
   (561) 655-1980

Mr. Zargar has information related to the scope of his engagement of Ali Herischi and Herischi & Associates, LLC, Mr. Zargar's due diligence regarding his business investment in the Palm House Hotel project, and any information given to him by Ali Herischi about the Palm House Hotel Project and other available EB5 projects.

3. Shahrzad Shokrollahi Yancheshmeh
   c/o David George, Esq.
   Gunster, Yaokley & Stewart, P.A.
   777 South Flagler Drive, Suite 500 East
   West Palm Beach, FL 33401-5677
   (561) 655-1980

Ms. Shokrollahi Yancheshmeh has information related to the scope of her family's engagement of Ali Herischi and Herischi & Associates, LLC, her due diligence regarding her family's business investment in the Palm House Hotel project, and any information given to her by Ali Herischi about the Palm House Hotel project and other available EB5 projects.

4. Shahriar Ebrahimian
   c/o David George, Esq.
   Gunster, Yaokley & Stewart, P.A.
   777 South Flagler Drive, Suite 500 East
   West Palm Beach, FL 33401-5677
   (561) 655-1980

Mr. Ebrahimian has information related to the scope of his engagement of Ali Herischi and Herischi & Associates, LLC, Mr. Ebrahimian's due diligence regarding his EB5 business investment in the Palm House Hotel project, and any information to him given by Ali Herischi about the Palm House Hotel project and other available EB5 projects.

5. Reza Siamak Nia
   c/o David George, Esq.
   Gunster, Yaokley & Stewart, P.A.
   777 South Flagler Drive, Suite 500 East
   West Palm Beach, FL 33401-5677
   (561) 655-1980



Ms. Siamak Nia has information related to the scope of her engagement of Ali Herischi and Herischi & Associates, LLC, Ms. Siamak Nia's due diligence regarding her business investment in the Palm House Hotel project, and any information given to her by Ali Herischi about the Palm House Hotel project and other available EB5 projects.

      6.  Sadaf Pournasf
          c/o David George, Esq.
          Gunster, Yaokley & Stewart, P.A.
          777 South Flagler Drive, Suite 500 East
          West Palm Beach, FL 33401-5677
          (561) 655-1980

Mr. Pournasf has information related to the scope of his family's engagement of Ali Herischi and Herischi & Associates, LLC, Ms. Siamak Nia's due diligence regarding his family's business investment in the Palm House Hotel project, and any information given to him by Ali Herischi about the Palm House Hotel project and other available EB5 projects.

      7.  Sara Salehin
          c/o David George, Esq.
          Gunster, Yaokley & Stewart, P.A.
          777 South Flagler Drive, Suite 500 East
          West Palm Beach, FL 33401-5677
          (561) 655-1980

Ms. Salehin has information related to the scope of her engagement of Ali Herischi and Herischi & Associates, LLC, Ms. Salehin's due diligence regarding her business investment in the Palm House Hotel project, and any information given to her by Ali Herischi about the Palm House Hotel project and other available EB5 projects.

      8.  Reza Salehin
          c/o David George, Esq.
          Gunster, Yaokley & Stewart, P.A.
          777 South Flagler Drive, Suite 500 East
          West Palm Beach, FL 33401-5677
          (561) 655-1980

Mr. Salehin has information related to the scope of his family's engagement of Ali Herischi and Herischi & Associates, LLC, Mr. Salehin's due diligence regarding his family's business investment in the Palm House Hotel project, and any information given to him by Ali Herischi about the Palm House Hotel project and other available EB5 projects.



9. Sanaz Salehin
   c/o David George, Esq.
   Gunster, Yaokley & Stewart, P.A.
   777 South Flagler Drive, Suite 500 East
   West Palm Beach, FL 33401-5677
   (561) 655-1980

Ms. Salehin has information related to the scope of her engagement of Ali Herischi and Herischi & Associates, LLC, Ms. Salehin's due diligence regarding his business investment in the Palm House Hotel project, and any information given to her by Ali Herischi about the Palm House Hotel project and other available EB5 projects.

10. Payam Maghaddam Hassani
    c/o David George, Esq.
    Gunster, Yaokley & Stewart, P.A.
    777 South Flagler Drive, Suite 500 East
    West Palm Beach, FL 33401-5677
    (561) 655-1980

Mr. Hassani has information related to the scope of his family's engagement of Ali Herischi and Herischi & Associates, LLC, Mr. Hassani's due diligence regarding his family's business investment in the Palm House Hotel project, and any information given to him by Ali Herischi about the Palm House Hotel project and other available EB5 projects.

11. Ali Adampeyra
    c/o David George, Esq.
    Gunster, Yaokley & Stewart, P.A.
    777 South Flagler Drive, Suite 500 East
    West Palm Beach, FL 33401-5677
    (561) 655-1980

Mr. Adampeyra has information related to the scope of his engagement of Ali Herischi and Herischi & Associates, LLC, Mr. Adampeyra's due diligence regarding his business investment in the Palm House Hotel project, and any information given to him by Ali Herischi about the Palm House Hotel project and other available EB5 projects.

