IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| LAN LI, an individual; et al., ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 16-cv-81871 |
| ) | Lead Case |
| v. ) | |
| ) | |
| JOSEPH WALSH, an individual; et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| LAN LI, an individual, et al., ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 19-80332 |
| ) | |
| v. ) | |
| ) | |
| PNC BANK, N.A., and ) | |
| RUBEN RAMIREZ, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANT SOUTH ATLANTIC REGIONAL CENTER'S ANSWER AND AFFIRMATIVE DEFENSES**

Plaintiffs, LAN LI, et al., by and through their undersigned counsel, and pursuant to Rule 12(f), F. R. C. P., respectfully request this Honorable Court to Strike Defendant, South Atlantic Regional Center's ("SARC") Answer and Affirmative Defenses for failure to retain counsel, and in support state the following:

**BACKGROUND**

1.  On October 23, 2018, Plaintiffs filed their Third Amended Complaint [D.E. 351] (the "Complaint").

2.  On November 19, 2018, SARC filed an Answer and Affirmative Defenses to the

Complaint.

3. On May 23, 2019, counsel for SARC, Henry B. Handler and the Weiss, Handler & Cornwell, P.A. law firm, filed a motion to withdraw as SARC's counsel (the "Motion to Withdraw"). [D.E. 467].

4. On June 10, 2019, this Court granted the Motion to Withdraw. [D.E. 469].

5. To date, new counsel has not filed a notice of appearance in this case on behalf of SARC.

6. Upon information and belief, SARC has not retained new counsel.

## LEGAL STANDARD

7. The longstanding rule in the United States is that corporations must be represented by licensed counsel in all matters before a court. *See Iotova on Behalf of New York Sport Found. v. Broward County Prop. Appraiser,* 13-60495-CIV, 2013 WL 12383394, at *1 (S.D. Fla. Mar. 13, 2013) (citing *Osborn v. President of Bank of United States,* 22 U.S. 738 (1824)).

> As the Supreme Court has observed, "[i]t has been the law for the better part of two centuries ... that a corporation may appear in federal courts only through licensed counsel." *Rowland v. Cal. Men's Colonly, Unit II Men's Advisory Coun.,* 506 U.S. 194, 202, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993); *see also Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381, 1385 (11th Cir.1985) ("The rule is well established that a corporation is an artificial entity that can only act through agents, cannot appear *pro se,* and must be represented by counsel .").

*Mayorga v. Stamp Concrete & Pavers, Inc.*, 13-81274-CIV, 2015 WL 1345364, at *2 (S.D. Fla. Mar. 23, 2015).

8. In situations, like the one at bar, where a corporate defendant fails to obtain new counsel after withdrawal of its attorney of record, the Court may upon motion strike the corporate defendant's Answer and Affirmative Defenses. *See Steele v. International Association of Trauma & Addiction Counselors, Inc.*, 2015 WL 13777167, No. 13-62077-Civ-Scola/Otazo/Reyes (S.D.

2

Fla. Oct. 23, 2016); *Taylor v. Frank Steward Trucking, Inc.,* 2008 WL 4753355, No. 08-14009-Civ (S.D. Fla. Oct. 27, 2008); *Global Collections Corp. v. Diamond Logistics, Inc.*, 2014 WL 4211244, No. 13-184-FSH (D. N.J. Aug. 24, 2014) (citing *Carolee, LLC v. Efashion Solutions, LLC,* 2013 WL 3336789, at *1 (D.N.J. July 2, 2013) (adopting report and recommendation to strike answer and enter default judgment against corporate defendant who failed to retain new counsel)).

## **ANALYSIS**

9. SARC is a Florida limited liability corporation. *See* Complaint [D.E. 351].

10. To date, new counsel has not entered an appearance on behalf of SARC.

11. Upon information and belief, SARC has not retained new counsel.

**Wherefore,** Plaintiffs, Lan Li, et al., respectfully request the Clerk to strike SARC's, Answer and Affirmative Defenses and for any additional and such further relief the Court deems just and appropriate.

