IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| LAN LI, an individual; et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. No. 16-cv-81871 |
| | ) | Lead Case |
| v. | ) | |
| | ) | |
| JOSEPH WALSH, an individual; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LAN LI, an individual, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. No. 19-80332 |
| | ) | |
| v. | ) | |
| | ) | |
| PNC BANK, N.A., and RUBEN RAMIREZ, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANT PALM HOUSE HOTEL, LLLP'S ANSWER AND AFFIRMATIVE DEFENSES**

Plaintiffs, LAN LI, et al., by and through their undersigned counsel, and pursuant to Rule 12(f), Fed. R. Civ. P., respectfully request this Honorable Court to Strike Defendant, Palm House Hotel, LLLP's ("Palm House") Answer and Affirmative Defenses for failure to retain counsel, and in support state the following:

**BACKGROUND**

1. On October 23, 2018, Plaintiffs filed their Third Amended Complaint [D.E. 351] (the "Complaint").

2. On November 19, 2018, Palm House filed an Answer and Affirmative Defenses to

the Complaint.

3. On May 23, 2019, counsel for Palm House, Henry B. Handler and the Weiss, Handler & Cornwell, P.A. law firm, filed a motion to withdraw as Palm House's counsel (the "Motion to Withdraw"). [D.E. 467].

4. On June 10, 2019, this Court granted the Motion to Withdraw. [D.E. 469].

5. On October 4, 2019, in the related state court action titled *Palm House Hotel, LLLP v. Robert Matthews, et al.*, No. 50-2015-014480XXXXMB(AG), 15th Judicial Circuit, Palm Beach County, Florida (the "State Court Action"), Judge Donald Hafele dismissed with prejudice Palm House's complaint with respect to two of defendants for its "deliberate and contumacious disregard" for the court. A copy of that order, titled "Order on Motion for Order to Show Cause And/Or Motion for Sanctions to Include Dismissal of Claims Against Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.," ( the "Order") is attached hereto as Exhibit "A." The Order cites Palm House's failure to participate in discovery and its failure to retain new counsel despite having had "an ample opportunity" to do so as the bases for dismissing the complaint.[1] The Order goes on to state

> [I]t also appears the actions of Joseph Walsh, Sr., the principal of [Palm House], are a pattern, as Mr. Walsh is believed to reside in Hong Kong and has not made himself available for deposition or inquiry or meaningfully participated in any number of the lawsuits related to the subject matter of the instant case…It does not seem that Mr. Walsh has any intention to return to this jurisdiction, possibly to avoid prosecution by the SEC or other government entities.

---

[1] On June 6, 2019, Judge Hafele entered an Order Granting [Palm House's] Counsel's Motion to Withdraw in the State Court Action. Like the instant case, Palm House's former attorney in the State Court Action is Henry B. Handler, Esq., of the law firm Weiss, Handler & Cornwell, P.A.

Order at ¶ 10.

6. To date, new counsel has not filed a notice of appearance in this case on behalf of Palm House.

7. Upon information and belief, Palm House has not retained new counsel.

8. On July 2, 2019, Plaintiffs noticed Walsh's deposition to occur on August 8, 2019 at the office of Plaintiffs' counsel in Lake Worth, Palm Beach County, Florida.

9. Walsh did not appear for his properly noticed deposition on August 8, 2019. A Certificate of Non-Appearance (the "CNA") is attached hereto as Exhibit "B."

10. Additionally, Walsh's intent to not participate in defending the various claims against him in this case and the State Court Action is amplified by the dissolution of Walsh's various business entities involved in the fraud against Plaintiffs. To wit: Palm House Hotel, LLLP was administratively dissolved on September 27, 2019, and the General Partner of Palm House Hotel, LLLP is South Atlantic Regional Center, LLC; South Atlantic Regional Center, LLC was administratively dissolved on September 27, 2019, and the Manager of South Atlantic Regional Center, LLC is USREDA Holdings, LLC; USREDA Holdings, LLC's registration as a foreign limited liability corporation was revoked on September 28, 2018 and the Managing Member of USREDA Holdings, LLC is Walsh. A copy of the Florida Department of State, Division of Corporations, Filing Information related to each corporation is attached hereto as Composite Exhibit "C." Walsh directly controls each of these corporate defendants and is responsible for their failure to retain new counsel or otherwise participate in the defense of this case.

