UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **LAN LI, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action No. 16-81871-Civ-Marra** |
| ) | |
| **JOSEPH WALSH, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **LAN LI, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No. 19-80332-Civ-Marra** |
| v. ) | |
| ) | |
| **PNC BANK N.A. and RUBEN RAMIREZ,** ) | |
| ) | |
| **Defendants.** ) | |

**UNOPPOSED MOTION FOR ENTRY OF EXPEDITED ORDER REQUIRING IRANIAN INVESTORS' TO APPEAR FOR DEPOSITIONS IN THE UNITED STATES**

Plaintiffs, Lan Li, et al., hereby file this Unopposed Motion for Entry of Expedited Order Requiring Iranian Investors' to Appear in the United States for Depositions (the "Motion"), and in support thereof state as follows:

1. On October 18, 2019 the Court entered an Omnibus Order on Four Discovery Motions [DE 557] by which it ordered the parties to this case to file a Joint Notice informing the Court of the resolution of various discovery issues.

2. On October 24, 2019 the parties filed their Joint Notice Pursuant to Court's October 18, 2019 Order [DE 558] (the "Joint Notice"), a copy of which is attached hereto as Exhibit "A." Pursuant to Paragraph 4 of the Joint Notice, the parties informed the Court of efforts that were being made to cause the Ministry of Foreign Affairs for the Bahamas to expedite visa applications with respect to the Iranian Plaintiffs.

3. The Iranian Plaintiffs are still working with the Ministry of Foreign Affairs for the Bahamas to attempt to obtain visas, but the process of doing so has been slow, and no final decisions have been made as of the date of filing this Motion.

4. In addition to attempting to obtain visas from the Ministry of Foreign Affairs for the Bahamas, the Iranian Investors have been in contact with the State Department in order to attempt to obtain an exception to the Iranian travel ban, such that the Iranian Plaintiffs may appear for their depositions in the United States. In so doing, the Iranian Plaintiffs are informed that an order from the Court requiring their appearance for depositions in the United States would be helpful to their attempts to obtain exceptions to the travel ban.

5. The Iranian Plaintiffs' desire is to have their depositions taken as quickly as possible, such that they are pursuing dual campaigns to obtain their visas. This way, whichever process works more quickly (either obtaining Bahamian visas or obtaining United States visas) will be utilized by the Iranian Plaintiffs so their depositions may be scheduled.

6. Towards that end, the Iranian Plaintiffs respectfully request the Court to enter an expedited order requiring the following individuals to appear in Palm Beach County, Florida, United States for their depositions: (a) Mohammad Zargar: (b) Shahriar Ebrahimian; (c) Sara Salehin; (d) Sanaz Salehin; (e) Ali Adampeyra; and (f) Mohammadreza Sedaghat. More specifically, the Iranian Plaintiffs request that such order set forth that each of them shall appear in Palm Beach County, Florida, United States for at least seven (7) days, such that they will have time to travel to the United States, meet with their counsel in preparation for their depositions, have their respective two-day depositions taken and return to Iran.

7. Counsel for the Iranian Plaintiffs have conferred with counsel for all other parties, and none of them have any objections to the entry of the relief sought herein.

Wherefore, the Iranian Plaintiffs hereby respectfully request entry of an expedited order requiring the individuals listed above to appear in Palm Beach County, Florida United States for their depositions, and for such further relief as the Court deems just and proper.

*/s/ David J. George*
**DAVID J. GEORGE**
Florida Bar Number: 898570
Emails: DGeorge@4-Justice.com
**RYAN D. GESTEN, ESQ.**
Florida Bar Number: 240760
Emails: RGesten@4-Justice.com
**MATTHEW R. CHIAPPERINI, ESQ.**
Florida Bar Number: 111417
Emails: MChiapperini@4-Justice.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, Florida 33467
Telephone: (561) 232-6002
Toll Free: (833) FINDJUSTICE
(833) 346-3587
Fax: (888) 421-4173
E-Service: EService@4-justice.com

