UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81871-CIV-MARRA

LAN LI, an individual, et al,

Plaintiffs,

vs.

JOSEPH WALSH, an individual, et al,

Defendants.
_____/

**<u>ORDER</u>**

This cause is before the Court upon Plaintiffs' Motion to Strike Defendant USREDA, LLC's Answer and Affirmative Defenses (DE 561); Plaintiffs' Motion to Strike Defendant South Atlantic Regional Center's Answer and Affirmative Defenses (DE 562) and Plaintiffs' Motion to Strike Defendant Palm House Hotel, LLLP's Answer and Affirmative Defenses (DE 563). No responses to the Motions have been filed. The Court has carefully considered the Motions and is otherwise fully advised in the premises.

Plaintiffs seek to strike the Answers of these three corporate Defendants on the basis that their counsel withdrew on May 23, 2019 and they have not yet obtained counsel to represent them. Their Answers were filed on November 19, 2018. (DE 380, 381, 382.)

The Court denies these motions. All three Answers were filed when the corporate Defendants had counsel. Thus, the filings were properly made. Lack of counsel for a corporation may prevent that entity from further defending or prosecuting the action, but it does not invalidate actions taken when the entity was properly represented. Hence, the lack of counsel is not a basis to strike these Answers. The cases relied upon by Plaintiffs concerned corporations

that filed answers when the corporation did not have counsel. See, e.g., Steele v. Int'l Ass'n of Trauma & Addiction Counselors, Inc., No. 13-62077-CIV, 2015 WL 13777167, at *1 (S.D. Fla. Oct. 23, 2015).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Motion to Strike Defendant USREDA, LLC's Answer and Affirmative Defenses (DE 561); Plaintiffs' Motion to Strike Defendant South Atlantic Regional Center's Answer and Affirmative Defenses (DE 562) and Plaintiffs' Motion to Strike Defendant Palm House Hotel, LLLP's Answer and Affirmative Defenses (DE 563) are **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of December, 2019.

_____
KENNETH A. MARRA
United States District Judge