UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LAN LI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH WALSH, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 16-81871 <br> ) LEAD CASE <br> ) <br> ) <br> ) |
| LAN LI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PNC BANK, N.A., and <br> RUBEN RAMIREZ, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 19-80332 <br> ) <br> ) <br> ) <br> ) <br> ) |

## AMENDED ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF EXPEDITED ORDER REQUIRING IRANIAN INVESTORS TO APPEAR FOR DEPOSITIONS IN THE UNITED STATES [DE 567][1]

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Entry of Expedited Order Requiring Iranian Investors to Appear for Depositions in the United States [DE 567]. The Court has carefully considered the motion and is otherwise fully advised in the premises. It is therefore **ORDERED and ADJUDGED** that the motion is **GRANTED** as follows:

1. The Iranian Plaintiffs in this case are (a) Mohammad Zargar: (b) Shahriar Ebrahimian; (c) Sara Salehin; (d) Sanaz Salehin; (e) Ali Adampeyra; and (f) Sedaghat Mohammadreza.

---

[1] This Amended Order is being entered to provide the full name for each of the Iranian Plaintiffs.

2.     Each of the Iranian Plaintiffs identified above are hereby ordered to appear in Palm Beach County, Florida, United States in order to have their depositions taken in this case. It is anticipated that each of the Iranian Plaintiffs will need to be in Palm Beach County, Florida, United States for at least seven (7) days, and they are hereby ordered to seek to obtain visas that permit them to be in the United States for no less than seven (7) days.

3.     It is the understanding of the Court that each of the Iranian Plaintiffs shall request the U.S. Department of State (the "State Department") to lift the Iranian travel ban and issue him/her a visa so that they may travel to the United States to have their depositions taken in this case. The Court advises the State Department that the taking of the Iranian Plaintiffs' depositions in this case is important to the administration of justice in this matter, and the Court respectfully requests that the State Department consider granting the Iranian Plaintiffs the visas necessary for them to travel to the United States for this purpose, if it deems such travel appropriate and lawful.

**DONE and ORDERED** in chambers, West Palm Beach, Florida, this 16th day of December 2019.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

2