UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:16-cv-81871-Marra/Matthewman**

Lian Li, *et al.*,

    Plaintiffs,

v.

Walsh, *et al.*

    Defendants.

_____/

FILED BY _____ D.C.

JAN 28 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**Case No. 9:19-cv-80332-Marra/Matthewman**

Lan Li, *et al.*,

    Plaintiffs,

v.

PNC Bank, N.A., and
Ruben Ramirez,

    Defendants.

_____/

## ORDER TO SHOW CAUSE TO 20 CHINESE PLAINTIFFS

THIS CAUSE is before the Court on Defendant Gerry Matthews' Motion to Compel Responses to Discovery and to Deem Admitted the Matters Set Forth in the First Requests for Admissions. [DE 575]. This matter was referred to the undersigned by the Honorable Kenneth A. Marra, United States District Judge. *See* DE 283.

On May 9, 2019, the Court granted David J. George, Esq.'s Amended Motion to Withdraw as Counsel of Record for 20 Plaintiffs. [DE 461]. The Court's Order relieved David J. George, Esq., and the law firm of George Gesten McDonald, PLLC from responsibility for the further

representation of: Boaping Liu; Changyu Liu; Daqin Weng; Feng Guo; Li Zhang; Ling Li; Liyan Feng; Min Cui; Qingyun Yu; Ruji Li; Shaoping Huang; Shaoqing Zeng; Tingting Sun; Tonghui Luan; Xiao Sun; Xiaoping Zhang; Yawen Li; Yi Zhao; Yingjun Yang; and Zhen Yu (collectively, the "20 Chinese Plaintiffs").

The Court's Order directed that further service of all filings and other papers in this lawsuit should be made by mail to c/o Baoping ("Effie") Liu, Room 503, Tower 2, Phase I of Excellence City, No. 128 ZhongKang Road, Shenzhen City, Guandong Province, China 518048, Telephone +86-755-82805800, with a courtesy copy by e-mail to c/o Effie Liu at Effie.Liu@huameiim.com.

In the motion, Defendant Gerry Matthews states that he served discovery requests on the 20 Chinese Plaintiffs on November 25, 2019 via mail and e-mail at the above-listed address. He further states that, to date, he has received no responses to his requests despite multiple attempts to contact the 20 Chinese Plaintiffs.

The motion seeks a Court Order (1) compelling the 20 Chinese Plaintiffs to respond to Defendant's Second Set of Interrogatories and Second Request for Production; (2) deeming each request set forth in Defendant's First Request for Admissions as admitted; and (3) awarding Defendant reasonable attorneys' fees and costs for bringing this motion.

Upon review of the motion and the docket in this case, it is hereby **ORDERED** as follows:

1. The 20 Chinese Plaintiffs shall show cause **on or before February 10, 2020** as to why Defendant's motion should not be granted and why sanctions, including an award of attorneys' fees and costs, should not be imposed.

    a. **SHOULD THE 20 CHINESE PLAINTIFFS FAIL TO COMPLY WITH THIS ORDER, THEY ARE ADVISED THAT, PURSUANT TO**

FEDERAL RULE OF CIVIL PROCEDURE 37(B)(2)(A), THE COURT MAY: (1) DIRECT THAT "DESIGNATED FACTS BE TAKEN AS ESTABLISHED FOR PURPOSES OF THIS ACTION; (2) PROHIBIT THEM FROM SUPPORTING OR OPPOSING DESIGNATED CLAIMS OR DEFENSES OR FROM INTRODUCING DESIGNATED MATTERS INTO EVIDENCE; (3) STRIKE THEIR PLEADINGS IN WHOLE OR IN PART; (4) STAY THESE PROCEEDINGS UNTIL THE COURT'S ORDER IS OBEYED; (5) RENDER A DEFAULT JUDGMENT AGAINST THEM; OR (6) FIND THEM IN CONTEMPT OF COURT.

2. The Clerk of Court is directed to mail a copy of this Order to c/o Baoping Liu, Room 503, Tower 2, Phase I of Excellence City, No. 128 ZhongKang Road, Shenzhen City, Guangdong Province, China 518048.

3. Defendant Gerry Matthews' counsel is ordered to e-mail a copy of this Order to Effie.Liu@huameiim.com.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of January 2020.

WILLIAM MATTHEWMAN
United States Magistrate Judge