# Exhibit B

Response by non-party David Derrico to Subpoena to Produce Documents in Lan Li, et. al. vs. Joseph Walsh, et. al. (case no. 16-81871-cv-Marra), dated Nov 5, 2019.

**As requested by Plaintiff's counsel in this action, please mark each document produced herein as "CONFIDENTIAL" under the terms of the Confidentiality Agreement between Plaintiff's counsel and counsel for PNC Bank.**

Further, at the request of Plaintiff's counsel and to honor the confidential nature of the documents produced, bank account numbers have been redacted, except for the last 4 digits.

Note that I did not retain any physical documents from the time I worked at USREDA over 4 years ago; all records still in my possession are electronic, and are being produced in that manner.

Also note that, after meeting and conferring with Nina Mandel, requests #1–4 and 6–8 were limited to those "that relate to the Palm House Hotel project and relate to: PNC Bank; PNC accounts; transfers to and/or from all PNC accounts; Ruben Ramirez; and anything regarding an escrow agreement" (per email of November 19, 2019). Request #5 was limited to the Plaintiffs in this action (case no. 19-80332-cv-Marra).

Responses to each request are below, and included as electronic files with this response letter.

1. After a thorough search, all documents responsive to this request have been produced.

2. After a thorough search, no documents responsive to this request were found.

3. After a thorough search, all documents responsive to this request have been produced.

4. After a thorough search, all documents responsive to this request have been produced.

5. After a thorough search, all documents responsive to this request have been produced.

6. After a thorough search, all documents responsive to this request have been produced.

7. I object, and Plaintiff's counsel objects, to the production of any confidential settlement communications between myself and Plaintiff's counsel.

8. I object, and Plaintiff's counsel objects, to the production of any confidential settlement communications between myself and Plaintiff's counsel.

**Privilege Log**
of confidential settlement communications
between David Derrico and Plaintiff's Counsel

1. Email chain dated 12/07/16 and 12/08/16, titled "Palm House," with Keith Sonderling re: confidential settlement discussions

2. Email chain dated 01/25/17, titled "Answer to Complaint," with Keith Sonderling re: confidential settlement discussions

3. Email dated 03/15/17, titled "Settlement Discussions," with Keith Sonderling re: confidential settlement discussions

4. Email dated 03/23/17, titled "Re: Settlement Discussions," with Keith Sonderling re: confidential settlement discussions

5. Email dated 04/13/17, titled "Re: Settlement Discussions," with Keith Sonderling re: confidential settlement discussions

6. Email dated 07/07/17, titled "Re: Settlement Discussions," with Keith Sonderling re: confidential settlement discussions

7. Email dated 08/24/17, titled "Re: Settlement Discussions," with Keith Sonderling re: confidential settlement discussions

8. Email dated 08/31/17, titled "Re: Settlement Discussions," with Keith Sonderling re: confidential settlement discussions

9. Email dated 09/14/17, titled "Re: Settlement Discussions," with Keith Sonderling and David George re: confidential settlement discussions

10. Email dated 09/15/17, titled "Re: Settlement Discussions," with Keith Sonderling and David George re: confidential settlement discussions

11. Email dated 09/18/17, titled "Re: Settlement Discussions," with David George re: confidential settlement discussions

12. Email dated 09/19/17, titled "Re: Settlement Discussions," with David George re: confidential settlement discussions

13. Email dated 09/20/17, titled "Discussions," with David George re: confidential settlement discussions

14. Email chain dated 09/25/17 and 09/26/17, titled "Settlement Discussion," with David George re: confidential settlement discussions

15. Email dated 09/28/17, titled "Follow-up," with David George re: confidential settlement discussions

16. Email chain dated 10/06/17 and 10/09/17, titled "Follow-up," with David George re: confidential settlement discussions

17. Email chain dated 10/11/17, titled "Agreement," with David George re: confidential settlement discussions