UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LAN LI, et al., </br></br>Plaintiffs, </br></br>v. </br></br>JOSEPH WALSH, et al., </br></br>Defendants. | Civil Action No. 16-81871-Civ-Marra |
| LAN LI, et al., </br></br>Plaintiffs, </br></br>v. </br></br>PNC BANK N.A. and RUBEN RAMIREZ, </br></br>Defendants. | Civil Action No. 19-80332-Civ-Marra |

### JOINT MOTION FOR DISCOVERY CONFERENCE WITH MAGISTRATE JUDGE AND JOINT MOTION FOR REVISION OF PRETRIAL DEADLINES

NOW COMES Plaintiffs, Lan Li, et al. ("Plaintiffs"), and Defendants Ali Herischi and Herischi & Associates LLC, Leslie Robert Evans and Leslie Robert Evans & Associates, P.A., KK-PB Financial, LLC, Gerry Matthews, and PNC Bank N.A. and Ruben Ramirez, by and through their respective undersigned counsel, who hereby submit this joint request for a discovery conference before the Magistrate Judge and a joint motion for revision of discovery deadlines. The parties therefore request both a discovery conference before Magistrate Judge Matthewman (to discuss unresolved discovery disputes) and a status conference before Judge Marra (to discuss revision of discovery and pre-trial deadlines). The parties further state as follows:

1. The matters of *Li, et al. v. Walsh, et al.*, Civil Action No. 16-81871 ("Lead Case"), and *Li, et al. v. PNC Bank, et al.*, Civil Action No. 19-80332 ("PNC Case"), have been

consolidated for purposes of discovery.  The most recent discovery schedule in the Lead Case was entered on September 5, 2019, and sets March 30, 2020, as the close of discovery.  The most recent discovery schedule in the PNC Case was entered on September 24, 2019, and sets January 19, 2021, for the close of discovery.

2. On October 24, 2019, certain parties submitted a Joint Notice Pursuant to Court's October 18, 2019 Order [DE 557], in which the parties notified the Court that they intended to seek an extension of the discovery cut-off date.  Since that date, the parties have engaged in a variety of discussions regarding discovery.  The parties currently are attempting to schedule certain witnesses for depositions in April and May, 2020.

3. Since the last discovery order in the Lead Case, Plaintiffs have attempted to secure travel visas to the U.S. or elsewhere for deposition, and have obtained travel visas for the vast majority of the Chinese plaintiffs.  However, Plaintiffs report that depositions of Plaintiffs located outside of the U.S. are currently impossible given coronavirus-related travel restrictions.  Plaintiffs also have produced revised responses to all pending requests for production of documents, and intend to provide updated interrogatory responses by March 13, 2020.  It is the position of the Defendants that the revised responses received to date remain deficient.

4. Counsel for Plaintiffs, PNC Bank/ Ramirez, the Herischi Defendants, KK-PB, and Gerry Matthews met and conferred by phone on March 6, 2020, regarding discovery issues.  Counsel discussed an extension of the close of discovery, scheduling of depositions, and other issues.  All counsel other than for the Herischi Defendants agreed that the discovery cut-off date needed to be extended, although the parties have not yet come to an agreement on the specifics of the extension.

5. The undersigned parties agree that a discovery conference with the Magistrate Judge will be most effective for reaching resolution on these discovery disputes. The parties will continue to meet-and-confer to narrow the issues to be presented to the Court. In addition, the undersigned parties agree that a status conference before Judge Marra is necessary to revise the discovery schedule.

6. The undersigned parties therefore jointly request that the Court set a discovery conference with Magistrate Judge Matthewman as soon as practicable, that the Court set a status conference with Judge Marra as soon as practicable, and that the Court hold the current discovery cutoff in abeyance until a further discovery/pretrial order can be entered.

Dated: March 12, 2020

Respectfully submitted,

| | |
|---|---|
| By: /s/Katherine Burghardt Kramer<br>Katherine Burghardt Kramer, Esq.<br>(Pro Hac Vice)<br>RongPing Wu (pro hac vice)<br>DAI & ASSOCIATES, P.C.<br>1500 Broadway; 22nd Floor<br>New York, NY 10036<br>Tel. No.: (212) 730-8880<br>Email: kkramer@daiassociates.com<br>*Attorneys for 40 Represented Plaintiffs* | By: /s/Larry A. Zink<br>Larry A. Zink, Esq.<br>ZINK, ZINK & ZINK CO., L.P.A.<br>Florida Office:<br>1198 Hillsboro Mile – Suite 244<br>Hillsboro Beach, FL 33062<br>Ohio Office:<br>3711 Whipple Avenue, N.W.<br>Canton, OH 44718-2933<br>Email: zinklaw3711@yahoo.com<br>*Attorney for KK-PB Financial, LLC* |
| By: /s/ Gregory R. Elder<br>Gregory R. Elder, Esq.<br>LAW OFFICES OF GREGORY R. ELDER, LLC | By: /s/ Adam T. Rabin<br>Adam T. Rabin, Esq.<br>Robert C. Glass, Esq.<br>MCCABE RABIN, P.A. |

