UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81871-CIV-MARRA

LAN LI, an individual, et al,

Plaintiffs,

vs.

JOSEPH WALSH, an individual, et al,

Defendants.
_____/

LAN LI, an individual, et al,

Plaintiffs,

vs.

PNC BANK N.A., and RUBEN RAMIREZ,

Defendants.
_____/

## ORDER SETTING TELOPHONIC STATUS CONFERENCE

The above-styled cause has been set for a telephonic hearing on **Friday, March 20, 2020 at 1:30 p.m**. before United States District Judge Kenneth A. Marra, 701 Clematis Street, Courtroom 4, West Palm Beach, Florida.  The following motions will be addressed: Motion to Withdraw as Counsel of Record for 3 EB-5 Investors (DE 586); Motion to Withdraw as Counsel of Record for 43 Plaintiffs (DE 593) and the Joint Motion for Revision of Pretrial Deadlines (DE 596).

The parties shall call in at the appointed time to conference call number **1-888-684-8852**, use access code **989 2114** and enter security code **3765.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of March, 2020.

KENNETH A. MARRA
United States District Judge