UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| LAN LI, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 16-81871 |
| JOSEPH WALSH, *et al.*, | ) ) ) | LEAD CASE |
| Defendants. | ) ) | |
| LAN LI, *et al.*, | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 19-80332 |
| PNC BANK, N.A., and RUBEN RAMIREZ, | ) ) ) ) | |
| Defendants. | ) ) | |

FILED BY _____ D.C.
MAR 1 3 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING IN PART JOINT MOTION FOR DISCOVERY CONFERENCE [DE 596]

THIS CAUSE is before the Court on the parties' Joint Motion for Discovery Conference with Magistrate Judge. [DE 596]. Upon review of the motion and the docket in this case, it is hereby **ORDERED** that the parties' Joint Motion for Discovery Conference with Magistrate Judge [DE 596] is **GRANTED IN PART**, as follows:

1. The parties shall file a Joint Notice **on or before March 18, 2020,** advising the Court of the parties' specific discovery disputes and a brief recitation of the position of each relevant party on each specific dispute. The parties and their counsel are advised that the Court will impose sanctions and/or cost-shifting under Federal Rule of Civil Procedure 37 if any party

or counsel fails to personally confer in good faith, takes an unreasonable discovery position, or otherwise fails to comply with any applicable rules.

2. A telephonic hearing on the parties' pending discovery disputes shall be held as follows:

> DATE: Friday, March 20, 2020
> TIME: 3:00 p.m.
> PLACE: United States District Court
> 701 Clematis Street
> West Palm Beach, Florida
> Courtroom Six, Third Floor

3. Instructions for appearing via telephone are as follows: The parties are directed to use a landline to participate in the telephonic conference. Call five (5) minutes prior to the Settlement Conference. Call the Court at (888) 278-0296. The access code is 2301774.

**DONE and ORDERED** in chambers, West Palm Beach, Florida, this 13th day of March 2020.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE