# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE No. 16-cv-81871

LAN LI, an individual; et al.,

    Plaintiffs,

v.

JOSEPH WALSH, an individual; et al.,

    Defendants.
_____/

### NOTICE OF TAKING DEPOSITION OF JOSEPH WALSH

**PLEASE TAKE NOTICE** that the undersigned attorney for Plaintiffs, LAN LI, YING TAN, TAO XIONG, JUNQIANG FENG, RAN CHEN, XIANG SHU, HAO LOU, XIANG CHUNHUA, KUANG YAOPING, BEI ZHU, QIONG DENG, QIONGFANG ZHU, ZHILING GAN, CUILIAN LI, YULONG TANG, LILI ZHANG, SHUANGYUN WANG, WENHAO ZHANG, SHA SHI, YAJUN KANG, DONGSHENG ZHU, RUJING WEI, CHAOHUI LI, JUEWEI ZHOU, MIN LI, CHUNNING YE, HONGRU PAN, , YUANBO WANG, SHU JIANG, YING FEI, LI DONGSHENG, XIAONAN WANG, CHENGYU GU, YAN CHEN, TANG CHEOK FAI, MOHAMMAD ZARGAR, SHAHRIAR EBRAHIMIAN, REZA SIAMAK NIA, SARA SALEHIN, SANAZ SALEHIN, ALI ADAMPEYRA, MOHAMMADREZA SEDAGHAT, and HALIL ERSEVEN, by and through their undersigned counsel, will take the deposition of the following:

| NAME | DATE | TIME | LOCATION |
|---|---|---|---|
| JOSEPH WALSH | Thursday August 8, 2019 | 10:00 A.M. | George Gesten McDonald, PLLC 9897 Lake Worth Road, Suite 302 Lake Worth, Florida 33467 |

1

upon oral examination before U.S. Legal Support. Court Reporters, Notary Public, or any other Notary Public or Officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed is being taken for the purposes of discovery, for use at trial or for such other purposes as are permitted under the Rules.

**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, Florida 33467
Telephone: (561) 232-6002
Toll Free: (833) FINDJUSTICE
(833) 346-3587
Fax: (888) 421-4173
E-Service: EService@4-justice.com

By: */s/ David J. George*
**DAVID J. GEORGE, ESQ.**
Florida Bar Number: 898570
Emails: DGeorge@4-Justice.com
**RYAN D. GESTEN, ESQ.**
Florida Bar Number: 240760
Emails: RGesten@4-Justice.com
**MATTHEW R. CHIAPPERINI, ESQ.**
Florida Bar Number: 111417
Emails: MChiapperini@4-Justice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ David J. George*
**DAVID J. GEORGE, ESQ.**

2

**SERVICE LIST**

**Lan Li, et al., v. Joseph Walsh, et al.
Case No. 9:16-cv-81871-KAM**

Devin S. Radkay, Esq.
Email:  dradkay@gunster.com
J. Anthony Nelson, Esq.
Email:  jnelson@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401-6194
Telephone:  561-655-1980
Facsimile:  561-655-5677

Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
Email:  gelderlaw@gmail.com
*Attorney for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.*

John F. Mariani, Esq.
Christopher W. Kammerer, Esq.
Kammerer Mariani PLLC
1601 Form Place, Suite 500
West Palm Beach, FL 33401
Email:  jmariani@kammerermariani.com
ckammerer@kammerermariani.com
*Attorneys for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal
Palm, LLC, and Palm House PB, LLC*

Alaina R. Fotiu-Wokjtowicz, Esq.
Brodksy Fotiu-Wojtowicz, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Email: alaina@bfwlegal.com
*Attorney for Herischi & Associates LLC*

Baoping ("Effie") Liu,
Room 503, Tower 2, Phase I of Excellence City,
No. 128 ZhongKang Road, Shenzhen City,
Guangdong Province, China 518048
Effie.Liu@huameiim.com.

Larry A. Zink, Esq.
Zink, Zink & Zink Co., L.P.A.
Florida Office:
1198 Hillsboro Mile – Suite 244
Hillsboro Beach, FL 33062
Ohio Office:
3711 Whipple Avenue, N.W.
Canton, OH 44718-2933
Email:  zinklaw3711@yahoo.com
*Attorney for KK-PB Financial, LLC*

Adam T. Rabin, Esq.
Robert C. Glass, Esq.
McCabe Rabin, P.A.
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Email:  arabin@mccaberabin.com
e-filing@mccaberabin.com
*Attorney for Gerry Matthews*

Philip Joseph Landau, Esq.
Shraiberg, Landau & Page, P.A.
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Email:  plandau@slp.law
*Attorney for 160 Royal Palm LLC*

Joseph Walsh
9200 Belvedere Road, Suite 202
Royal Palm Beach, Florida 33411

cc:  U.S. Legal Support, Via e-mail

3