# Exhibit "B"

```
 1         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF FLORIDA
 2               WEST PALM BEACH DIVISION

 3              CASE NO. 16-cv-81871

 4

 5   LAN LI, an individual et al.,

 6          Plaintiffs,

 7   -vs-

 8
     JOSEPH WALSH, an individual; et al.,
 9

10          Defendants.

11   _____

         CERTIFICATE OF NON-APPEARANCE, NOTICE OF TAKING
12              DEPOSITION OF JOSEPH WALSH AND
      DEFENDANT/CROSS-CLAIMANT, KK-PB FINANCIAL, LLC'S
13              CROSS NOTICE OF DEPOSITION

14          I, Kathleen Szabo, Registered Professional
     Reporter and Notary Public, State of Florida at Large,:
15   hereby certify that I was present at the
     offices of David J. George, Esquire, 9897 Lake Worth
16   Road, Suite 302, Lake Worth, Florida 33467 on August 8,
     2019 at 10:00 a .m., for the purpose of reporting the
17   deposition under oath of JOSEPH WALSH scheduled to begin
     at 10:00 a.m.; that David J. George, Esquire; Gregory R.
18   Elder, Esquire (Via telephone); Alaina R.
     Fotiu-Wokjtowicz, Esquire (Via telephone); and Larry A.
19   Zink, Esquire (Via telephone) was present; and that
     JOSEPH WALSH did not appear by 10:30 a.m.
20

21          Dated this 10th day of August    , 2019.
            [signature: Kathy Szabo]
22   _____
     Kathleen Szabo, RPR
23   U.S. Legal Support, Inc.
     444 West Railroad Avenue
24   Suite 300
     West Palm Beach, Florida  33401
25
```