UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:16-cv-81871-Marra/Matthewman**

Lian Li, *et al.*,

      Plaintiffs,

v.

Walsh, *et al.*

      Defendants.

_____/

**Case No. 9:19-cv-80332-Marra/Matthewman**

Lan Li, *et al.*,

      Plaintiffs,

v.

PNC Bank, N.A., and
Ruben Ramirez,

      Defendants.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO
STRIKE DEFENDANT WALSH'S PLEADINGS [DE 544]
AND
DIRECTING DEFENDANT WALSH TO APPEAR FOR DEPOSITION ON NOVEMBER
10, 2019, AT 10:00 A.M.**

THIS CAUSE is before the Court on Plaintiffs' Motion to Strike Defendant Joseph Walsh,

Sr.'s Pleadings for Failure to Participate in Discovery or in the Alternative Motion to Compel

Deposition [DE 544]. This matter was referred to the undersigned by United States District Judge

Kenneth A. Marra. *See* DE 283. Plaintiffs filed their Motion on October 3, 2019. Defendant Walsh

failed to respond to Plaintiff's Motion. Thus, this matter is ripe for review.

Case 9:16-cv-81871-KAM Document 559 Entered on FLSD Docket 10/28/2019 Page 2 of 3

Per Plaintiffs' Motion [DE 544], on July 2, 2019, Plaintiffs scheduled Defendant Walsh for deposition on August 8, 2019, at Plaintiffs' counsel's office in Lake Worth, Florida. Defendant Walsh failed to appear as required. Nor did he ever seek a protective order as to that deposition or request an alternative date or location. Further, Plaintiffs state that "[u]pon information and belief, [Defendant] Walsh has fled the United States and is currently moving between China and Australia for alternating 90-day periods of time, also making trips to Hong Kong and Vietnam in the past three months." [DE 544, p. 2]. And finally, Plaintiffs note that Defendant Walsh has also failed to participate in discovery in ongoing litigation brought by the Securities and Exchange Commission and, as a result, the SEC is seeking a default judgment against him. *Id.* (citing *SEC v. Palm House Hotel, LLLP., et al.*, No. 9:18-cv-81038-DMM (S.D. Fla.)).

As Defendant Walsh has failed to respond to Plaintiff's Motion, the Court hereby GRANTS Plaintiff's alternative motion to compel deposition by default. *See* S.D. Fla. L. R. 7.1(c). Additionally, the Court GRANTS Plaintiff's alternative motion to compel deposition on the merits. Defendant Walsh is required to participate in discovery and attend his deposition.

Accordingly, the Court hereby ORDERS Defendant Walsh to appear for his deposition at the offices of Plaintiff's counsel, George Gesten McDonald, PLLC, 9897 Lake Worth Road, Suite 302, Lake Worth, Florida 33467, **on November 10, 2019, at 10:00 a.m.**

**SHOULD DEFENDANT WALSH FAIL TO COMPLY WITH THIS ORDER, HE IS ADVISED THAT, PURSUANT TO FED. R. CIV. P. 37(B)(2)(A), THE COURT MAY: (I) DIRECT THAT "DESIGNATED FACTS BE TAKEN AS ESTABLISHED FOR PURPOSES OF THE ACTION;" (II) PROHIBIT HIM FROM SUPPORTING OR OPPOSING DESIGNATED CLAIMS OR DEFENSES OR FROM INTRODUCING DESIGNATED MATTERS INTO EVIDENCE; (III) STRIKE HIS PLEADINGS IN WHOLE OR IN PART; (IV) STAY THESE PROCEEDINGS UNTIL THE COURT'S**

**ORDER IS OBEYED; (V) RENDER A DEFAULT JUDGMENT AGAINST HIM; OR (VI) FIND HIM IN CONTEMPT OF COURT.**

In the event Defendant Walsh fails to appear for his deposition as ordered by this Court, Plaintiffs may file a renewed motion seeking whatever relief Plaintiffs believes is appropriate.

**ORDERED and ADJUDGED** in chambers in West Palm Beach, Florida, this 28th day of October 2019.

WILLIAM MATTHEWMAN
United States Magistrate Judge

3