1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
2
           CASE NO.: 9:16-cv-81871-Marra/Matthewman
3

4    LIAN LI, et al,

5         Plaintiffs,

6    vs.

7    WALSH, et al,

8         Defendants.
     _____/
9

10         CASE NO.: 9:19-cv-80332-Marra/Matthewman

11   LIAN LI, et al,

12        Plaintiffs,

13   vs.

14   PNC BANK, N.A., and
     RUBEN RAMIREZ,
15
          Defendants.
16   _____/

17

18         CERTIFICATE OF NON-APPEARANCE
          In Re:  Deposition of Joseph Walsh
19
     STATE OF FLORIDA      )
20   COUNTY OF PALM BEACH  )

21        I, Lori G. Erwin, Registered Professional
     Reporter, Notary Public in and for the State of
22   Florida at Large, do hereby certify that I was
     present at George, Gesten, McDonald, PLLC, 9897 Lake
23   Worth Road, Suite 302, Lake Worth, Florida 33467, on
     Sunday, November 10, 2019, at 10:00 a.m. through
24   10:12 a.m., for the purpose of reporting the
     deposition of JOSEPH WALSH, scheduled to begin at
25   10:00 a.m., and the deponent did not appear.

1      Also present were David J. George, Esquire.
Larry A. Zink, Esquire, and Alaina R.
2  Fotiu-Wokjtowicz, Esquire, appeared telephonically.

3      Under penalties of perjury, I declare that I have
read the foregoing certificate and that the facts stated
4  in it are true.

5      Dated this 15th day of November, 2019.

6

7      _____

8      Lori G. Erwin, RPR
       Registered Professional Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25