UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
---------------------------------------------------------------X
Lian Li, *et al.,*                                              Case No.: 9:16-cv-81871-KAM

                        *Plaintiffs*,

      -against-                                            **[PROPOSED]**
                                                            **DEFAULT JUDGMENT**

Walsh, *et al*.,

                        *Defendants*.
---------------------------------------------------------------X

Walsh, *et al*.,

                        *Plaintiffs*,

      -against-

PNC Bank, N.A., and Ruben Ramirez,

                        *Defendants*.
---------------------------------------------------------------X

The matter before the Court is Plaintiffs EB-5 Investors' (the "**Plaintiffs**") Motion to Strike the Pleadings of and Entry of Default Judgment Against Defendant Joseph Walsh, Sr. (the "**Defendant**" or "**Walsh**") [Dckt. No. ____]. Walsh has not responded to Plaintiffs' motion for entry of default judgment.

Having considered Plaintiffs' motion and the record, the Court enters the following findings of fact and conclusions of law:

      1.     This action was commenced by the filing of a Complaint on November 14, 2016. [Dckt. No. 1]. On March 10, 2017, Walsh filed a Motion to Dismiss the Complaint [Dckt. No. 146]. Consistent with the directives of the Court's July 24, 2017 Order, Plaintiffs filed an Amended Complaint on August 30, 2017. [Dckt. No. 181]. On October 13, 2017, Walsh filed the Answer to Plaintiffs' First Amended Complaint. [Dckt. No. 225]. On October 15, 2018, Plaintiffs filed

1

their Second Amended Complaint. [Dckt. No. 338]. On October 23, 2018, Plaintiffs filed their Third Amended Complaint (the "Third Amended Complaint"). [Dckt. No. 351]. On November 19, 2018, Walsh filed an Answer and Affirmative Defenses to Plaintiffs' Third Amended Complaint (the "**Answer**"). [Dckt. No. 383].

2.  On July 2, 2019, Plaintiffs noticed Walsh's deposition to occur on August 8, 2019 at the office of Plaintiffs' counsel in Lake Worth, Palm Beach County, Florida.

3.  Walsh did not appear for his properly noticed deposition scheduled for August 8, 2019.

4.  Prior to August 8, 2019, Walsh never sought a protective order for his deposition, requested an alternate date or location or any other accommodation with respect to his deposition scheduled for August 8, 2019.

5.  On October 3, 2019, Plaintiffs filed a motion to, *inter alia*, compel Walsh's deposition. [Dckt. No. 544]. The Court Order dated October 28, 2019 (the "**October 28 Order**") compelled Walsh to "appear for his deposition…on November 10, 2019", or risk having his pleadings stricken [Dckt. No. 559].

6.  Notwithstanding the Court's October 28 Order, Walsh did not appear for his deposition scheduled for November 10, 2019.

7.  Plaintiffs have been and will continue to be prejudiced by Walsh's failure to cooperate in discovery, specifically failing to appear for his depositions. As a result of Walsh's failure to appear for his deposition on August 8, 2019 and November 10, 2019, Plaintiffs have incurred attorneys' fees and costs.

8. Upon information and belief, Walsh fled the United States and has moved between China and Australia for alternating 90-day periods of time, also making trips to Hong Kong and Vietnam.

9. On _____, the Court ordered, among other things, that Walsh's Answer be stricken.

10. Upon entry of default, the well-pleaded allegations of a complaint are deemed admitted. *Buchanan v. Bowman*, 820 F.2d 359, 360 (11th Cir. 1987); *Nishimatsu Construction Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975). When a defendant fails to defend an action and a default has been entered, his liability for violations of the federal securities laws as alleged in the complaint, and the propriety of the relief sought, is deemed established. *Buchanan*, 820 F.2d at 360; *Miller v. Paradise of Port Richey, Inc.*, 75 F. Supp. 2d 1342, 1346 (M.D. Fla. 1999).

