| Year | Annual Rate* | Prejudgment Interest | | |
|---|---|---|---|---|
| | | Chinese Victims | Iranian Victims | Turkish Victim |
| 2012 | 4.75% | x | x | $27,550.00 |
| 2013 | 4.75% | $26,600.00 | $26,600.00 | $27,550.00 |
| 2014 | 4.75% | $26,600.00 | $26,600.00 | $27,550.00 |
| 2015 | 4.75% | $26,600.00 | $26,600.00 | $27,550.00 |
| 1-Jan-16 | 4.75% | $6,650.00 | $6,650.00 | $6,887.50 |
| 1-Apr-16 | 4.78% | $6,692.00 | $6,692.00 | $6,931.00 |
| 1-Jul-16 | 4.84% | $6,776.00 | $6,776.00 | $7,018.00 |
| 1-Oct-16 | 4.91% | $6,874.00 | $6,874.00 | $7,119.50 |
| 1-Jan-17 | 4.97% | $7,208.00 | $7,208.00 | $7,206.50 |
| 1-Apr-17 | 5.05% | $7,070.00 | $7,070.00 | $7,322.50 |
| 1-Jul-17 | 5.17% | $7,238.00 | $7,238.00 | $7,496.50 |
| 1-Oct-17 | 5.35% | $7,490.00 | $7,490.00 | $7,757.50 |
| 1-Jan-18 | 5.53% | $7,742.00 | $7,742.00 | $8,018.50 |
| 1-Apr-18 | 5.72% | $8,008.00 | $8,008.00 | $8,294.00 |
| 1-Jul-18 | 5.97% | $8,358.00 | $8,358.00 | $8,656.50 |
| 1-Oct-18 | 6.09% | $8,526.00 | $8,526.00 | $8,830.50 |
| 1-Jan-19 | 6.33% | $8,862.00 | $8,862.00 | $9,178.50 |
| 1-Apr-19 | 6.57% | $9,198.00 | $9,198.00 | $9,526.50 |
| 1-Jul-19 | 6.77% | $9,478.00 | $9,478.00 | $9,816.50 |
| 1-Oct-19 | 6.89% | $9,646.00 | $9,646.00 | $9,990.50 |
| 1-Jan-20 | 6.83% | $9,562.00 | $9,562.00 | $9,903.50 |
| 1-Apr-20 | 6.66% | $9,324.00 | $9,324.00 | $9,657.00 |
| | Total: | $224,502.00 | $224,502.00 | $259,811.00 |

Under Florida law, "when a verdict liquidates damages on a plaintiff's out-of-pocket pecuniary losses, the plaintiff is entitled to prejudgment interest at the statutory rate from the date of such loss;" and when the loss arises from "a series of civil thefts, prejudgment interest is an element of compensatory damages [that] should be calculated from the date of each taking," based on "any portion of the damages that are ascertainable as of a date certain from the record." *Greenberg v. Grossman,* 683 So.2d 156, 157 (Fla.3d Dist.Ct.App.1996) (citing Fla. Stat. § 772.11). Under Florida law, where there is no contract rate establishing the appropriate interest rate, the interest rate is set annually by the Chief Financial Officer. *See* Fla. Stat. §§ 687.01 and 55.03. The applicable interest rate for the relevant years is set forth above:

*See* https://www.myfloridacfo.com/Division/AA/LocalGovernments/Current.htm

| First Date of Loss | | |
|---|---|---|
| Chinese Victims | Iranian Victims | Turkish Victim |
| 2013 | 2013 | 2012 |

| No. | Name | Damages - Count I (Costs Pursuant to Fla. Stat. § 772.11(1); Fla. Stat. § 772.104(1)) | | | | |
|---|---|---|---|---|---|---|
| | | Compensatory Damages | | | | |
| | Chinese Victims | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | Treble Damages* |
| 1. | LAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 2. | YING TAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 3. | TAO XIONG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 4. | JUNQIANG FENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 5. | RAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 6. | XIANG SHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 7. | HAO LOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 8. | XIANG CHUNHUA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 9. | KUANG YAOPING | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 10. | BEI ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 11. | QIONG DENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 12. | QIONGFANG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 13. | ZHILING GAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 14. | CUILIAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 15. | YULONG TANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 16. | LILI ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 17. | SHUANGYUN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 18. | WENHAO ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 19. | SHA SHI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 20. | YAJUN KANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 21. | DONGSHENG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 22. | RUJING WEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 23. | CHAOHUI LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 24. | JUEWEI ZHOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 25. | MIN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 26. | CHUNNING YE | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 27. | HONGRU PAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 28. | YUANBO WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |

