| | |
|---|---|
| From: | effie.liu |
| To: | Robert C. Glass |
| Subject: | Re:Li v. Walsh et al., No.16-81871-CIV-MARRA (S.D. Fla.) |
| Date: | Friday, March 27, 2020 12:15:12 PM |
| Attachments: | 2B762A1C@018BB72C.85267E5E |

Dear Robert Glass,

Sorry we missed the schedule for MAR.20 to MAR 31 . Now we are just arrange the document and hopefully can submit on Monday.

Thank you for your help .

sincerely

baoping liu

刘宝萍   ☐ 联系我

董事长/集团公司总经理

华美海外投资

华美移民 是中国因私出入境行业的领军企业之一，在上海 广州 深圳 香港拥有分支机构 华美29年的用心经营，客户和合作单位遍及全球 华美同时拥有国内外丰富网络资源 牵手众多资深移民法专家 移民律师 前移民官和签证官 移民留学协会会员 海内外各大银行及大型金融 基金公司 国内外院校 海外重大地产开发商等机构，确保客户海外投资 置业 居留的便捷和顺畅 华美拥有专业移民顾问团队，不仅具备极高的专业水平，通晓各类留学移民法规及审理程序，而且拥有专业 贴心 严谨的服务，从而保障申请个案的最大成功率 华美移民，致力于成为中国首屈一指的金牌出国服务机构 核心竞争力： 高素质精英顾问团队，全外籍律师文案操作，专业化一站式尊荣服务 服务理念：用心做事，用情做人； 专业指导，至诚服务 我们的宗旨： 为您量身定制适合的移民定居和海外投资方案，做中国最专业的移民公司

———— Original ————

From: "Robert C. Glass"<rglass@mccaberabin.com>;
Date: Fri, Mar 27, 2020 10:01 PM
To: "effie.liu@huameiim.com"<effie.liu@huameiim.com>;
Cc: "Adam Rabin"<arabin@mccaberabin.com>; "Janet Furness"<janet@mccaberabin.com>;
Subject: Li v. Walsh et al., No.16-81871-CIV-MARRA (S.D. Fla.)

Dear Ms. Liu:

Please see the attached correspondence. I look forward to your reply.

Sincerely,
Robert Glass

Exhibit 1

## McCABE RABIN, P.A.
ATTORNEYS AT LAW

**Robert C. Glass**
1601 Forum Place, Suite 201
West Palm Beach, Florida 33401

Main Line:  561-659-7878
Facsimile:  561-242-4848
www.McCabeRabin.com

* Business, Securities & Whistleblower Litigation

CONFIDENTIAL COMMUNICATION

This electronic mail message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.