UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  16-cv-81871-MARRA/MATTHEWMAN

LAN LI, et al.,

      Plaintiffs,

v.

JOSEPH WALSH, et al.

      Defendants.

_____/

### DEFENDANT GERRY MATTHEWS'S
### SECOND SET OF INTERROGATORIES TO PLAINTIFFS BAOPING LIU, CHANGYU LIU, DAQIN WENG, FENG GUO, LI ZHANG, LING LI, LIYAN FENG, MIN CUI, QINGYUN YU, RUJI LI, SHAOPING HUANG, SHAOQING ZENG, TINGTING SUN, TONGHUI LUAN, XIAO SUN, XIAOPING ZHANG, YAWEN LI, YI ZHAO, YINGJUN YANG, AND ZHEN YU

Defendant Gerry Matthews, pursuant to Rule 34, serves these interrogatories on Plaintiffs: Baoping Liu, Changyu Liu, Daqin Weng, Feng Guo, Li Zhang, Ling Li, Liyan Feng, Min Cui, Qingyun Yu, Ruji Li, Shaoping Huang, Shaoqing Zeng, Tingting Sun, Tonghui Luan, Ziao Sun, Xiaoping Zhang, Yawen Li, Yi Zhao, Yingjun Yang, and Zhen Yu, and requests that each Plaintiff respond with his or her response within 30 days of service.

### Definitions

A.      "Communication(s)" or "Communicated" shall mean the disclosure, transfer or exchange of information in writing by e-mail, SMS, MMS, Facebook, Twitter, Snapchat, WhatsApp, social media, facsimile, mail, or delivery.

B.      "TAC" shall refer to the Third Amended Complaint filed in this case on or about October 23, 2018.

C.      "G. Matthews" shall refer to Defendant Gerry Matthews, as well as his agents, employees, attorneys, or any other person or entity purporting to act on his behalf.

Exhibit 5

D.      "Document" shall mean any of the items set forth in Rule 34(a)(1)(A).

E.      "You" or "Your" refers to each respective Plaintiff who is responding to these requests, including any broker, attorney or agent who was acting on Your behalf.

F.      The singular of a term shall include the singular and plural versions of the term; the terms "and" or "or" shall each apply to the conjunctive and disjunctive; and the term "including" means "including without limitation."

G.      "Native" shall mean provide the information in one of the following formats: .mbox, .pst, .msg, or .eml.

H.      The "present" means the date of each respective Plaintiff's response to this request.

## Instructions

A.      To the extent these requests seek documents subject to the attorney-client privilege or the work product doctrine, provide a privilege log as required by Local Rule 26.1(e)(2).

B.      The time period for these requests, unless otherwise stated, is January 1, 2013, to the present.

## Requests

1.      Please identify your address, telephone number, place of employment, and job title.

2.      Please provide the name, address, telephone number, place of employment, and job title of any person who has, claims to have, or whom you believe may have knowledge or information pertaining to any fact alleged in the pleadings in this action, or any fact underlying the subject matter of this action.

3.      Please state the total amount of damages you claim in this case, as well as an explanation of how you calculated those damages.

2

Dated: November 25, 2019           Respectfully submitted,

<u>s/Robert C. Glass</u>
Adam T. Rabin
Fla. Bar No. 985635
arabin@mccaberabin.com
Robert C. Glass
Fla. Bar No. 052133
rglass@mccaberabin.com
McCabe Rabin, P.A.
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Telephone: 561.659.7878
*Counsel for Gerry Matthews*

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 25, 2019, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via e-mail or U.S. Mail.

<u>/s Robert C. Glass</u>
Robert C. Glass, Fla. Bar No. 052133

SERVICE LIST

Lan Li, et al.

v.

Joseph Walsh, et al.

U.S. District Court, Southern District of Florida
No. 16-81871-CIV-MARRA/MATTHEWMAN

Baoping ("Effie") Liu
(Via U.S. Mail)
Room 503, Tower 2
Phase I of Excellence City
No. 128 ZhongKang Road
Shenzhen City, Guangdong Province
China 518048
*On Behalf of Herself, Changyu Liu, Daqin Weng, Feng Guo, Li Zhang, Ling Li, Liyan Feng, Min Cui, Qingyun Yu, Ruji Li, Shaoping Huang, Shaoqing Zeng, Tingting Sun, Tonghui Luan, Xiao Sun, Xiaoping Zhang, Yawen Li, Yi Zhao, Yingjun Yang, and Zhen Yu*

David George
dgeorge@4-Justice.com
eservice@4-justice.com
Ryan D. Gesten
rgesten@4-justice.com
George Gesten McDonald, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
561.232.6002
*Counsel for All Other Plaintiffs*

Lori G. Feldman
George Gesten McDonald, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
917.983.9321
*Counsel for All Other Plaintiffs (pro hac vice)*

Gregory R. Elder
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Ste. 114
Ft. Lauderdale, FL 33301
305-546-1061
Email: gelderlaw@gmail.com

5

*Counsel for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.*

Adam T. Rabin
arabin@mccaberabin.com
Robert C. Glass
rglass@mccaberabin.com
McCabe Rabin, P.A.
1601 Forum Place, Ste. 505
West Palm Beach, FL 33401
561.659.7878
*Counsel for Gerry Matthews*

Larry A. Zink
zinklaw3711@yahoo.com
kim.zinklaw@yahoo.com
Zink, Zink & Zink Co., LPA
1198 Hillsboro Mile - Ste. 244
Hillsboro Beach, FL 33062
954.428.3672
*Counsel for KK-PB Financial, LLC*

Alaina Fotiu-Wojtowicz, Esq.
Alaina@bfwlegal.com
Brodsky Fotiu-Wojtowicz, PLLC
Alfred I DuPont Blvd., Ste. 1224
169 East Flagler Street
Miami, FL 33131
*Counsel for Ali Herischi, Herischi & Associates, LLC, Washington Marketing, LLC and Ali Soltani*

Christopher W. Kammerer
ckammerer@kammerermariani.com
John F. Mariani
jmariani@kammerermariani.com
Kammerer Mariani PLLC
1601 Forum Place, Ste. 500
West Palm Beach, FL 33401
561.990.1592
*Counsel for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia, LLC; Alibi, LLC;*
*Palm House, LLC; 160 Royal Palm, LLC; Palm House PB, LLC*

Joseph Walsh
9200 Belvedere Road
Suite 202
Royal Palm Beach, FL 33411
*On Behalf of Himself, South Atlantic Regional Center, LLC, USREDA, LLC, Palm House Hotel,*
*LLLP, Joseph Walsh, Jr., and JJW Consultancy, Ltd.*

David Derrico
5163 Deerhurst Crescent Circle
Boca Raton, FL 33486
424-234.9556
*Pro Se*

Nicholas Laudano
17 Hoadley Road
Branford, CT 06405
*Pro Se*

J. Marcus Payne
143 Thelin Ct.
Wilmette, IL 60091-3040
*Pro Se*