# EXHIBIT C

```
                                                              Page 1
 1             UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
 2
 3
    LAN LI, ET AL.,                   )
 4                                    )
               Plaintiffs,            ) Civil Action No.
 5                                    ) 16-81871-Civ-Marra
    v.                                ) LEAD CASE
 6                                    )
    WALSH, et al.,                    )
 7                                    )
               Defendants.            )
 8  _____/   )
    LI, et al.,                       ) Case No. 19-80332
 9                                    )
               Plaintiffs,            )
10                                    )
    v.                                )
11                                    )
    PNC BANK, N.A., and               )
12  RUBEN RAMIREZ,                    )
                                      )
13             Defendants.            )
    _____/   )
14
15         CERTIFICATE OF NONAPPEARANCE OF WITNESS
16           I, Robyn Maxwell, RPR, FPR, CLR, do hereby
    certify that I was standing by at my office on Friday,
17  June 12, 2020 from 9:00 a.m. to 9:30 a.m. for the purpose
    of reporting the deposition of Joseph Walsh, Jr., which
18  was schedule to begin at 9:00 a.m., at Matthew Fornaro,
    P.A., 11555 Heron Bay Boulevard, Suite 200, Coral
19  Springs, Florida 33076, pursuant to Notice of Taking
    Deposition.
20           I further certify that the deponent, Joseph
    Walsh, Sr., did not appear, nor did anyone appear on
21  their behalf.
             Signed on this 12th of June, 2020.
22
23           [signature: Roy Maxwell]
24
             Robyn Maxwell, RPR, FPR, CLR
25           Realtime Systems Administrator
```