# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| LAN LI, *et al.*, | ) | |
| | ) | **Civil Action No. 16-81871-Civ-Marra** |
| Plaintiffs, | ) | **LEAD CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| WALSH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LAN LI, *et al.*, | ) | |
| | ) | **Civil Action No. 19-80332** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PNC BANK, N.A., and | ) | |
| RUBEN RAMIREZ, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF JOSEPH J. WALSH, SR.

PLEASE TAKE NOTICE, that pursuant to Rules 30 and 26 of the Federal Rules of Civil Procedure and Local Rule 26.1(h), Plaintiffs, Li Lan, et al. ("Represented Plaintiffs"), will take the deposition of Joseph J. Walsh, Sr., on June 11, 2020, beginning promptly at 9:00am, at the offices of Matthew Fornaro, P.A., 11555 Heron Bay Blvd., Suite 200, Coral Springs, Florida, 33076.  The deposition shall be taken before a certified court reporter authorized to administer oaths and will be recorded stenographically.

The deposition will be taken for the purposes of discovery, for use at trial or any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

1

You are invited to attend and cross-examine. The oral examination shall continue from day to day until completed.

        Respectfully submitted,

        LI LAN, et al.

        By: /s/Katherine Burghardt Kramer
Katherine Burghardt Kramer, Esq. (Pro Hac Vice)
    RongPing Wu, Esq. (pro hac vice)
    Joshua Levin-Epstein, Esq. (pro hac vice)
    Jason Mizrahi, Esq. (pro hac vice)
    DAI & ASSOCIATES, P.C.
    1500 Broadway; 22nd Floor
    New York, NY 10036
    Tel. No.: (212) 730-8880
    Email: kkramer@daiassociates.com
    *Attorneys for 41 Represented Plaintiffs*

    Matthew Fornaro, Esq.
    MATTHEW FORNARO, P.A.
    11555 Heron Bay Blvd; Ste. 200
    Coral Springs, FL 33076
    Tel: (954) 324-3651
    *Co-counsel for 41 Represented Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2020, the foregoing document is being served this day on all counsel of record or pro se parties by first class mail and/or email.

By: /s/ Katherine Burghardt Kramer
Katherine Burghardt Kramer, Esq.

## SERVICE LIST

**Lan Li, et al., v. Joseph Walsh, et al.**

**Case No. 9:16-cv-81871-KAM**

| | |
|---|---|
| Matthew Fornaro<br>Matthew Fornaro, P.A.<br>11555 Heron Bay Blvd; Ste. 200<br>Coral Springs, FL 33076<br>Tel: (954) 324-3651<br>Email: mfornaro@fornarolegal.com | Larry A. Zink, Esq.<br>Zink, Zink & Zink Co., L.P.A.<br>Florida Office:<br>1198 Hillsboro Mile – Suite 244<br>Hillsboro Beach, FL 33062<br>Ohio Office:<br>3711 Whipple Avenue, N.W.<br>Canton, OH 44718-2933<br>Email: zinklaw3711@yahoo.com<br>*Attorney for KK-PB Financial, LLC* |
| Gregory R. Elder, Esq.<br>Law Offices of Gregory R. Elder, LLC<br>108 SE 8th Avenue, Suite 114<br>Fort Lauderdale, FL 33301<br>Email: gelderlaw@gmail.com<br>*Attorney for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.* | Adam T. Rabin, Esq.<br>Robert C. Glass, Esq.<br>McCabe Rabin, P.A.<br>1601 Forum Place, Suite 201<br>West Palm Beach, FL 33401<br>Email: arabin@mccaberabin.com<br>rglass@mccaberabin.com<br>e-filing@mccaberabin.com<br>*Attorney for Gerry Matthews* |
| Christopher W. Kammerer, Esq.<br>Kammerer Mariani PLLC<br>1601 Form Place, Suite 500<br>West Palm Beach, FL 33401<br>Email: ckammerer@kammerermariani.com<br>*Attorneys for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC* | Philip Joseph Landau, Esq.<br>Shraiberg, Landau & Page, P.A.<br>2385 NW Executive Center Drive, Suite 300<br>Boca Raton, Florida 33431<br>Email: plandau@slp.law |

| | |
|---|---|
| Alaina R. Fotiu-Wokjtowicz, Esq.<br>Brodksy Fotiu-Wojtowicz, PLLC<br>200 SE 1st Street, Suite 400<br>Miami, Florida 33131<br>Email: alaina@bfwlegal.com<br>docketing@bfwlegal.com<br>*Attorney for Herischi & Associates LLC* | Baoping ("Effie") Liu,<br>Room 1201, Building C<br>Dachong Business Center, Nanshan District<br>Shenzhen, 51800 P.R. China<br>Effie.Liu@huameiim.com |
| Mandel & Mandel LLP<br>Alfred I. DuPont Building<br>169 East Flagler Street, Suite 1200<br>Miami, Florida 33131<br>Tel: (305) 374-7771<br>Fax: (305) 374-7776<br>Email: nsm@mandel.law<br><br><br>*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez, an individual* | Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Tel: (215) 864-8838<br>Fax: (215) 864-8999<br>Email: karetnicka@ballardspahr.com<br>hardyp@ballardspahr.com<br><br>Aliza Karetnick, Esq.<br>Nicholas Kato, Esq.<br>Peter Hardy, Esq. (admitted *pro hac vice*)<br>Mary Treanor, Esq. (admitted *pro hac vice*)<br>Juliana Carter, Esq. (admitted *pro hac vice*)<br><br>*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez, an individual* |
| Joseph Walsh, Sr.<br>9200 Belvedere Road, Suite 202<br>Royal Palm Beach, Florida 33411<br>Email: joedirect@gmail.com<br><br>Copy sent via USPS Certified Mail Return Receipt | Joseph Walsh, Jr.<br>9200 Belvedere Road, Suite 202<br>Royal Palm Beach, Florida 33411<br>Email: jwalshjr@gmail.com<br><br>Copy sent via USPS Certified Mail Return Receipt |