# EXHIBIT B

## Gareth B. Turo

| | |
|---|---|
| **From:** | Gareth B. Turo <GBTuro@daiassociates.com> |
| **Sent:** | Wednesday, May 20, 2020 4:24 PM |
| **To:** | 'joedirect@gmail.com' |
| **Cc:** | 'jwalshjr@gmail.com'; Adam Rabin; Alaina Fotiu-Wokjtowicz; Aliza Karetnick; Baoping "Effie" Liu; bfwlegal bot; Christopher Kammerer; Gregory Elder; Jason Mizrahi; Joshua Levin-Epstein; Katherine Burghardt Kramer; Larry Zink; Matthew Fornaro; mccaberabin bot; Nina Mandel; Peter Hardy; Philip Landau; Robert Glass; Rongping Wu |
| **Subject:** | Li v. Walsh/Li v. PNC - Notice of Deposition of Joseph J. Walsh, Sr. |
| **Attachments:** | Walsh, Sr. Notice of Deposition (final).pdf |
| **Sensitivity:** | Confidential |

**Tracking:**

| Recipient | Read |
|---|---|
| 'joedirect@gmail.com' | |
| 'jwalshjr@gmail.com' | |
| Adam Rabin | |
| Alaina Fotiu-Wokjtowicz | |
| Aliza Karetnick | |
| Baoping "Effie" Liu | |
| bfwlegal bot | |
| Christopher Kammerer | |
| Gregory Elder | |
| Jason Mizrahi | |
| Joshua Levin-Epstein | |
| Katherine Burghardt Kramer | |
| Larry Zink | |
| Matthew Fornaro | Read: 5/20/2020 4:25 PM |
| mccaberabin bot | |
| Nina Mandel | |
| Peter Hardy | |
| Philip Landau | |
| Robert Glass | |
| Rongping Wu | |
| Robert C. Glass | Read: 5/20/2020 4:27 PM |
| Katie Burghardt Kramer | Read: 5/20/2020 4:36 PM |
| Karetnick, Aliza | Read: 5/20/2020 4:40 PM |
| Nina Stillman Mandel | Read: 5/20/2020 4:53 PM |

Good Afternoon Mr. Walsh –

Please find attached to this email a pdf containing the Plaintiffs' Notice of Deposition of Joseph J. Walsh, Sr., in the matters of Li, et al v. Walsh, et al 16-cv-81871-KAM and Li, et al v. PNC, et al 19-80332-KAM.

Please don't hesitate to contact me with any questions.

Best,

**Gareth B. Turo**

DAI & ASSOCIATES, P.C.
Times Square Plaza
1500 Broadway, 22nd Floor
New York, NY 10036
Office: (212) 730-8880
Me: (917) 383-1956
GBTuro@daiassociates.com
www.daiassociates.com

This message originates from the law firm of Dai & Associates, P.C. This message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying , or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Dai & Associates, P.C. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately.