# EXHIBIT C

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3
     LAN LI, ET AL.,                )
 4                                  )
               Plaintiffs,          ) Civil Action No.
 5                                  ) 16-81871-Civ-Marra
     v.                             ) LEAD CASE
 6                                  )
     WALSH, et al.,                 )
 7                                  )
               Defendants.          )
 8   _____/  )
     LI, et al.,                    ) Case No. 19-80332
 9                                  )
               Plaintiffs,          )
10                                  )
     v.                             )
11                                  )
     PNC BANK, N.A., and            )
12   RUBEN RAMIREZ,                 )
                                    )
13             Defendants.          )
     _____/  )
14
15        CERTIFICATE OF NONAPPEARANCE OF WITNESS
16             I, Robyn Maxwell, RPR, FPR, CLR, do hereby
     certify that I was standing by at my office on Thursday,
17   June 11, 2020 from 9:00 a.m. to 9:30 a.m. for the purpose
     of reporting the deposition of Joseph Walsh, Sr., which
18   was schedule to begin at  9:00 a.m., at  Matthew Fornaro,
     P.A.,11555 Heron Bay Boulevard , Suite 200, Coral
19   Springs, Florida 33076, pursuant to Notice of Taking
     Deposition.
20             I further certify that the deponent, Joseph
     Walsh, Sr., did not appear, nor did anyone appear on
21   their behalf.
               Signed on this 19th of June 2020.
22
23             [signature: Roy Maxwell]

24
               Robyn Maxwell, RPR, FPR, CLR
25             Realtime Systems Administrator
```