# EXHIBIT C

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3
    LAN LI, ET AL.,                )
 4                                 )
              Plaintiffs,          ) Civil Action No.
 5                                 ) 16-81871-Civ-Marra
    v.                             ) LEAD CASE
 6                                 )
    WALSH, et al.,                 )
 7                                 )
              Defendants.          )
 8  _____/  )
    LI, et al.,                    ) Case No. 19-80332
 9                                 )
              Plaintiffs,          )
10                                 )
    v.                             )
11                                 )
    PNC BANK, N.A., and            )
12  RUBEN RAMIREZ,                 )
                                   )
13            Defendants.          )
    _____/  )
14
15         CERTIFICATE OF NONAPPEARANCE OF WITNESS
16              I, Robyn Maxwell, RPR, FPR, CLR, do hereby
    certify that I was standing by at my office on Thursday,
17  June 11, 2020 from 9:00 a.m. to 9:30 a.m. for the purpose
    of reporting the deposition of Joseph Walsh, Sr., which
18  was schedule to begin at  9:00 a.m., at  Matthew Fornaro,
    P.A.,11555 Heron Bay Boulevard , Suite 200, Coral
19  Springs, Florida 33076, pursuant to Notice of Taking
    Deposition.
20              I further certify that the deponent, Joseph
    Walsh, Sr., did not appear, nor did anyone appear on
21  their behalf.
                Signed on this 19th of June 2020.
22
23              Roy Maxwell

24
                Robyn Maxwell, RPR, FPR, CLR
25              Realtime Systems Administrator
```