UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-81871-MARRA/MATTHEWMAN

LAN LI, et al.,

Plaintiffs,

v.

JOSEPH WALSH, et al.

Defendants.
_____/

## ORDER AFFIRMING THE REPORT AND RECOMMENDATION

This matter is before the Court on the Report of the Magistrate Judge (DE 685), entered September 14, 2020.  The Court has reviewed the Report, and notes no objections been filed.

As noted in the Report, Defendant Joseph J. Walsh, Sr. has failed to appear for three duly noticed depositions. The Court finds this conduct intentional, willful and contemptuous justifying the imposition of the gravest sanctions.  In addition, Defendant Walsh has failed respond to written discovery or to satisfy this Court's order (DE 632) on attorney's fees.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) The Report (DE 685) is **AFFIRMED**.

2) Plaintiffs' Motion to Compel and for Sanctions Regarding the Deposition of Joseph J. Walsh Sr. (DE 650) and Plaintiffs' Motion to Compel and for Sanctions Regarding Written Discovery Requests to Joseph J. Walsh, Sr (DE 651) are **GRANTED**.

3) Defendant Joseph J. Walsh, Sr.'s pleadings are **STRICKEN.**

4)	A Clerk's Entry of Default shall be **ENTERED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 29th day of September, 2020.

	KENNETH A. MARRA
	United States District Judge