UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LAN LI, et al.,

Plaintiffs,

v.

JOSEPH WALSH, et al.

Defendants.
_____/

Case No. 16-cv-81871

LAN LI, et al.,

Plaintiffs,

v.

PNC BANK, N.A., and
RUBEN RAMIREZ,

Defendants.
_____/

Case no. 19-cv-80332

## ORDER AFFIRMING THE REPORT AND RECOMMENDATION

This matter is before the Court on the Report of the Magistrate Judge (DE 728), entered November 23, 2020. The Court has reviewed the Report, and notes no objections been filed.

As noted in the Report, Defendant Joseph J. Walsh, Jr. has failed to appear for two[1] duly noticed depositions and has not responded to written discovery requests, after being ordered to do so. The Court finds this conduct intentional, willful and contemptuous justifying the imposition of the gravest sanctions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) The Report (DE 728) is **AFFIRMED**.

---

[1] The Report mistakenly refers to three depositions.

2) Represented Plaintiffs' Motion to Compel and for Sanctions Regarding Deposition of Joseph J. Walsh, Jr. [DE 724] is **GRANTED**.

3) Defendant Joseph J. Walsh, Jr.'s pleadings are **STRICKEN.**

4) The Represented Plaintiffs are entitled to reasonable fees and costs.

5) A Clerk's Entry of Default shall be **ENTERED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of December, 2020.

KENNETH A. MARRA
United States District Judge