IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No. 9:16-cv-81871-MARRA/MATTHEWMAN

LAN LI, an individual, et al.,

    Plaintiffs,

vs.

JOSEPH WALSH, an individual, et al.,

    Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL AS TO
DEFENDANTS LESLIE ROBERT EVANS AND
LESLIE ROBERT EVANS & ASSOCIATES, P.A.**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs being: Baoping Liu; Changyue Liu; Daqin Weng; Feng Guo; Li Zhang; Ling Li; Liyan Feng; Min Cui; Qingyun Yu; Ruji Li; Shaoping Huang; Shaoqing Zeng; Tingting Sun; Tonghui Luan; Xiao Sun; Xiaoping Zhang; Yawen Li; Yizhao; Yingjun Yang; and, Zheng Yu ("20-EB5 Plaintiffs"); and Defendants Leslie Robert Evans, individually, and Leslie Robert Evans & Associates, P.A. (collectively, the "Evans Defendants" and together with the 20-EB5 Plaintiffs, the "Parties"), hereby stipulate to dismissal of all claims against the Evans Defendants in the Third Amended Complaint [DE 351] and agree as follows:

    1.    The matter has been amicably settled as to the claims raised by the 20-EB5 Plaintiffs against the Evans Defendants, with the parties to bear their respective attorneys' fees and costs. The Parties have entered into a certain Settlement Agreement that was fully executed by the Parties on June 21, 2021, and the terms of that Settlement

Agreement are incorporated herein by reference.

2. The 20-EB5 Plaintiffs and the Evans Defendants stipulate and agree that the Court shall immediately dismiss Counts I, III, XIII, XIV, XV, XXII, XXIV, XXV, XXVI, XXXI, XXXII as levied against the Evans Defendants *with prejudice*.

3. The 20-EB5 Plaintiffs and the Evans Defendants request that the Court retain jurisdiction over this matter to enforce the terms of their Settlement Agreement.

Dated:  September 2, 2021.

Respectfully submitted,

/s/  Gregory Elder
Gregory R. Elder

**Foreman Friedman, P.A.**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131
Tel: 305-546-1061
Email: gelderlaw@gmail.com
*Attorney for Evans Defendants*

Robert V. Cornish, Jr. Esq.
**Law Office of Rovert V. Cornish, Jr.**
680 South Cache Street
Jackson, WY 83001
Telephone:  307-364-0535
Email: rcornish@rcornishlaw.com
*Lead Counsel for the 20-EB5 Plaintiffs
Pro Hac Vice*

/s/ Brett D. Lieberman
Brett D. Lieberman, Esq.
**Edelboim Lieberman Revah Oshinsky PLLC**
110 Tower – 110 SE 6th Street – Suite 1700
Fort Lauderdale, Florida 33310
Telephone:  954-400-1499
Email:  brett@elrolaw.com
*Local Counsel for the 20-EB5Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was electronically served on September 2, 2021 via CM/ECF on all parties registered to receive service in this case by CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail.

/s/ Brett D. Lieberman
Brett D. Lieberman (FBN 69583)

## SERVICE LIST

**Matthew Fornaro**
Email: mfornaro@fornarolegal.com

Gregory R. Elder, Esq., *Attorney for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.*
Email: gelderlaw@gmail.com

Christopher W. Kammerer, Esq., *Attorneys for Robert Matthews, Maria Matthews, Bonaventure 22, LLC, Mirabia LLC, Alibi, LLC, Palm House, LLC, 160 Royal Palm, LLC, and Palm House PB, LLC*
Email: ckammerer@kammerermariani.com

Neil Garry Taylor, *Attorney for Leslie Robert Evans*
Email: ngt@bellsouth.net

Robert V. Cornish, Jr., *Attorney for 20 Plaintiffs*
Email: rcornish@andersonkill.com

Brett D. Lieberman, *Attorney for 20 Plaintiffs*
Email: brett@elrolaw.com

Mandel & Mandel LLP, *Attorney for PNC Bank, N.A. and Ruben Ramirez,*
Email: nsm@mandel.law

Ballard Spahr LLP, Attorney *for PNC Bank, N.A. and Ruben Ramirez*
Email: karetnicka@ballardspahr.com, hardyp@ballardspahr.com

Aliza Karetnick, Esq.,
Nicholas Kato, Esq.
Peter Hardy, Esq. (admitted *pro hac vice*)
Mary Treanor, Esq. (admitted *pro hac vice*)
Juliana Carter, Esq. (admitted *pro hac vice*)
*Counsel for Defendants PNC Bank, N.A. and Ruben Ramirez*

Joseph Walsh, Sr.
Email: joedirect@gmail.com, jwalshjr@gmail.com