UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81871-CIV-MARRA

LAN LI, an individual, et al,

Plaintiffs,

vs.

JOSEPH WALSH, an individual, et al,

Defendants.
_____/

KK-PB FINANCIAL, LLC,

Cross Claimant,

vs.

LESLIE ROBERT EVANS & ASSOCIATES, P.A.,
et al.,

Cross Defendants,
_____/

## **JUDGMENT**

Judgement is hereby entered on behalf of Leslie Robert Evans & Associates, P.A. and Leslie Evans and against KK-PB Financial, LLC, and KK-PB Financial, LLC shall take nothing from Leslie Robert Evans & Associates, P.A. and Leslie Evans.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of February, 2022.

KENNETH A. MARRA
United States District Judge