UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **LAN LI**, *et al.*, ) <br> ) <br> **Plaintiffs**, ) <br> ) <br> v. ) <br> ) <br> **JOSEPH WALSH**, *et al.*, ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 16-81871-Civ-Marra <br> **LEAD CASE** |

## STIPULATION OF INTENT TO DISMISS WITH PREJUDICE

Counsel for the 41 plaintiffs[1] and counsel for Leslie Evans and Leslie Robert Evans & Associates P.A. (the "Parties") hereby submit this Stipulation of Intent to Dismiss with Prejudice. On July 14, 2022, Magistrate Matthewman held a continuation of the settlement conference between the Parties, in which the Parties confirmed that settlement had been reached and signatures were being gathered. The Court further ordered that a stipulation of dismissal with prejudice will be filed by July 29, 2022. (DE 861.)

The settlement agreement between the Parties states that the Parties will file a stipulation of dismissal with prejudice once the settlement amount had been made. The payment is in process but may take another few days to finalize.

---

[1] LAN LI, WANG SHUANGYUN, ZHANG WENHAO, SHI SHA, LOU HAO, XIANG CHUNHUA, KUANG YAOPING, ZHU BEI, DENG QIONG, ZHU QIONGFANG, GAN ZHILING, LI CUILIAN, TANG YULONG, ZHANG LILI, RAN CHEN, JUNQIANG FENG, XIANG SHU, YING TAN, XIONG TAO, WANG YUANBO, JIANG SHU, FEI YING, LI CHAOHUI, WEI RUJING, ZHOU JUEWEI, CHEN YAN, GU CHENGYU, PAN HONGRU, ZHU DONGSHENG, LI MIN, YE CHUNNING, KANG YAJUN, TANG CHEOK FAI, LI DONGSHENG, WANG XIAONAN, REZA SIAMAK NIA, MOHAMMADREZA SEDAGHAT, MOHAMMAD ZARGAR, ALI ADAMPEYRA, SHAHRIAR EBRAHIMIAN, and HALIL ERSEVEN.

1

Accordingly, to comply with the terms of the settlement agreement and the spirit of the Court's July 14 order, the Parties hereby submit this Stipulation of Intent to Dismiss with Prejudice. Promptly upon completion of the initial settlement payment from the Evans Defendants to the 41 Plaintiffs, the Parties will file a stipulation of dismissal with prejudice, and expect to do so in the near future.

Dated: July 29, 2022

By: /s/ Katherine Burghardt Kramer
DGW KRAMER LLP
Katherine Burghardt Kramer, Esq.
RongPing Wu, Esq.
One Rockefeller Plaza; Ste. 1060
New York, NY 10020
Tel. No.: (917)633-6860
Email:
*Attorneys for 41 Plaintiffs*

By: /s/ Gregory R. Elder
Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, LLC
108 SE 8th Avenue, Suite 114
Fort Lauderdale, FL 33301
Email: gelderlaw@gmail.com
*Attorney for Leslie Robert Evans and Leslie Robert Evans & Associates, P.A.*

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, on this 29th day of July , 2022, and that the foregoing document is being served this day on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Gregory R. Elder