**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **LAN LI, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 16-81871-Civ-Marra** |
| ) | |
| **JOSEPH WALSH, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANTS MARIA MATTHEWS, ALIBI LLC, AND BONAVENTURE LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, LAN LI, WANG SHUANGYUN, ZHANG, WENHAO, SHI SHA, LOU HAO, XIANG CHUNHUA, KUANG YAOPING, ZHU BEI, DENG QIONG, ZHU QIONGFANG, GAN ZHILING, LI CUILIAN, TANG YULONG, ZHANG LILI, RAN CHEN, JUNQIANG FENG, XIANG SHU, YING TAN, XIONG TAO, WANG YUANBO, JIANG SHU, FEI YING, LI CHAOHUI, WEI RUJING, ZHOU JUEWEI, CHEN YAN, GU CHENGYU, PAN HONGRU, ZHU DONGSHENG, LI MIN, YE CHUNNING, KANG YAJUN, TANG CHEOK FAI, LI DONGSHENG, WANG XIAONAN (collectively the "Chinese Plaintiffs"), REZA SIAMAK NIA, MOHAMMADREZA SEDAGHAT, MOHAMMAD ZARGAR, SHARIAR EBRAHIMIAN, ALI ADAMPEYRA (collectively the "Iranian Plaintiffs"), and HALIL ERSEVEN (the "Turkish Plaintiff") (collectively, the Chinese Plaintiffs, the Iranian Plaintiffs, and the Turkish Plaintiff, the "41 Plaintiffs"), and Defendants Maria ("Mia") Matthews, Alibi LLC, and Bonaventure 22 LLC

(together, "Mia Matthews Parties"), hereby stipulate to dismissal of all claims against the Mia Matthews Parties in the operative Complaint and agree as follows:

1. This matter has been amicably settled as to the claims raised by the 41 Plaintiffs against the Mia Matthews Parties, with the parties to bear their respective attorneys' fees and costs. The parties have entered into a Settlement Agreement on the record at a settlement conference before Judge Matthewman on February 16, 2024, and that settlement agreement was subsequently reduced to writing. The terms of that Settlement Agreement are incorporated herein by reference.

2. The 41 Plaintiffs and the Mia Matthews Parties stipulate and agree that the Court shall immediately dismiss all counts against the Mia Matthews Parties in the operative Complaint with prejudice. The remaining parties in the matter of *Li, et al. v. Walsh, et al.*, are not affected by this settlement and stipulation of dismissal.

3. The 41 Plaintiffs and the Mia Matthews Parties request that the Court retain jurisdiction over this matter to enforce the terms of their settlement for a period of 90 days.

Dated:   Friday, February 23, 2024

<div style="margin-left:40%">

Respectfully submitted,

By: /s/ Matthew Fornaro
     Matthew Fornaro
     11555 Heron Bay Boulevard, Suite 200
     Coral Springs, FL 33076
     P 954-324-3651
     F 954-248-2099
     Email: mfornaro@fornarolegal.com
     *Attorneys for 41 Plaintiffs*

By: /s/ Katherine Burghardt Kramer
     DGW KRAMER LLP
     Katherine Burghardt Kramer, Esq.
     RongPing Wu, Esq.
     One Rockefeller Plaza; Ste. 1060

</div>

New York, NY 10020
Tel. No.: (917)633-6860
Email: kkramer@dgwllp.com
*Attorneys for 41 Plaintiffs, pro hac vice*

By: /s/ Christopher Kammerer
Christopher Kammerer, Esq.
Rabin Kammerer Johnson, P.A.
1601 Form Place, Suite 201
West Palm Beach, FL 33401
Email: ckammerer@rkjlawgroup.com
*Attorney for Maria Matthews, Alibi LLC,*
*and Bonaventure 22 LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Christopher W. Kammerer
Christopher W. Kammerer

3