**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE No. 9:16-cv-81871-KAM**

LAN LI, an individual, et. al.

       *Plaintiffs,*

v.

JOSEPH WALSH, an individual, et. al.

       *Defendants.*

_____ /

**STIPULATION OF SETTLEMENT**

Plaintiffs Baoping Liu, Changyue Liu, Daqin Weng, Feng Guo, Li Zhang, Ling Li, Liyan Feng, Min Cui, Qingyun Yu, Shaoping Huang, Shaoqing Zeng, Tingting Sun, Tonghui Luan, Xiao Sun, Yawen Li, Yi Zhao, and Zheng Yu ("the 17 Plaintiffs"), by and through their undersigned counsel, and Defendant J. Marcus Payne ("Payne"), appearing pro se, as per the Court's instruction on March 8, 2024, stipulate that the claims brought by the 17 Plaintiffs against Payne (a) have been settled and (b) are withdrawn with prejudice.

Dated:  April 17, 2024

                    Respectfully Submitted,

                    */s/ Alexis Sophia Read*
                    Alexis Sophia Read, Esq.
                    **READ LAW PLLC**
                    25 SE Second Ave, Suite 828
                    Miami, Florida 33131
                    T: (305) 209-2131
                    Email: asr@alexisreadlaw.com

**1**

/s/ *Robert V. Cornish, Jr.*

Robert V. Cornish, Jr. *(admitted PHV)*
**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY  83001
Tel: (307) 264-0535
E-mail: rcornish@rcornishlaw.com

*Attorneys for the 17 Plaintiffs*

/s/ *J. Marcus Payne*

*Defendant Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2024, I caused to file the foregoing via the CM/ECF system to all counsel of record.   The undersigned has also sent a copy of the foregoing to Defendant J. Marcus Payne at his email, jmarcuspayne@aol.com, on April 17, 2024.

/s/ *Alexis Sophia Read*
Alexis Sophia Read

**2**