12. Mohammadreza Sedaghat
    c/o David George, Esq.
    Gunster, Yaokley & Stewart, P.A.
    777 South Flagler Drive, Suite 500 East
    West Palm Beach, FL 33401-5677
    (561) 655-1980



BRODSKY FOTIU-WOJTOWICZ

Mr. Sedaghat has information related to the scope of his engagement of Ali Herischi and Herischi & Associates, LLC, Mr. Sedaghat's due diligence regarding his business investment in the Palm House Hotel project, and any information given to him by Ali Herischi about the Palm House Hotel project and other available EB5 projects.

13. Peyymun Zargar
c/o David George, Esq.
Gunster, Yaokley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401-5677
(561) 655-1980

Mr. Zargar has information related to the scope of the Iranian Plaintiffs' engagement of Ali Herischi and Herischi & Associates, LLC, the Iranian Plaintiffs' due diligence regarding their business investment in the Palm House Hotel project, and any information given to him by Ali Herischi about the Palm House Hotel project and other available EB5 projects.

14. Joseph Walsh
Henry B. Handler, Esq.
Weiss Handler & Cornwell, P.A.
2255 Glades Road, Suite 218A
Boca Raton, FL 33431
(561) 997-9995

Mr. Walsh may have information related to the development and construction of the Palm House Hotel project, the marketing of the Palm House Hotel project to the Iranian Plaintiffs, the Iranian Plaintiffs' EB5 Visa applications, and the use of the Iranian Plaintiffs' investment funds.

15. Joseph Walsh, Jr.
Henry B. Handler, Esq.
Weiss Handler & Cornwell, P.A.
2255 Glades Road, Suite 218A
Boca Raton, FL 33431
(561) 997-9995

Mr. Walsh Jr. may have information related to the development and construction of the Palm House Hotel project, the marketing of the Palm House Hotel project to the Iranian Plaintiffs, the Iranian Plaintiffs' EB5 Visa applications, and the use of the Iranian Plaintiffs' investment funds.



BFW
BRODSKY FOTIU-WOJTOWICZ

16. J. Marcus Payne
    834 Valley Road
    Glencoe, IL 60022

Mr. Payne may have information related to the development and construction of the Palm House Hotel project, the marketing of the Palm House Hotel project to the Iranian Plaintiffs, the Iranian Plaintiffs' EB5 Visa applications, the information provided to Ali Herischi regarding the Palm House Hotel project, and the use of the Iranian Plaintiffs' investment funds.

17. David Derrico
    5163 Deerhurst Crescent Circle
    Boca Raton FL 33486

Mr. Dericco may have information related to the development and construction of the Palm House Hotel project, the marketing of the Palm House Hotel project to the Iranian Plaintiffs, the Iranian Plaintiffs' EB5 Visa applications, and the use of the Iranian Plaintiffs' investment funds.

18. Robert Matthews
    c/o John F. Mariani, Esq.
    Kammerer Mariani PLLC
    1601 Form Place, Suite 500
    West Palm Beach FL 33401
    (562) 990-1590

Mr. Matthews may have information related to the development and construction of the Palm House Hotel project, the marketing of the Palm House Hotel project to the Iranian Plaintiffs, and the use of the Iranian Plaintiffs' investment funds.

19. Maria Matthews
    c/o John F. Mariani, Esq.
    Kammerer Mariani PLLC
    1601 Form Place, Suite 500
    West Palm Beach FL 33401
    (562) 990-1590

Ms. Matthews may have information related to the development and construction of the Palm House Hotel project, the marketing of the Palm House Hotel project to the Iranian Plaintiffs, and the use of the Iranian Plaintiffs' investment funds.

6



20. Gerry Matthews
    c/o Adam T. Rabin, Esq.
    McCabe Rabin, P.A.
    1601 Forum Place, Suite 505
    West Palm Beach, FL 33401
    (561) 659-7878

Mr. Matthews may have information related to the development and construction of the Palm House Hotel project, the marketing of the Palm House Hotel project to the Iranian Plaintiffs, and the use of the Iranian Plaintiffs' investment funds.

21. Ryan Black
    c/o C. Brooks Ricca, Jr., Esq.
    Brooks Rica, Jr. & Associates, P.A.
    The Barristers Building
    1615 Forum Place, Suite 200
    West Palm Beach, FL 33401
    (561) 833-4544

Mr. Black may have information related to the development and construction of the Palm House Hotel project, the marketing of the Palm House Hotel project to the Iranian Plaintiffs, and the use of the Iranian Plaintiffs' investment funds.

22. Leslie Robert Evans
    c/o Gregory R. Elder, Esq.
    Law Offices of Gregory R. Elder, LLC
    108 SE 8th Avenue, Suite 114
    Fort Lauderdale, FL 33301

Mr. Evans may have information related to the development and construction of the Palm House Hotel project, the marketing of the Palm House Hotel project to the Iranian Plaintiffs, and the use of the Iranian Plaintiffs' investment funds.