[CERTIFICATE OF SERVICE ON NEXT PAGE]

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2019, I certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, Florida 33467
Telephone: (561) 232-6002
Toll Free:   (833) FIND JUSTICE
                  (833) 346-3587
Fax:          (888) 421-4173
E-Service: eService@4-Justice.com

By: */s/ David J. George*
**DAVID J. GEORGE, ESQ.**
Florida Bar Number: 898570
Emails: DGeorge@4-Justice.com
**RYAN D. GESTEN, ESQ.**
Florida Bar Number: 240760
Emails: RGesten@4-Justice.com
**MATTHEW R. CHIAPPERINI, ESQ.**
Florida Bar Number: 111417
Emails: MChiapperini@4-Justice.com

**SERVICE LIST**
Lan Li, et al., v. Joseph Walsh, et al.
Case No. 9:16-cv-81871-KAM

| | |
|---|---|
| Devin S. Radkay, Esq.<br>Email: dradkay@gunster.com<br>J. Anthony Nelson, Esq.<br>Email: jnelson@gunster.com<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401-6194<br>Telephone: 561-655-1980<br>Facsimile: 561-655-5677 | Larry A. Zink, Esq.<br>Zink, Zink & Zink Co., L.P.A.<br>Florida Office:<br>1198 Hillsboro Mile – Suite 244<br>Hillsboro Beach, FL 33062<br>Ohio Office:<br>3711 Whipple Avenue, N.W.<br>Canton, OH 44718-2933<br>Email: zinklaw3711@yahoo.com<br>*Attorney for KK-PB Financial, LLC* |
| Gregory R. Elder, Esq.<br>Law Offices of Gregory R. Elder, LLC<br>108 SE 8th Avenue, Suite 114<br>Fort Lauderdale, FL 33301<br>Email: gelderlaw@gmail.com<br>*Attorney for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.* | Adam T. Rabin, Esq.<br>Robert C. Glass, Esq.<br>McCabe Rabin, P.A.<br>1601 Forum Place, Suite 201<br>West Palm Beach, FL 33401<br>Email: arabin@mccaberabin.com<br>e-filing@mccaberabin.com<br>*Attorney for Gerry Matthews* |
| John F. Mariani, Esq.<br>Christopher W. Kammerer, Esq.<br>Kammerer Mariani PLLC<br>1601 Form Place, Suite 500<br>West Palm Beach, FL 33401<br>Email: jmariani@kammerermariani.com<br>ckammerer@kammerermariani.com<br>*Attorneys for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC* | Philip Joseph Landau, Esq.<br>Shraiberg, Landau & Page, P.A.<br>2385 NW Executive Center Drive, Suite 300<br>Boca Raton, Florida 33431<br>Email: plandau@slp.law<br>*Attorney for 160 Royal Palm LLC*<br><br>Joseph Walsh<br>9200 Belvedere Road, Suite 202<br>Royal Palm Beach, Florida 33411 |
| Alaina R. Fotiu-Wokjtowicz, Esq.<br>Brodksy Fotiu-Wojtowicz, PLLC<br>200 SE 1st Street, Suite 400<br>Miami, Florida 33131<br>Email: alaina@bfwlegal.com<br>docketing@bfwlegal.com<br>*Attorney for Herischi & Associates LLC* | Baoping ("Effie") Liu,<br>Room 503, Tower 2, Phase I of Excellence City, No. 128 ZhongKang Road, Shenzhen City, Guangdong Province, China 518048<br>Effie.Liu@huameiim.com |

5

| | |
|---|---|
| **MANDEL & MANDEL LLP**<br>Alfred I. DuPont Building<br>169 East Flagler Street, Suite 1200<br>Miami, Florida 33131<br>Tel: (305) 374-7771<br>Fax: (305) 374-7776<br><br>*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez, an individual* | **BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Tel: (215) 864-8838<br>Fax: (215) 864-8999<br><br>Peter Hardy, Esq. (admitted *pro hac vice*)<br>Terence Grugan, Esq. (admitted *pro hac vice*)<br>Mary Treanor, Esq. (admitted *pro hac vice*)<br>Juliana Carter, Esq. (admitted *pro hac vice*)<br><br>*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez, an individual* |
| Elizabeth Parker, Esq.<br>The Law Office of Elizabeth Parker, P.A.<br>515 N. Flagler Drive, Suite 325<br>West Palm Beach, FL 33401<br>Email: Elizabeth@parkerjustice.com<br>Telephone: (561) 822-7654 | |