## LEGAL STANDARD

11. The longstanding rule in the United States is that corporations must be represented by licensed counsel in all matters before a court. *See Iotova on Behalf of New York Sport Found v.*

*Broward County Prop. Appraiser,* 13-60495-CIV, 2013 WL 12383394, at *1 (S.D. Fla. Mar. 13, 2013) (citing *Osborn v. President of Bank of United States,* 22 U.S. 738 (1824)).

> As the Supreme Court has observed, "[i]t has been the law for the better part of two centuries ... that a corporation may appear in federal courts only through licensed counsel." *Rowland v. Cal. Men's Colonly, Unit II Men's Advisory Coun.,* 506 U.S. 194, 202, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993); *see also Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381, 1385 (11th Cir.1985) ("The rule is well established that a corporation is an artificial entity that can only act through agents, cannot appear *pro se,* and must be represented by counsel .").

*Mayorga v. Stamp Concrete & Pavers, Inc.*, 13-81274-CIV, 2015 WL 1345364, at *2 (S.D. Fla. Mar. 23, 2015).

12.     In situations, like the one at bar, where a corporate defendant fails to obtain new counsel after withdrawal of its attorney of record, the Court may upon motion strike the corporate defendant's Answer and Affirmative Defenses. *See Steele v. International Association of Trauma & Addiction Counselors, Inc.*, 2015 WL 13777167, No. 13-62077-Civ-Scola/Otazo/Reyes (S.D. Fla. Oct. 23, 2016); *Taylor v. Frank Steward Trucking, Inc.,* 2008 WL 4753355, No. 08-14009-Civ (S.D. Fla. Oct. 27, 2008); *Global Collections Corp. v. Diamond Logistics, Inc.*, 2014 WL 4211244, No. 13-184-FSH (D. N.J. Aug. 24, 2014) (citing *Carolee, LLC v. Efashion Solutions, LLC,* 2013 WL 3336789, at *1 (D.N.J. July 2, 2013) (adopting report and recommendation to strike answer and enter default judgment against corporate defendant who failed to retain new counsel)).

## **ANALYSIS**

13.     Palm House is a Florida limited liability limited partnership. *See* Complaint [D.E. 351].

14.     To date, new counsel has not entered an appearance on behalf of Palm House.

15.     Upon information and belief, Palm House has not retained new counsel.

16.     Palm House's inaction with respect to retaining new counsel in this case shows a

deliberate and contumacious disregard for this Honorable Court.

17.     Palm House's failure to retain new counsel and respond to discovery in the State Court Action, which led to dismissal of its complaint with prejudice, demonstrate that there is no adequate remedy other than striking Palm House's Answer and Affirmative Defenses.

18.     Walsh's failure to attend his deposition is additional evidence that he has no intent to participate in discovery or the defense of this case.

19.     Moreover, allowing Palm House, LLLP and South Atlantic Regional Center, LLC to be administratively dissolved and USREDA Holdings, LLC's registration as a foreign limited liability corporation to be revoked, is further evidence of Walsh's intent not to participate in defending this case.

**Wherefore,** Plaintiffs, Lan Li, et al., respectfully request this Honorable Court to strike Palm House's, Answer and Affirmative Defenses and for any additional and such further relief the Court deems just and appropriate.