By: */s/ David J. George*
**DAVID J. GEORGE, ESQ.**
Florida Bar Number: 898570
Emails: DGeorge@4-Justice.com
**RYAN D. GESTEN, ESQ.**
Florida Bar Number: 240760
Emails: RGesten@4-Justice.com
**MATTHEW R. CHIAPPERINI, ESQ.**
Florida Bar Number: 111417
Emails: MChiapperini@4-Justice.com

**SERVICE LIST**
Lan Li, et al., v. Joseph Walsh, et al.
Case No. 9:16-cv-81871-KAM

| | |
|---|---|
| Devin S. Radkay, Esq.<br>Email: dradkay@gunster.com<br>J. Anthony Nelson, Esq.<br>Email: jnelson@gunster.com<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401-6194<br>Telephone: 561-655-1980<br>Facsimile: 561-655-5677 | Larry A. Zink, Esq.<br>Zink, Zink & Zink Co., L.P.A.<br>Florida Office:<br>1198 Hillsboro Mile – Suite 244<br>Hillsboro Beach, FL 33062<br>Ohio Office:<br>3711 Whipple Avenue, N.W.<br>Canton, OH 44718-2933<br>Email: zinklaw3711@yahoo.com<br>*Attorney for KK-PB Financial, LLC* |
| Gregory R. Elder, Esq.<br>Law Offices of Gregory R. Elder, LLC<br>108 SE 8th Avenue, Suite 114<br>Fort Lauderdale, FL 33301<br>Email: gelderlaw@gmail.com<br>*Attorney for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.* | Adam T. Rabin, Esq.<br>Robert C. Glass, Esq.<br>McCabe Rabin, P.A.<br>1601 Forum Place, Suite 201<br>West Palm Beach, FL 33401<br>Email: arabin@mccaberabin.com<br>e-filing@mccaberabin.com<br>*Attorney for Gerry Matthews* |
| John F. Mariani, Esq.<br>Christopher W. Kammerer, Esq.<br>Kammerer Mariani PLLC<br>1601 Form Place, Suite 500<br>West Palm Beach, FL 33401<br>Email: jmariani@kammerermariani.com<br>ckammerer@kammerermariani.com<br>*Attorneys for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC* | Philip Joseph Landau, Esq.<br>Shraiberg, Landau & Page, P.A.<br>2385 NW Executive Center Drive, Suite 300<br>Boca Raton, Florida 33431<br>Email: plandau@slp.law<br>*Attorney for 160 Royal Palm LLC*<br><br>Joseph Walsh<br>9200 Belvedere Road, Suite 202<br>Royal Palm Beach, Florida 33411 |
| Alaina R. Fotiu-Wokjtowicz, Esq.<br>Brodksy Fotiu-Wojtowicz, PLLC<br>200 SE 1st Street, Suite 400<br>Miami, Florida 33131<br>Email: alaina@bfwlegal.com<br>docketing@bfwlegal.com<br>*Attorney for Herischi & Associates LLC* | Baoping ("Effie") Liu,<br>Room 503, Tower 2, Phase I of Excellence City, No. 128 ZhongKang Road, Shenzhen City, Guangdong Province, China 518048<br>Effie.Liu@huameiim.com |

4

| | |
|---|---|
| **MANDEL & MANDEL LLP**<br>Alfred I. DuPont Building<br>169 East Flagler Street, Suite 1200<br>Miami, Florida 33131<br>Tel: (305) 374-7771<br>Fax: (305) 374-7776<br><br>*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez, an individual* | **BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Tel: (215) 864-8838<br>Fax: (215) 864-8999<br><br>Peter Hardy, Esq. (admitted *pro hac vice*)<br>Terence Grugan, Esq. (admitted *pro hac vice*)<br>Mary Treanor, Esq. (admitted *pro hac vice*)<br>Juliana Carter, Esq. (admitted *pro hac vice*)<br><br>*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez, an individual* |
| Elizabeth Parker, Esq.<br>The Law Office of Elizabeth Parker, P.A.<br>515 N. Flagler Drive, Suite 325<br>West Palm Beach, FL 33401<br>Email: Elizabeth@parkerjustice.com<br>Telephone: (561) 822-7654 | |