| | |
|---|---|
| 108 SE 8th Avenue, Suite 114<br>Fort Lauderdale, FL 33301<br>Email: gelderlaw@gmail.com<br>*Attorney for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.* | 1601 Forum Place, Suite 201<br>West Palm Beach, FL 33401<br>Email: arabin@mccaberabin.com<br>e-filing@mccaberabin.com<br>*Attorney for Gerry Matthews* |
| By: /s/ Alaina R. Fotiu-Wojtowicz<br>Alaina R. Fotiu-Wojtowicz, Esq.<br>BRODKSY FOTIU-WOJTOWICZ, PLLC<br>200 SE 1st Street, Suite 400<br>Miami, Florida 33131<br>Email: alaina@bfwlegal.com<br>docketing@bfwlegal.com<br>*Attorney for Ali Herischi and Herischi & Associates LLC* | By: /s/ Peter Hardy<br>BALLARD SPAHR LLP<br>Peter Hardy, Esq. (admitted *pro hac vice*)<br>Aliza Karetnick, Esq.<br>Nicholas Kato, Esq.<br>Mary Treanor, Esq. (admitted *pro hac vice*)<br>Juliana Carter, Esq. (admitted *pro hac vice*)<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Tel: (215) 864-8838<br>Fax: (215) 864-8999<br>*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez, an individual* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2020, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via e-mail or U.S. Mail.

> By: /s/ Katherine Burghardt Kramer
> Dai & Associates, P.C.
> Katherine Burghardt Kramer, Esq. (*Pro Hac Vice*)
> 1500 Broadway; 22nd Floor
> New York, NY 10036
> Tel. No.: (212) 730-8880
> Email: kkramer@daiassociates.com
> *Attorneys for Represented Plaintiffs,*

## SERVICE LIST

### Lan Li, et al., v. Joseph Walsh, et al.

### Case No. 9:16-cv-81871-KAM

| | |
|---|---|
| Matthew Fornaro<br>Matthew Fornaro, P.A.<br>11555 Heron Bay Blvd; Ste. 200<br>Coral Springs, FL 33076<br>Tel: (954) 324-3651<br>*Co-counsel for Represented Plaintiffs* | Larry A. Zink, Esq.<br>Zink, Zink & Zink Co., L.P.A.<br>Florida Office:<br>1198 Hillsboro Mile – Suite 244<br>Hillsboro Beach, FL 33062<br>Ohio Office:<br>3711 Whipple Avenue, N.W.<br>Canton, OH 44718-2933<br>Email: zinklaw3711@yahoo.com<br>*Attorney for KK-PB Financial, LLC* |
| Gregory R. Elder, Esq.<br>Law Offices of Gregory R. Elder, LLC<br>108 SE 8th Avenue, Suite 114<br>Fort Lauderdale, FL 33301<br>Email: gelderlaw@gmail.com<br>*Attorney for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.* | Adam T. Rabin, Esq.<br>Robert C. Glass, Esq.<br>McCabe Rabin, P.A.<br>1601 Forum Place, Suite 201<br>West Palm Beach, FL 33401<br>Email: arabin@mccaberabin.com<br>e-filing@mccaberabin.com<br>*Attorney for Gerry Matthews* |
| John F. Mariani, Esq.<br>Christopher W. Kammerer, Esq.<br>Kammerer Mariani PLLC<br>1601 Form Place, Suite 500<br>West Palm Beach, FL 33401<br>Email: jmariani@kammerermariani.com<br>ckammerer@kammerermariani.com<br>*Attorneys for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC* | Philip Joseph Landau, Esq.<br>Shraiberg, Landau & Page, P.A.<br>2385 NW Executive Center Drive, Suite 300<br>Boca Raton, Florida 33431<br>Email: plandau@slp.law |
| Alaina R. Fotiu-Wokjtowicz, Esq.<br>Brodksy Fotiu-Wojtowicz, PLLC<br>200 SE 1st Street, Suite 400<br>Miami, Florida 33131<br>Email: alaina@bfwlegal.com<br>docketing@bfwlegal.com<br>*Attorney for Herischi & Associates LLC* | Baoping ("Effie") Liu,<br>Room 1201, Building C<br>Dachong Business Center, Nanshan District<br>Shenzhen, 51800 P.R. China<br>Effie.Liu@huameiim.com |

| | |
|---|---|
| Mandel & Mandel LLP<br>Alfred I. DuPont Building<br>169 East Flagler Street, Suite 1200<br>Miami, Florida 33131<br>Tel: (305) 374-7771<br>Fax: (305) 374-7776<br><br><br><br><br><br><br>*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez, an individual* | Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Tel: (215) 864-8838<br>Fax: (215) 864-8999<br><br>Aliza Karetnick, Esq.<br>Nicholas Kato, Esq.<br>Peter Hardy, Esq. (admitted *pro hac vice*)<br>Mary Treanor, Esq. (admitted *pro hac vice*)<br>Juliana Carter, Esq. (admitted *pro hac vice*)<br><br>*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez, an individual* |
| Joseph Walsh<br>9200 Belvedere Road, Suite 202<br>Royal Palm Beach, Florida 33411 | |