11. ACCORDINGLY, after due consideration, it is ORDERED AND ADJUDGED that Plaintiffs' motion for entry of default judgment against Walsh is GRANTED as follows:

## COUNT I
### Injunctive Relief Under Fla. Stat. §§ 812.035(1), (6)

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $68,940,000 as and for treble damages pursuant to Fla. Stat. § 772.11(1); Fla. Stat. § 772.104(1), representing three times the amount of actual damages of the sum of $22,980,000, and

**IT IS ORDERED AND ADJUDGED** that Walsh is permanently restrained and enjoined from disposing of real property obtained or improved through the use of unlawfully obtained proceeds.

**IT IS FURTHER ORDERED AND ADJUDGED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also bind the following who receive actual

3

notice of this Judgment by personal service or otherwise: (a) Walsh's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Walsh or with anyone described in (a).

## COUNT II
### Conversion

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $22,980,000 as and for damages, the sum of $68,940,000 as and for punitive damages, the sum of $_____ as and for costs, and the sum of $9,239,891 as and for pre-judgment interest, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

## COUNT IV
### Fraud in the Inducement - Chinese Victims

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $19,600,000 as and for damages, the sum of $58,800,000 as and for punitive damages, the sum of $_____ as and for costs, and the sum of $7,857,570 as and for pre-judgment interest, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

## COUNT V
### Fraud in the Inducement - Iranian Victims

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $2,800,000 as and for damages, the sum of $8,400,000 as and for punitive damages, the sum of $_____ as and for costs, and the sum of $1,122,510 as and for pre-judgment interest, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

## COUNT VI
### Fraud in the Inducement - Turkish Victim

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $580,000 as and for damages, the sum of $1,740,000 as and for punitive damages, the sum of $_____ as and for costs, and the sum of $259,811 as and for pre-judgment interest, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

## COUNT VII
### Fraud - Chinese Victims

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $19,600,000 as and for damages, the sum of $58,800,000 as and for punitive damages, the sum of $_____ as and for costs, and the sum of $7,857,570 as and for pre-judgment interest, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

## COUNT VIII
### Fraud - Iranian Victims

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $2,800,000 as and for damages, the sum of $8,400,000 as and for punitive damages, the sum of $_____ as and for costs, and the sum of $1,122,510 as and for pre-judgment interest, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

## COUNT X
### Breach of Fiduciary Duty

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $22,980,000 as and for damages, the sum of $68,940,000 as and for punitive damages, the sum of $_____ as and for costs, and the sum of $9,239,891 as and for pre-judgment interest, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

## COUNT XIX
### Breach of Florida Securities and Investor Protection Act, Fla. Stat. § 517.011 et seq. - Chinese Victims

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $19,600,000 as and for rescission, the sum of $_____ as and for attorneys' fees, and the sum of $_____ as and for costs, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

## COUNT XX
### Breach of Florida Securities and Investor Protection Act, Fla. Stat. § 517.011 et seq. - Iranian Victims

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $2,800,000 as and for rescission, the sum of $_____ as and for attorneys' fees, and the sum of $_____ as and for costs, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

## COUNT XXI
**Breach of Florida Securities and Investor Protection Act, Fla. Stat. § 517.011 et seq. - Turkish Victim**

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $580,000 as and for rescission, the sum of $_____ as and for attorneys' fees, and the sum of $_____ as and for costs, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

## COUNT XXII
**Unjust Enrichment**

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $22,980,000 as and for the value of the benefits wrongfully obtained by Walsh; and

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' prayer for the imposition of a constructive trust upon the proceeds of the wrongful and/or illegal activities is **GRANTED**; and

**IT IS ORDERED AND ADJUDGED** that Walsh is hereby **ORDERED** to turn over the assets obtained using the funds unlawfully taken from Plaintiffs

**IT IS FURTHER ORDERED AND ADJUDGED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also bind the following who receive actual notice of this Judgment by personal service or otherwise: (a) Walsh's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Walsh or with anyone described in (a).