*Lan Li et al v. Walsh et al* [16-cv-81871]

| | | | | | |
|---|---|---|---|---|---|
| 29. | SHU JIANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 30. | YING FEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 31. | LI DONGSHENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 32. | XIAONAN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 33. | CHENGYU GU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 34. | YAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 35. | TANG CHEOK FAI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| | **Iranian Victims** | | | | | |
| 36. | MOHAMMAD ZARGAR | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 37. | REZA SIAMAK NIA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 38. | ALI ADAMPEYRA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 39. | SHAHRIAR EBRAHIMIAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| 40. | MOHAMMADREZA SEDAGHAT | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 |
| | **Turkish Victim** | | | | | |
| 41. | HALIL ERSEVEN | $500,000 | $60,000 | $20,000 | $580,000 | $1,740,000 |

**Total:** $22,980,000   $68,940,000

*Under the plain language of...Florida's Civil Remedies for Criminal Practices Act, the final judgment must reflect an amount that is three times the amount of actual damages. *See* Fla. Stat. § 772.11(1); Fla. Stat. § 772.104(1). The amount to be trebled should consist solely of Plaintiffs' actual damages, prior to adding the value of prejudgment interest... The value of the settlements should then be set-off subsequent to trebling.

*See Allstate Ins. Co. v. Palterovich* , 653 F. Supp. 2d 1306, 1333 (S.D. Fla. 2009)

| | | Lan Li et al v. Walsh et al [16-cv-81871] |
|---|---|---|

| No. | Name | \multicolumn{10}{c}{Damages - Count II (Conversion)} |
|---|---|---|

Table:

| No. | Name (Chinese Victims) | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | Punitive Damages* | Filing Fees | Disbursements | Total Costs | Pre-Judgment Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | LAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 2. | YING TAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 3. | TAO XIONG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 4. | JUNQIANG FENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 5. | RAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 6. | XIANG SHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 7. | HAO LOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 8. | XIANG CHUNHUA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 9. | KUANG YAOPING | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 10. | BEI ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 11. | QIONG DENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 12. | QIONGFANG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 13. | ZHILING GAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 14. | CUILIAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 15. | YULONG TANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 16. | LILI ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 17. | SHUANGYUN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 18. | WENHAO ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 19. | SHA SHI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 20. | YAJUN KANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 21. | DONGSHENG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 22. | RUJING WEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 23. | CHAOHUI LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 24. | JUEWEI ZHOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 25. | MIN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 26. | CHUNNING YE | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 27. | HONGRU PAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 28. | YUANBO WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 29. | SHU JIANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 30. | YING FEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 31. | LI DONGSHENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 32. | XIAONAN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 33. | CHENGYU GU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 34. | YAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 35. | TANG CHEOK FAI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| | **Iranian Victims** | | | | | | | | | |
| 36. | SHAHRIAR EBRAHIMIAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 37. | MOHAMMAD ZARGAR | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 38. | REZA SIAMAK NIA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 39. | ALI ADAMPEYRA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 40. | MOHAMMADREZA SEDAGHAT | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| | **Turkish Victim** | | | | | | | | | |
| 41. | HALIL ERSEVEN | $500,000 | $60,000 | $20,000 | $580,000 | $1,740,000 | | | | $259,811 |
| | **Total:** | | | | $22,980,000 | $68,940,000 | | | | $9,239,891 |

\* See Fla. Stat. § 768.72, §768.73
*Beauzieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at *3 (Fla.Cir.Ct. May 15, 2017)

| No. | Name | Compensatory Damages | | | | Punitive Damages* | Costs | | | | Pre-Judgment Interest |
|-----|------|----------------------|--|--|--|-------------------|-------|--|--|--|----------------------|
| | | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | | Filing Fees | Disbursements | | Total Costs | |

*Lan Li et al v. Walsh et al* [16-cv-81871]
Damages - Count IV (Fraud in the Inducement - Chinese Victims)

| No. | Chinese Victims | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | Punitive Damages* | Filing Fees | Disbursements | | Total Costs | Pre-Judgment Interest |
|-----|-----------------|-------------------|--------------------|----------------|----------------------------|-------------------|-------------|---------------|--|-------------|----------------------|
| 1. | LAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 2. | YING TAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 3. | TAO XIONG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 4. | JUNQIANG FENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 5. | RAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 6. | XIANG SHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 7. | HAO LOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 8. | XIANG CHUNHUA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 9. | KUANG YAOPING | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 10. | BEI ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 11. | QIONG DENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 12. | QIONGFANG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 13. | ZHILING GAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 14. | CUILIAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 15. | YULONG TANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 16. | LILI ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 17. | SHUANGYUN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 18. | WENHAO ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 19. | SHA SHI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 20. | YAJUN KANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 21. | DONGSHENG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 22. | RUJING WEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 23. | CHAOHUI LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 24. | JUEWEI ZHOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 25. | MIN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 26. | CHUNNING YE | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 27. | HONGRU PAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 28. | YUANBO WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 29. | SHU JIANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 30. | YING FEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 31. | LI DONGSHENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 32. | XIAONAN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 33. | CHENGYU GU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 34. | YAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 35. | TANG CHEOK FAI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |

**Total:** $19,600,000    $58,800,000    $7,857,570

\* See Fla. Stat. § 768.72, §768.73
*Beaczieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at \*3 (Fla.Cir.Ct. May 15, 2017)

| No. | Name | Compensatory Damages | | | | Punitive Damages* | Costs | | | | Pre-Judgment Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Filing Fees | Disbursements | | Total Costs | |
| | Iranian Victims | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | | | | | | |
| 1. | | | | | | | | | | | |
| 2. | MOHAMMAD ZARGAR | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 3. | REZA SIAMAK NIA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 4. | ALI ADAMPEYRA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 5. | SHAHRIAR EBRAHIMIAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 6. | MOHAMMADREZA SEDAGHAT | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 7. | | | | | | | | | | | |
| 8. | | | | | **Total:** $2,800,000 | $8,400,000 | | | | | $1,122,510 |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | * See Fla. Stat. § 768.72, §768.73 *Beauzieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at *3 (Fla.Cir.Ct. May 15, 2017) | | | | | | | | | | |

*Lan Li et al v. Walsh et al* [16-cv-81871]

Damages - Count V (Fraud in the Inducement - Iranian Victims)

| | | Lan Li et al v. Walsh et al [16-cv-81871] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Damages - Count VI (Fraud in the Inducement - Turkish Victim) | | | | | | | | | |
| No. | Name | Compensatory Damages | | | | Punitive Damages* | Costs | | | | Pre-Judgment Interest |
| | Turkish Victim | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | | Filing Fees | Disbursements | | Total Costs | |
| 41. | HALIL ERSEVEN | $500,000 | $60,000 | $20,000 | $580,000 | $1,740,000 | | | | | $259,811 |
| | | | | Total: | $580,000 | $1,740,000 | | | | | $259,811 |

\* See Fla. Stat. § 768.72, §768.73
*Beauzieux v Memories Funeral Home,*
*LLC*, No. 16-006347 (25), 2017 WL
5201182, at \*3 (Fla.Cir.Ct. May 15,
2017)

| No. | Name | Compensatory Damages | | | | Punitive Damages* | Costs | | | | Pre-Judgment Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Chinese Victims** | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | | Filing Fees | Disbursements | | Total Costs | |
| 1. | LAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 2. | YING TAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 3. | TAO XIONG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 4. | JUNQIANG FENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 5. | RAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 6. | XIANG SHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 7. | HAO LOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 8. | XIANG CHUNHUA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 9. | KUANG YAOPING | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 10. | BEI ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 11. | QIONG DENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 12. | QIONGFANG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 13. | ZHILING GAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 14. | CUILIAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 15. | YULONG TANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 16. | LILI ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 17. | SHUANGYUN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 18. | WENHAO ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 19. | SHA SHI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 20. | YAJUN KANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 21. | DONGSHENG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 22. | RUJING WEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 23. | CHAOHUI LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 24. | JUEWEI ZHOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 25. | MIN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 26. | CHUNNING YE | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 27. | HONGRU PAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 28. | YUANBO WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 29. | SHU JIANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 30. | YING FEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 31. | LI DONGSHENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 32. | XIAONAN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 33. | CHENGYU GU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 34. | YAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 35. | TANG CHEOK FAI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |

*Lan Li et al v. Walsh et al* [16-cv-81871]
Damages - Count VII (Fraud - Chinese Victims)

**Total:** $19,600,000  $58,800,000     $7,857,570

\* See Fla. Stat. § 768.72, §768.73
*Beauzieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at \*3 (Fla.Cir.Ct. May 15, 2017)

| No. | Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lan Li et al v. Walsh et al [16-cv-81871] | | | | | | | | |

| | | *Lan Li et al v. Walsh et al* [16-cv-81871] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Name | **Damages - Count VIII (Fraud - Iranian Victims)** | | | | | | | | |
| | | **Compensatory Damages** | | | | | **Costs** | | | |
| | **Iranian Victims** | Investment Amount | Administrative Fee | Legal Services | **Total Compensatory Damages** | **Punitive Damages\*** | Filing Fees | Disbursements | **Total Costs** | **Pre-Judgment Interest** |
| 36. | MOHAMMAD ZARGAR | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 37. | REZA SIAMAK NIA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 38. | ALI ADAMPEYRA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 39. | SHAHRIAR EBRAHIMIAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 40. | MOHAMMADREZA SEDAGHAT | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| | **Total:** | | | | $2,800,000 | $8,400,000 | | | | $1,122,510 |

\* See Fla. Stat. § 768.72, §768.73
*Beauzieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at \*3 (Fla.Cir.Ct. May 15, 2017)

*Lan Li et al v. Walsh et al* [16-cv-81871]

| No. | Name | Compensatory Damages | | | | Punitive Damages* | Costs | | | Pre-Judgment Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| | Chinese Victims | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | | Filing Fees | Disbursements | Total Costs | |
| 1. | LAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 2. | YING TAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 3. | TAO XIONG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 4. | JUNQIANG FENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 5. | RAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 6. | XIANG SHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 7. | HAO LOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 8. | XIANG CHUNHUA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 9. | KUANG YAOPING | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 10. | BEI ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 11. | QIONG DENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 12. | QIONGFANG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 13. | ZHILING GAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 14. | CUILIAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 15. | YULONG TANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 16. | LILI ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 17. | SHUANGYUN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 18. | WENHAO ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 19. | SHA SHI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 20. | YAJUN KANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 21. | DONGSHENG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 22. | RUJING WEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 23. | CHAOHUI LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 24. | JUEWEI ZHOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 25. | MIN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 26. | CHUNNING YE | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 27. | HONGRU PAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 28. | YUANBO WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 29. | SHU JIANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 30. | YING FEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 31. | LI DONGSHENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 32. | XIAONAN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 33. | CHENGYU GU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 34. | YAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 35. | TANG CHEOK FAI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| | Iranian Victims | | | | | | | | | |
| 36. | MOHAMMAD ZARGAR | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 37. | REZA SIAMAK NIA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 38. | ALI ADAMPEYRA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 39. | SHAHRIAR EBRAHIMIAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 40. | MOHAMMADREZA SEDAGHAT | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| | Turkish Victim | | | | | | | | | |
| 41. | HALIL ERSEVEN | $500,000 | $60,000 | $20,000 | $580,000 | $1,740,000 | | | | $259,811 |
| | **Total:** | | | | $22,980,000 | $68,940,000 | | | | $9,239,891 |

* See Fla. Stat. § 768.72, §768.73
*Beauzieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at *3 (Fla.Cir.Ct. May 15, 2017)

| No. | Name | Compensatory Damages | | | | Punitive Damages* | Costs | | | Pre-Judgment Interest |
|---|---|---|---|---|---|---|---|---|---|---|

*Lan Li et al v. Walsh et al* [16-cv-81871]

**Damages - Count XIX (Breach of Florida Securities and Investor Protection Act, Fla. Stat. § 517.011 *et seq.* - Chinese Victims)**

| No. | Chinese Victims | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | Punitive Damages* | Filing Fees | Disbursements | Total Costs | Pre-Judgment Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | LAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 2. | YING TAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 3. | TAO XIONG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 4. | JUNQIANG FENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 5. | RAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 6. | XIANG SHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 7. | HAO LOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 8. | XIANG CHUNHUA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 9. | KUANG YAOPING | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 10. | BEI ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 11. | QIONG DENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 12. | QIONGFANG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 13. | ZHILING GAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 14. | CUILIAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 15. | YULONG TANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 16. | LILI ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 17. | SHUANGYUN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 18. | WENHAO ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 19. | SHA SHI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 20. | YAJUN KANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 21. | DONGSHENG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 22. | RUJING WEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 23. | CHAOHUI LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 24. | JUEWEI ZHOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 25. | MIN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 26. | CHUNNING YE | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 27. | HONGRU PAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 28. | YUANBO WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 29. | SHU JIANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 30. | YING FEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 31. | LI DONGSHENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 32. | XIAONAN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 33. | CHENGYU GU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 34. | YAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 35. | TANG CHEOK FAI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |

**Total:** $19,600,000    $58,800,000        $7,857,570

\* See Fla. Stat. § 768.72, §768.73
*Beauzieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at \*3 (Fla.Cir.Ct. May 15, 2017)

| | | Lan Li et al v. Walsh et al [16-cv-81871] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Damages - Count XX (Breach of Florida Securities and Investor Protection Act, Fla. Stat. § 517.011 *et seq.* - Iranian Victims) | | | | | | | | |
| No. | Name | Compensatory Damages | | | | Punitive Damages* | Costs | | | Pre-Judgment Interest |
| | Iranian Victims | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | | Filing Fees | Disbursements | Total Costs | |
| 36. | MOHAMMAD ZARGAR | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 37. | REZA SIAMAK NIA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 38. | SHAHRIAR EBRAHIMIAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 39. | ALI ADAMPEYRA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |
| 40. | MOHAMMADREZA SEDAGHAT | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | $224,502 |

**Total:** $2,800,000   $8,400,000   $1,122,510

\* See Fla. Stat. § 768.72, §768.73
*Beauzieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at \*3 (Fla.Cir.Ct. May 15, 2017)

| No. | Name | Damages - Count XXI (Breach of Florida Securities and Investor Protection Act, Fla. Stat. § 517.011 *et seq.* - Turkish Victim) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Compensatory Damages | | | | Punitive Damages* | Costs | | | | Pre-Judgment Interest |
| | **Turkish Victim** | Investment Amount | Administrative Fee | Legal Services | **Total Compensatory Damages** | | Filing Fees | Disbursements | | Total Costs | |
| 41. | HALIL ERSEVEN | $500,000 | $60,000 | $20,000 | $580,000 | $1,740,000 | | | | | $259,811 |

**Total:**  $580,000   $1,740,000          $259,811

\* See Fla. Stat. § 768.72, §768.73
*Beauzieux v Memories Funeral Home, LLC* , No. 16-006347 (25), 2017 WL 5201182, at *3 (Fla.Cir.Ct. May 15, 2017)

| | | Damages - Count XXII (Unjust Enrichment) | | | |
|---|---|---|---|---|---|
| | | Compensatory Damages | | | |
| No. | Name | | | | |
| | Chinese Victims | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages |
| 1. | LAN LI | $500,000 | $40,000 | $20,000 | $560,000 |
| 2. | YING TAN | $500,000 | $40,000 | $20,000 | $560,000 |
| 3. | TAO XIONG | $500,000 | $40,000 | $20,000 | $560,000 |
| 4. | JUNQIANG FENG | $500,000 | $40,000 | $20,000 | $560,000 |
| 5. | RAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 |
| 6. | XIANG SHU | $500,000 | $40,000 | $20,000 | $560,000 |
| 7. | HAO LOU | $500,000 | $40,000 | $20,000 | $560,000 |
| 8. | XIANG CHUNHUA | $500,000 | $40,000 | $20,000 | $560,000 |
| 9. | KUANG YAOPING | $500,000 | $40,000 | $20,000 | $560,000 |
| 10. | BEI ZHU | $500,000 | $40,000 | $20,000 | $560,000 |
| 11. | QIONG DENG | $500,000 | $40,000 | $20,000 | $560,000 |
| 12. | QIONGFANG ZHU | $500,000 | $40,000 | $20,000 | $560,000 |
| 13. | ZHILING GAN | $500,000 | $40,000 | $20,000 | $560,000 |
| 14. | CUILIAN LI | $500,000 | $40,000 | $20,000 | $560,000 |
| 15. | YULONG TANG | $500,000 | $40,000 | $20,000 | $560,000 |
| 16. | LILI ZHANG | $500,000 | $40,000 | $20,000 | $560,000 |
| 17. | SHUANGYUN WANG | $500,000 | $40,000 | $20,000 | $560,000 |
| 18. | WENHAO ZHANG | $500,000 | $40,000 | $20,000 | $560,000 |
| 19. | SHA SHI | $500,000 | $40,000 | $20,000 | $560,000 |
| 20. | YAJUN KANG | $500,000 | $40,000 | $20,000 | $560,000 |
| 21. | DONGSHENG ZHU | $500,000 | $40,000 | $20,000 | $560,000 |
| 22. | RUJING WEI | $500,000 | $40,000 | $20,000 | $560,000 |
| 23. | CHAOHUI LI | $500,000 | $40,000 | $20,000 | $560,000 |
| 24. | JUEWEI ZHOU | $500,000 | $40,000 | $20,000 | $560,000 |
| 25. | MIN LI | $500,000 | $40,000 | $20,000 | $560,000 |
| 26. | CHUNNING YE | $500,000 | $40,000 | $20,000 | $560,000 |
| 27. | HONGRU PAN | $500,000 | $40,000 | $20,000 | $560,000 |
| 28. | YUANBO WANG | $500,000 | $40,000 | $20,000 | $560,000 |
| 29. | SHU JIANG | $500,000 | $40,000 | $20,000 | $560,000 |
| 30. | YING FEI | $500,000 | $40,000 | $20,000 | $560,000 |

*Lan Li et al v. Walsh et al* [16-cv-81871]

| 31. | LI DONGSHENG | $500,000 | $40,000 | $20,000 | $560,000 |
|-----|--------------|----------|---------|---------|----------|
| 32. | XIAONAN WANG | $500,000 | $40,000 | $20,000 | $560,000 |
| 33. | CHENGYU GU | $500,000 | $40,000 | $20,000 | $560,000 |
| 34. | YAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 |
| 35. | TANG CHEOK FAI | $500,000 | $40,000 | $20,000 | $560,000 |
| **Iranian Victims** | | | | | |
| 36. | MOHAMMAD ZARGAR | $500,000 | $40,000 | $20,000 | $560,000 |
| 37. | REZA SIAMAK NIA | $500,000 | $40,000 | $20,000 | $560,000 |
| 38. | ALI ADAMPEYRA | $500,000 | $40,000 | $20,000 | $560,000 |
| 39. | SHAHRIAR EBRAHIMIAN | $500,000 | $40,000 | $20,000 | $560,000 |
| 40. | MOHAMMADREZA SEDAGHAT | $500,000 | $40,000 | $20,000 | $560,000 |
| **Turkish Victim** | | | | | |
| 41. | HALIL ERSEVEN | $500,000 | $60,000 | $20,000 | $580,000 |

**Total:** $22,980,000

\* See Fla. Stat. § 768.72, §768.73
*Beauzieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at \*3 (Fla.Cir.Ct. May 15, 2017)

| No. | Name | Damages – Count XXIII (Violation of Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §501.201 *et seq.*) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Compensatory Damages | | | | | Costs | | | | |
| | Chinese Victims | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | Punitive Damages* | Filing Fees | Disbursements | Total Costs | | Pre-Judgment Interest |
| 1. | LAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 2. | YING TAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 3. | TAO XIONG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 4. | JUNQIANG FENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 5. | RAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 6. | XIANG SHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 7. | HAO LOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 8. | XIANG CHUNHUA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 9. | KUANG YAOPING | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 10. | BEI ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 11. | QIONG DENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 12. | QIONGFANG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 13. | ZHILING GAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 14. | CUILIAN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 15. | YULONG TANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 16. | LILI ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 17. | SHUANGYUN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 18. | WENHAO ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 19. | SHA SHI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 20. | YAJUN KANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 21. | DONGSHENG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 22. | RUJING WEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 23. | CHAOHUI LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 24. | JUEWEI ZHOU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 25. | MIN LI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 26. | CHUNNING YE | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 27. | HONGRU PAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 28. | YUANBO WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 29. | SHU JIANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 30. | YING FEI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 31. | LI DONGSHENG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 32. | XIAONAN WANG | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 33. | CHENGYU GU | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 34. | YAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 35. | TANG CHEOK FAI | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| | Iranian Victims | | | | | | | | | | |
| 36. | MOHAMMAD ZARGAR | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 37. | REZA SIAMAK NIA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 38. | ALI ADAMPEYRA | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 39. | SHAHRIAR EBRAHIMIAN | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| 40. | MOHAMMADREZA SEDAGHAT | $500,000 | $40,000 | $20,000 | $560,000 | $1,680,000 | | | | | $224,502 |
| | Turkish Victim | | | | | | | | | | |
| 41. | HALIL ERSEVEN | $500,000 | $60,000 | $20,000 | $580,000 | $1,740,000 | | | | | $259,811 |
| | **Total:** | | | | $22,980,000 | $68,940,000 | | | | | $9,239,891 |

\* See Fla. Stat. § 768.72, §768.73
*Beauzieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at *3 (Fla.Cir.Ct. May 15, 2017)

| No. | Name | Damages - Count XXV (Civil Conspiracy) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Compensatory Damages | | | | Costs | | |
| | **Chinese Victims** | Investment Amount | Administrative Fee | Legal Services | **Total Compensatory Damages** | Filing Fees | Disbursements | **Total Costs** |
| 1. | LAN LI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 2. | YING TAN | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 3. | TAO XIONG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 4. | JUNQIANG FENG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 5. | RAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 6. | XIANG SHU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 7. | HAO LOU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 8. | XIANG CHUNHUA | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 9. | KUANG YAOPING | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 10. | BEI ZHU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 11. | QIONG DENG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 12. | QIONGFANG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 13. | ZHILING GAN | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 14. | CUILIAN LI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 15. | YULONG TANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 16. | LILI ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 17. | SHUANGYUN WANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 18. | WENHAO ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 19. | SHA SHI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 20. | YAJUN KANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 21. | DONGSHENG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 22. | RUJING WEI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 23. | CHAOHUI LI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 24. | JUEWEI ZHOU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 25. | MIN LI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 26. | CHUNNING YE | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 27. | HONGRU PAN | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 28. | YUANBO WANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 29. | SHU JIANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 30. | YING FEI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 31. | LI DONGSHENG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 32. | XIAONAN WANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 33. | CHENGYU GU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 34. | YAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | | | |

*Lan Li et al v. Walsh et al* [16-cv-81871]

| 35. | TANG CHEOK FAI | $500,000 | $40,000 | $20,000 | $560,000 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Iranian Victims** | | | | | | | | | |
| 36. | MOHAMMAD ZARGAR | $500,000 | $40,000 | $20,000 | $560,000 | | | | | |
| 37. | REZA SIAMAK NIA | $500,000 | $40,000 | $20,000 | $560,000 | | | | | |
| 38. | ALI ADAMPEYRA | $500,000 | $40,000 | $20,000 | $560,000 | | | | | |
| 39. | SHAHRIAR EBRAHIMIAN | $500,000 | $40,000 | $20,000 | $560,000 | | | | | |
| 40. | MOHAMMADREZA SEDAGHAT | $500,000 | $40,000 | $20,000 | $560,000 | | | | | |
| | **Turkish Victim** | | | | | | | | | |
| 41. | HALIL ERSEVEN | $500,000 | $60,000 | $20,000 | $580,000 | | | | | |

**Total:** $22,980,000

\* See Fla. Stat. § 768.72, §768.73

*Beauzieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at \*3 (Fla.Cir.Ct. May 15, 2017)

| No. | Name | Damages - Count XXVI (Constructive Fraud) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Compensatory Damages | | | | Costs | | | Pre-Judgment Interest | |
| | Chinese Victims | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | Filing Fees | Disbursements | Total Costs | | |
| 1. | LAN LI | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 2. | YING TAN | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 3. | TAO XIONG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 4. | JUNQIANG FENG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 5. | RAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 6. | XIANG SHU | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 7. | HAO LOU | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 8. | XIANG CHUNHUA | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 9. | KUANG YAOPING | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 10. | BEI ZHU | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 11. | QIONG DENG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 12. | QIONGFANG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 13. | ZHILING GAN | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 14. | CUILIAN LI | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 15. | YULONG TANG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 16. | LILI ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 17. | SHUANGYUN WANG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 18. | WENHAO ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 19. | SHA SHI | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 20. | YAJUN KANG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 21. | DONGSHENG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 22. | RUJING WEI | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 23. | CHAOHUI LI | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 24. | JUEWEI ZHOU | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 25. | MIN LI | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 26. | CHUNNING YE | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 27. | HONGRU PAN | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 28. | YUANBO WANG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 29. | SHU JIANG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 30. | YING FEI | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 31. | LI DONGSHENG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 32. | XIAONAN WANG | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 33. | CHENGYU GU | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 34. | YAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 35. | TANG CHEOK FAI | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| | Iranian Victims | | | | | | | | | |
| 36. | MOHAMMAD ZARGAR | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 37. | REZA SIAMAK NIA | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 38. | ALI ADAMPEYRA | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 39. | SHAHRIAR EBRAHIMIAN | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| 40. | MOHAMMADREZA SEDAGHAT | $500,000 | $40,000 | $20,000 | $560,000 | | | | $224,502 | |
| | Turkish Victim | | | | | | | | | |
| 41. | HALIL ERSEVEN | $500,000 | $60,000 | $20,000 | $580,000 | | | | $259,811 | |

*Lan Li et al v. Walsh et al* [16-cv-81871]

Total: $22,980,000          $9,239,891

\* See Fla. Stat. § 768.72, §768.73 *Beauzieux v Memories Funeral Home, LLC*, No. 16-006347 (25), 2017 WL 5201182, at \*3 (Fla.Cir.Ct. May 15, 2017)

| No. | Name | Damages - Count XXIX (Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | *Lan Li et al v. Walsh et al* [16-cv-81871] | | | | | | | |
| | | Compensatory Damages | | | | Costs | | |
| | **Chinese Victims** | Investment Amount | Administrative Fee | Legal Services | Total Compensatory Damages | Filing Fees | Disbursements | Total Costs |
| 1. | LAN LI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 2. | YING TAN | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 3. | TAO XIONG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 4. | JUNQIANG FENG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 5. | RAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 6. | XIANG SHU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 7. | HAO LOU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 8. | XIANG CHUNHUA | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 9. | KUANG YAOPING | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 10. | BEI ZHU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 11. | QIONG DENG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 12. | QIONGFANG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 13. | ZHILING GAN | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 14. | CUILIAN LI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 15. | YULONG TANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 16. | LILI ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 17. | SHUANGYUN WANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 18. | WENHAO ZHANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 19. | SHA SHI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 20. | YAJUN KANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 21. | DONGSHENG ZHU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 22. | RUJING WEI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 23. | CHAOHUI LI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 24. | JUEWEI ZHOU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 25. | MIN LI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 26. | CHUNNING YE | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 27. | HONGRU PAN | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 28. | YUANBO WANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 29. | SHU JIANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 30. | YING FEI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 31. | LI DONGSHENG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 32. | XIAONAN WANG | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 33. | CHENGYU GU | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 34. | YAN CHEN | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 35. | TANG CHEOK FAI | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| | **Iranian Victims** | | | | | | | |
| 36. | MOHAMMAD ZARGAR | $500,000 | $40,000 | $20,000 | $560,000 | | | |
| 37. | REZA SIAMAK NIA | $500,000 | $40,000 | $20,000 | $560,000 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 38. | ALI ADAMPEYRA | $500,000 | $40,000 | $20,000 | $560,000 | | | | |
| 39. | SHAHRIAR EBRAHIMIAN | $500,000 | $40,000 | $20,000 | $560,000 | | | | |
| 40. | MOHAMMADREZA SEDAGHAT | $500,000 | $40,000 | $20,000 | $560,000 | | | | |
| | **Turkish Victim** | | | | | | | | |
| 41. | HALIL ERSEVEN | $500,000 | $60,000 | $20,000 | $580,000 | | | | |

**Total:** $22,980,000

\* See Fla. Stat. § 768.72, §768.73
*Beauzieux v Memories Funeral Home, LLC* , No. 16-006347 (25), 2017 WL 5201182, at \*3 (Fla.Cir.Ct. May 15, 2017)