23. Nicholas Laudano
    17 Hoadley Road
    Branford CT 06405

Mr. Laudano may have information related to the development and construction of the Palm House Hotel project, the marketing of the Palm House Hotel project to the Iranian Plaintiffs, and the use of the Iranian Plaintiffs' investment funds.



BRODSKY FOTIU-WOJTOWICZ

24. Sheri Hoidra, Esq.
Sheri Hoidra Law Office, LLC
1777 Reisterstown Rd., Suite 195
Pikesville, MD 21208
P: (443) 660-7513
C: (443) 825-1524

Ms. Hoidra has information related to the scope of her engagement by certain of the Iranian Plaintiffs, certain of the Iranian Plaintiffs' EB5 Visa Applications, and the information she gave to some or all of the Iranian Plaintiffs related to the Palm House Hotel project.

**B.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

The Herischi Defendants disclose the following documents and categories of documents that are in their possession, custody, or control, and which they may use to support their claims or defenses in this case:

1.    The Iranian Plaintiffs' Engagement Agreements with Herischi & Associates, P.A. (Bates Stamped HER0001-0025);

2.    The Iranian Plaintiffs' EB5 Application Documents (Bates Stamped HER0026-1223);

3.    The SARC Acceptance Packages for the Iranian Plaintiffs (Bates Stamped HER-1224-1281);

4.    Notices and Decisions from the USCIS for the Iranian Plaintiffs (Bates Stamped HER-1282-1430);

5.    The Iranian Plaintiffs' Responses to the Notice of Intent to Deny by the USCIS (Bates Stamped HER-1431-2027);

6.    The Iranian Plaintiffs' USCIS Appeal Materials (Bates Stamped HER-2028-2819);

7.    Materials Presented at the Dubai EB5 Conference in September, 2013 (Bates Stamped HER-2820-2853);

8.    Palm House Hotel Materials Provided to Ali Herischi (Bates Stamped HER-2854-3641);



BRODSKY FOTIU-WOJTOWICZ

9.      Ali Herischi and Herischi & Associates LLC's Disclosure Letters and Payments to the Iranian Plaintiffs (Bates Stamped HER-3642-3660);

10.     The Iranian Plaintiffs' Demand Letters and Cease and Desist Letters regarding their Palm House Hotel investments (Bates Stamped HER-3661-3663);

11.     E-mails between Ali Herischi and individuals associated with the Palm House Hotel (Bates Stamped HER-3664-4022); and

12.     Photographs of the Palm House Hotel (Bates Stamped HER-4023-5333).

**C.     A computation of any category of damages claimed by the disclosing party, making available for inspection and/or as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

At this time, the Herischi Defendants are not making a claim for damages.

**D.     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

The Herischi Defendants reserve their right to supplement or amend their Rule 26(a) disclosures.

Respectfully submitted,

By: _/s/ Alaina Fotiu-Wojtowicz_
Alaina Fotiu-Wojtowicz, Esq.
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Ali Herischi and Herischi & Associates, LLC*
200 SE 1st St., Suite 400
Miami, Florida 33131
Tel:  305-503-5054
Fax: 786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

9



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on **July 31st, 2018**, on all counsel or parties of record on the Service List below.

s/  *Alaina Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz. Esq.

## SERVICE LIST

David J. George, Esq.
Devin S. Radkay, Esq.
J. Anthony Nelson, Esq.
Gunster Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
dgeorge@gunster.com
dradkay@gunster.com
jnelson@gunster.com
*Counsel for Plaintiffs*

John F. Mariani, Esq.
Christopher W. Kammerer, Esq.
Kammerer Mariani PLLC
1601 Form Place, Suite 500
West Palm Beach, FL 33401
jmariani@kammerermariani.com
ckammerer@kammerermariani.com
*Attorneys for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC*

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
arabin@mccaberabin.com
*Attorney for Gerry Matthews*

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
1198 Hillsboro Mile, Suite 244
Hillsboro Beach, FL 33062
zinklaw3711@yahoo.com
*Attorney for KK-PB Financial, LLC*

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
gelderlaw@gmail.com
*Attorney for Leslie Robert Evans and Leslie*
*Robert Evans & Associates, P.A.*

Henry B. Handler, Esq.
hbh@whcfla.com ; jn@whcfla.com
David K. Friedman, Esq.
dkf@whcfla.com ; jh@whcfla.com
Weiss Handler & Cornwell, P.A.
2255 Glades Road, Suite 218A
Boca Raton, FL 33431
*Attorney for Palm House Hotel, LLLP, South*
*Atlantic Regional Center LLC, USREDA LLC,*
*Joseph Walsh, Joseph Walsh, Jr., and JJW*
*Consultancy, Ltd.*



BRODSKY FOTIU-WOJTOWICZ