[CERTIFICATE OF SERVICE ON NEXT PAGE]

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019, I certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, Florida 33467
Telephone: (561) 232-6002
Toll Free: (833) FIND JUSTICE
           (833) 346-3587
Fax: (888) 421-4173
E-Service: eService@4-Justice.com

By: */s/ David J. George*
**DAVID J. GEORGE, ESQ.**
Florida Bar Number: 898570
Emails: DGeorge@4-Justice.com
**RYAN D. GESTEN, ESQ.**
Florida Bar Number: 240760
Emails: RGesten@4-Justice.com
**MATTHEW R. CHIAPPERINI, ESQ.**
Florida Bar Number: 111417
Emails: MChiapperini@4-Justice.com

**SERVICE LIST**
Lan Li, et al., v. Joseph Walsh, et al.
Case No. 9:16-cv-81871-KAM

| | |
|---|---|
| Devin S. Radkay, Esq.<br>Email: dradkay@gunster.com<br>J. Anthony Nelson, Esq.<br>Email: jnelson@gunster.com<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401-6194<br>Telephone: 561-655-1980<br>Facsimile: 561-655-5677 | Larry A. Zink, Esq.<br>Zink, Zink & Zink Co., L.P.A.<br>Florida Office:<br>1198 Hillsboro Mile – Suite 244<br>Hillsboro Beach, FL 33062<br>Ohio Office:<br>3711 Whipple Avenue, N.W.<br>Canton, OH 44718-2933<br>Email: zinklaw3711@yahoo.com<br>*Attorney for KK-PB Financial, LLC* |
| Gregory R. Elder, Esq.<br>Law Offices of Gregory R. Elder, LLC<br>108 SE 8th Avenue, Suite 114<br>Fort Lauderdale, FL 33301<br>Email: gelderlaw@gmail.com<br>*Attorney for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.* | Adam T. Rabin, Esq.<br>Robert C. Glass, Esq.<br>McCabe Rabin, P.A.<br>1601 Forum Place, Suite 201<br>West Palm Beach, FL 33401<br>Email: arabin@mccaberabin.com<br>e-filing@mccaberabin.com<br>*Attorney for Gerry Matthews* |
| John F. Mariani, Esq.<br>Christopher W. Kammerer, Esq.<br>Kammerer Mariani PLLC<br>1601 Form Place, Suite 500<br>West Palm Beach, FL 33401<br>Email: jmariani@kammerermariani.com<br>ckammerer@kammerermariani.com<br>*Attorneys for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC* | Philip Joseph Landau, Esq.<br>Shraiberg, Landau & Page, P.A.<br>2385 NW Executive Center Drive, Suite 300<br>Boca Raton, Florida 33431<br>Email: plandau@slp.law<br>*Attorney for 160 Royal Palm LLC*<br><br>Joseph Walsh<br>9200 Belvedere Road, Suite 202<br>Royal Palm Beach, Florida 33411 |
| Alaina R. Fotiu-Wokjtowicz, Esq.<br>Brodksy Fotiu-Wojtowicz, PLLC<br>200 SE 1st Street, Suite 400<br>Miami, Florida 33131<br>Email: alaina@bfwlegal.com<br>docketing@bfwlegal.com<br>*Attorney for Herischi & Associates LLC* | Baoping ("Effie") Liu,<br>Room 503, Tower 2, Phase I of Excellence City, No. 128 ZhongKang Road, Shenzhen City, Guangdong Province, China 518048<br>Effie.Liu@huameiim.com |

7

| | |
|---|---|
| **MANDEL & MANDEL LLP**<br>Alfred I. DuPont Building<br>169 East Flagler Street, Suite 1200<br>Miami, Florida 33131<br>Tel: (305) 374-7771<br>Fax: (305) 374-7776<br><br>*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez, an individual* | **BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Tel: (215) 864-8838<br>Fax: (215) 864-8999<br><br>Peter Hardy, Esq. (admitted *pro hac vice*)<br>Terence Grugan, Esq. (admitted *pro hac vice*)<br>Mary Treanor, Esq. (admitted *pro hac vice*)<br>Juliana Carter, Esq. (admitted *pro hac vice*)<br><br>*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez, an individual* |
| Elizabeth Parker, Esq.<br>The Law Office of Elizabeth Parker, P.A.<br>515 N. Flagler Drive, Suite 325<br>West Palm Beach, FL 33401<br>Email: Elizabeth@parkerjustice.com<br>Telephone: (561) 822-7654 | |