## COUNT XXIII

**Violation of Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §501.201 et seq.**

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $22,980,000 as and for damages, the sum of $_____ as and for attorneys' fees, and the sum of $_____ as and for costs, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

### COUNT XXIV
### Equitable Accounting

**IT IS ORDERED AND ADJUDGED** that Walsh is hereby **ORDERED** to provide a full and complete accounting of his finances, operations, and transactions involving any funds traceable to Plaintiffs, and

**IT IS ORDERED AND ADJUDGED** that Walsh is hereby **ORDERED** to provide Plaintiffs with the location and description of all property purchased with any funds traceable to Plaintiffs, and

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' prayer for the imposition of a constructive trust over all amounts and profits to which Plaintiffs are determined to be entitled to is **GRANTED**.

### COUNT XXV
### Civil Conspiracy

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $22,980,000 as and for damages, and the sum of $_____ as and for costs, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

### COUNT XXVI

8

**Constructive Fraud**

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $22,980,000 as and for damages, and the sum of $_____ as and for costs, and the sum of $9,239,891 as and for pre-judgment interest, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

### COUNT XXIX
### Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $22,980,000 as and for damages, the sum of $_____ as and for costs, and the sum of $_____ as and for attorneys' fees, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

**IT IS ORDERED AND ADJUDGED** that Walsh is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 ("**Exchange Act**") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by the use of any means or instrumentality of interstate commerce, or of the mails or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;
(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or
(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person,

9

by, directly or indirectly, (i) creating a false appearance or otherwise deceiving any person, or (ii) disseminating false or misleading documents, materials, or information or making, either orally or in writing, any false or misleading statement in any communication with any investor or prospective investor, about:

(a) any investment strategy or investment in securities,
(b) the prospects for success of any product or company,
(c) the use of investor funds,

**IT IS FURTHER ORDERED AND ADJUDGED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also bind the following who receive actual notice of this Judgment by personal service or otherwise: (a) Walsh's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Walsh or with anyone described in (a).

## COUNT XXX
## Violations of Section 20(a) of the Exchange Act

**IT IS ORDERED AND ADJUDGED** that Walsh is liable for the sum of $22,980,000 as and for damages, the sum of $_____ as and for costs, and the sum of $_____ as and for attorneys' fees, for a total judgment amount of $_____, and

**IT IS ORDERED AND ADJUDGED** that Walsh is permanently restrained and enjoined from violating, directly or indirectly, Section 20(a) of the Exchange Act, by the use of any means or instrumentality of interstate commerce, or of the mails or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;
(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or
(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person,

by, directly or indirectly, (i) creating a false appearance or otherwise deceiving any person, or (ii) disseminating false or misleading documents, materials, or information or making, either orally or in writing, any false or misleading statement in any communication with any investor or prospective investor, about:

(d) any investment strategy or investment in securities,
(e) the prospects for success of any product or company,
(f) the use of investor funds,

**IT IS FURTHER ORDERED AND ADJUDGED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also bind the following who receive actual notice of this Judgment by personal service or otherwise: (a) Walsh's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Walsh or with anyone described in (a).

## BANKRUPTCY NONDISCHARGEABILITY

**IT IS FURTHER ORDERED AND ADJUDGED** that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the allegations in the Complaint are true and admitted by Walsh, and further, any debt for disgorgement, prejudgment interest, civil penalty, or other amounts due by Walsh under this Judgment or any other judgment, order, consent order, decree, or settlement agreement entered in connection with this proceeding, is a debt for the violation by Walsh of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

## RULE 54(b) CERTIFICATION

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Default Judgment forthwith and without further notice.

SIGNED in Chambers in West Palm Beach, Florida, this _____ day of _____, ____.

_____
HON. KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE